FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 OCT 20  PM 4:07

MARGARET BOTKINS, CLERK
CASPER

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER CHARLES BAKER,**<br>Defendant. | **WARRANT FOR ARREST**<br><br>Case Number: 22MJ56-J |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christopher Charles Baker** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Distribution of Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

TERESA M. MCKEE
Name of Issuing Officer

*Teresa M. McKee*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 20, 2022, Lander, Wyoming
Date and Location

By Deputy Clerk

Bail fixed at $ _____

By: *Teresa M. McKee*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____
_.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |