Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 OCT 20 PM 3: 54

MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22MJ56-J |
| CHRISTOPHER CHARLES BAKER, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Defendant's appearance as required**
   **Safety of any other person and the community**

3.  Rebuttable Presumption. The United States will raise the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community against the Defendant under § 3142(e) in this case because:

> **Probable cause to believe Defendant committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 *et seq.*)**

4.  Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

> **After a continuance of three days**

DATED this 20th day of October 2022.

NICHOLAS VASSALLO<br>
Acting United States Attorney<br><br>
By: _____<br>
KERRY J. JACOBSON<br>
Assistant United States Attorney