# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | **WARRANT FOR ARREST** |
| v. | Case Number: 22MJ56-J |
| CHRISTOPHER CHARLES BAKER,<br>Defendant. | |

RECEIVED
U.S. MARSHALS SERVICE
CHEYENNE, WY
2022 OCT 21 AM 10:50

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christopher Charles Baker** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Distribution of Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

| | |
|---|---|
| TERESA M. MCKEE | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Teresa M. McKee | October 20, 2022, Lander, Wyoming |
| Signature of Issuing Officer | Date and Location |

By Deputy Clerk

Bail fixed at $_____   By: /s/ Teresa M. McKee

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Albany Co Jail   Laramie, WY

| | | |
|---|---|---|
| DATE RECEIVED 10/21/22 | NAME AND TITLE OF ARRESTING OFFICER<br>Jon D. Goodman   DUSM D/WY | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/25/22 | | |