# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
4:12 pm, 11/1/22
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CHRISTOPHER CHARLES BAKER<br>Defendant. | Case Number:   22-mj-00056-ABJ-1 |

Date 11/1/2022   Time 2:26 - 2:31 PM   Before the Honorable   R. Michael Shickich

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: 21 U.S.C. §§ 841(a)(1),(b)(1)(C) Distribution of Fentanyl

| Tiffany Dyer | FTR Recording | Angie Miller |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Kerry J. Jacobson | Platte County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date  11/1/2022

(Comments)  on Complaint

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____  Time _____  Judge _____

☑ Preliminary hearing set for:  Date 11/3/2022  Time 2:30 PM
Judge  R. Michael Shickich  in

☐ Revocation hearing set for:  Date _____  Time _____
Judge _____  in

☑ Detention hearing set for:
Date 11/3/2022  Time 2:30 PM  Judge R. Michael Shickich

☐ Removal hearing set for:
Date _____  Time _____  Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____