# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 NOV -1  PM 3: 26

MARGARET BOTKINS, CLERK
CASPER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | |
| vs. | | Case Number: 22-MJ-00056-ABJ |
| CHRISTOPHER CHARLES BAKER | | |
| | Defendant. | |

## WRITTEN CONSENT AND WAIVER TO VIDEO APPEARANCE

I hereby acknowledge I have the right to have the judge appear in person for this proceeding, as opposed to having him/her appearing via a real-time video-conferencing system. I have discussed this right with my attorney and hereby consent and waive any right to have the judge appear in person for this proceeding and consent to this proceeding being conducted via real-time video.

Dated this 1st day of November, 2022.

_____
Defendant's Signature

WY 71

Rev. 05/29/2020