

**FILED**

4:29 pm, 11/1/22
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

|                                                    |                                 |
| -------------------------------------------------- | ------------------------------- |
| Plaintiff,                                         |                                 |
| vs.                                                | Case Number: 22-MJ-00056-ABJ    |
| CHRISTOPHER CHARLES BAKER                           |                                 |
| Defendant,                                         |                                 |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing to be set by the Court.

Date:   November 1, 2022

_____
R. Michael Shickich
United States Magistrate Judge

Rev. 06/02/2022