DAVID WEISS, Wyoming Bar No. 7-5021
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
david.weiss@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>    Defendant. | Case No. 22-MJ-56-J |

# ENTRY OF APPEARANCE

  David Weiss, Assistant Federal Public Defender, enters his appearance as appointed counsel for the Defendant in the above-captioned matter now pending before this Court.

  DATED this 2nd day of November 2022.

              Respectfully submitted,

              VIRGINIA L. GRADY
              Federal Public Defender

              */s/ David Weiss*
              Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2022 the foregoing was electronically filed and consequently served on counsel of record.

                                     /s/ *David Weiss*
                                     David Weiss