

FILED
3:03 pm, 11/3/22
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CHRISTOPHER CHARLES BAKER<br>Defendant. | Case Number:   22-mj-00056-ABJ-1 |

Date 11/3/2022    Time 2:45 - 3:00 PM    Before the Honorable    R. Michael Shickich

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Removal Hearing

☐ Other _____

Offense: 21 U.S.C. §§ 841(a)(1),(b)(1)(C) Distribution of Fentanyl

| Tiffany Dyer | FTR Recording | Jason Volz |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Kerry J. Jacobson | PCDC | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  David Weiss

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**BOND IS**  ☑ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____  Time _____
Judge _____

☐ Obey all laws, Federal, State and Local
☐ Maintain current residence
☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____
☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives
☐ Abide by the following curfew _____
☐ Not use or possess alcohol
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing
☐ Post property or sum of money _____
☐ Do not obtain passport
☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____
☐ Mandatory DNA collection
☐ Other _____
☐ Bail review / detention hearing  Date _____
☑ Defendant detained- Reasons   Prior criminal history; substance abuse history; prior failures to appear; no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

**Preliminary Hearing**   Date 11/3/2022
Witnesses
Outcome  ☐ Bound over to U.S. District Court   ☐ Dismissed
☑ Other   Waived