

FILED
2:37 pm, 11/3/22
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                Plaintiff,

vs.

CHRISTOPHER CHARLES BAKER

                Defendant.

Case Number: 22-MJ-00056-ABJ

## WRITTEN CONSENT AND WAIVER TO VIDEO APPEARANCE

I hereby acknowledge I have the right to have the judge appear in person for this proceeding, as opposed to having him/her appearing via a real-time video-conferencing system. I have discussed this right with my attorney and hereby consent and waive any right to have the judge appear in person for this proceeding and consent to this proceeding being conducted via real-time video.

Dated this 3rd day of November, 2022.

                                                                        _/s/ [signature]_
                                                                       Defendant's Signature