AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Charles Baker | ) | Case No.  22-mj-00056-ABJ-1 |
| | ) | |
| Defendant | ) | |

**FILED**
2:38 pm, 11/3/22
U.S. Magistrate Judge

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/03/2022

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Weiss
*Printed name and bar number of defendant's attorney*

FEDERAL PUBLIC DEFENDER'S OFFICE
214 West Lincolnway, Suite 31-A
Cheyenne, WY 82001
*Address of defendant's attorney*

David_Weiss@fd.org
*E-mail address of defendant's attorney*

307/772-2781
*Telephone number of defendant's attorney*

307/772-2788
*FAX number of defendant's attorney*