IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Criminal No. 22-mj-56-ABJ |

## ORDER TOLLING SPEEDY INDICTMENT COMPUTATION

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Toll Speedy Indictment Computation. Having reviewed the Defendant's Motion and being informed that the United States consents to the Motion, the Court now finds that the ends of justice served by granting the Defendant's request to toll the speedy indictment computation outweigh the interest of the Defendant and the public in a speedy indictment. *See* 18 U.S.C. § 3161 (h)(7)(A). The Court expressly finds that the public's interest in a speedy indictment in this case is outweighed by: (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to a speedy indictment; and (3) the potential benefit conferred upon the Defendant in an expedited resolution of the case.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that pursuant to 18 U.S.C. § 3161(h)(7)(A), a period of time of 75 days from today's date is hereby tolled and

excluded from the computation of speedy indictment. At the expiration of this 75-day period, the 30-day period pursuant to 18 U.S.C. § 3161(b) for speedy indictment shall resume.

DATED this _____ day of November, 2022.

ALAN B. JOHNSON
UNITED STATES DISTRICT COURT JUDGE