# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:44 pm, 1/10/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 22-MJ-00056-ABJ-1 |
| Christopher Charles Baker | |
| Defendant. | |

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A  Interpreter: N/A
Date: Jan 10, 2023  Time: 2:28pm - 2:39pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Katherine Landis-True |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | N/A | N/A | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government    Kerry Jacobson

Attorney(s) for Defendant(s)    David Weiss

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 19 | Second Unopposed Motion to Toll Speedy Indictment Computation | Granted |

Other:
Hearing held via Zoom video-conference. Defendant did not participate in the hearing. The Court heard from Mr. Weiss and Ms. Jacobson. The Court will grant the motion. Order to follow.