DAVID WEISS, Wyoming Bar No. 7-5021
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
david.weiss@fd.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Case No. 22-mj-56-ABJ |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant, Christopher Charles Baker, through undersigned counsel, requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of Mr. Baker and for the appointment of a member of the Criminal Justice Act Panel to represent Mr. Baker. Wyoming Rule of Professional Conduct 1.16 authorizes withdrawal for good cause. Undersigned counsel maintains that good cause exists for withdrawal in the present case.

Wyoming Rule of Professional Conduct 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest. Such a conflict exists if:

(1) The representation of one client will be directly adverse to another client; or

(2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer.

*Id.*

Based on information discovered on February 8, 2023, related to the representation of Mr. Baker, undersigned counsel believes that continued representation of Mr. Baker would violate Rule of Professional Conduct 1.7 and the duty of loyalty. Undersigned counsel is precluded from further disclosing the reasons for moving to withdraw as the information discovered is covered by the attorney-client privilege. *See* Wyo. RPC 1.6.

Undersigned counsel has discussed and explained this motion to Mr. Baker and will also mail him a copy.  Because Mr. Baker previously has been declared indigent, undersigned counsel respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent Mr. Baker.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order to withdraw the Federal Public Defender and undersigned counsel from further representation of Mr. Baker and to appoint a member of the Criminal Justice Act Panel to represent Mr. Baker.

**DATED** this 8th day of February 2023.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> */s/ David Weiss*
> David Weiss
> Assistant Federal Public Defender

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, the foregoing was electronically filed and consequently served on counsel of record.


*/s/ David Weiss*
David Weiss