UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>      Defendant. | Case No. 22-mj-56-ABJ |

### ORDER ALLOWING THE WITHDRAW OF COUNSEL OF RECORD

This matter having come before the Court upon the Motion to Withdraw as Counsel of Record and for Appointment of Counsel from the Criminal Justice Act Panel, and the Court having reviewed the motion and the file herein, being fully advised in the premises, finds that reasons exist to allow the withdraw of counsel of record.

IT IS HEREBY ORDERED that the Office of the Federal Public Defender be allowed to withdraw as counsel of record.

IT IS HEREBY ORDERED that member of the Criminal Justice Act Panel be appointed to represent Mr. Baker.

DATED this _____ day of February 2023.

              _____
              UNITED STATES DISTRICT COURT JUDGE