# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

UNITED STATES OF AMERICA,
        Plaintiff(s),

        V.                        **Case Number: 4:22-mj-56-ABJ**

CHRISTOPHER CHARLES BAKER,
        Defendant

## ENTRY OF APPEARANCE

**TO:** The Clerk of Court and all parties of record

**COMES NOW,** Mark C. Hardee of MARK C. HARDEE LAW OFFICE, P.C., and hereby enters his appearance on behalf of Defendant, Christopher Charles Baker and requests that he be served with all notices, motions, and other filings herein by any party.

**DATED** this 9th day of February, 2023.

                        CHRISTOPHER CHARLES BAKER
                        *Defendant*

By:    /s/ *Mark C. Hardee*
        Mark C. Hardee #6-4137
        Mark C. Hardee Law Office, P.C.
        2319 Pioneer Ave.
        Cheyenne, Wyoming 82001
        (307)433-0777

<u>**CERTIFICATE OF SERVICE**</u>

The hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system which will automatically send e-mail notification of such filing on the 9th day of February, 2023, to the following:

AUSA, District of Wyoming

[   ] U.S. MAIL
[   ] FED EX
[   ] FAX
[   ] EMAIL
[ √ ] CM/ECF

*/s/ Mark C. Hardee*
MARK C. HARDEE LAW OFFICE, P.C.