IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 16 AM 10: 55

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | No. 23-CR-31 ABJ<br><br>Ct. 1: 21 U.S.C. §§ 841(a)(1),(b)(1)(C)<br>(Distribution of Fentanyl Resulting in Death)<br><br>Ct. 2: 21 U.S.C. §§ 841(a)(1),(b)(1)(C)<br>(Distribution of Fentanyl Resulting in Serious Bodily Injury)<br><br>Ct. 3: 21 U.S.C. §§ 841(a)(1),(b)(1)(C)<br>(Distribution of Fentanyl) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Between on or about March 11, 2022, and March 12, 2022, in the District of Wyoming, the Defendant, **CHRISTOPHER CHARLES BAKER**, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, the use of which resulted in the death of R.R. on or about March 12, 2022.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT TWO

Between on or about March 11, 2022, and March 14, 2022, in the District of Wyoming, the Defendant, **CHRISTOPHER CHARLES BAKER**, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to J.N.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

Between on or about March 11, 2022, and on or about March 14, 2022, in the District of Wyoming, the Defendant, **CHRISTOPHER CHARLES BAKER**, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, to N.K.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

_____
NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **CHRISTOPHER CHARLES BAKER** |
| **DATE:** | March 13, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:  Ct: 1** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**<br>(Distribution of Fentanyl – Resulting in Death)<br><br>Not less than 20 years nor more than Life Imprisonment<br>Up to $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up To $2,000,000 Fine<br>Not less than 6 Years to Life Supervised Release<br>$100 Special Assessment |
| **Ct: 2** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**<br>(Distribution of Fentanyl – Resulting in Serious Bodily Injury)<br><br>Not less than 20 years nor more than Life Imprisonment<br>Up to $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up To $2,000,000 Fine<br>Not less than 6 Years to Life Supervised Release<br>$100 Special Assessment |

| | Ct: 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C)<br>(Distribution of Fentanyl)<br><br>Up to 20 Years Imprisonment<br>Up To $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment |
|---|---|---|
| **TOTALS:** | | 20 Years to Life Imprisonment<br>Up to $3,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$300 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up to $6,000,000 Fine<br>Not Less than 6 Years to Life Supervised Release<br>$300 Special Assessment |
| **AGENT:** | | Jon Briggs, DCI Special Agent<br>Jason Moon, DCI Special Agent<br>Colin Ryder, DCI Special Agent |
| **AUSA:** | | Kerry J. Jacobson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | | 3 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | | No |