Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 16  AM 10: 54

MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 23-CR-31-ABJ |
| CHRISTOPHER CHARLES BAKER, | |
| Defendant. | |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **CHRISTOPHER CHARLES BAKER**

DATED this 14TH day of March, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
KERRY J. JACOBSON
Assistant United States Attorney

BOND SET AT: __Detain__

_____
SCOTT W. SKAVDAHL
Chief Judge, United States District Court