AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

**FILED**

United States of America
v.

CHRISTOPHER CHARLES BAKER

)
)
)
)
)
)

Case No.   23-CR-31-ABJ

10:35 am, 3/16/23

**Margaret Botkins
Clerk of Court**

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CHRISTOPHER CHARLES BAKER                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  Ct. 1 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Death
  Ct. 2 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Serious Bodily Injury
  Ct. 3 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl



Date:      03/16/2023

*Issuing officer's signature*

City and state:      Casper, Wyoming

Scott W. Skavdahl, Chief United States District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     *Arresting officer's signature* |
|     *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____