Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 16 AM 10: 54

MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-31-ABJ |
| CHRISTOPHER CHARLES BAKER, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **10+ year drug offense**
    **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Safety of any other person and the community**

3. Rebuttable Presumption. Based on this offense constituting an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substance Act (21 U.S.C. 801 *et seq.*), the United States *will* invoke the rebuttable presumption against the Defendant under § 3142(e)(3)(A).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 14th day of March, 2023.

> NICHOLAS VASSALLO
> United States Attorney
>
> By: /s/ Kerry J. Jacobson
> KERRY J. JACOBSON
> Assistant United States Attorney