AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHRISTOPHER CHARLES BAKER | ) Case No. 23-CR-31-SWS | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 MAR 17 PM 2:48
MARGARET BOTKINS, CLERK
CHEYENNE

**Received**
U.S. Marshals Service
Cheyenne, WY
3.16.2023  1700
(Date / Time)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER CHARLES BAKER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Death
Ct. 2 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Serious Bodily Injury
Ct. 3 - 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Distribution of Fentanyl

Date:   03/16/2023

*Issuing officer's signature*

City and state:   Casper, Wyoming

Scott W. Skavdahl, Chief United States District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3.16.2023, and the person was arrested on *(date)* 3.16.2023
at *(city and state)* Scottsbluff Detention, NE (22-mj-56-j)

Date: 03/17/23

*Arresting officer's signature*

Lauren Wegman, Deputy U.S. Marshal
*Printed name and title*