# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:30 pm, 3/21/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

CHRISTOPHER CHARLES BAKER

Defendant.

Case Number: 23-cr-31-ABJ

Date 3/21/2023    Time 2:10 - 2:22 PM    Before the Honorable    Kelly H. Rankin

☑ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Distribution of Fentanyl Resulting in Death (1)
Distribution of Fentanyl Resulting in Serious Bodily Injury (2)
Distribution of Fentanyl (3)

| MiYon Bowden | Melanie Sonntag | N/A |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Kerry J. Jacobson | Scottsbluff County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Mark Hardee
☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date 3/21/2023

(Comments) Defendant advised of his rights and charges.

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____  Time _____  Judge _____

☐ Preliminary hearing set for:  Date _____  Time _____
Judge _____ in

☐ Revocation hearing set for:  Date _____  Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____  Time _____  Judge _____

☐ Removal hearing set for:
Date _____  Time _____  Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1, 2, 3           of an   Indictment
☐ Guilty to count(s)
_____ of an   _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☐ Photocopy of discovery is permissible
☐ Court orders access to Grand Jury Transcripts
Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery
☑ Trial date set for  5/22/23  at 1:30 PM  Before Honorable   Alan B. Johnson
in  Cheyenne, Wyoming (Courtroom 2)
☑ Speedy trial expires on   5/25/2023
☐ Other