Case 1:23-cr-00031-ABJ   Document 33   Filed 03/21/23   Page 1 of 1

FILED



2:47 pm, 3/21/23

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHARLES BAKER<br><br>Defendant. | Case Number: 23-CR-31-ABJ |

## WRITTEN CONSENT AND WAIVER TO VIDEO APPEARANCE

I hereby acknowledge I have the right to have the judge appear in person for this proceeding, as opposed to having him/her appearing via a real-time video-conferencing system. I have discussed this right with my attorney and hereby consent and waive any right to have the judge appear in person for this proceeding and consent to this proceeding being conducted via real-time video.

Dated this 21st day of March, 2023.

_____
Defendant's Signature

WY 71

Rev. 05/29/2020