MARK C. HARDEE #6-4137
MARK C. HARDEE LAW OFFICE, P.C.
2319 Pioneer Ave.
Cheyenne, Wy 82001
(307) 433-0777

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  )  **Plaintiff** )  )  vs )  )  **CHRISTOPHER BAKER** )  )  **Defendant** ) | Docket No.  23-cr-00031-ABJ |

### ORDER ON MOTION FOR APPOINTMENT OF PRIVATE INVESTIGATOR

THIS MATTER, having come before the Court upon Defendant Christopher Baker's Motion for Leave to Utilize Greg Taylor as a private investigator, and the Court having reviewed the file and being fully advised upon the premises therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Mark C. Hardee, Attorney for Defendant Christopher Baker, is allowed to utilize Greg Taylor as a private investigator in this matter for a total of eighty (80) hours at a rate of $75.00 per hour.

DATED this _____ day of April, 2023.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE