**FILED**

*10:14 am, 4/5/23*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No.   23-cr-00031-ABJ |
| ) | |
| CHRISTOPHER BAKER ) | |
| ) | |
| Defendant ) | |

## ORDER ON MOTION FOR APPOINTMENT OF PRIVATE INVESTIGATOR

THIS MATTER, having come before the Court upon Defendant Christopher Baker's Motion for Leave to Utilize Greg Taylor as a private investigator, and the Court having reviewed the file and being fully advised upon the premises therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Mark C. Hardee, Attorney for Defendant Christopher Baker, is allowed to utilize Greg Taylor as a private investigator in this matter for a total of eighty (80) hours at a rate of $75.00 per hour.

DATED this 5th day of April, 2023.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE