IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER BAKER,**<br><br>Defendant. | Criminal No. 23-CR-031-J |

### ORDER GRANTING MOTION TO EXTEND GOVERNMENT'S EXPERT DESIGNATION DEADLINE

**THIS MATTER** came before the Court upon the United States' Unopposed Motion to Extend Government's Expert Designation Deadline. Having reviewed the motion, the record herein, and being otherwise fully advised, the Court finds that the motion is supported by good cause. Therefore, it is ordered the United States' expert designation deadline is extended by two weeks, which results in a new deadline of April 24th, 2023.

DATED this _____ day of _____2023.

                                                              ALAN B. JOHNSON<br>
                                                              United States District Court Judge