# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 23-CR-31-ABJ |
| **CHRISTOPHER CHARLES BAKER,** | **NON-PUBLIC** |
| Defendant. | |

## ORDER DECLARING THIS MATTER A COMPLEX CASE

**THIS MATTER** comes before the Court on the Stipulated Motion to Set Trial Date Beyond Speedy Trial Calculations and to Declare Case "Unusual And Complex". The Court, having been fully advised, **FINDS** that the ends of justice served by declaring this case complex and continuing the trial in this matter outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

In granting the parties' stipulated motion, the Court has considered the factors contained in 18 U.S.C. § 3161(h)(7)(B). Given the voluminous discovery in this matter, the video format of material evidence, the involvement of multiple crime laboratories involved in the analysis of material evidence, the death of one person and the serious bodily injury of another, and the complexity of the case, the Court **FINDS** that it is wholly unreasonable to expect adequate preparation within the timeframe contemplated by the Speedy Trial Act. Even considering the

diligence of counsel in preparing for this case, failure to extend the time to prepare would very likely result in a miscarriage of justice.

The Court **FURTHER FINDS** that the delay between the entry of this order and the date set for trial, _____, 2023, is hereby excludable under 18 U.S.C. § 3161(h)(7)(B)(ii).

**THEREFORE, IT IS HEREBY ORDERED** that the stipulated motion to set trial date beyond speedy trial calculations and to declare case unusual and complex is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines in the Court's discovery and scheduling order will be reset in accordance with the new trial date.

**DATED** this _____ day of April, 2023.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE