

**FILED**

*2:11 pm, 4/12/23*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Christopher Charles Baker

Defendant.

Case Number: 23-CR-00031-ABJ-1

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A    Interpreter: N/A
Date: Apr 12, 2023    Time: 1:31pm - 1:56pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Henry Beshar |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
|  | N/A | N/A |  |
|  | U.S. Marshal | U.S. Probation Officer |  |

Attorney(s) for Government    Kerry Jacobson

Attorney(s) for Defendant(s)    Mark Hardee

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
|  | 39 | Joint Motion to Continue Trial and to Declare Case Unusual and Complex | Granted |

Other:

Hearing held via Zoom video-conference. Defendant did not participate in the hearing.
The Court heard from Ms. Jacobson and Mr. Hardee.
The Court will grant the motion and made findings on the record.
Trial to be reset for 8/21/23 at 1:30 by separate order.