Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| **CHRISTOPHER C BAKER,** | |
| Defendant. | |

### PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue two subpoenas in the above entitled case.

DATED this 20th day of April, 2023.

                NICHOLAS VASSALLO
                United States Attorney

By:    */s/ Kerry J. Jacobson*
        KERRY J. JACOBSON
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                                      */s/ Elizabeth Kilmer*
                                      For the United States Attorney's Office