Kerry J. Jacobson WSB #6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 23CR031-J** |
| **CHRISTOPHER CHARLES BAKER,** | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The United States hereby provides its notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to offer and introduce expert testimony with the expert witnesses set forth below.

**1.    Michael Anthony Darracq, M.D., M.P.H.**

_**Qualifications**_:    Dr. Darracq is an Associate Professor of Clinical Emergency Medicine with the University of California, San Francisco. Dr. Darracq's publications, testimony list and further qualifications are set forth in his Curriculum Vitae, attached.

_**Summary of Testimony**_:    Dr. Darracq reviewed the evidence in this investigation and produced a written report containing his findings and opinions, which has been provided to the Defendant through discovery.

The government intends to elicit testimony from Dr. Darracq in its case in chief at trial consistent with his opinions, the bases and reasons for those opinions set forth in his written report,

and logical inferences therefrom.

2.      **James A. Wilkerson IV, M.D., P.C.**

<u>*Qualifications*</u>:  Dr. Wilkerson is a Forensic Pathologist with the Bexar County Medical Examiner's Office in San Antonio, Texas. At all times relevant to this case, Dr. Wilkerson served as a Regional Medical Examiner and Forensic Pathology Consultant in Windsor, Colorado. Dr. Wilkerson's further qualifications are set forth in his Curriculum Vitae, which will be provided upon receipt. Dr. Wilkerson's publications and previous expert testimony are being compiled and updated and will be provided upon receipt.

<u>*Summary of Testimony*</u>:  In his capacity as a Forensic Pathologist, Dr. Wilkerson performed the autopsy on the body of the victim in this matter, R.R.  In conjunction with the autopsy, Dr. Wilkerson prepared an autopsy report, which set forth his various observations, final pathological diagnoses, and opinions including the mechanism and manner of death.  Accordingly, Dr. Wilkerson will testify as to how the autopsy was conducted as well as his observations and opinions regarding the condition and presentment of R.R.'s body, the nature, extent, and existence of injuries upon R.R. More specifically, Dr. Wilkerson will testify as to his opinion that R.R. died due to an overdose of fentanyl. Dr. Wilkerson will testify as to his various observations, final pathological diagnoses, and opinions including the mechanism and manner of death as set forth in his autopsy report, which has been provided to defense counsel during discovery.

3.      **Amanda L. D'Orazio, M.S., D-ABFT-FT**

<u>*Qualifications*</u>:  Ms. D'Orazio is a Forensic Toxicologist with NMS Labs in Horsham, Pennsylvania. Ms. D'Orazio's publications within the previous ten years and her further qualifications are set forth in her Curriculum Vitae, attached. Ms. D'Orazio's previous testimony is being sought and will be provided upon receipt.

***Summary of Testimony:*** During the autopsy of R.R., samples of his post-mortem blood, vitreous fluid and urine were collected and submitted to NMS Labs for toxicological testing. In conjunction with this testing, Ms. D'Orazio prepared a toxicology report indicating that R.R. tested positive for the presence of fentanyl. Ms. D'Orazio will testify as to the results regarding the testing and analysis in this matter, including the methodology used in her analysis, the nature and characteristics of the chemicals involved in her analysis, her opinions and the bases and reasons for those opinions as set forth consistent with her toxicology reports, which have been provided to defense counsel during discovery.

Ms. D'Orazio will further testify as to the results of a confirmation test performed on a sample of the Defendant's blood taken for drug testing. Ms. D'Orazio will testify as to the general processes/procedures, chain of custody and confirm results of the testing by NMS Labs as reported in WO#22264012, dated August 4, 2022, and which was provided to defense counsel through discovery.

**4.      Amber Gurley, Forensic Analyst, Wyoming State Crime Laboratory**

***Qualifications****:* Ms. Gurley is a Forensic Analyst and Chemist with the Wyoming Division of Criminal Investigation Crime Laboratory, a position she has held since February 2015. Ms. Gurley has worked in the field of Forensic Science since 2005. Ms. Gurley received her education at Chadron State College where she obtained a Bachelor of Science with a minor in Criminal Justice. Ms. Gurley's list of prior testimony and experience, qualifications and education are more fully set forth in her Curriculum Vitae, attached. Ms. Gurley has no publications in the last ten years.

***Summary of Testimony:*** In her capacity as a Forensic Analyst with the Wyoming Division of Criminal Investigation Crime Laboratory, Ms. Gurley will testify she performed chemical

analysis on suspected controlled substances relevant to this case and will be called to testify regarding that analysis, the process and procedures used in her analysis.  Ms. Gurley will testify consistently with her results, interpretations, opinions, and conclusions based on her analysis set forth in her signed Laboratory Examination Report which was previously provided to the Defendant through discovery.

**5.     Robert D. Troudt, Forensic Analyst, Wyoming State Crime Laboratory**

***Qualifications***:  Mr. Troudt is a Senior Forensic Analyst with the Wyoming State Crime Laboratory in Cheyenne, Wyoming. He serves as the Toxicology Unit Technical Leader. Mr. Troudt has not authored any publications in the previous ten years. His prior testimony list and further qualifications are set forth in his Curriculum Vitae, attached.

***Summary of Testimony***:  In his capacity as a Senior Forensic Analyst with the Wyoming Division of Criminal Investigation Crime Laboratory, Mr. Troudt will testify he performed analysis on a sample of the Defendant's blood and will be called to testify regarding that analysis, the process and procedures used in his analysis. Mr. Troudt will testify consistently with his results, interpretations, opinions, and conclusions based on his analysis set forth in his signed Laboratory Examination Report previously provided to the Defendant through discovery.

**6.     Mr. Douglas P. Kelly, Special Agent/Supervisor, Wyoming State Crime Laboratory**

***Qualifications***:  Mr. Kelly is a Special Agent/Supervisor with the Wyoming State Crime Laboratory in Cheyenne, Wyoming. He serves in the Latent Print, Firearms, and Crime Scene Units. Mr. Kelly's previous expert testimony, any publications and further qualifications are set forth in his Curriculum Vitae, attached.

***Summary of Testimony***:  Mr. Kelly is currently analyzing evidence from this investigation, specifically a playing card. As his analysis is ongoing, he has not yet rendered a report or an

opinion. His report(s) will be provided when generated and received.

It is anticipated that Mr. Kelly will generally testify as to the manner and methodologies regarding latent print testing and analysis, as well as his specific testing, observations and opinions in this matter.

### 7.    Ms. Christina Buettner, Forensic Scientist, Wyoming State Crime Laboratory

*__Qualifications__:*   Ms. Buettner is a Forensic Scientist in the Wyoming State Crime Laboratory's Biology Unit. Ms. Buettner serves as the Database and Casework DNA Technical Leader and as such is responsible for the technical oversight of the database and casework DNA laboratory operations. Ms. Buettner's testimony list, any publications and further qualifications are set forth in her Curriculum Vitae, attached.

*__Summary of Testimony__:* In her capacity as a Forensic Scientist, Ms. Buettner will testify regarding the examination and analysis of swabs taken from evidence collected in this case and compared them to known DNA samples (from buccal swabs). A report of the testing methods, analysis, opinions, and conclusions regarding this examination will be prepared upon completion of testing.  Ms. Buettner is expected to testify regarding the manner and methodologies of the examination and analysis, the process and procedures used in the analysis, as well as the results, observations, opinions, and conclusions based on this analysis. Ms. Buettner would also testify as to the capabilities and limitations of DNA testing, to include any variables that might impact any interpretation of the results. A report containing results, observations, and conclusions will be provided to the defense upon receipt.

### 8.    Mr. Ethan Remacle, Security Captain, Wyoming Dept. of Corrections

*__Qualifications__:*  Mr. Remacle is a Security Captain with the Wyoming Department of Corrections, Wyoming Honor Farm, at 40 Honor Farm Road, in Riverton, Wyoming. Captain

Remacle's further qualifications are set forth in his Curriculum Vitae, attached. Captain Remacle has not testified as an expert in the last 4 years, nor has he authored any publications.

**_Summary of Testimony_**: Captain Remacle will educate the jury based on his training and experience regarding methods, tactics, and techniques that prisoners/inmates use or attempt to use to conceal contraband in and on their persons, the effectiveness of various search techniques to find items that prisoners may be attempting to conceal on and/or in their persons when in the custody of a prison facility, or transfers from jails to prisons intake, or prison to prison transports.

Captain Remacle's testimony will generally include the following topics and information. Drugs and alcohol are recognized as significant contraband issues within prisons and jails. One of the most common methods by which contraband is introduced to the system involves people entering a facility to await trial or serve a short sentence. Inmates often hide contraband inside layers of clothing and body cavities. The illegal drugs are often found in condoms and temporarily stowed in the colon, and cylinders such as Cigar Tubes are used to hide money, intravenous syringes, and knives. Additionally, drug packages are wrapped in cling film or put inside condoms as an additional layer of protection form the drug being opened inside the inmate's body, causing serious injury or death to the carrier. Some people will conceal drugs, mobile phones, and weapons inside their bodies if they know that they are likely to receive a prison sentence at court. Many articles of contraband are concealable in the body's cavities, via means of swallowing "balloons" which are literally made of rubber or latex, from latex gloves, or condoms, with drugs concealed inside. The drug is then digested through the body and naturally defecated out of the rectum after a period of time. Inmates/prisoners have been known to wait many days to defecate, to eliminate the detection of the drug during the intake process; or lessen the need to restart the process of re-swallowing to conceal the balloon. Another method is to take the packaged drug and insert it into

the rectum with a small string attached to the lining of the balloon.

Duplicate handcuff keys could be concealed in many body orifices, such as in the nasal passages or underneath the tongue.

In a thorough visual body cavity search, a secure, private, well-lit area should be used. The Officer conducting the search shall be of the same sex, unless there are exigent circumstances. The Officer shall be close enough to the inmate to observe each area of the body thoroughly while maintaining a reactionary gap of (3) three to (6) feet.  The search should be systematic and orderly with the Officer giving specific commands for what the inmate is required to do.

Inmates attempting to conceal contraband will intentionally distract Officers from their task of searching and attempt to control or speed through the process. The Officer must explain that non-compliance with orders will be unacceptable and failure to follow directions may result in placement into a dry cell and formal written disciplinary actions for the inmate.  A flashlight may also be used to further illuminate common bodily areas, including the nostrils, ears, mouth, navel, penis (urethra and foreskin) or vulva, and buttocks. The inmate should be told to separate any skin to skin contact areas in order to optimize the view of the searching Officer. The Officer should instruct the inmate to open their mouth, and lift the tongue and sweep their mouth with their own fingers, removing any partials or dentures, pulling the cheeks and gums apart to see inside. The head should be turned to view behind the ears and inside the ear. Fingers should be spread; arms should be raised to see the armpits. Larger inmates should be required to lift any overlapping skin in the abdominal area, and the penis foreskin should be pulled back, the penis and scrotum should be separated by the inmate and lifted in order to view between and underneath the genitals.

Squatting and coughing should always be instructed during the visual search, specifically of the inmate's anus. The person should be asked to "squat and cough," with the aim of dislodging

an object stored in the rectum or vagina. During this process the inmate should be instructed to move their buttocks apart to clearly see the anus.

Captain Remacle will testify there are countless ways in which contraband items are smuggled into prisons, and strategies and methods are ever changing, with inmates seeking security vulnerabilities and adapting their criminal activities to exploit weaknesses. In response to the risks posed by contraband, correctional facilities have adopted numerous interventions to prevent, detect, and confiscate contraband items. To detect contraband at entry points and prevent it from coming into the facility, correctional officers visually and physically search incarcerated people, staff, visitors, and vehicles for unauthorized items during visits, upon entry to the facility, and before and after being transported. These searches can range in intrusiveness from visual scans to unclothed body or skin searches, and may involve K-9 units trained to detect contraband like drugs or cell phones. Interdiction strategies are formally integrated into officer trainings, and staff also gains a substantial amount of working knowledge on contraband interdiction from colleagues.

Contraband is a universal critical issue for correctional agencies and some facilities face unique challenges. Various factors, like facility type (i.e., prison versus jail), architecture, security levels, facility capacity, location in an urban environment, jurisdiction, ratio of staff to incarcerated people, staff compensation, and facility policies and procedures determine what contraband enters facilities. Because challenges with contraband are facility specific, interdiction strategies need to be tailored to each agency and facility. What works for one jurisdiction may not be best for another. Additionally, no single technology or strategy will solve the contraband problem. In fact, although interdiction technologies are helpful in intercepting and recovering contraband, some of the most effective strategies are still "boots-on-the-ground" investigations, including the importance of using physical or manual checks (and using technology as a supplement) to fully intercept and

detect contraband, particularly given the technical and implementation-related limitations of most interdiction technologies. For example, some detection technologies rely on the detection of metal found in many contraband items (e.g., most weapons and cell phones), but these are ill-suited for finding other types of contraband items, such as narcotics, cigarettes, and nonmetallic weapons. Additionally, technology alone is not sufficient, and agencies rely heavily on traditional prison operations and strategies to combat contraband, including pat searches, cell shakedowns, K9 searches, and intelligence gathering.

There are several interdiction strategies institutions can employ to detect and prevent incarcerated people from bringing contraband into their facilities. For example, people who are newly admitted to a facility or are transferred from another facility may go through multiple steps of security screening, including being held in holding cells away from the general population until they are put through physical pat searches, or skin searches. Staff may also use various technologies to ensure these people are not concealing contraband on or in their bodies, including walk-through and handheld metal detectors[1] or medical X-Ray devices. The effectiveness of these devices, however, is highly dependent on their radiation settings. Low settings allow the machines to detect metal but make it difficult to detect drugs and other nonmetallic items. Thus, staff may need to rely on other strategies to supplement body scanners, such as pat or strip searches. If correctional officers have reason to believe a person still has contraband on their person after they have been processed through a body scanner, metal detector, or other standard interdiction procedure, they may conduct a strip search. In extreme cases Facility CEO's may authorize a trained physician to conduct a body cavity search to retrieve the contraband. Facilities may also require additional security procedures for people based on their offense history. Once correctional

---

[1] Captain Remacle has not personally worked with body scanners.

agencies complete these inspections, people are typically held in holding cells until they are processed into the facility. If people possess contraband that has gone undetected during these initial screenings, they may transfer it to uniform pockets, or leave it behind in changing areas to be recovered later by other incarcerated people (possibly as part of a preplanned arrangement). Captain Remacle will testify to the various forms of contraband that goes undetected and how it is distributed throughout the facilities by inmates and how contraband can become a danger to all of the staff and inmates in the facility. A signed statement indicating these opinions has been provided to the Defendant in discovery.

### 9.       Nicole Trampe, Lieutenant, Albany County Detention Center

***Qualifications:***  Ms. Trampe is a Lieutenant with the Albany County Detention Center and was so employed at all times relevant to this investigation. Lt. Trampe has been employed with the Albany County Sheriff's Office for 18 years, and has spent her entire career in various positions with the Detention Center. Lt. Trampe's qualifications and training records are set forth in her Curriculum Vitae which is attached.

***Summary of Testimony:***  Lt. Trampe will testify as to operations and protocols at the Albany County Detention Center including how prisoners are brought into the facility, how they are processed, screened, searched and admitted to the facility. Lt. Trampe will discuss the physical layout of the detention center, facility capacity, ratio of staff to incarcerated people and the day-to-day operations of the facility, including the amenities provided to prisoners as they are booked into the facility, how decisions are made as to each prisoner's housing location, and what records are kept concerning Detention Center prisoners. Lt. Trampe will testify regarding the policies and procedures surrounding strip searches and their limitations. Lt. Trampe will testify as to the interventions used by the Albany County Detention Center to prevent, detect, and confiscate

contraband items from inmates prior to their integration into the jail population. Lt. Trampe will testify as to the process and procedures used to detect contraband at entry points and prevent it from coming into the facility. Lt. Trampe will also testify regarding security cameras in the Albany County Detention Center and how the information captured by them is stored in the jail system for review if needed. A signed statement indicating these opinions has been provided to the Defendant in discovery.

10.     **Jennifer Graham, Chief Deputy Coroner, Albany County, Wyoming**

*__Qualifications__*:   Ms. Graham is the Chief Deputy Coroner with the Albany Country Coroner's Office in Laramie, Wyoming. Ms. Graham's further qualifications are set forth in her Curriculum Vitae, attached. She has not authored any publications or testified as an expert in the last 4 years.

*__Summary of Testimony__*:   The government will elicit testimony from Ms. Graham regarding her investigation, findings, conclusions, and opinions surrounding the death of R.R. in the Albany County Detention Center. In her capacity as Coroner, Ms. Graham responded to the hospital where R.R.'s body was after medical treatment failed to revive him. Ms. Graham will testify about the condition of R.R. and the scene upon her arrival, her observations and opinions regarding the condition of R.R.'s body. Ms. Graham's opinions, and the bases and reasons for those opinions are set forth in her Coroner's Report, previously provided to the Defendant through discovery

11.     **Adam Crilly, D.O.**

*__Qualifications__*:   Dr. Crilly is the Medical Director in the Department of Emergency Medicine at the Cheyenne Region Medical Center. Dr. Crilly's further qualifications are set forth in his Curriculum Vitae, attached.

***Summary of Testimony:***   Dr. Crilly examined J.N. upon arrival at the Emergency Department. Dr. Crilly will testify as to his examination, treatment, and diagnosis of J.N. consistent with the medical records that have been provided through the normal course of discovery to the Defendant. Dr. Crilly's observations, findings and diagnosis are set forth in the victim's medical records which have been provided to the Defendant through discovery. Dr. Crilly will further be asked his opinion regarding the general use and abuse of opiates, specifically the effect(s) of an opioid overdose to the human body, including loss and impairment of the function of bodily organs, specifically the brain.  Dr. Crilly will also testify as to what type of medical treatment is used to treat an opioid overdose, and the effect of that treatment. Dr. Crilly will be called upon to provide his expert opinion that, based upon the evidence in this investigation, J.N. suffered serious bodily injury when he used opiates as described by J.N., and that J.N.'s risk of death was "extreme to certain" without medical intervention. Dr. Crilly's interview, supporting medical records and opinion(s) were previously provided to the Defendant through discovery.

### 12.   Karl C. Suni, Forensic Scientist, Forensic Science Consultants

***Qualifications:***   Mr. Suni is a Forensic Scientist with Forensic Science Consultants in Williamston, Michigan. Mr. Suni's testimony list and further qualifications are set forth in his Curriculum Vitae, which is attached.

***Summary of Testimony:***   The government will elicit testimony from Mr. Suni in its case in chief at trial regarding Mr. Suni's testing of various items of evidence including a playing card, a plastic bag containing brown material, an apparent light blue tablet pieces and light blue powder, a portion of a blue tablet marked "30," and a portion of a white tablet marked "AX." Mr. Suni is expected to testify consistent with his findings set forth in his Forensic Science Consultants reports that Fentanyl was identified in the light blue tablet pieces and the portion of the blue tablet marked

"30," and Alprazolam was identified in the portion of a white tablet marked "AX." Mr. Suni's notes and reports have previously been provided to the Defendant through discovery.

## **CONCLUSION**

In addition to the areas set forth above, the government reserves the right to elicit testimony regarding other matters that may be raised during cross-examination, based on the testimony elicited from the Defendant's experts, if any, or other witnesses, or the evidence introduced by Defendant. To the extent the Court allows Defendant the same right, we reserve the right to elicit any additional testimony that this expert is qualified to provide should the need arise based on further developments in preparing for and during the trial.

The United States reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(a), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing and additional evidence may be discovered which may require additional expert witness testimony.

Respectfully submitted this 10th day of July 2023.

NICHOLAS VASSALLO
United States Attorney

By:   */s/ Kerry J. Jacobson*
KERRY J. JACOBSON
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of July 2023, I served a true and correct copy of the foregoing **Government's Notice of Intent to Offer Expert Testimony** upon counsel of record by electronic filing.

*/s/ Mikala Dawson*
UNITED STATES ATTORNEY'S OFFICE

13

Michael Anthony Darracq  MD MPH

1210 E. Kelso Avenue
Fresno, CA 93720
mike.darracq@gmail.com
559 451 0161 (home)
619 822 5907 (cell)

**Faculty Appointment**:

July2017-Current
Associate Professor of Clinical Emergency Medicine
                    University of California, San Francisco


July2013-July2017
Assistant Clinical Professor of Emergency Medicine
                    University of California, San Francisco

2008-2012       Assistant Professor of Emergency Medicine
                Uniformed Services University of Health Sciences
                Bethesda, MD


**Professional Training:**

2011-2013       Medical Toxicology Fellowship
                University of California, San Diego
                San Diego, CA

2004-2007       Emergency Medicine Residency
                University of California, Davis Medical Center
                Sacramento, CA

2000-2004       Doctor of Medicine, University of California, Davis
                School of Medicine,  Davis, CA

1995-1999       B.S Magna Cum Laude, Cognitive Sciences
                University of California, San Diego
                La Jolla, CA


**Professional Development:** Jan 2019       X-Waiver MAT Course
                American Association of Addiction Psychiatrists

Dec 2018        Medical Review Officer  (MRO) Certification
                American Association of Medical Review Officers

2016-2017       American College of Emergency Physicians (ACEP)
                Teaching Fellowship
                Dallas, TX

2014            Advanced Hazmat Life Support (AHLS)

|  |  | Provider and Instructor<br>Tucson, AZ |
|---|---|---|
|  | 2013 | Joint Medical Executive Skills Institute<br>US Army<br>San Antonio, TX |
|  | 2013 | Introduction to Hyperbaric Medicine and Wound Care<br>Long Beach Memorial Medical Center<br>Long Beach, CA |
|  | 2012 | Agents of Opportunity for Terrorism<br>Oak Ridge Institute for Science and Education<br>Radiation Emergency Assistance Center Training Site |
|  | 2011 | Radiation Emergency Medicine<br>Oak Ridge Institute for Science and Education<br>Radiation Emergency Assistance Center Training Site |
|  | 2011 | Wilderness Upgrade for Medical Professionals<br>Wilderness Medicine Institute,<br>National Outdoor Leadership School |
|  | 2008-2009 | Masters of Public Health<br>Emphasis in Disaster Management<br>American Public University System |
|  | 2006 | Advanced Wilderness Life Support (AWLS)<br>University of Utah |
| **Certification:** | 2020 | Board Certified Addiction Medicine<br>American Board of Preventive Medicine |
|  | 2014 | Board Certified  Medical Toxicology<br>American Board of Emergency Medicine |
|  | 2011 | Fellow, Academy of Wilderness Medicine (FAWM)<br>Wilderness Medical Society |
|  | 2008 | Board Certified Emergency Medicine<br>American Board of Emergency Medicine<br>Recertified 2017 |
| **Memberships:** | Feb 2022<br>Jan 2020 | Fellow, American Society of Addiction Medicine<br>American Society of Addiction Medicine |

Dec 2018          Fellow, American College of Medical Toxicology
Nov 2018          Fellow, American College of Emergency Physicians


July2011-Present      Member, American College of Medical Toxicology
May 2008-Present     Fellow, American Academy of Emergency Medicine
May 2006-Present     Wilderness Medical Society


**Licensure:**              California Medical License A92362

**Journal Review:**      Peer Reviewer
                        2020-Current          Journal of Multidisciplinary Healthcare
                        2020-Current          World Journal of Emergency Medicine
                        2020-Current          Toxicology Communications
                        2020-Current          Journal of Emergency Nursing
                        2018-current          Pediatrics
                        2018-current          American Journal of Emergency Medicine
                        2018-current          Annals of Pharmacotherapy
                        2018-Current          Journal of Psychoactive Drugs
                        2017-Current          Pediatric Emergency Care
                        2015-Current          Journal of Pediatrics
                        2014-Current          Journal of Medical Toxicology
                        2014-Current          Clinical Toxicology
                        2013-Current          American Journal of Drug and Alcohol Abuse
                        2009-Current          Wilderness and Environmental Medicine
                        2009-Current          Journal of Emergency Medicine
                        2010-Current          Military Medicine
                        2009-2011            Annals of Navy Emergency Medicine
            http://navyemergencymedicine.com/index.php/publications/annals-of-navy-
            emergency-medicine

***Employment:***      July2017-Current      Associate Professor of Clinical Emergency Medicine
                                            University of California, San Francisco

                      July 2013-July2017    Assistant Clinical Professor of Emergency Medicine
                                            University of California, San Francisco

                      Dec2011-April2013     Emergency Physician, Per Diem
                                            Kaiser Permanente Medical Group, Southern
                                            California. San Diego, CA

                      July2011-July2013     Medical Toxicology Fellow, University of
                                            California, San Diego

                      July 2008-Mar2012     Assistant Professor of Emergency and Military
                                            Medicine, Uniformed Services University of Health
                                            Sciences, Bethesda, MD

Aug 2007-July 2011   Core Faculty and Staff Physician
United States Navy
United States Naval Medical Center San Diego
Department of Emergency Medicine
San Diego, CA

**Publications**:  *(\* denotes in-training status)*

Peer-Reviewed Journals   **Darracq M.** Wu F. Response to comment on "Comparing Physician Assistant and Nurse Practitioner practice in US Emergency Departments, 2010-2017" West J Emerg Med. 2022 Sept 14; 23(5):793

**Darracq MA**. Thornton SL. A different challenge with Benadryl: adolescent diphenhydramine ingestions reported to National Poison Database System, 2007-2020. Clin Toxicol (Phila). 2022 Jul; 60(7):851-859.

Wu, **Darracq M**. Toxicology education in emergency medicine PA postgraduate programs. JAAPA. 2021 Dec 1; 34(12):1

Wu F, **Darracq MA**. Comparing Physician Assistant and Nurse Practitioner Practice in U.S. Emergency Departments, 2010-2017. West J Emerg Med. 2021 Aug 21;22(5):1150-1155.

**Darracq MA,** Thornton SL. Respiratory depression following medications for opioid use disorder (MOUD)-approved buprenorphine product oral exposures; National Poison Database System 2003-2019. Clin Toxicol (Phila). 2021 Apr; 59(4):303-312.

Wu F, **Darracq MA**. Physician assistant utilization in U.S. emergency departments; 2010 to 2017.  Am J Emerg Med. 2021 Apr; 42:132-136.

**Darracq MA**, Thornton SL. Sustained stimulation? Characteristics of modified release and immediate release stimulant exposures reported to the national poison data system. Clin Toxicol (Phila). 2021 Mar; 59(3):200-207.

Wu F, **Darracq M**. Comparing PA and NP practice in US EDs, 2010-2017. JAAPA. 2020 Dec: 1;33(12):1.

**Darracq MA.** Clinical Utility of Carnett and closed eye sign in emergency department. Am J Emerg Med. 2020 Dec; 38(12);2759.e1-2759.e4.

Wu F, **Darracq MA**. Physician assistant and nurse practitioner utilization in U.S. emergency departments, 2010 to 2017. Am J Emerg Med. 2020 Oct; 38(10):2060-2064

Thornton SL, **Darracq MA**. Patch Problems? Characteristics of Transdermal Drug Delivery System Exposures Reported to the National Poison Data System. J Med Toxicol. 2020 Jan; 16(1):33-40.

Stephen L. Thornton, **Michael A. Darracq**, Hallam M. Gugelmann & Patil Armenian (2019) Surface internet marketplace presence and availability of NPS sold as research chemicals: a snapshot study, Toxicology Communications, 3:1, 67-74, DOI: 10.1080/24734306.2019.1648067

**Darracq MA**, Lee J*, Wilson T*, Lasoff D, Armenian P. Pharmacist dispensed naloxone: Knowledge, availability, participation and cost in selected California counties.
Int J Drug Policy. 2019 Jul 10;71:113-117.

Shu E*, Farshidpour L*, Young M, **Darracq M**, Ives Tallman C. Utility of point-of-care synovial lactate to identify septic arthritis in the emergency department. Am J. Emerg Med. 2019 Mar; 37(3):502-505.

**Darracq MA**, Armenian P, Comes J, Thornton S.
Medical Toxicology education in US Emergency medicine residencies. Am J Emerg Med. 2018 Mar 3.

Riccoboni ST, **Darracq MA**.  Does the U stand for Useless? The Urine Drug Screen and Emergency Department Psychiatric Patients. J Emerg med. 2018 Feb 27

Armenian P, **Darracq M**, Gevorkyan J, Clark S, Kaye B[*], Brandehoff NP[*]. Intoxication from the novel synthetic cannabinoids AB-PINACA and ADB-PINACA. A case series and review of the literature. Neuropharmacology. 2017 Oct 14. pii: S0028-3908(17)30483-5.

**Darracq MA**, Heppner J, Lee H, Armenian P. Backyard Pool Party: Not Your Typical Sunburn. Pediatr Emerg Care. 2017 Jun;33(6):440-442.

Ramirez R, Stalcup P*, Croft B*, **Darracq MA**. Haloperidol undermining gastroparesis symptoms (HUGS) in the emergency department.
Am J Emerg Med. 2017 Mar 12. pii: S0735-6757(17)30182-1.

Tallman CI*, **Darracq M**, Young M. Analysis of intraosseous blood samples using an EPOC point of care analyzer during resuscitation.
Am J Emerg Med. 2016 Dec 12.

Burger J*, Capobianco M, Lovern R*, Boche B*, Ross E*, **Darracq MA**, McLay R. A Double-Blinded, Randomized, Placebo-Controlled Sub-Dissociative Dose Ketamine Pilot Study in the Treatment of Acute Depression and Suicidality in a Military Emergency Department Setting.  Mil Med. 2016 Oct;181(10):1195-1199.

**Darracq MA**, Thornton SL, Minns AB, Gerona RR
A Case of 3, 4-Dimethoxyamphetamine (3, 4-DMA) and 3, 4 Methylenedioxymethamphetamine (MDMA) Toxicity with Possible Metabolic Interaction
Journal of Psychoactive Drugs 2016 Sep 16:1-4.

Bauer S*, **Darracq MA**. Salicylate toxicity in the absence of anion gap metabolic acidosis. Am J Emerg Med. 2016 Jul;34(7):1328.e1-3.

**Darracq MA**, Cantrell FL, Klauk B*, Thornton SL. A chance to cut is not always a chance to cure- fasciotomy in the treatment of rattlesnake envenomation: A retrospective poison center study. Toxicon. 2015 Jul;101:23-6.

Deaton T*, Auten JD*, **Darracq MA**. Nebulized fentanyl vs intravenous morphine for ED patients with acute abdominal pain: a randomized double-blinded, placebo-controlled clinical trial. Am J Emerg Med. Am J Emerg Med. 2015 Jun;33(6):791-5.
(Cited by Pediatric Emergency Medicine Playbook January 1, 2017, http://pemplaybook.org/podcast/pediatric-pain/)

Ross EM*, **Darracq MA.** Complementary and alternative medicine practices in military personnel and families presenting to a military emergency department. Mil Med. 2015 Mar;180(3):350-4

**Darracq MA**, Cullen J*, Rentmeester L*, Cantrell FL, Ly BT. Orbeez: The Magic Water Absorbing Bead-Risk of Pediatric Bowel Obstruction? Pediatr Emerg Care. Pediatr Emerg Care. 2015 Jun;31(6):416-8

Schneir A, Ly BT, Casagrande K, **Darracq M**, Offerman SR, Thornton S, Smollin C, Vohra R, Rangun C, Tomaszewski C, Gerona RR.Comprehensive analysis of "bath salts" purchased from California stores and the internet. Clin Toxicol (Phila). 2014 Aug;52(7):651-658.

**Darracq MA**, Young M. Novel Anticoagulants Should NOT Be Recommended for High-Risk Activity. Wilderness Environ Med. 2014 Apr 11. pii: S1080-6032(14)00034-9. doi: 10.1016/j.wem.2014.01.007

Zanoni S*, Carstairs S, **Darracq MA**. Altered Mental Status Due to Pruno Intoxication.J Emerg Med. 2014 Mar 26. pii: S0736-4679(13)01452-2. doi: 10.1016/j.jemermed.2013.11.125. [Epub ahead of print]

Thornton SL, **Darracq M**, Lo J, Cantrell FL. Castor bean seed ingestions: A state-wide poison control system's experience. Clin Toxicol (Phila). 2014 Mar 2.

**Darracq MA**, Toy JM*, Chen T*, Mo C*, Cantrell FL. A retrospective review of isolated gliptin-exposure cases reported to a state poison control system. Clin Toxicol (Phila). 2014 Mar;52(3):226-30

Lo JC, **Darracq MA**, Clark RF. A Review of Methylene Blue Treatment for Cardiovascular Collapse. J Emerg Med. 2014 Feb 6.

**Darracq MA**, Thornton SL, Do HM*, Bok D*, Clark RF, Cantrell FL. Utilization of hyperinsulinemia euglycemia and intravenous fat emulsion following poison center recommendations. J Med Toxicol. 2013 Sep;9(3):226-30.

Zanoni S*, Siefert JA, **Darracq MA**. Atrial Fibrillation with Rapid Ventricular Response Resulting from Low-Voltage Electrical Injury. J Emerg Med. 2013 Aug 9.

**Darracq MA**, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL. Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study. J Med Toxicol. 2013 Jul 12. (Cited by CDC, PC PH CoP Spring 2019)

**Darracq MA,** Ghafouri N, Pesce A, Cantrell FL. Hand sanitizer intoxication following a crude extraction method. Am J Drug Alcohol Abuse. 2013 May;39(3):217-8

**Darracq MA**. Cantrell FL. Hemodialysis and extracorporeal removal for pediatric and adolescent poisoning as reported to state poison center.  J Emerg Med. Jun;44(6):1101-7.

**Darracq MA**, Matteucci MJ. Other Causes of Methemoglobinemia in Pediatric Patients and Potential Explanation for Ibuprofen-induced Methemoglobinemia. In Response to "Toxic Methemoglobinemia Due to Ibuprofen: Report of a Pediatric Case" by Khemiri et al. J Emerg Med. 2013 2013 May;44(5):989-90

**Darracq MA**, Clark A, Qian L, Cantrell FL. A retrospective review of isolated duloxetine-exposure cases. Clin Toxicol (Phila). 2013 Feb;51(2):106-10.

**Darracq MA**, Rentmeester LL*, Clark RF, Tomaszewski CA, Schneir AB, Cantrell FL. Cost of hemodialysis versus fomepizole-only for treatment of ethylene glycol intoxication. Clin Toxicol (Phila). 2013 Mar;51(3):188.

**Darracq MA**, Ward NT*, Tomaszewski C, Clark RF.  In reply. Ann Emerg Med. 2013 Feb;61(2):254-255.

**Darracq MA**, Ly BT. Gastric Aspirate Fluorescence in Ethylene Glycol Poisoning. J Emerg Med. 2012 Dec;43(6):e457-8.

Ward NT*, **Darracq MA**, Tomaszewski C, Clark RF. Evidence-Based Treatment of Jellyfish Stings in North America and Hawaii. *Ann Emerg Med.* 2012 Oct;60(4):399-414.

Ghafouri N, **Darracq MA**, Cantrell FL. Ondansetron-associated hypotension following pediatric self-poisoning. *Pediatr Emerg Care*. 2012 Jun;28(6):596-7.

**Darracq MA**. In response to "Neuroleptic Malignant Syndrome vs. Serotonin Syndrome: The search for a diagnostic tool. *Annals of Pharmacotherapy*, 2012 Apr;46(4):611-2.

**Darracq MA**. Images in emergency medicine: left atrial myxoma.  *West J Emerg Med*. 2008 May;9(2):125.

**Darracq MA**, Vinson DR, Panacek EA. (2008). Preservation of active range of motion after acute elbow trauma predicts absence of elbow fracture. *Am J Emerg Med*. 2008 Sep;26(7):779-82.

 **Darracq MA**, Daubert GP. (2007). A cyanotic toddler. *Pediatr

*Emerg Care*. 2007 Mar;23(3):195- 9.

Conner JM, **Darracq MA**, Roberts J, Tuszynski MH.  (2001). Nontropic actions of neurotrophins: subcortical nerve growth factor gene delivery reverses age-related degeneration of primate cortical cholinergic innervation. *Proc Natl Acad Sci U S A*. 2001 Feb 13;98(4):1941-6.

Other Peer Reviewed Articles **Darracq MA**. Arsenic Poisoning. Call Us, The Official Newsletter of  the California Poison Control System. Fall 2011. Vol 9(3).  Available at http://www.calpoison.org/hcp/2011/callusvol9no3.htm.

Ward NT*, **Darracq MA**.  Jellyfish envenomation and treatment. Call Us. The Official Newsletter of the California Poison Control System. Summer 2012.  Vol 10(2). Available at http:// http://www.calpoison.org/hcp/2012/callusvol10no2.htm

**Darracq MA.**  2012-13 CEP America Toxicology and Pharmacology Review CME Program.
**-**Treatment of Acute Mountain Sickness with Ibuprofen
**-**Hydroxycobalamin treatment with and without sodium thiosulfate in the treatment of cyanide toxicity.
**-**Pharmacology and Toxicology of Dabigatran (Pradaxa)
-Pharmacology and Toxicology of Olanzapine (Zyprexa) and use in  the acutely agitated patient.
-Pharmacology and treatment of Alcohol Withdrawal
-Fomepizole alone as treatment for Ethylene Glycol toxicity
-Zofran and Pregnancy; Is it Safe?
-Analatro: A New Black Widow Antivenom
-Do Hand Sanitizers result in abnormal breathalyzer Results?
-Are you contributing to the opioid epidemic?
-Significant salicylism without anion gap acidosis.

**Darracq MA**. Challenger Corporation, Emergency Medicine Board Review Toxicology Question Bank.
-Venomous Snakes
-Toxic Alcohols
-Alcohol Related Disorders
-Venomous Arthropods
-Venomous Sea Creatures
-Radiation Illnesses
-Scuba Diving and Dysbarisms
-Cocaine and other Sympathomimetics
**-**Accidental Hypothermia
-Pesticide Toxicity
-Plant, Herbal, and Mushroom Toxicity
-Opioid Toxicity
-Caustic Ingestion Toxicity
-Psychiatric Emergencies

-Sepsis
-Antimuscarinic and Psychiatric Medication Toxicity
-Anticonvulsant Toxicity
-Bronchodilator Toxicity
-Pediatric and Adult Procedural Sedation
-Abdominal Trauma
-Valvular Emergencies
-Acute Diarrhea
-Anion and Osmolal Gaps
-H2O Homeostasis
-Clinical Context: Acid/Base disorders

Book Chapters

**Darracq MA.** Cnidaria, In: Olson KR(Ed.), Poisoning and Drug Handbook (Lange Clinical Manual), 8th Edition. May 6, 2022.

**Darracq MA.** Quinine, In: Olson KR(Ed.), Poisoning and Drug Handbook (Lange Clinical Manual), 8th Edition. May 6, 2022.

**Darracq MA**. Sedative-Hypnotics. Karch's Drug Abuse Handbook, 3rd Edition, October 2021

CorePendium, EMRAP Online Textbook, Iron Toxicity, Jan2020

Toxicology Section Editor (42 chapters), CorePendium, EMRAP Online Textbook in Emergency Medicine, Jan2019-Current

**Darracq MA,** Clark RF. Antivenom (Scorpion). Goldfrank's Toxicologic Emergencies, 11th edition. April 11, 2019

**Darracq MA,** Clark RF. Antivenom (Spider). Goldfrank's Toxicologic Emergencies, 11th edition. April 11, 2019

**Darracq MA.** Environmental Emergencies. Emergency Medicine Board Review, Campagne, Weichental (ed). Oxford. Feb 07, 2019

Holtz D, **Darracq MA.** Toxicologic Emergencies. Emergency Medicine Board Review, Campagne, Weichental (ed). Oxford. Feb 07, 2019

**Darracq MA.** Thornton SL, Ly B, Central Nervous System Depressants. In: Vilke GM and Ross DL(Ed.), Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and Deaths in Custody. Routledge, 2018.

Thornton SL, **Darracq MA,** Ly B, Amphetamines, Cathinones (Bath Salts), and Cocaine. In: Vilke GM and Ross DL(Ed.), Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths, and

Deaths in Custody. Routledge, 2018.

**Darracq MA.**  Cnidaria, In: Olson KR(Ed.), Poisoning and Drug Handbook (Lange Clinical Manual), 7th Edition. December 11, 2017

**Darracq MA.** Quinine, In: Olson KR(Ed.), Poisoning and Drug Handbook (Lange Clinical Manual), 7th Edition. December 11, 2017

**Darracq MA,** Ly BT. Alcohol. Harwood and Nuss Emergency Medicine, 7th Edition, October 2014

**Darracq MA,** Clark RF. Antivenom (Scorpion). Goldfrank's Toxicologic Emergencies, 10th edition. December 19, 2014

**Darracq MA,** Clark RF. Antivenom (Spider). Goldfrank's Toxicologic Emergencies, 10th edition. December 19, 2014.

**Darracq MA.** "Biological Weapons",
**Darracq MA.** "Chemical Weapons",
**Darracq MA.** "Disaster triage".
GEMSoft. San Francisco, CA.  2012.

**Darracq  MA**, Tanen D. "Carbon Monoxide".  American Academy of Emergency Medicine Resident Student Association (AAEM/RSA) Toxicology Handbook, 2nd ed,  2011.

**Darracq, M.A.**, 2014. Red Squill. In: Wexler, P. (Ed.), Encyclopedia of Toxicology, 3rd edition vol 4. Elsevier Inc., Academic Press, pp. 63–64.

**Darracq, M.A.**, 2014. Ciguatoxin. In: Wexler, P. (Ed.), Encyclopedia of Toxicology,3rd edition vol 1. Elsevier Inc., Academic Press, pp. 963–965.

**Presentations:**    **Darracq MA**. Thornton SL. Entresto We Trust? Characteristics of single agent sacubitril/valsartan ingestions reported to the NPDS. Presented at North American Congress of Clinical Toxicologists (NACCT). [Poster presentation] San Francisco, CA, September 17, 2022.

**Darracq MA**. Thornton SL. A Relaxing Trend: Trends and Characteristics of Skeletal Muscle Relaxant Exposures Reported to NPDS. Presented at North American Congress of Clinical

Toxicologists (NACCT). [Poster presentation] San Francisco, CA, September 18, 2022.

Wu F, **Darracq M**: Program Director Characteristics in Emergency Medicine PA Postgraduate Programs. Presented at: 2022 American Academy of PAs Annual Conference. Indiana Convention Center, Indianapolis, Indiana, May 21-25, 2022.

Wu F, **Darracq M**, Weinstock M, Comparing malpractice claims rates in midlevel providers US emergency departments 2010-2019. ACEP Research Forum, [Virtual platform] October 2021.

**Darracq M**, Thornton S. Iva-BRADY-ine? Characteristics of single agent ivabradine ingestions reported to the NPDS. [Virtual Platform presentation] NACCT October 2021, Atlanta, GA

**Darracq M**, Thornton S. Anti-histamine misuse and abuse: trends and characteristics reported to NPDS. [Virtual Platform presentation] NACCT October 2021, Atlanta, GA

Silver E, **Darracq M**, Thornton, S. Characteristics of Unintentional Gabapentinoid Exposures. ACMT 2021-Virtual. April 2021

**Darracq MA**, Thornton S. Pediatric diphenhydramine ingestions reported to National Poison Database System 2007-2020. SAEM-Virtual, May 2021

Thornton S, **Darracq M**. Characteristics and Trends of Coral Snake Bites Reported to NPDS from 2006 to 2018. ACMT 2021-Virtual. April 2021

Thornton S, **Darracq M**. Characteristics and Trends of Cottonmouth Bites Reported to NPDS from 2006 to 2018. ACMT 2021-Virtual. April 2021

Silver E, **Darracq M**, Thornton, S. Characteristics of Unintentional Gabapentinoid Exposures. ACMT 2021-Virtual. April 2021

Thornton SL, **Darracq MA.** Antivenom for the Kids? Comparison Of Pediatric Crotalid Bites Reported to NPDS That Did Or Did Not Receive Antivenom Therapy.[poster], NACCT, San Francisco, September 2020

Thornton SL, **Darracq MA.** To Give Antivenom or Not? Comparison Of Adult Crotalid Bites Reported to NPDS That Did Or Did Not Receive Antivenom Therapy.[poster], NACCT, San Francisco, September 2020

Thornton SL, **Darracq MA.** Characteristics and Trends of Pediatric Crotalid Bites Reported to the NPDS from 2006 to 2018.[poster], NACCT, San Francisco, September 2020

Thornton SL, **Darracq MA.** Characteristics and Trends of Adult Crotalid Bites Reported to the NPDS from 2006 to 2018.[poster], NACCT, San Francisco, September 2020

**Darracq MA,** Thornton SL. Respiratory Depression following Medications for Opioid Use Disorder (MOUD) approved-buprenorphine oral exposures: National Poison Data System 2003-2019.  Society for Academic Emergency Medicine (SAEM). Virtual Abstract, 2020

Wu F, **Darracq MA.** Comparing Physician Assistant and Nurse Practitioner Utilization in U.S. Emergency Departments; 2010-2017 [poster]
American Association of Physician Assistant Annual Meeting, June 2020

Brandehoff N, **Darracq MA**, Rasmussen, Refaat M, Armenian P. Lead Toxicity 30 Years After Sustaining a Gunshot Wound [poster], NACCT, Nashville TN, September 2019

**Darracq MA**, Thornton S. Adverse effects of ingested buprenorphine reported to National Poison Database System (NPDS) 2010-2019 [poster], NACCT, Nashville TN, September 2019

Thornton S, **Darracq MA**. Intentional Overdoses of First Generation Antihistamines: Not Created Equal?
Poison Database System (NPDS) 2010-2019 [poster], NACCT, Nashville TN, September 2019

**Darracq MA**.  Dental emergencies in the backcountry. 36:10 (May21), 2019. Audio Digest.  http://legacy.audio-digest.org/adfwebcasts/mp3/EM3610/em3610_1.mp3

Wu F, **Darracq MA.** Physician Assistant (PA) utilitzation in US Emergency Departments 2010-2015. [platform] SAEM, May 16, 2019, Las Vegas, NV

Wu F, **Darracq MA.** Physician Assistant (PA) utilitzation in US Emergency Departments 2010-2015. [platform] Western SAEM, March21, 2019, Napa, CA

Thornton S**, Darracq MA.** ADHD medication exposures and outcomes. [poster] NACCT 2018, Chicago, IL

Thornton S, **Darracq MA.** Bad Stickers: pediatric transdermal drug delivery system exposures reported to the NPDS. [poster presentation] *NACCT 2017, Vancouver, BC*

Thornton S, **Darracq MA.** The poison patch: Adult transdermal drug delivery system exposures reported to the NPDS. [poster presentation] *NACCT 2017, Vancouver, BC*

Thornton S, **Darracq MA** Patch of death?: Transdermal fentanyl drug delivery system exposures reported to the NPDS. [poster presentation] *NACCT 2017, Vancouver, BC*

**Darracq MA**. Lee J, Lasoff D, Wilson T, Armenian P. The availability of naloxone in California outpatient pharmacies. [poster presentation] *NACCT 2017, Vancouver, BC*

Thornton S. **Darracq MA**, Gugelmann H, Armenian P. In stock highs? Inveontry of research chemical internet vendors. [poster presentation] *NACCT 2017, Vancouver, BC*

**Darracq MA,** Armenian P, Comes J, Thornton S. *Emergency Medicine Residency Toxicology Education:* A Survey Study [poster presentation] SAEM May 2017

**Darracq MA,** Armenian P, Comes J, Thornton S. *Emergency Medicine Residency Toxicology Education:* A Survey Study [poster presentation] Western SAEM April 2017

**Darracq MA**, Lung D, Thornton S. *Employment survey of recent medical toxicology fellowship graduates.* [poster presentation] ACMT March 2017

**Darracq MA,** Armenian P, Comes J, Thornton S. *Emergency*

*Medicine Residency Toxicology Education:* A Survey Study [poster presentation] ACMT March 2017

Stalcup P*, Croft B, Ramirez R, Darracq MA. *Haloperidol Undermines Gastroparesis Symptoms (HUGS).* Western Society for Academic Emergency Medicine. [Oral presentation] October16, 2016 Las Vegas, NV

Riccobonni SI, **Darracq MA**. *Does The U Stand For Useless? UDS And ED Psychiatric Patients* ACEP [Oral presentation] October 18, 2016 Las Vegas, NV

**Darracq MA,** Armenian P, Comes J, Thornton S. *Emergency Medicine Residency Toxicology Education:* A Survey Study [poster presentation] NACCT, September 14, 2016

Brandehoff N, **Darracq MA**, Gevorkyan J, Clark S, Kaye B, Torres R. Armenian P. *Two PINACAs, multiple patients:A backcountry EMS mass casualty requiring air and ground transport.* [poster presentation] NACCT, September 14, 2016

**Darracq MA**, Lung D, Thornton S. *Employment survey of recent medical toxicology fellowship graduates.* [poster presentation] NACCT, September 15, 2016

Ives-Tallman C*, Young M, **Darracq MA**. *Analysis of Intraosseous Blood Samples Using an EPOC® Point of Care Analyzer during Resuscitation.* Society for Academic Emergency Medicine. [Oral presentation] May 12, 2016 New Orleans, LA

**Darracq MA,** Vohra R, Ruha AM**.** *Cutting to the Chase: Observations on Debridement in Crotalid Envenomation**.** Society for Academic Emergency Medicine. [Oral presentation] May 12, 2016. New Orleans, LA

Riccobonni S, **Darracq MA**. *Does The U Stand For Useless? UDS And ED Psychiatric Patients* Western Society for Academic Emergency Medicine. [Oral presentation] April 1-2, 2016 Los Angeles, CA

Stalcup P*, Croft B, Ramirez R, Darracq MA. *Haloperidol Undermines Gastroparesis Symptoms (HUGS).* Western Society for Academic Emergency Medicine. [Oral presentation] April 1-2, 2016 Los Angeles, CA

Ives-Tallman C*, Young M, **Darracq MA**. *Analysis of Intraosseous Blood Samples Using an EPOC® Point of Care Analyzer during*

*Resuscitation*. Western Society for Academic Emergency Medicine. [Oral presentation] April 1-2, 2016 Los Angeles, CA

**Darracq MA,** Vohra R, Ruha AM. *Cutting to the Chase: Observations on Debridement in Crotalid Envenomation***.** Western Society for Academic Emergency Medicine. [Oral presentation] April 1-2, 2016. Los Angeles, CA

Murphy T*, Demers G, **Darracq MA,** Marshall J. *Neurocognitive Enhancement Substance Use in Prehospital Emergency Medical Service Providers*. [poster] National Association of EMS Physicians. January 2016, San Diego, CA

**Darracq MA.** Cullen J*. Rentmeester L*. Cantrell FL.  "Orbeez": *The magic absorbing bead - risk of pediatric bowel obstruction?* [poster] American College of Medical Toxicology, Spring 2014. Phoenix, AZ

**Darracq MA.** Devgun J*, Chen X*, Cantrell FL. FUNGUS AMONGUS- *Testing the Public's Ability to Identify Mushrooms*. [poster] American College of Medical Toxicology, Spring 2014. Phoenix, AZ

**Darracq MA.** Devgun J*, Chen X*, Cantrell FL. FUNGUS AMONGUS- *Testing the Public's Ability to Identify Mushrooms*. [poster] North American Clinical Congress of Toxicology, 2013 Atlanta, GA

**Darracq MA.** Rentmeester L*, Cullen J*. Cantrell FL. Tomaszewski CA. *Is there a continental divide? Geographic distribution of sympathomimetic drug exposures*. [poster]  North American Clinical Congress of Toxicology, 2013 Atlanta, GA

**Darracq MA.** Thornton SL, Minns AB, Gerona RR. *3,4 Dimethoxyamphetamine (DMA): Hallucinogen and CYP2D6 inhibitor? A case report.* [poster]  North American Clinical Congress of Toxicology, 2013. Atlanta, GA

**Darracq MA.** Cantrell FL. Tomaszewski CA. *US Poison Center recommendations for HBO in the treatment of CO poisoning*. [poster] North American Clinical Congress of Toxicology, 2013. Atlanta, GA

**Darracq MA.** Cullen J*. Rentmeester L*. Cantrell FL.  "Orbeez": *The magic absorbing bead - risk of pediatric bowel obstruction?* [poster] North American Clinical Congress of Toxicology, 2013. Atlanta GA

Thornton SL. **Darracq MA.**  Cantrell FL.  *Fasciotomy in the*

*treatment of Rattlesnake envenomation: a retrospective poison center study.* [poster] North American Clinical Congress of Toxicology, 2013. Atlanta, GA

Zanoni S*, Carstairs SD, **Darracq MA.** *Plastered on Pruno.* Naval Medical Center San Diego, Annual Research Competition (ARC). [Platform] Winner, April 2013

Deaton T*, Auten JD*, **Darracq MA.** *Nebulized Fentanyl For Control Of Undifferentiated Abdominal Pain In the Emergency Department: A Randomized Controlled Trial.* Naval Medical Center San Diego, Annual Research Competition (ARC). [Platform] First Runner Up, April 2013

Deaton T*, Auten JD*, **Darracq MA.** *Nebulized Fentanyl For Control Of Undifferentiated Abdominal Pain In the Emergency Department: A Randomized Controlled Trial.* [platform] American Academy of Emergency Medicine Scientific Assembly 2013. Resident Research Competition First Runner Up. Las Vegas, NV

Ross E*, **Darracq MA.** *Sub-Dissociative Dose Ketamine Treatment for Patients With Acute Depression and Suicidality in the Emergency Department: A Randomized Controlled Trial.* [poster] American Academy of Emergency Medicine Scientific Assembly 2013. Las Vegas, NV.

Alwein A*, **Darracq MA.** *Use and Abuse of Performance Enhancing Substances in an Active Duty Military Population.* [poster]. American Academy of Emergency Medicine Scientific Assembly 2013. Las Vegas, NV.

Toy J*, Chen T*, Mo C*, Cantrell FL, **Darracq MA.** *A Retrospective Poison Center Review of Sitagliptin, Saxagliptin, and Linagliptin Exposures.* [poster] American Society of Health System Pharmacists, 2012. San Francisco, CA

**Darracq MA**, Ghafouri N, Pesce A. Cantrell FL. *Case Report: Blood ethanol concentration of 450mg/dL following Purell Hand Sanitizer ingestion* [poster] North American Congress of Clinical Toxicologists (NACCT) 2012. Las Vegas, NV

Schneir, A, Ly BT, Smollin C, Thornton S, **Darracq MA**, Rangan C, Offerman SR, Vohra R, Tomaszewski C, Gerona R. Comprehensive drug analysis of "bath salts" purchased in the United States. [platform] NACCT 2012. Las Vegas, NV

Zanoni S*, Matthews C, **Darracq MA**, Carstairs S. *Plastered on Pruno.* [poster] NACCT 2012. Las Vegas, NV

**Darracq MA**, Thornton SL, Do H, Clark RF, Cantrell FL. *Recommendation of High Dose Insulin and Intravenous Fat Emulsion in treatment of Calcium Channel blockers and Beta Blockers*. [poster and platform] NACCT 2012.  Las Vegas, NV

**Darracq MA**, Clark RF, Cantrell FL. *Disaster Preparedness of US Poison Control Centers: a 15-year followup study*. [poster] NACCT 2012.  Las Vegas, NV

**Darracq MA**, Clark A, Quan L, Cantrell FL. *Retrospective Review of Duloxetine exposures reported to California Poison Control System*. [poster] NACCT 2012.  Las Vegas, NV

Thornton SL, **Darracq MA**, Lo J, Cantrell FL. *Retrospective Review of Castor Bean ingestion reported to California Poison Control System*. [poster and platform] NACCT 2012.  Las Vegas, NV

**Darracq MA,** Sadler C*, Ly BT. *Nattokinase: a novel anticoagulant*. [poster] NACCT 2012 .  Las Vegas, NV

Ross EM*, **Darracq MA**. *Complementary and Alternative Medicine use in military personnel and their families presenting to the emergency department*.  Platform Presentation. Naval Medical Center San Diego, Annual Research Competition (ARC)[platform]  April 2012.

Ross EM*, **Darracq MA**. *Complementary and Alternative Medicine use  in military personnel and their families presenting to the emergency department*.  [poster], Government Services Section of American College of Emergency Physicians (GS-ACEP) April 2012. First Runner Up

**Darracq MA**. Cantrell FL. *Hemodialysis and extracorporeal removal for pediatric and adolescent poisoning*.  [poster] North American Congress of Clinical Toxicology. Sept. 2011 Washington DC.

Yeackle W*, **Darracq MA**. *Comparison of arterial, venous, capillary lactate levels in patients with presumed sepsis*. [poster] Society of Academic Emergency Medicine, June 2011.  Boston, MA

**Abstracts:**

Thornton S, **Darracq M.** A relaxing trend: trends and characteristics of skeletal muscle relaxant exposures reported to NPDS. [abstract] ClinToxicol (Phila). 2022,60: 137-138

Thornton S, **Darracq M.** Entresto we trust? Characteristics of single agent sacubitril/valsartan inestions reported to NPDS [abstract] ClinToxicol(Phila). 2022 60: 92-92.

**Darracq M**, Thornton S. Iva-BRADY-ine? Characteristics of single agent ivabradine ingestions reported to the NPDS. [abstract] ClinToxicol (Phila). 2021,59:11, 1094.

**Darracq M**, Thornton S. Anti-histamine misuse and abuse: trends and characteristics reported to NPDS. [abstract] Clin Toxicol (Phila). 2021, 59:11,1059.

Thornton S, **Darracq M**. Characteristics and Trends of Coral Snake Bites Reported to NPDS from 2006 to 2018. [abstract] *J. Med. Toxicol*. 2021. April; 17:101.

Thornton S, **Darracq M**. Characteristics and Trends of Cottonmouth Bites Reported to NPDS from 2006 to 2018 [abstract] *J. Med. Toxicol*. 2021. April; 17:101.

Silver E, **Darracq M**, Thornton, S. Characteristics of Unintentional Gabapentinoid Exposures. [abstract]. *J. Med. Toxicol*. 2021 April; 17:118.

Thornton S. **Darracq M**. Characteristics and Trends of Adult Crotalid Bites Reported to NPDS from 2006-2018. [abstract]. *Clin Tox*. 2020. 58(11), 1240-1240.

Thornton S. **Darracq M**. Antivenom for the Kids? Comparison Of Pediatric Crotalid Bites Reported to NPDS That Did Or Did Not Receive Antivenom Therapy. [abstract]. *Clin Tox*. 2020. 58(11), 1241-1242.

Thornton S, **Darracq M**. Intentional Overdoses of First Generation Antihistamines: Not created Equal? [abstract]. *Clin Tox*. 2019. 57(10), 982-982.

**Darracq M**, Thornton S. Adverse effects of ingested buprenorphine reported to National Poison Database System (NPDS) 2010-2019. [abstract]. *Clin Tox*. 2019. 57(10), 943-944.

Brandehoff N, **Darracq M**, Rasmussen B, Refaat M, Armenian P. Lead toxicity 30 Years After Sustaing a Gunshot Wound. [abstact]. *Clin Tox*. 2019. 57(10), 883-883.

Wu F, **Darracq M**. Advanced Practice Provider Utilization in United States Emergency Departments. 2010 to 2015. [abstract]. *Ann Emerg Med.* 2019. 74(4), S36.

Thornton S, **Darracq M**. Sustained stimulation? pediatric modified release stimulant exposures reported to the NPDS. [abstract] *Clin Tox.* 2018. 56 (10), 1079-1079.

Thornton S, **Darracq M**. Modified high? adult modified release stimulant exposures reported to the NPDS. [abstract] *Clin Tox.* 2018. 56 (10), 1031-1031.

Thornton S, **Darracq MA**.  A new Day(trana) for methylphenidate? Transdermal methylphenidate delivery system exposures reported to the NPDS. [abstract] *Clin Tox* 2017: 55(7): 847-48.

Thornton S, **Darracq MA**.  Bad Stickers: pediatric transdermal drug delivery system exposures reported to the NPDS. [abstract] *Clin Tox* 2017: 55(7): 754.

Thornton S, **Darracq MA**.  The poison patch: Adult transdermal drug delivery system exposures reported to the NPDS. [abstract] *Clin Tox* 2017: 55(7): 845-46.

Thornton S, **Darracq MA.** Patch of death?: Transdermal fentanyl drug delivery system exposures reported to the NPDS. [abstract] *Clin Tox* 2017: 55(7): 846-474.

**Darracq MA**. Lee J, Lasoff D, Wilson T, Armenian P. The availability of naloxone in California outpatient pharmacies. [abstract] *Clin Tox*. 2017: 55(7): 768-69.

Thornton S. **Darracq MA**, Gugelmann H, Armenian P. In stock highs? Inveontry of research chemical internet vendors. [abstract] *Clin Tox*. 2017: 55(7), 846-47.

**Darracq MA,** Armenian P, Comes J, Thornton S. Emergency Medicine Residency Toxicology Education: A Survey Study [abstract] *Clin Tox* 2016: 54(8): 782:83.

Riccoboni ST, **Darracq MA**.  Does the U stand for useless? Urine Drug Screen and Emergency Department Psychiatric Patients. [abstract] *Annals of Emergency Medicine, 2016: 68 (4), S84-S85*

Stalcup P, Croft B, Ramirez R, **Darracq M** Haloperidol Undermining Gastroparesis Symptoms in the Emergency Department [abstract]*Annals of Emergency Medicine* 2016: 68 (4), S80

**Darracq MA**, Vohra R, Ruha M. Cutting to the Chase: Observations

on Debridement in Crotalid Envenomation.[abstract] Academic Emergency Medicine 2016:23, S107-S108

Brandehoff N, **Darracq MA**, Gevorkyan J, Clark S, Kaye B, Torres R. Armenian P. Two PINACAs, multiple patients:A backcountry EMS mass casualty requiring air and ground transport. [abstract] *Clin Tox.* 54(8): 718-19.

**Darracq MA**, Lung D, Thornton S. Employment survey of recent medical toxicology fellowship graduates. [abstract] *Clin Tox* 54(8): 689:90.

**Darracq MA.** Devgun J*, Chen X*, Cantrell FL. FUNGUS AMONGUS- Testing the Public's Ability to Identify Mushrooms. [abstract] *Clin Tox*. 2013 Aug; 51(7):650.

**Darracq MA.** Rentmeester L*, Cullen J*. Cantrell FL. Tomaszewski CA. Is there a continental divide? Geographic distribution of sympathomimetic drug toxicity. [abstract] *Clin Tox*. 2013 Aug; 51(7):680.

**Darracq MA.** Thornton SL, Minns AB, Gerona RR. 3,4 Dimethoxyamphetamine (DMA): Hallucinogen and CYP2D6 inhibitor? A case report. [abstract] *Clin Tox*. 2013 Aug; 51(7):680

**Darracq MA.** Cantrell FL. Tomaszewski CA. US Poison Center recommendations for HBO in the treatment of CO poisoning. [abstract] *Clin Tox*. 2013 Aug; 51(7):649-650.

**Darracq MA.** Cullen J*. Rentmeester L*. Cantrell FL. "Orbeez": The magic absorbing bead - risk of pediatric bowel obstruction? [abstract] *Clin Tox*. 2013 Aug; 51(7):588.

Thornton SL. **Darracq MA.** Cantrell FL. Fasciotomy in the treatment of Rattlesnake envenomation: a retrospective poison center study. [abstract] *Clin Tox*. 2013 Aug; 51(7):619.

Schneir, A, Ly BT, Smollin C, Thornton S, **Darracq MA**, Rangan C, Offerman SR, Vohra R, Tomaszewski C, Gerona R. Comprehensive drug analysis of "bath salts" purchased in the United States. [abstract] *Clin Tox*. 2012 Aug; 50(7): 574.

Zanoni S*, Matthews C*. **Darracq MA**, Carstairs S. Plastered on pruno: Severe intoxication from prison hooch. [abstract]*Clin Tox*. 2012 Aug; 50(7): 714.

**Darracq MA,** Thornton SL, Do HM*, Bok D*, Clark RF, Cantrell FL. Recommendation and use of high-dose insulin and intralipid

following beta and calcium channel blocker toxicity. [abstract]*Clin Tox*. 2012 Aug; 50(7): 586.

**Darracq MA,** Clark RF, Vilke GM, Jacoby I, Demers G*, Cantrell FL. Disaster Preparedness of poison control centers in the United States. [abstract] *Clin Tox*. 2012 Aug; 50(7): 619.

**Darracq MA,** Sadler C*, Ly BT. Nattokinase: A novel anticoagulant. [abstract]  *Clin Tox*. 2012 Aug; 50(7): 656.

Thornton SL, **Darracq MA**, Lo J, Clark RF, Cantrell FL. Retrospective Review of castor bean plant exposures reported to a state-wide poison control system.  [abstract] *Clin Tox*. 2012 Aug; 50(7): 657.

**Darracq MA,** Clark AK, Qian L, Cantrell FL. A poison center retrospective review of duloxetine-exposed patients. [abstract]*Clin Tox*. 2012 Aug; 50(7): 686.

**Darracq MA,** Ghafouri N, Pesce A, Cantrell FL. Signficiant hand sanitizer intoxication following crude extraction method with in vitro ethanol analysis.  [abstract] *Clin Tox*. 2012 Aug; 50(7): 711.

**Darracq MA,** Sweet P*, Chen J*, Cantrell FL. Characteristics of hemodialysis use in pediatric and adolescent poisonings. [abstract] *Clin Tox*. 2011 Jul; 49 (6): 535-6.

Yeackle W*, Lamond R*, **Darracq MA**. Comparison of Arterial or Venous and Capillary Lactate Levels in Patients With Suspected Sepsis.[abstract] *Acad Emerg Med*. May 2011, Vol. 18, No. 5, Suppl. 1 S107.

**National Service**

American Board of Preventive Medicine,
    Addiction Medicine Subspecialty Board
    Longitudinal Assessment Program (LAP)
    Item Writer
September 2022-Present

American Board of Preventive Medicine,
    Addiction Medicine Subspecialty Board
    Application Reviewer
January 2020-Present

Central Valley Illicit Fentanyl Response Task Force Member
January 2020-Present

Medical Board of California Peer Reviewer (Emergency Medicine/Medical Toxicology)
January 2020-Present

American Society of Addiction Medicine Board Examination Study Tool (BEST) Committee Member
October 2019-Present

EMRAP CorePendium Toxicology Section Editor
June 2018-Present
40 chapters related to toxicologic emergencies, Updated quarterly, 4 chapters added in past year

North American Congress of Clinical Toxicology Annual Conference Abstract Peer Reviewer: 2013-Current

2017- Present American Board of Emergency Medicine Oral Examiner

2016-Present Society for Academic Emergency Medicine (SAEM) Abstract Reviewer

American College of Medical Toxicology
2014-2017  Education Committee Member
2016-2020 Recent Graduate Section Committee Chairman
2014- 2016 International Speakers Bureau

**Local Volunteerism**

Soccer coach August 2019-November 2020

Judo Instructor, Quan's Bushido-Kai Karate, October2015-October2016

Fresno County Public Defender's Office, Pro-bono Toxicology Consultant. 2013-Current

2012-2015 San Diego County Public Defender's Office, Pro-bono Toxicology Consultant

2020-Present   Youth Sunday School Teacher
2013-2019   Sunday School Teacher
2013-2016 Men's Religious Group Vice President

**Committees**:                CRMC PharmTox Antidote Stewardship committee

May 2020-Present

In early 2020, along with my co-toxicologist and the ED pharmacists, I started a PharmTox workgroup dedicated to streamlining and stewardship of antidote usage at CRMC through EMR order changes, new EMR orders, and serving as the gateway to expensive antidotes, saving medical errors, time, and money for the providers and hospital."

COVID-19 Toxicology/Cardiology Workgroup May 2020

"We also worked closely with the cardiology division to quickly devise a hospital-wide monitoring protocol for co-administration of hydroxychloroquine and azithromycin."

UCSF Fresno Dean's Office Research Committee March 2018-2019

UCSF Fresno Faculty and Resident Research Award Review Committee March2017-Present

Oct2014-Present: Community Regional Medical Center Disaster Management Committee

Dec2013-December2016: Community Regional Medical Center Pharmacy and Therapeutics Committee

February 2019-Present: UCSF Fresno IRB member

October2015: Fresno Chaffee Zoo Venomous Snakebite Treatment
              Protocols

Oct2013-Oct2017: UCSF-Fresno Department of Emergency
                 Medicine Faculty Search Committee

Oct2013-Current:  National Park Service (NPS) Ad-hoc Medical
Advisor.
          -Ketamine Park Medic Protocol
          -Accidental Animal Sedation Medication in humans Protocol
2019-2020

Aug 2009-July2011:  Naval Medical Center San Diego,
Institutional Review Board (IRB) Voting Member

Aug 2009-July2011:  Naval Medical Center San Diego,
Emergency Management Executive Committee Representative

2009-2011 Golden Guardian Drill Observer/Evaluator
2010  Wrote Department of Emergency Medicine Disaster Policy
2010  Wrote Critical Analysis of Naval Medical Center Disaster

Preparedness and Policy for Department of
Defense/Department of Navy site visit.

Aug 2009-July2011:  Naval Medical Center San Diego,
Emergency Medicine Residency
Journal Club Coordinator
Aug 2007-July2011:  Naval Medical Center San Diego,
Emergency Medicine Residency
Education Committee Member

**Invited Lectures**:

UCSF Fresno Pediatrics Grand Rounds
US Envenomations (1h)
October 18, 2022

UCSF Fresno Pulmonary/Critical Care Grand Rounds
Alcohol Withdrawal and Delirium Tremens (1h)
October 7, 2022

UCSF Fresno Wilderness Medicine Student elective
US Envenomations (1h)
September 1, 2022

UCSF Fresno Department of Emergency Medicine
Beta Blocker toxicity (1h)
August 4, 2022

National Business Institute (NBI) Continued Legal Education
Toxicology 101: A physician perspective on toxins and testing (1h)
October 26, 2021, Online live presentation.

UCSF Fresno Pulmonary/Critical Care Grand Rounds
Alcohol Withdrawal and Delirium Tremens (1h)
October 1, 2021, Fresno, CA

UCSF Fresno Neurosurgery PA Boot Camp
Methamphetamine (1h)
September 5, 2021, Fresno, CA

UCSF Fresno Wilderness Medicine Student Elective
US Envenomations (1h)
September 1, 2021, Fresno, CA

UCSF Fresno Department of Emergency Medicine
The art of the Consult (1h)
February 2021, Fresno, CA

UCSF Fresno Department of Emergency Medicine
An introduction to Substance Use Disorders (1h)

July 16, 2020, Fresno, CA

UCSF Fresno Department of Emergency Medicine
Intern Orientation: An approach to the poisoned patient (1h)
July 13, 2020, Fresno, CA

Fresno County Department of Behavioral Health (DBH) Public
Service Announcement: Illicit Fentanyl and Dangers thereof
May 2020

UCSF Fresno Department of Pediatrics Adolescent SUD
Opportunities for Intervention in Adolescent SUD  (1h)
January 22, 2020, Fresno, CA

Fresno News Stations, Multiple, December 2019  Carbon Monoxide

UCSF Fresno Internal Medicine Education Half Day (Interns)
All about APAP (1h)
November 13, 2019, Fresno, CA

UCSF Fresno Internal Medicine Educational Half Day
All about APAP (1h)
November 12, 2019, Fresno, CA

Fresno County Public Health Town Hall Meeting KMPH26
Methamphetamine Epidemic Discussion (1.5h)
September 23, 2019, Fresno, CA

UCSF Fresno High Sierra Conference
Facial and Dental Emergencies (45 minutes)
Basic Airway management (hands on session) (2.5hours)
Bass Lake, CA, May 1,2019

Fresno County Public Health Town Hall Meeting KMPH26
Opioid Epidemic Discussion (1.5h)
March 28, 2019, Fresno, CA

UCSF Fresno Pulmonary and Critical Care Ground Rounds
Too low and Too Slow: Toxicology of Beta Blockers (1hr)
Fresno, CA October 5, 2018

UCSF Fresno Wilderness Medicine Student Elective
When plants go bad-The toxicology of plant exposures (1hr)
Fresno, CA August 2018

UCSF Fresno High Sierra Conference

Anaphylaxis (45min)
Dental Emergencies in austere environment (45min)
Bass Lake, CA April 20, 2018

UCSF Fresno Pulmonary and Critical Care Medicine Grand Rounds
U stands for useless: perils and pitfalls in the urine drug screen (1.5h)
Fresno, CA 2March2018

UCSF Fresno Pediatrics Grand Rounds
U stands for useless; perils and pitfalls in the urine drug screen (1.5h)
Fresno, CA 28November 2017

UCSF Fresno Wilderness Medicine Student Elective
When plants go bad-The toxicology of plant exposures (1hr)
What Lies beneath, Marine Envenomation (1hr)
Bites and Stings: North American Envenomation (1hr)
Fresno, CA August 2017

UCSF-Fresno Intern Boot Camp
*An Approach to the Poisoned Patient (2hr)*
Fresno, CA June 29, 2017

UCSF-Fresno High Sierra Conference
*When Plants Go Bad-The Toxicology of plant exposures (1 hr)*
Bass Lake, CA April 26, 2017

UCSF-Fresno Pediatrics Grand Rounds
*One Pill-One Kill: Pediatric Toxins of Special Interest (1 hr)*
*Board Review (1 hr)*
March 21, 2017, Fresno, CA

UCSF-Fresno Emergency Medicine Grand Rounds
*Seafood-borne Toxins (3/4 hr)*
March 9, 2017, Fresno, CA

Church of Jesus Christ of Latter-Day Saints
*A Parent and Child's Guide to Drug/Alcohol and other Addictions
(1.5h)*
January 29th, 2017, Fresno, CA
February 6, 2017, Fresno, CA

UCSF-Fresno Surgery Grand Rounds
*Alcohol Withdrawal and Delirium Tremens: Update (1hr)*
November 11, 2016, Fresno, CA

UCSF-Fresno Pediatrics Grand Rounds

*Tox Hodgepodge (Salicylates and Toxic Alcohols) (1hr)*
October 11, 2016, Fresno, CA

UCSF Fresno Emergency Medicine Grand Rounds
*Beta Blocker Toxicity (1/2hr)*
September 10, 2016, Fresno, CA

UCSF Fresno Intern Orientation
*An approach to the poisoned patient (1hr)*
*Toxidrome Simulation Cases (1hr)*
July 11, 2016, Fresno, CA

UCSF Fresno High Sierra Conference
*North American Envenomation (1hour)*
April 2016, Bass Lake CA

American Ambulance Paramedic Continuing Education
*EKG, Acute Coronary Syndromes (1hr)*
March 9, 2016, Fresno, CA

UCSF Fresno Pulmonary/Critical Care Fellows Conference
 *Does the U stand for useless: The UDS, perils and pitfalls (1hr)*
March 4, 2016, Fresno, CA

UCSF Fresno Family Medicine Conference
*APAP ASAP (1hour)*
January 28th, 2015, Fresno, CA

National Park Service ParkMedic Refresher Course
*Ketamine (45minutes)*
*US Envenomation: snakes and spiders (1hour)*
27August, 2015, Fresno, CA


Advanced Hazmat Life Support
Medical Director/Course Medical Toxicologist
October 16-19, 2015
Kuwait Ministry of Health/Mubarak Al Kabeer Hospital
Kuwait City, Kuwait
*Biological Weapons/Chemical Weapons/*
    *Radiation Emergencies (8 hours)*
*Teaching an AHLS course (2hours)*


UCSF Fresno Emergency Medicine Conference
*Too low and Too Slow: Beta Blocker Toxicity (1hour)*
Fresno, CA October 12,2014

SkyLife Air Ambulance Quarterly Staff Meeting

*Toxidromes and other Toxicology Pearls (1hour)*
Fresno, CA September 25, 2015

UCSF Fresno Surgical Critical Care Conference
*Does the U stand for Useless, The UDS: Perils and Pitfalls (1hour)*
Fresno, CA September 17, 2015

UCSF Fresno Medical Student Wilderness Medicine Elective
*When Plants Go Bad (1hour)*
*Natural Toxins (1hour)*
Fresno, CA September 3, 2015

UCSF Fresno Family Medicine Conference
*Does the U stand for Useless, The UDS (1hour)*
*Fresno, CA September 2015*

UCSF Fresno Emergency Medicine Conference
*An Approach to the Poisoned Patient/Toxidromes (1hour)*
Fresno, CA July 2015

UCSF Fresno Family Medicine Conference
*An Approach to the Poisoned Patient/Toxidromes (1hour)*
Fresno, CA July 2015

UCSF Fresno Pulmonary/Critical Care Fellows Conference
*The pharmacology and management of Ethanol Withdrawal(1hour)*
Fresno, CA May 18, 2015

UCSF Fresno High Sierra Conference
*What Lies Beneath: Marine Envenomation (1 hour)*
*I want to be a Navy diver!! Physics and physiology of Depth (1 hour)*
Bass Lake, CA April 30, 2015

Advanced Hazmat Life Support
Course Director/Medical Director/Course Medical Toxicologist
April 20-22nd, 2015
UCSF-Fresno
*Irritant Gases/Asphyxiants/Radiation Emergencies (6 hours)*

*An approach to the Poisoned Patient. (1hour)*
*Case Conference (1hour)*
UCSF Fresno/Children's Hospital of Central California Department
of Pediatrics, February 2014

*An introduction to Medical Toxicology: An approach to the poisoned*
*patient.  (1hour)*

*Small Group Discussions (3hours)*
World Congress in Emergency Medicine. November 2014
Guadalajara, Mexico

*I want to be a Navy Diver!!  Physics and physiology of depth*
October 2014, Emergency Medicine Ground Rounds
UCSF-Fresno

*Prussian Blue, DTPA, and Potassium Iodide*: Antidotal Therapy
Advanced Hazmat Life Support (AHLS): Radiation and Toxic
Terrorism *(1hour)*
New Orleans, LA, October 2014

*A Citizen's Guide to Toxicology. (1 hour)*
Central California Faculty Medical Group Corporate Meeting
Fresno, CA, September 2014

*Does the U in UDS stand for Useless?  (1 hour)*
*Case Conference (1 hour)*
UCSF Fresno/Children's Hospital of Central California Department
of Pediatrics, July 2014

*The Pharmacology and Management of Ethanol Withdrawal.  (1hour)*
Mar2014.  Internal Medicine/Emergency Medicine Ground Rounds
UCSF-Fresno

*NPS Parkmedic Review Course: Bites and Stings.  (1 hour)* Feb 2014.
Fresno, CA

*But It's all "natural": Toxicity of Herbal products. (1 hour)* UCSF
Fresno Department of Emergency Medicine, Oct 2013.

*Does the U in UDS stand for Useless?  (1 hour)*
UCSF Fresno Department of Emergency Medicine, Aug 2013

*Does the U in UDS stand for Useless?  (1 hour)*
UCSD Internal Medicine Grand Rounds. San Diego, CA April2013.
Veteran's Administration San Diego Internal Medicine Grand
Rounds.  San Diego, CA April2013.

*Antidotes of Fear and Loathing: Physostigmine and Flumazenil. (1
hour)* Scripps Mercy Internal Medicine Grand Rounds. San Diego,
CA January 2013.

Co-Founder and Chair. Frederick J Trayers III Memorial Lecture
Series in Wilderness and Austere Medicine January 2013-May2013
-*Do you want the Chicken or the Fish?* Marine Poisonings *( 1hour)*
-*What lies beneath?* Marine Envenomation *(1 hour)*
-*Bioterrorism (1 hour)*

-*Wilderness Plants of Toxicologic Interest (1 hour)*
San Diego, CA

*Organic Chemistry: Everybody is doing it. Drugs of abuse 2012. (1.5hours)*  NMCSD Psychiatry Grand Rounds, San Diego, CA December2012.

*Benzos, Benzos, and more Benzos.  Treatment for Alcohol Withdrawal and Delirium Tremens.  (1 hour)*  UCSD Internal Medicine Grand Rounds.  San Diego, CA October 2012.

*Does the U in UDS stand for Useless?  ( 1hour)*
 Scripps Mercy Internal Medicine Grand Rounds. San Diego, CA October 2012.

*Marine Envenomation and Poisoning. ( 1hour)*
Physician Assistants for Global Health Annual Conference, San Diego, CA October 2012.

*But It's all "natural": Toxicity of Herbal products.  (1 hour)*
Grand Rounds
Naval Medical Center San Diego, Department of Emergency Medicine, May 2012

*One Pill: One Kill. Pediatric Poisons of special interest. (1 hour)*
UCSD/Rady
Children's Hospital Pediatric Emergency Medicine Grand Rounds. March 2012

*Introduction to Medical Toxicology  (1 hour)*
Kaiser Permanente San Diego
Nurses Lecture Series. March 2012

*Endocrinology Review*, (*1/2 hour*)
 Inservice Examination Review Lecture Series
Naval Medical Center San Diego, Department of Emergency Medicine. January 2011

How to lie with Statistics: Fact from Fiction. Evidence Based Medicine Lecture Series *(1 hour)*
Naval Medical Center San Diego, Department of Emergency Medicine. October 2010

*CBRNE Decontamination, (1 hour)*
Grand Rounds
Naval Medical Center San Diego, Department of Emergency

Medicine. May 2010

*Endocrinology Review*, *(1/2 hour)*
Inservice Examination Review Lecture Series
Naval Medical Center San Diego, Department of Emergency
Medicine. May 2010

*Mock Oral Board Examiner*
Naval Medical Center San Diego, Department of Emergency
Medicine. April2010-April2011

*High Altitude Medicine*, *(1 hour)*
Grand Rounds Lecture
Naval Medical Center San Diego, Department of Emergency
Medicine. March 2010

*Wound Care: Review and proposed method (1 hour)*
Emergency Department Intern Lecture Series
Naval Medical Center San Diego, Department of Emergency
Medicine. November 2009

*Radiation Emergencies*, *(1 hour)*
Grand Rounds Lecture
Naval Medical Center San Diego, Department of Emergency
Medicine. September 2009

*Emergency Medicine Physician Mentor*
Afghan National Hospital
Kabul, Afghanistan
May2008-August2009
-Bedside clinical instruction and Weekly Formal Lecture Series
(Emergency Medicine, Internal Medicine, and Pediatrics) ~800 hours
-Developed, initiated and supervised instructional program in Intensive Care
Medicine for Afghan Physicians and Medical Students.
-Developed, initiated, and supervised clinical protocols for department of
Emergency Medicine.
-Responsible for budget of $500,000 for purchasing of medical equipment.
-Development, initiated and monitored application of Hospital Mass Casualty
Disaster Plan
-Development of Afghan Aeromedical Evacuation System
-Construction and Instruction in use of "code carts" hospital-wide.
-Development of Clinical Medical School Curriculum with faculty mentoring
and development of lectures/lecturing skills.

*Evaluation of the Bleeding Patient*, Grand Rounds Lecture
Naval Medical Center, San Diego Department of Emergency
Medicine. February 2008

*Emergency Ophthalmology*, Grand Rounds Lecture
Naval Medical Center, San Diego Department of Emergency
Medicine. September 2007

*Suturing Tutorial*, Visiting Medical Student Lecture Series
University of California, Davis Emergency Medicine Department
Nov 2006-Jun 2007

Facilitator of Small Group Problem Based Learning session
University of California, Davis School of Medicine Volunteer Faculty
Aug 2006-Jun 2007

*Wilderness Medicine: An Introduction*, Grand Rounds Lecture
UC Davis Emergency Medicine Academic Forum. July2006

*Radiation Physiology, Clinical Manifestations and Treatment of
Radiation Sickness*
California Poison Control, Sacramento Grand Rounds. July 2006

*Blood and Blood Product Transfusion*, Grand Rounds
UC Davis Emergency Medicine Academic Forum. Apr 2006

*Hyperthermia*, Sacramento City Fire Department Grand Rounds
April 2006

*Constipation, Diarrhea, Vomiting*, Intern Board Review Lecture
UC Davis Emergency Medicine Academic Forum. Dec 2004

*Pulmonary Embolism/Deep Vein Thrombosis*, Intern Board Review
Lecture. UC Davis Emergency Medicine Academic Forum.
September 2004

*Wound Management*, Intern Board Review Lecture
UC Davis Emergency Medicine Academic Forum. July2004

Biochemistry Tutor,
University of California, Davis School of Medicine
August 2001-December 2001

Cognitive Sciences Teaching Assistant,
University of California, San Diego Department of Cognitive
Sciences. April1998-December1998

*Grants/Honors/Awards:*    July 2021: UCSF Fresno Department of Emergency Medicine
Faculty Researcher of the Year

Association of Postgraduate Physician Assistant Programs (APPAP) Poster Award

Fred Wu, MHS, PA-C and Michael Darracq, MD, MPH
Department of Emergency Medicine; University of California, San Francisco; Fresno, California.
<u>Comparing Physician Assistant and Nurse Practitioner Utilization in U.S. Emergency Departments; 2010-2017</u>  June 2020

Fred Wu, PA-C and Michael Darracq MD MPH
Program Director Characteristics in Emergency Medicine PA Postgraduate Programs

APPAP Poster Award, May 2020

American College of Medical Toxicology (ACMT)
Fellow Status
January 2019

American College of Emergency Physicians (ACEP)
Fellow Status
May 2018

UCSF Fresno
Faculty Research Award
June 2018

Faculty Research Award
UCSF Fresno Department of Emergency Medicine
June 2017

UCSF-Fresno Housestaff Teacher of the Year Award
June 2015

Faculty Teacher of the Year Award
UCSF Fresno Department of Emergency Medicine
June 2015

CCFMG/UCSF-Fresno Research Grant 2015-- $12,000
Evaluation of Intraosseous blood gas versus venous blood gas in critically ill patients.
June 2015

Faculty Teacher of the Year Award

UCSF Fresno Department of Emergency Medicine
June 2014

Faculty Research Award
UCSF Fresno Department of Emergency Medicine
June2014

Letter of Appreciation: Naval Medical Center San Diego
Emergency Medicine Graduating Class of 2013. March2013

Letter of Appreciation: Naval Medical Center San Diego
Emergency Medicine Graduating Class of 2012. March2012

Personal Letter from Deputy Surgeon General,
United States Navy. Recognition as one of top five Emergency
Medicine providers in US Navy. September2011

 Personal Letter from Commanding Officer, Naval Medical
Center San Diego. Recognition as one of top five Emergency
Medicine providers in US Navy. May2011

Faculty of the Year Naval Medical Center San Diego
Department of Emergency Medicine. July2008

Alfred Award, United States Navy Officer Development School
Awarded for Outstanding Military Distinction. August2007

Phi Kappa Phi Honor Society. March2004

Phi Beta Kappa Honor Society. June1998

Navy Commendation Medal
Army Commendation Medal
Joint Meritorious Unit Citation (2)
Meritorious Unit Citation
National Defense Service Medal
Global War on Terrorism Service Medal
Afghanistan Campaign Medal
Sea Service Deployment Ribbon
NATO Afghanistan Medal
Rifle Expert Medal
Pistol Expert Medal

People vs Pantoja Criminal
Fresno County, California April 2017
Expert Witness for Prosecution
*Deposition/Court Testimony
DUI Conviction
Caitlin Rohan, Deputy District Attorney Fresno County

People vs Alvaro Camacho  Criminal MCR054483
Madera County California May 31, 2017
Treating Provider
*Court Testimony
Felony Conviction Attempted Murder
Madera County District Attorney's Office

People vs Navarro Criminal
Kings County, September 2017
Treating Provider
*Court Testimony
Kings County District Attorney's Office

Delfina Martinez vs Laborers International Union
Fresno County, California Sept 13, 2017
Case Number 17CECG00342
*Deposition
Treating provider
Case Dismissed
Michael J. Czeshinski
Wilkins Drolshagen & Czeshinski LLP

Needham v Dreyer
Everett, WA  May 2018
Expert Witness for Plaintiff
*Chart Review/Deposition/Court Testimony
HIV/AIDS, ETOH use/abuse
Ruling for Defense, Overturned in Appeal
Tom Mumford, Esq
Buri Funston Mumford and Furlong, PLLC

Nailau V Clarke
Santa Clara County, February 2020
Expert Witness for Plaintiff
*Chart Review/Deposition
DUI

Case Settled prior to court
Richard E. Eichenbaum, Esq.
Caputo & Van Der Walde, LLP

Meridith v McGlaughlin
Georgia, January 2021
Expert Witness for Defense
Chart Review
Rattlesnake bite resulting in death
Huff Powell Bailey
Scott Bailey and Nikki Smith

Vega v Graniterock
Monterrey, CA, December 2020-June 2021
Expert Witness for Plaintiff
Chart Review/Medical Expert Guidance
*Deposition
DUI/Addiction
Settled before court
Scott Allen
Allen Law Firm
Stephen Cox
Stephen Cox Attorney at Law

Perryman v Buhl
Tulare County, CA January 2021-April 2021
Expert Witness for Plaintiff
Chart Review
DUI-Ethanol, methamphetamines
Ongoing
Christopher C. Watters
Miles, Sears and Eanni
Fresno, CA

Denno V United States
Fairfield, CA
May 2021
Expert Witness for Defense
Chart Review
DUI-Alcohol, boating
Vickey Quinn
US Department of Justice/Torts Branch/Admirality
San Francisco, CA 94102

Smith v Beasley
Calaveras County, CA
May 2021
Expert Witness for Defense

Chart Review
DUI-Alcohol
Settled prior to court
Todd Drakeford
Kern Segal & Murray
Daly City, CA

KEH Humble
Rockwall County, TX
April 2021
Expert Witness for Plaintiff
Hair Analysis for stimulant use disorder
Michael Goodman
Michael Goodman Law
Rockwall, TX

Trujillo v Merryhill
Portland, Oregon
September 2021
Expert Witness for Defense
Chart Review
Settled before court
Ethanol
George McCoy
Warren Allen LLP

People v Watkins
Santa Rosa, CA
September 2021
Expert Witness for Plaintiff (Napa County DA)
Topiramate/Seizure/intoxication
Chart Review
Jason Rifkind
Napa County DA Office

Chapa v Paper Plane
San Jose, CA
January 2022
Expert witness for Defense
Chart Review
Ethanol intoxication
Settled before trial
Lance Burrow
Stratman and Williams-Abrego

Joszwiak vs Aspirus Wausau Hospital
January 2022
Pretrial case review (MedPlace)

Standley vs HMG Healthcare LLC
January 2022
Pretrial Case review (MedPlace)


Buttrey v San Juan medical Center
March 2022
Pretrial Case Review (MedPlace)


Martinez v Colorado Eagle
March 2022
Expert Witness Plaintiff
Cannabis Intoxication and Death
Chart Review/Opinion
Ongoing
Bryson McCabe Attorney
McCabe Law
Cortez, Colorado


Galvan v Del Sol Medical Center
March-June 2022
Ceftriaxone/Lidocaine toxicity
Expert Witness Defense
*Chart Review/Opinion/Deposition
Settled prior to court
Gary Norton Attorney
Windlehood Law
El Paso, TX


Lange v Epiphany Homes Inc
January-May 2022
Duloxetine Toxicity
Expert Witness Plaintiff
Chart Review Opinion
Settled prior to court
Christoph Nettesheim
Ventura, CA

Parde v Lesse
April 2022
Expert Witness Defense
Chart Review/Opinion
EtOH intoxication

Settled prior to court
Santa Cruz, CA
Lance Burrow
Stratman and Williams-Abrego


Ruiz v Henry
June 2022
Expert Witness Plaintiff
Chart Review/Opinion
Dram Shop Law
Settled prior to court
Bellingham, WA
Tom Mumford
Buri Funston, Mumford and Furlong, PLLC


Donner v Intermountain Health
August 2022
Expert Witness Defense
Chart Review/Opinion
Ketamine as prehospital analgesic/cause of death
Salt Lake City, Utah
Bobby Wright
Richards Brandt Lawfirm


Drug Enforcement Administration Fentanyl Ruckdaschel Case
August 2022
Expert Witness Plaintiff
Fentanyl as cause of death
Casper, Wyoming
Justin Vanderbilt
Drug Enforcement Administration


Galvan v City of Mesa
August 2022
Expert Witness Defense
Cannabis/ETOH FatalCar Crash
Mesa, AZ
Kim Alvarado
Mesa City Attorney

Yarborough v Yarborough
September 2022
Expert Witness Defense
ETOH, hair follicle testing, pETH, urine drug screening
Marrieta, GA

Leah Zammit


Martinez v Colorado Eagle
August 2022
Expert Witness Plaintiff
Cannabis intoxication/DWI, FMCA requirements
Case settled prior to court
Pueblo, CO
Bryson McCabe


Freitag v Bowden
December 2022
Expert Witness Defense
Ethanol Intoxication, Symptoms and detection
Case settled prior to court
Tiburon, CA
Phillip Segal
Kern Segal and Murray

Amanda L. D'Orazio, M.S., D-ABFT-FT
Forensic Toxicologist

NMS Labs
200 Welsh Road
Horsham, PA 19044
215-657-4900
1-800-522-6671
Fax: 215-657-2972

Education

Arcadia University, Glenside, PA

**Master of Science in Forensic Science**       **2017**

    *Coursework*: instrumental analysis, quality management, criminal law and ethics, pharmacology, research methods, forensic serology, forensic chemistry, forensic microscopy, forensic trace evidence, forensic toxicology, forensic biology, and moot court

**Bachelor of Science in Chemistry and the Honors Program**       **2015**

Professional Experience

NMS Labs, Willow Grove, PA

**Toxicologist I**       **Sept. 2022-present**

    **Certifying Scientist (previous title)**       **Jan. 2022-Sept. 2022**

- Makes final technical and administrative review of data and provides case history prior to release of reports, assuring result accuracy
- Identifies potential laboratory-related issues and makes the appropriate notifications
- Reviews litigation packets for acceptability
- Responds to questions from Laboratory Operations, Expert Services, and Client Services
- Provides testimony

**Analyst III – Esoteric II**       **Oct. 2021-Jan. 2022**

- Data calculation and review
- Documented quality control data
- Performed specimen inventory, tracking, and discarding, and complete chain of custody documentation into the NMS Laboratory Information Management system (LIMS)
- Assisted in training employees
- Accurately prepared and validated reagents, controls and calibrators
- Performed analytical testing on specimens
- Performed routine instrument maintenance and troubleshooting
- Assisted on department or company projects
  - Safety Audit Coordinator (2021-2022), Safety Audit Team Member (2020-2022)
  - Cross-trained in the Specimen Processing and Screening departments

**Analyst II – Esoteric II**       **Sept. 2020-Oct. 2021**

**Analyst I – Esoteric II**       **Dec. 2019-Sept. 2020**

**Analyst I – Alcohol/Metals**       **Apr. 2019-Dec. 2019**

**Analyst I – GC/Environmentals**       **Sept. 2017-Apr. 2019**

**Lab Intern – GC/Environmentals**       **May 2017-Aug. 2017**

Fredric Rieders Family Foundation

**Research Assistant II**       **Dec. 2019-Apr. 2021**

- Assist with research projects

The Center for Forensic Science Research & Education, Willow Grove, PA

**Graduate Assistant**                                                          **Apr. 2016-May 2017**
- Assisted with sample allocation, preparation, and analysis, as well as method development and validation for new analytical methods in grant projects
- Generated toxicology reports for post-mortem samples

**Toxicology Intern**                                                           **Jan. 2017-April 2017**
- Performed casework including sample analysis, interpreting analytical data, method optimization and validation, and moot court
- Traveled to Ultra Music Festival in Miami, FL, to assist with oral fluid collection for a grant research project

Arcadia University, Glenside, PA

**Graduate Assistant in the Chemistry & Physics Department**                    **Aug. 2015-May 2017**
- Graded Physics laboratory experiments
- Found engineering universities to become affiliated with the Engineering Program
- Organized an efficient system for advising engineering students
- In charge of marketing for the Engineering Program and other departmental courses

**Student Worker in the Chemistry & Physics Department**                        **2012-2015**
- Wrote a Technology Proposal for up-to-date technology in Physics Laboratory
- Made chemical solutions, set up equipment for chemistry and physics laboratory experiments
- Analyzed student enrollment in the chemistry and physics classes and predicted trajectories to accommodate incoming students
- Generated answer keys for general chemistry laboratory experiments
- Cleaned laboratories at the beginning and end of each semester
- Set chemistry and physics course times for each semester and summer sessions
- Chemistry and physics laboratory assistant during summer sessions
- Graded Physics laboratory experiments
- Found engineering universities to become affiliated with Arcadia's Engineering Program
- Organized an efficient system for advising engineering students
- Generated purchase orders for chemicals, equipment, repairs, etc.

Licenses/Certifications
- Diplomate in Forensic Toxicology (D-ABFT-FT) by the American Board of Forensic Toxicology                                                             **Sept. 2022**
- Toxicologist (Interpretive) by the Texas Forensic Science Commission            **Apr. 2022**

Continuing Education
- Investigation and Certification of Drug Toxicity Deaths in Today's Complex Drug Environment by the Center for Forensic Science Research & Education in Willow Grove, PA
  - Introduction to Drug Caused and Related Death Investigation              **Sept. 2021**
  - The Evaluation and Certification of Drug Caused and Related Deaths for Pathologists, Toxicologists, and Death Investigators                                       **Oct. 2021**
  - Specialized Forensic Toxicology, Pathology, and Certification of Drug Related Death for Forensic Pathologists                                               **Dec. 2021**
- The Society of Forensic Toxicologists (SOFT)
  - "Can We Say That?" – Drug Impaired Driving Testimony                     **Oct. 2018**
  - "Effective Communication Skills for Successful Forensic Toxicology Practice"  **Oct. 2018**
  - "Defending Your Testing Services Through Testimony"                      **Oct. 2018**

2

- The Robert F. Borkenstein Course on the Effects of Drugs on Human Performance and Behavior by The Center for Forensic Science Research & Education in Willow Grove, PA **Sept. 2016**

Research Experience

The Center for Forensic Science Research & Education, Willow Grove, PA
**Recommendations for Toxicological Investigation of Drug-Impaired Driving and Motor Vehicle Fatalities – 2021 Update**                                                **Dec. 2019-Apr. 2021**

- Created a survey through SurveyMonkey which was sent to toxicology laboratories throughout the United States and Canada to evaluate screening and confirmation scope and cutoff limits as well as laboratory practices and needs
- Held a 2-day virtual consensus meeting where participants were invited to discuss the results of the survey and re-evaluate the existing guidelines and recommendations

NMS Labs, Willow Grove, PA                                                                **March 2018**
**Nitrous Oxide in Postmortem and DUID Cases from 2013-2018**

- Extracted information from the Laboratory Information Management System (LIMS) to report concentration ranges for positive nitrous oxide in DUID and postmortem investigations tested by NMS Labs between 2013 and 2018
- Further investigated information from case histories obtained from submitting agencies regarding user behavior, effects of the drug, and frequency and method of use

The Center for Forensic Science Research & Education, Willow Grove, PA
**Capstone Project: Updates for Recommendations for Drug Testing in DUID and Traffic Fatality Investigations**                                                          **2016-2017**

- Created two surveys through SurveyMonkey which were sent to toxicology laboratories throughout the United States and Canada to evaluate screening and confirmation scope and cutoff limits as well as laboratory practices and needs
- Held a 2-day consensus meeting where participants were invited to discuss the results of the survey and re-evaluate the existing guidelines and recommendations

Arcadia University, Glenside, PA
**Capstone Project: The Faraday Effect: Investigation on the Optical Effects of the Polarization of Liquid Mediums**                                                      **2012-2015**

- Observed the optical properties of a liquid medium in a magnetic field by passing a laser through a liquid medium to measure the change in the angle of the plane of polarization relative to the magnitude of magnetic field strength

Publications

- **D'Orazio, A.L.,** Mohr, A.L.A., Chan-Hosokawa, A., Harper, C., Huestis, M.A., Limoges, J.F., Miles, A., Scarneo, C.E., Kerrigan, S., Liddicoat, L.J., Scott, K.S., Logan, B.K. Recommendations for Toxicological Investigation of Drug-Impaired Driving and Motor Vehicle Fatalities—2021 Update. *Journal of Analytical Toxicology*, 2021. doi: 10.1093/jat/bkab064
- Logan, B.K., **D'Orazio, A.L.,** Mohr, A.L.A., Limoges, J.F., Miles, A., Scarneo, C.E., Kerrigan, S., Liddicoat, L.J., Scott, K.S., Huestis, M.A. Recommendations for Toxicological Investigation of Drug-Impaired Driving and Motor Vehicle Fatalities—2017 Update. *Journal of Analytical Toxicology*, 2018 Mar 1;42(2):63-68. doi: 10.1093/jat/bkx082

Presentations

- **D'Orazio, A.L.,** Mohr, A.L.A., Chan-Hosokawa, A., Harper, C., Huestis, M.A., Limoges, J.F., Miles, A., Scarneo, C.E., Kerrigan, S., Liddicoat, L.J., Scott, K.S., Logan, B.K. Recommendations for Toxicological Investigation of Drug-Impaired Driving and Motor Vehicle Fatalities—2021 Update
  - Oral presentation (workshop) at the American Academy of Forensic Sciences Annual Meeting in Seattle, WA                                             **Feb. 2022**

3

-    o   Oral presentation at the American Academy of Forensic Sciences Annual Meeting   **Feb. 2021**
- **D'Orazio, A.L.**, Logan, B.K., Mohr A.L.A., Chan-Hosokawa, A., Harper, C.E., Huestis, M.A., Kerrigan, S., Limoges, J.F., Liddicoat, L.J., Miles, A., Scarneo, C.E., Scott, K.S. Results from the 2020 Survey for Drug Testing in DUID and Traffic Fatality Investigations
  - o   Oral presentation at the Society of Forensic Toxicologists Annual Meeting   **Sept. 2020**
- **D'Orazio, A.L.**, Kacinko, S.L. Nitrous Oxide in Postmortem and DUID Cases from 2013-2018
  - o   Oral presentation at the Society of Forensic Toxicologists Annual Meeting in Minneapolis, MN   **Oct. 2018**
- **D'Orazio, A.L.**, Mohr, A.L.A., Scott, K.S., Limoges, J.F., Miles, A., Scarneo, C.E., Huestis, M.A., Liddicoat, L.J., Kerrigan, S., Logan, B.K. Results of the National Safety Council ADID Survey of Drug Testing in DUID and Traffic Fatality Investigations
  - o   Poster presentation at the Pennsylvania Research Exchange at Arcadia University   **Apr. 2017**
  - o   Oral presentation at the American Academy of Forensic Sciences Annual Meeting in New Orleans, LA   **Feb. 2017**
  - o   Oral presentation at the Northeastern Association of Forensic Scientists Annual Meeting in Atlantic City, NJ   **Oct. 2016**
- The Faraday Effect: Investigation on the Optical Effects of the Polarization of Liquid Mediums
  - o   Presented at the Arcadia University Capstone Presentations in Glenside, PA   **Apr. 2015**
- SEPCHE's annual professional conference
  - o   Oral presentation at Holy Family University   **2012**
  - o   Oral presentation at Rosemont University   **2013**

## Skills/Instrumentation/Software

- Exceptional listener and communicator who effectively conveys information verbally and written
- Results-driven achiever with exemplary planning and organizational skills, along with a high degree of detail orientation
- Innovative problem-solver who can generate workable solutions and resolve complaints
- Highly adaptable, mobile, positive, resilient, patient risk-taker who is open to new ideas
- Confident, hard-working individual who is committed to achieving excellence
- Ability to work with people from diverse backgrounds and cultures
- Strong leadership skills in the classroom, laboratory, and activities
- Proficient in Microsoft Suite (Word, Excel, PowerPoint)
- Proficient in SurveyMonkey
- Experience with the following extraction techniques: liquid-liquid, headspace, solid phase, dilute and shoot, and salt-out
- Experience with the following instrumentation: GC-MS, GC-MS/MS, GC-NPD, GC-FID, GC-ECD, GC-PFPD, HS-GC
- Fluent in Spanish (4 years high school)

## Professional Memberships

- National Safety Council: Alcohol, Drugs, & Impairment Division   **2022-present**
- Society of Forensic Toxicologists   **2021-present**
- American Academy of Forensic Sciences   **2016-present**
- The National Society of Leadership and Success   **2013-present**
- American Chemical Society   **2011-present**

## Awards/Scholarships

- The Society of Forensic Toxicologists Young Scientist Meeting Award   **2018**
- The American Institute of Chemists Medal Award   **2015**
- American Chemical Society Student Chapter Honorable Mention   **2013-2015**
- The Arcadia University Distinguished Scholarship   **2011-2015**
- The Arcadia University Writing Achievement Award   **2011-2015**

4

Professional Activities
   Arcadia University, Glenside, PA
   **American Chemical Society Student Chapter President**           **2012-2015**

- Organized meetings, events, and experiments for the club
- Conducted experiments at a local elementary school and brought middle school and high school students in for experiments to spark interest in science and college

**Amber Gurley**
Phone: 307-777-3692
DCI Crime Laboratory
208 South College Drive
Cheyenne, WY 82002

### Education

Bachelor of Science in Chemistry with a minor in Criminal Justice from Chadron State College, May 2005
Graduated *magna cum laude*

### Experience

**Wyoming Division of Criminal Investigation Crime Laboratory**            Cheyenne, WY
*Forensic Chemist, February 2015-Present*
Analysis of controlled substances
Analysis of alcohol in blood and urine
Maintain written reports on analysis
Provide expert advice and testimony
Perform routine and preventative maintenance on analytical instruments
Receipt, storage, and disposition of evidence
Train personnel in controlled substance analysis

**Wyoming Department of Health Chemical Testing Program**            Cheyenne, WY *Toxicologist,*
*December 2009– January 2014*
Analysis of blood, urine, and other biological specimens for presence of controlled substances and alcohol
Provide expert witness testimony
Receipt, storage, and disposition of evidence
Train personnel in toxicology analysis

**Kansas Bureau of Investigation Crime Laboratory**            Topeka, KS
*Forensic Scientist, March 2008– November 2009*
Analysis of controlled substances
Prepare written reports and provide expert witness testimony
Receipt, storage and deposition of evidence

**Nebraska State Patrol– Satellite Crime Laboratory**            North Platte, NE
*Forensic Scientist, May 2005– March 2008*
Analysis of controlled substances
Receipt, storage, and disposition of evidence
Prepare written reports and provide expert witness testimony
Trained personnel in controlled substance analysis

### Court Experience

Accepted as an expert in the fields of:
> Toxicology
> Forensic Drug Chemistry

Accepted as an Expert Witness in:
> Municipal and Circuit courts in Wyoming

### Specialized Training

MAFS Conference
> *Louisville, KY October 2019*

Wyoming State Crime Laboratory Alcohol Analysis Training
> *Cheyenne, WY March 2018 to October 2018*

Robert Borkenstein Course: Effects of Drugs on Human Performance and Behavior

*Philadelphia, PA September 2018*
Wyoming State Crime Laboratory Hallucinogens Training
*Cheyenne, WY December 2016 to September 2017*
SEM Theory
*Cheyenne, WY February 2017*
DEA Forensic Chemist Seminar
*Dulles, VA June 2017*
Wyoming State Crime Laboratory Pharmaceuticals Training
*Cheyenne, WY December 2015 to November 2016*
Fundamentals of Crime Scene Photography
*Cheyenne, WY June 2015*
Court Preparation and Testimony Training
*Cheyenne, WY June 2015*
FTIR Training
*Denver, CO May 2015*
Restek GC/MS Training
*Denver, CO September 2014*
Hash Oils Hazards Class
*Cheyenne, WY September 2014*
TruNarc Training
*Cheyenne, WY August 2014*
Wyoming State Crime Laboratory Basic Powders and Analysis Training
*Cheyenne, WY June 2014 to May 2015*
RMHIDTA Spice and Bath Salts
*Cheyenne, WY June 2014*
RMDIAI Crime Scene Investigation Back to Basics
*Commerce City, CO April 2014*
WLEA Crime Scene Management Class
*Douglas, Wyoming March 2014*
Wyoming State Crime Laboratory Marijuana Analysis Training
*Cheyenne, Wyoming Feb 2014-May 2014*
Governor's Council Conference on Impaired Driving
*Laramie, Wyoming May 2013*
Forensic Toxicology Symposium
*Ames, Iowa Jan 2011*
Robert F. Borkenstein Course on Alcohol and Highway Safety: Testing, Research and Litigation
*Bloomington, IN April 2010*
Wyoming Department of Health Chemical Testing Program Controlled Substance and Alcohol Analysis Training
*Cheyenne, WY December 2009– March 2010*
Basic Forensic Toxicology Course
*Wichita, KS March 2010*
Clandestine Laboratory Investigating Chemists (CLIC) Seminar
*San Antonio, TX September 2008*
Agilent GC/MS Training
*Kansas City, MO June 2008*
Kansas Bureau of Investigation Crime Laboratory Controlled Substance Analysis Training
*Topeka, KS March 2008– May 2008*
Midwestern Association of Forensic Scientists Drug Symposium
*Ames, IA May 2007*
Forensic Mass Spectrometry Course
*FBI Training Academy Quantico, VA April 2007*
Midwestern Association of Forensic Scientists Basic Drug Identification Workshop
*Overland Park, KS May 2006*
Nebraska State Patrol Crime Laboratory Controlled Substance Analysis Training
*North Platte, NE May 2005– August 2005*

**Professional Organizations :** Southwestern Association of Forensic Scientists *March 2007-Present*

**Amber Gurley, Forensic Analyst, Wyoming State Crime Laboratory**

*Qualifications*: Ms. Gurley is a Forensic Analyst with the Wyoming Division of Criminal Investigation Crime Laboratory, a position she has held since February 2014. Ms. Gurley has worked in the fields of Forensic Science since 2005. Ms. Gurley received her education at Chadron State College where she obtained a Bachelor of Science with a minor in Criminal Justice. Ms. Gurley has previously testified as an expert witness in the area Forensic Drug Chemistry in the following cases:

1. *State of Wyoming vs. Carlena Gallegos*, Laramie County District Court, May 9, 2018.

2. *State of Wyoming vs. Kayla Corenelius*, Laramie County District Court, May 25, 2018.

3. *State of Wyoming vs. Andrew Clermonts*, Laramie County District Court, September 16, 2019.

4. *State of Wyoming vs. Jesse Veatch*, Campbell District Court, December 8, 2020.

5. *State of Wyoming vs Brandon Loyn Hanni*, Sheridan County District Court, August 10, 2020.

6. *State of Wyoming vs. Cameal Charmayne Sanchez*, Sweetwater County Circuit Court, November 29, 2021.

7. *State of Wyoming vs. Daniel Borja Sr.*, Niobrara County District Court, October 21, 2021.

8. *State of Wyoming vs. Tammy Stimpson*, Campbell County Circuit Court, April 5, 2022.

9. *United States vs. Daniel Patrick Gutierrez*, US District Court, District of Wyoming, March 21, 2022.

10. *State of Wyoming vs. Lester Harris*, Campbell County District Court, February 3, 2022.

11. *State of Wyoming vs. Kenya Bender, Jr.*, Campbell County District Court, Aug. 9, 2022.

Ms. Gurley has not authored any publications in the past ten years. Ms. Gurley's experience, qualifications and education are more fully set forth in her Curriculum Vitae attached hereto.

# Robert Troudt

robert.troudt@wyo.gov • 307-777-6354 • 208 S College Drive, Cheyenne, WY 82007

## EDUCATION

**COLORADO STATE UNIVERSITY-PUEBLO** • Pueblo, CO (May 2017)
Bachelor of Science (BS) in Chemistry

## WORK EXPERIENCE

**WYOMING STATE CRIME LAB** • Cheyenne, WY
Toxicology Unit Technical Leader: September 2021-Present
Senior Forensic Analyst: September 2021-Present
Forensic Analyst: November 2019-September 2021
Forensic Specialist: January 2018-November 2019
Performs forensic examinations in the drug chemistry and toxicology units for the purpose of providing precise and detailed reports of findings for the law enforcement and legal communities and assisting with crime scenes. Equipment utilized for testing includes GC-MS, GC-FID, ELISA, and LC-MS/MS.

**COLORADO BUREAU OF INVESTIGATION** • Pueblo West, CO (January 2017 – November 2017)
Forensic Services Intern: Collaborated with forensic scientists in the toxicology and biological services disciplines to collect and interpret data for case studies. Responsible for using LIMS to examine completed cases and collect data involving BAC and drugs of abuse in toxicology and the processing of sexual assault cases in biological services. Shadowed forensic scientists to learn relevant methods practiced in the disciplines of biological services, latent prints, drug chemistry, and toxicology.

- Exposure to the day-to-day operations of an ASCLD/LAB accredited organization.

**COLORADO STATE UNIVERSITY-PUEBLO** • Pueblo, CO (May 2014 - June 2017)
Undergraduate Research Assistant: Worked on a research project synthesizing low coordinate metal complexes for small molecule activation under the direction of Dr. Matthew Cranswick. Responsible for conducting literature searches to find pertinent published literature to assist with method development, performing syntheses to create low coordinate metal complexes, using FTIR and NMR for characterization, and preparing reports that summarized findings.

- Poster presentation to report preliminary findings at the 2015 CSU-Pueblo Student Works Symposium.

## PERMITS

**Wyoming Department of Health: Alcohol Testing Permit.** 2019, 2020, 2021, 2022
**Wyoming Department of Health: Drug Testing Permit.** 2020, 2021, 2022

## PROFESSIONAL DEVELOPMENT

**Crime Scene Training Course.** Colorado Bureau of Investigation**.** Pueblo, CO July 2017.
**Evidence Handing and Marihuana Analysis Training.** Wyoming State Crime Laboratory. Cheyenne, WY. May 2018.
**80 Hour Crime Scene Investigations Course.** Everett Baxter Jr. Forensics. Laramie, WY. June 2018.
**The Robert F. Borkenstein Course on Alcohol & Highway Safety: Testing, Research, and Litigation**. Bloomington, IN. December 2018.

Updated 11/2022

**Drug Chemistry/Controlled Substances-Basic Powders.** Wyoming State Crime Laboratory. Cheyenne, WY. December 2018.

**Drug Chemistry/Controlled Substances-Quantitative Analysis.** Wyoming State Crime Laboratory. Cheyenne, WY. February 2019.

**Toxicology/Blood Alcohol Analysis.** Wyoming State Crime Laboratory. Cheyenne, WY. August 2019.

**Robert Borkenstein Course: Effects of Drugs on Human Performance and Behavior.** Long Beach, CA. September 2019.

**Toxicology/ELISA- Drugs of Abuse Screening in Biological Samples.** Wyoming State Crime Laboratory. Cheyenne, WY. January 2020

**The 1% THC Method for Hemp/Marijuana Differentiation.** Midwestern Association of Forensic Scientists Virtual Meeting. September 2020.

**SOFTember Workshop: Cannabis Impaired Driving: Where are we in 2020?** Society of Forensic Toxicologists. Online Webinar. September 2020

**SOFTember Workshop: GC-MS and LC-MS/MS Method Development.** Society of Forensic Toxicologists. Online Webinar. September 2020.

**2020 Forensic Pharmacology with Lionel Raymon**. The Center for Forensic Science Research & Education. Online Webinar. November 2020.

**Toxicology/Basic Drug Quantitation by LC-MS/MS.** Wyoming State Crime Laboratory. Cheyenne, WY. March 2021.

**Quality Assurance and Uncertainty of Measurement: Fundamentals and Implementation**. International Association for Chemical Testing. Online Webinar. April 2021.

**Generating Positive Results Through Effective Leadership**. International Association for Chemical Testing. Online Webinar. April 2021.

**Alcohol Concentration Extrapolation**. International Association for Chemical Testing. Online Webinar. April 2021.

**Development and Validation: Plan, Execute, Succeed**. International Association for Chemical Testing. Online Webinar. April 2021.

**Recommended Specimens, Scope, Cutoffs, and Strategies for DUI/D Testing & The Impact of Stop Limit Testing Limits**. International Association for Chemical Testing. Online Webinar. April 2021.

**Measurement Confidence: Fundamentals.** ANSI National Accreditation Board (ANAB). Online Webinar. August 2021.

**Funding Toxicology Workshop**. Society of Forensic Toxicologists 2021 Annual Meeting. Nashville, TN September 2021.

**Guidelines for Performing Alcohol Calculations in Forensic Toxicology Workshop**. Society of Forensic Toxicologists 2021 Annual Meeting. Nashville, TN September 2021.

**Drug Interactions Workshop**. Society of Forensic Toxicologists 2021 Annual Meeting. Nashville, TN September 2021.

**The Importance of Collaboration Workshop**. Society of Forensic Toxicologists 2021 Annual Meeting. Nashville, TN September 2021.

**Measurement Uncertainty: Practical Applications**. ANSI National Accreditation Board (ANAB). Online Webinar. October 2021.

**Forensic Internal Auditing to ISO/IEC 17025:2017**. ANSI National Accreditation Board (ANAB). Online Webinar. January 2022.

**Process Improvements and Automation Workshop**. Society of Forensic Toxicologists 2022 Annual Meeting. Cleveland, OH. October 2022.

**Drugs and Behavior: The Role of Forensic Toxicology Workshop**. Society of Forensic Toxicologists 2022 Annual Meeting. Cleveland, OH. November 2022.

**Spotlight on Public Health Labs- Opportunities for Knowledge Transfer Between the Forensic and Public Health Community Workshop**. Society of Forensic Toxicologists 2022 Annual Meeting. Cleveland, OH. November 2022.

# PRESENTATIONS

Rogers CE, Troudt RD, Trahey SA, Lewis SE. October 2017. Improving the efficiency of sexual assault kit processing by evaluating the predictive value of acid phosphatase and prostate specific antigen testing over time in cases of sexual assault. Poster Presentation. 28th International Symposium on Human Identification. Seattle, WA.

Rogers CE, Resnik KN, Troudt RD, Trahey SA, Miller SL. August 2018. Improving the efficiency of sexual assault kit processing by evaluating the predictive value of acid phosphatase and prostate specific antigen testing. 103rd IAI International Educational Conference. San Antonio, TX.

# TESTIMONY

Campbell County Circuit Court, Gillette, WY

Eighth Judicial District Court, Douglas, WY

First Judicial District Court, Cheyenne, WY

Seventh Judicial Circuit Court, Casper, WY

Carbon County Circuit Court, Rawlins, WY

Municipal Court Sweetwater County, Rock Springs, WY

Municipal Court Albany County, Laramie, WY

Campbell County District Court, Gillette, WY

Office of Administrative Hearings, Cheyenne, WY

Hot Springs County Circuit Court, Thermopolis, WY

Fourth Judicial District Court, Sheridan, WY

Crook County Circuit Court, Sundance, WY

Fifth Judicial District Court, Cody, WY

Updated 11/2022

Robert Troudt Testimony

| Case Number | Case | Date | City | Forensic Discipline |
|---|---|---|---|---|
| 18L1027 | State v. Pyles | 10/30/2018 | Gillette | Drug Chemistry |
| 18L2592 | State v. Bonds | 4/16/2019 | Douglas | Drug Chemistry |
| 19L1465 | State v. Sneeden | 8/9/2019 | Gillette | Drug Chemistry |
| 18L1817 | State v. Pryce | 9/10/2019 | Cheyenne | Drug Chemistry |
| 19L3066 | State v. Bertrand | 1/16/2020 | Casper | Toxicology |
| 19L3417 | State v. Schrader | 2/5/2020 | Rawlins | Toxicology |
| 19L3474 | State v. Hatch | 2/1/2020 | Rock Springs | Toxicology |
| 20L0059 | State v. Humes | 6/30/2020 | Laramie | Toxicology |
| 19L4138 | State v. Pisher | 7/7/2020 | Laramie | Toxicology |
| 19L3005 | State v. Miller | 8/18/2020 | Casper | Toxicology |
| 19L3511 | State v. Erickson | 10/9/2020 | Gillette | Toxicology |
| 20L3279 | State v. Hansen | 12/29/2020 | Rawlins | Toxicology |
| 20L3210 | State v. Hamilton | 1/20/2021 | Cheyenne | Toxicology |
| 20L1579 | State v. Winchell | 2/4/2021 | Rawlins | Toxicology |
| 20L1756 | State v. Smith | 3/4/2021 | Rawlins | Toxicology |
| 21L0286 | State v. Szekely | 3/18/2021 | Casper | Toxicology |
| 20L3661 | State v. McAlister | 4/7/2021 | Thermopolis | Toxicology |
| 20L3232 | State v. Loring | 5/3/2021 | Sheridan | Toxicology |
| 20L3279 | State v. Hansen | 5/28/2021 | Rawlins | Toxicology |
| 21L0930 | State v. Lysher | 6/23/2021 | Sundance | Toxicology |
| 20L1918 | State v. Coleman | 9/23/2021 | Gillette | Toxicology |
| 21L1962 | State v. Palmer | 10/18/2021 | Laramie | Toxicology |
| 21L1854 | State v. Castro Reyes | 10/26/2021 | Gillette | Toxicology |
| 21L1838 | State v. Steiner | 10/28/2021 | Rawlins | Toxicology |
| 21L1838 | State v. Steiner | 11/16/2021 | Rawlins | Toxicology |
| 20L1562 | State v. Moyte | 12/13/2021 | Cheyenne | Toxicology |
| 20L3638 | State v. Stone | 1/12/2022 | Cody | Toxicology |
| 21L3149 | State v. Tooker | 2/2/2022 | Laramie | Toxicology |
| 19L1761 | State v. Junkert | 6/1/2022 | Cody | Drug Chemistry |
| 21L3358 | State v.  Souza | 5/9/2023 | Cheyenne | Toxicology |
| 22L3439 | State v. Logan | 5/11/2023 | Casper | Toxicology |

# Douglas P. Kelly

**EDUCATION**

| | |
|---|---|
| 1982 | Colorado State University – Bachelor of Science Zoology |
| 1990 | Colorado State University – Master of Arts Forensic Anthropology |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1984-1992 | Diver and Team Captain Larimer County Dive Rescue Team |
| 1992-1999 | Investigator Larimer County Office of the Medical Examiner |
| 1992-1999 | State of Colorado Certified Medico-Legal Death Investigator |
| 1994-2005 | FEMA-DMORT Disaster Response Team |
| 1997-2008 | State of Colorado Certified Peace Officer |
| 1999-2008 | Corporal Larimer County Sheriff's Office – Investigations |
| 2000-2008 | Explosives Investigator – Larimer County Bomb Squad |
| 2009-2017 | ASCLD/LAB Certified Auditor- ISO 17025 |
| 2008-Present | Wyoming Division of Criminal Investigation/Crime Laboratory, Special Agent/Supervisor Latent Print, Firearms, and Crime Scene Units |
| 2008-Present | State of Wyoming Certified Peace Officer |

**PROFESSIONAL TRAINING**

**Latent Fingerprint/Palm Print**
- FBI Fingerprint Classification Course, Glenwood Springs CO, 1998 (40 hours)
- Advanced Palm Print Identification Course, Laramie WY, 1999 (24 hours)
- Automated Fingerprint Identification System Training, Denver, CO 2001 (16 hours)
- Advanced Qualitative Quantitative Ridgeology Course, Englewood CO 2001 (40 hours)
- Rocky Mountain IAI Fall Training Conference, Estes Park CO, 2001 (16 hours)
- CBI Fingerprint Symposium, Denver CO, 2002 (8 hours) (Taught by FBI)
- Forensic Digital Imaging-Latent Analysis, George Reiss, Ft. Collins CO, 2005 (24 hours)
- WIN/AFIS Latent Training, Cheyenne WY, 2010 (8 hours)
- WIN/AFIS Latent Training, Cheyenne WY, 2014 (16 hours)

**Fire Investigation**
- Advanced Fire Investigation Course, Denver CO, 2000 (40 hours)
- Fire Investigation and Burn House Training Seminar Ft. Collins CO, 2004 (16 hours)
- NFPA Fire Cause and Origin Course, Loveland CO, 2005 (40 hours)

**Bloodstain Analysis**
- Basic Bloodstain Pattern Analysis, Denver CO, 2001 (40 hours)
- Advanced Bloodstain Pattern Analysis, Ft. Collins CO, 2004 (24 hours)

**Forensic Video Analysis**
- Forensic Video Analysis and Enhancement, Ocean Systems, Baltimore MD, 2004 (40 hours)
- Forensic Digital Imaging, Video Analysis Dorothy Stout, Ft. Collins CO, 2005 (16 hours)
- Forensic Video Analysis and the Law, LEVA, University of Indianapolis, Indianapolis IN, 2006  (40 hours)
- Intermediate Forensic Video Analysis and the Law, LEVA, University of Indianapolis, Indianapolis IN, 2007 (40 hours)

**Post-Blast and Explosives Investigation**
- BATF Post-Blast Investigation Course, Montrose CO, 2000 (40 hours)
- DOJ Weapons of Mass Destruction, Response to Domestic Biological Incidents, Ft. Collins CO, 2001 (24 hours)
- DOJ Mass Fatality Incident Response Operations Course, Weber County UT, 2002 (16 hours)
- DOJ Mass Fatality Incident Response Management Course, Ft. Collins CO, 2003 (24 hours)
- FBI Large Vehicle Post-Blast Crime Scene School, Ft. Carson CO, 2005 (40 hours)
- BATF Advanced Explosives Investigation, Fort AP Hill VA, 2005 (80 hours)
- Public Safety WMD Response Sampling Techniques and Guidelines, Ft. Collins CO, 2007 (24 hours)
- CDP/FEMA Hazardous Materials Technician Training, Ft. Collins CO, 2008 (40 hours)
- Law Enforcement Response to Suicide Bombings, Denver CO, 2010 (24 hours)
- Incident Response to Terrorist Bombings, New Mexico Tech, Socorro NM, 2010 (36 hours)
- Remote Controlled IED Construction, TEDAC, Denver CO, 2011 (8 hours)

**Crime Scene Processing/Death Investigation/Evidence Collection**
- Medico-legal Death Investigation University of New Mexico Medical School, Albuquerque NM,1992 (40 hours)
- Medico-legal Death Investigation Masters Course, St. Louis University Medical School, St. Louis MO, 1994 (40 hours)
- National Law Enforcement Institute Advanced Investigative Techniques, Ft. Collins CO, 1996   (8 hours)
- Advanced Homicide Investigation, Denver CO, 1997 (40 hours)
- Major Crimes and Incident Management and Prosecution Seminar, Ft. Collins CO, 1998 (8 hours)
- C.B.I. Crime Scene Collection and Approach Course, Golden CO, 1999 (40 hours)
- Clandestine Laboratory Investigation Course, HIDTA, Parker CO, 2000, (40 hours)
- Vehicle Identification Number Inspection, Colorado Auto Theft Investigators, Greeley CO. 2001 (16 hours)
- Prescription Drug Abuse and Fraud Seminar, Ft. Collins CO, 2001 (16 hours)
- DNA Workshop, NLECTC, Denver CO, 2004 (8 hours)
- Discover and Recovery Death in Natural Environments, UNC Chapel Hill NC, 2011 (40 hours)
- Detection Recovery and Examination of Footwear Evidence, Ft. Collins CO. 2011 (40 hours)
- International Homicide Investigators  Annual Symposium, Philadelphia, PA, 2014 (40 hours)

**<u>COURSES INSTRUCTED</u>**

- Basic Crime Scene Investigation – Pinedale Wyoming
- Crime Scene Investigation and Reconstruction – Cody Wyoming
- Wyoming Law Enforcement Academy - Crime Scene Investigation/ Reconstruction
- Basic Evidence Collection
- Advanced Evidence Collection
- Death Investigation
- Crime Scene Preservation and Collection
- Fingerprint Development and Recovery Techniques
- Colorado Law Enforcement Academy - Crime Scene Processing, Collection, and Death Investigation

- Larimer County Sheriff's Office Citizens Academy
- Larimer County Sheriff's Office Evidence Technician Course
- Fire Prevention Conference - Colorado State University - Fire/Arson Scene Investigation
- Post-Blast Explosives Investigation
- International Homicide Investigators Course – Forensic Digital Photography and Crime Scene Approach

## COURT EXPERT QUALIFICATIONS

**Fingerprints**
- 00CR-1263-5B State of Colorado vs. Joe Paul Lucero
- 01CR-1799        State of Colorado vs. Michael John Patnode
- 03CR-866          State of Colorado vs. Randy Tallent
- 04CR-446          State of Colorado vs. Randy Tallent
- 04CR-2386        State of Colorado vs. Ermulo Orozco-Enriquez
- 04CR-15439      State of Colorado vs. Michael Robertson
- 06CR-211          State of Colorado vs. Dana Scott Cooper
- 07CR-1077        State of Colorado vs. Anthony Romero
- 10CR-66-D        United States (District of Wyoming) vs. Ira Jones
- CR-EX-2011-0652 State of Wyoming vs. Antonio Solis Martinez
- 18653-C           State of Wyoming vs. LaShawn King
- 18667-C           State of Wyoming vs. Shelley Moore
- 33-676             State of Wyoming vs. Melanie Sorensen
- CR-20-193-L    State of Wyoming vs Jason Lee Fletcher
-                       State of Wyoming vs Leon Freer
- 22-CR-3-J        US vs Devon Souza

**Crime Scene Reconstruction**
- 03JD-72             State of Colorado vs. Zy Tulley

## PROFESSIONAL MEMBERSHIPS

- Wyoming Peace Officers Association
- International Homicide Investigator's Association (IHIA)
- International Association of Bomb Technicians and Investigators (IABTI)
- International Association for Identification (IAI) Crime Scene Investigation-Fingerprint Examination
- Sigma XI - Scientific and Academic Research Society

## AUTHORED PAPERS and ARTICLES

- Gastrointestinal Gas Production In Drowned Yucatan Micropigs, A Biological Model For The Human Refloat Sequence - Masters Degree Thesis 1990
- Estimating Refloat Times in Drownings- International Association of Dive Rescue Specialists, Association News-August 1991

# CHRISTINA M. BUETTNER

· 208 S. College Drive · Cheyenne, Wyoming · 82007
(307) 777-7607· (307) 777-7892 · christina.buettner@wyo.gov

Revision: 7/7/2023

## EDUCATION

*Master of Science in Forensic Science, Forensic Biology Concentration,* December 2007, Michigan State University, East Lansing, MI

*Bachelor of Science, Biology,* May 2005, Creighton University, Omaha, NE

## RELEVANT COURSEWORK

**Creighton University**
Molecular Biology Laboratory, Biochemistry, Genetics

**Michigan State University**
Molecular Biology, Conservation and Genetics/Population Genetics, Statistical Methods for Biologists, Forensic Serology, DNA Profiling

## EXPERIENCE

**Principal Forensic Scientist – Biology Unit**
*April 2021 – Present*
Responsible for oversight of the Biology work unit. Responsible for examining and comparing biology evidence in the biology DNA work unit of the Crime Laboratory. Responsible for serological and DNA analysis. Perform duties in examining or investigating physical and chemical analysis of evidence, assisting both in lab work and crime scene investigation. Reports discussing examination results are prepared for law enforcement personnel and legal community. Provides testimony as an expert witness in legal proceedings.

**Database DNA Technical Leader – Biology Unit**
***Wyoming State Crime Laboratory, Cheyenne, WY***
*November 2012 – Present*
- Responsible for the technical oversight of the database DNA laboratory operations.

**Casework DNA Technical Leader – Biology Unit**
***Wyoming State Crime Laboratory, Cheyenne, WY***
*March 2012 – Present*
- Responsible for the technical oversight of the casework DNA laboratory operations.

**Interim Work Unit Leader – Biology Unit**
***Wyoming State Crime Laboratory, Cheyenne, WY***
*June 2016 – August 2016*
- Responsible for oversight of Biology Unit operations.

**Forensic Scientist – Biology Unit**
***Wyoming State Crime Laboratory, Cheyenne, WY***

*May 2007 – April 2021*
- Responsible for examining and comparing biology evidence in the biology DNA work unit of the Crime Laboratory.  Responsible for serological and DNA analysis.  Perform duties in examining or investigating physical and chemical analysis of evidence, assisting both in lab work and crime scene investigation.  Reports discussing examination results are prepared for law enforcement personnel and legal community.  Provides testimony as an expert witness in legal proceedings.

**Master's Thesis Research,** *Michigan State University*
Genetic analysis of burials from the Butrint, Albania Triconch Palace and Merchant's House
- Isolation of DNA from ancient bone, PCR amplification, mtDNA sequencing on Beckman Coulter CEQ 8000, sequence analysis with BioEdit software

*Michigan State University*
- Processed blood samples spotted on FTA paper and buccal swabs to provide mtDNA-based identification of a burn victim for the Missaukee County Sheriff's Office

**Graduate Assistant,** *Michigan State University*
*August 2006 – May 2007*
- Developmental Biology – Organized laboratory activities, quizzes, and exams.  Taught two laboratory sections of approximately twenty students each
- Honors Cell and Molecular Biology – Lectured and directed laboratory activities for two laboratory sections of approximately fifteen students each.  Assisted students in designing and conducting final research projects.

**Office Assistant,** *Michigan RCPI*
*May 2006 – September 2006*
- Performed various office projects for the Michigan Regional Community Policing Institute/Michigan State University School of Criminal Justice, including assembling materials for workshops and trainings and gathering information to update the Neighborhood Associations of Michigan directory

**Research Assistant,** *Michigan State University*
*August 2005 – May 2006*
- Serological Analysis, including presumptive and confirmatory testing for blood, saliva, semen, and presumptive testing for urine; Gel Electrophoresis; Polymerase Chain Reaction; DNA Extraction from bones, hair, blood, semen, and saliva, including organic, chelex, FTA paper, and differential extraction protocols; DNA quantitation with QuantiBlot; STR typing on ABI  Prism 310 Genetic Analyzer using both Promega PowerPlex 16 and ABI Identifiler, followed by analysis on GeneMapper software; Mitochondrial DNA sequencing and analysis using Beckman Coulter CEQ 8000 Genetic Analyzer and Bioedit alignment software
- Provided mtDNA analysis of bone sample for the Federal Bureau of Investigation SWGDAM mtDNA working group's Interlaboratory Exchange Study
- Collaborated with the Forensic Anthropology Department at Michigan State University to determine maternal relatedness of ancient skeletal remains from an ancient tomb in Albania
- Participated in a feasibility DNA review of a Michigan Innocence Project case

**Office Assistant,** *Creighton University*
*August 2001 – May 2005*
- Performed various office projects for the Creighton University Department of Pharmacology such as entering student grades, editing paperwork and PowerPoint lecture presentations, creating Excel spreadsheets, and grading quizzes
- Aided professors and graduate students in the pharmacology department with basic laboratory tasks

## PROFESSIONAL DEVELOPMENT

**NIJ Forensic Science Research and Development Technology Working Group Member**
*2018-Present*

**International Society of Forensic Genetics Member**
*October 2012-Present*

**Northwest Association of Forensic Sciences Associate Member**
*October 2010-2021*

**STRmix Implementation and Casework Approach**
*Virtual training June 2023*

**National DNA Technical Leader Conference**
*Virtual training November 2022*

**STRmix Implementation and Casework Approach**
*Virtual training June 2022*

**32nd International Symposium on Human Identification**
*Orlando, FL September 2021*

**FBI Quality Assurance Standards and Auditor Training 2020**
*Cheyenne, Wyoming (Online training) February 2021*

**STRmix Implementation and Casework Approach**
*Virtual training June 2021*

**National DNA Technical Leader Conference**
*Virtual training December 2020*

**STRmix Implementation and Casework Approach**
*Virtual training June 2020*

**NIJ Forensic Technology Working Group Meeting**
*Washington D.C. November 2019*

**National DNA Technical Leader Conference**
*Norman, Oklahoma November 2019*

**NIJ Forensic Technology Working Group Meeting**
*Arlington, VA November 2018*

**DOJ National DNA Technical Leader Conference**
*Norman, Oklahoma November 14-15 2017*

**DOJ National DNA Technical Leader Conference**
*Norman, Oklahoma November 14-15 2016*

**HID Future Trends in Forensic DNA Technology**
*Denver, Colorado August 5 2016*

**STRmix Training Workshop**
*Los Angeles, California April 19-22 2016*

**Advanced Topics for Human Identification and Data Interpretation**
*Philadelphia, Pennsylvania November 30-December 4 2015*

**DOJ National DNA Technical Leader Conference**
*Norman, Oklahoma November 16-17 2015*

**HID Future Trends in Forensic DNA Technology**
*Denver, Colorado July 9 2015*

**NIST – DNA Analyst Webinar Series – Validation Concepts and Resources (Part 1)**
*Cheyenne, Wyoming (Online training) August 6 2014*

**FBI Quality Assurance Standards and Auditor Training 2011**
*Cheyenne, Wyoming (Online training) June 16 2014*

**NIST Probabilistic Genotyping and Software Programs (Part 1) Webinar**
*Cheyenne, Wyoming May 28 2014*

**NIST and FBI DNA Technical Leader Summit**
*Norman, Oklahoma November 20-21 2013*

**A DNA Revolution – Next Generation Technologies**
**RTI International / UNTHSC Center for Human Identification**
*Ft. Worth, Texas May 21-23 2013*

**NIST DNA Mixture Interpretation WebCast**
*Cheyenne, Wyoming, April 12 2013*

**Promega Plexor HY Training**
*Cheyenne, Wyoming, September 5 2012*

**Applied Biosystems – Custom Training**
*Cheyenne, Wyoming, May 30-31 2012*

**CODIS 7.0 Training**
*Cheyenne, Wyoming, February 29 2012*

**Applied Biosystems – 3500 Install Training**
*Cheyenne, Wyoming, January 26 2011 and February 24 2011*

**HID University 300 – Applied Biosystems Advanced GMID-X Software Training**
*Cheyenne, Wyoming December 14 – 16 2010*

**FBI DNA Auditor Training**
*Denver, Colorado, February 16 – 17 2009*

**Promega Validation of a Real Time PCR Assay for Quant of Total Human and Male DNA**
*Cheyenne, Wyoming, November 4 2008*

**DNA Mixture Interpretation:  Principals and Practice in Component Deconvolution and Statistical Analysis Workshop**

*AAFS Annual Meeting, Washington, D.C., February 19 2008*

**President's DNA Initiative Advanced DNA Training**
*Marshall University, Huntington, West Virginia, February 4 – 8 2008*

**Testifying in Court:  Survival Skills for Professionals**
*Denver, Colorado, November 29 – 30 2007*

**Applied Biosystems 310, 3130 and GeneMapper Training**
*Cheyenne, Wyoming November 13 –14 2007*

**Applied Biosystems 3130 Genetic Analyzer Training**

*Cheyenne, Wyoming, September 26 2007*

**Applied Biosystems 310 ABI Instrument Orientation**
*Cheyenne, Wyoming September 18 2007*

**Wyoming Law Enforcement Academy - Crime Scene Management Training**
*Douglas, Wyoming, July 2007*

**American Academy of Forensic Sciences**
*Trainee Affiliate 2008-2010*

---

## PRESENTATIONS AND PUBLICATIONS

**STRmix collaborative exercise on DNA mixture interpretation.**  J Bright, et al. Forensic Sci. Int. Genet. 40 (2019) 1-8

**A sensitivity analysis to determine the robustness of STRmix with respect to laboratory calibration.** H Kelly, et al. Forensic Sci. Int. Genet. 34 (2018) 11-24

**Internal validation of STRmix – A multi laboratory response to PCAST.**  J.-A. Bright, et al. Forensic Sci. Int. Genet. (2018)

**Forensic Biology Basics**
*Women in Science Conference, Riverton, Wyoming, May 17 2016*

**Forensic Biology Basics**
*Summer High School Institute, Unraveling DNA course, University of Wyoming, Laramie, Wyoming, June 29 2012 and June 28 2013*

**Forensic Biology Basics**
*Women in Science Conference, Riverton, Wyoming, April 2009*

**Life and death at Butrint, Albania: paleopathology and mortuary behaviour in Late Antiquity.** J.S. Beatrice, T.W. Fenton, C.M. Rauzi, J.C. Wankmiller, L.L. Jenny, D.R. Foran
*Poster at American Association of Physical Anthropologists Annual Meeting, April 2009*

**DNA 101:  What You Really Need to Know**
*WCJA Conference, September 11 2008*

**Master's Thesis Defense**

*August 18 2007*
Genetic analysis of burials from the Butrint, Albania Triconch Palace and Merchant's House

**Poster Presentation**
*Creighton University Honors Day, April 25 2005*
TIMP-2 mRNA expression in early chick embryos

C. Buettner Court Testimony

Serology only – Converse Co  07L1331 State vs. Dennis Pryor 4/9/2008

DNA – Natrona Co.  09L0372 State vs. Justin Breazeale 12/7/2009

DNA – Campbell Co.  09L1141 State vs. Stastny 3/22/2010

DNA – Natrona Co. 12L0639 State vs. James Rogers  8/19/2013

DNA / YSTR – Laramie Co.  11L0106 State vs. Michael Carroll 10/21/2013

DNA – Campbell Co. (Paternity) 12L1852 video testimony State vs. Matthew Snyder 3/10/2014

DNA/YSTR  – Weston Co. (Newcastle circuit court) Preliminary hearing 11L1855 phone testimony State vs. Matthew Nelson 3/5/2014

DNA – Albany Co. 15L2091 State vs. Bryan Schmidt 3/23/2016

DNA – Uinta Co – Daubert hearing YSTR 15L0603 State vs. Brent Wall 10/4/16

DNA – Uinta Co. – 16L0482 State vs. Misty Widdison 12/6/16

DNA/YSTR – Sweetwater Co. – 16L0087  State vs. Dailyn Warren 1/9/17

DNA/YSTR – Natrona county – 15L2023 State vs. Michael Baird 3/6/2017

DNA/YSTR – Laramie county – 16L1491 State vs. Duane Jackson 4/10/2017

DNA/YSTR/PG – Goshen county – 15L1444 State vs. Kirk Broberg Jr. 3/21/17

DNA/YSTR – Uinta County – 15L0603 State vs. Brent Wall 6/6/2017

PG only – Albany County – 16L2240 State vs. Travis Bogard 6/19/2017

PG only – Converse County – 17L0393 phone State vs. Esquibel 7/13/2017

PG only (Daubert Hearing) – Sweetwater Co. – 16L1464 State vs. Fairbourn 8/25/2017

PG only – Albany Co. -16L2240 State vs. Travis Bogard 10/2/2017

Auto, PG – Natrona Co. – 17L0797 State vs. Miguel Martinez 10/16/2017

Auto, YSTR, PG – Fremont Co. 17L1281 State vs. Matthew Brown 11/6/2017

Auto, PG – Federal (Cheyenne) - 17L1620 U.S. vs. Cameron Means 1/8/2017

Auto, PG – Sweetwater Co. – 16L1464 State vs. Fairbourn 2/9/2018

Auto – Laramie Co. – 17L1685 State vs. Charles Hopkins 3/12/2018

Auto, PG – Laramie Co. – 17L1688 State vs. Sabrina Sawicki 4/3/2018

Auto, YSTR, PG – Albany Co.  17L2920 State vs. Luis Davila 6/19/2018

Auto, YSTR, PG – Natrona Co. 17L1704 State vs. Raymond Brown 6/18/2018

Auto, PG (video) – Uinta Co 18L1244 State vs. Jesse Hartley 5/7/2019

Auto – Laramie Co 19L0630 State vs. Kiram Crowder 6/5/2019

Auto, PG – Albany Co. 17L0219 10/23/2019 State vs. Martin Ridinger

PG – Federal 19L2837, 19L3291 (admissibility) U.S. vs Blackburn 1/8/2021

Auto – 20L2245 Uinta Co. (video, no technical analysis done in this case) State vs. Berry 6/7/2022

PG Daubert hearing Federal 21L2979 U.S. vs Roland French 12/9/2022

Auto, PG, YSTR Federal (Casper) 21L1144 U.S. vs Salvador Salas 1/25/23

Auto, PG Park Co. 21L4862 State vs. Jerry Justice 2/23/23

# Ethan J. Remacle
Correctional Security Manager

Professional Security Manager for the Wyoming Department of Corrections with more than 19 years of correctional security experience, developing security programs, providing security management and enforcement of sound correctional security practices.

Work: 1.307.328.7478          Cell Phone: 1.307.851.6499          Email: ethan.remacle@wyo.gov

## SKILLS/TRAITS
Leadership, Ethical, Dependable, Loyal, Knowledgeable, Team Oriented, Fair, Driven, Tactful, Emotionally Intelligent, Compassionate, Selfless, Mission Driven, Sincere, Hardworking

## WORK EXPERIENCE

- Security Manager, Captain, at the Wyoming Honor Farm in Riverton, Wyoming. I perform in a superior manner as the facility manager at this minimum security facility from April 2, 2018 to the present. I am directly responsible for the supervision, leadership and management of 40 uniform staff. I ensured that all staff, uniform and non-uniform, are adequately trained in security management and correctional security practices. I am directly responsible for maintaining and enforcing security and safety procedures and meeting acceptable audit standards.

- Security Manager, Major, at the Wyoming State Penitentiary in Rawlins, Wyoming. I perform in a superior manner as the facility manager at this maximum security, special needs facility from September 2015 until the present. I am directly responsible for the supervision, leadership and management of 215 uniform staff. I ensure that all staff, uniform and non-uniform, are adequately trained in security management and correctional security practices. I am directly responsible for maintaining and enforcing security and safety procedures and meeting acceptable audit standards. I left this security manager role because my family remained in Fremont County, Wyoming, and the commute and separation were no longer acceptable.

- Security Manager, Captain, at the Wyoming Honor Farm in Riverton, Wyoming. I performed in a superior manner as the facility manager at this minimum security facility from March 2011 until my promotion to Major in September 2015. I was directly responsible for the supervision, leadership and management of 40 uniform staff. I ensured that all staff, uniform and non-uniform, was adequately trained in security management and correctional security practices. I was directly responsible for maintaining and enforcing security and safety procedures and meeting acceptable audit standards.

- Shift Commander, Sergeant, at the Wyoming Honor Farm in Riverton, Wyoming. I was responsible for ensuring the safety, security, and smooth operations of the correctional facility on the afternoon shift from August 2009 until my promotion to Captain in March of 2011. I commanded a security shift, leading, coaching, evaluating, and mentoring the staff assigned to my shift. Acted as the initial commander in emergency situations, also investigated inmate on inmate assaults and other serious or significant incidents. Addressed concerns of Inmates housed in the correctional facility.

- Sergeant, at the Idaho Correctional Institution in Orofino, and North Idaho Correctional Institution in Cottonwood, Idaho, from September 2006 until moving to Wyoming in August 2009. As Correctional Sergeant, I acted as a Shift Commander and Assistant Shift Commander. I was responsible for ensuring the facility, and my staff were in a high level of security. Acted as the assistant shift commander at the large multi-custody facility in Orofino, and as the Shift Commander at the facility in Cottonwood. I responded to security threats and emergency situations. I was responsible for leading, coaching, evaluating, mentoring and training the staff assigned to my shift. I addressed concerns of Inmates from maximum custody to minimum custody throughout both facilities. I worked directly with classification and casework staff utilizing team case management concepts.

- Correctional Officer, at the North Idaho Correctional Institution in Cottonwood, Idaho, beginning in May 2004. I am responsible for ensuring the safety and security of the inmates in a housing unit, as well as, assisting other staff in the smooth operation of the institution on a day to day basis. Some additional duties included being the Tool Control and Transport Officer. I was responsible for ensuring all inmates were safely transported to designated locations. I was responsible for maintaining and ensuring that all tools are in designated areas, in good repair, and accounted for at all

Resume of Ethan Remacle

# Ethan J. Remacle
Correctional Security Manager

times. I was the facility primary Disciplinary Hearing Officer where I was responsible for conducting all hearings and/or delegating them to another DHO and also tracking them.

- Regional Tactical Team Commander, Cottonwood and Orofino, Idaho. I operated, instructed and trained in the Correctional Emergency Response Team environment with special tactics and weapons. Previously served on this same team as an operator in June of 2004. I operated and led the team during serious emergency situations including escapes, high risk transports, high risk cell extractions, and other extraordinary situations. Coordinated, organized and commanded the 2009 Idaho Basic Tactical Academy in Boise, Idaho. This was in addition to the primary career as a Correctional Sergeant.

- United States Marine, United Stated of America. I served in the United States Marine Corps after enlistment into the Delayed Entry Program in 1999. I began active service in June 2000. I was responsible for operating and repair of up-armored landmine and obstacle removal equipment. Attached to Combat Engineer Platoon with 7th Engineer Support Battalion. I was responsible for the security of property and equipment of the United States Government. I served one tour of duty during the invasion of Iraq and through military operations until leaving Iraq in October 2003. I was Honorably Discharged in 2004.

## EDUCATION
- Graduated from Prairie High School with a High School Diploma in 2000

## TRAINING CERTIFICATIONS
- <u>WDOC</u>: Professional POST Certification 2010 to present; Reading Body Language (WLEA) 2014; Mentor in the WDOC Mentor/Mentee Program, Police Technical Power Point for Public Safety, National Institute of Corrections, Management Development for the Future. (MDF), Laboratory for Scientific Interrogations Scientific Content Analysis (SCAN) 2013; National Institute of Corrections (NIC), Conducting Security Audits 2012; Wyoming Introductory Supervisor Education-Revisited (WISE-R), WDOC Training of Trainers Course 2011; WDOC Investigations training, Wyoming Law Enforcement Academy Intraoperative Communications-Basic Course. 2010; PPCT (Pressure Point Control techniques) Inmate Control Basic Certification. Wyoming Introductory Supervisor Education (WISE)Wyoming Department Of Corrections Peace Officer Standards and Training Corrections Academy 2009;

- <u>IDOC</u>: FEMA National Response Framework Introduction IS-00800.B, FEMA National Incident Management Systems IS-00700, 2008; Idaho POST Basic Firearms Instructor School (Top of class) 2007; Idaho POST Drugs Gangs and Violence by Manwaring Diversified, VDOC 8th Annual Security Chiefs conference Virginia, IDOC Supervision and Management Level 1&2, IDOC Field Training Officer training, IDOC Idaho Department of Corrections 17th Basic Correctional Emergency Response Team Academy. (Awarded Top Operator and Leadership.) 2006;NRA Completed National Rifle Association Law Enforcement Handgun and Shotgun Instructor Development School, IDOC Disciplinary Hearing Officer Training, ILETS/NCIC Certification Training 2005; IDOC Idaho Department of Corrections Training Academy, IDOC Motivational Interviewing, IDOC Risk Reduction Training, IDOC Therapeutic Community Counselor Training, Lewis and Clark State College workforce training in Flashover Survival, 2004;

## CORRECTIONS RECOGNITIONS
- <u>WDOC:</u> Perfect Attendance for 13 service years; "Caught Doing It Right" 2011 (for apprehending an escaped inmate from WHF)

- <u>IDOC:</u> Mission Vision and Values Award; Northern Region Team Excellence for C.E.R.T. (Team Commander);Top Operator at the 17th Basic C.E.R.T. Academy; Leadership Award at the 17th Basic C.E.R.T. Academy; Northern Region Professional Excellence Award; IDOC Silver Cross for assisting in life saving of a fellow officer Team Player Award; Letter of Recognition for participation on the Northern Region Honor Guard; Letter of Appreciation for emergency management, Perfect Attendance Letter of Recognition for apprehending an escapee; Rookie of the Year; Behind the Scenes Award

# Lieutenant Nicole Trampe

Albany County Sheriff's Office
Detention Center Administrator
525 Grand Ave Suite 101 Laramie WY

Contact Information
Office Phone 307-755-3526
Email ntrampe@co.albany.wy.us

---

Education   2002   Laramie High School Graduate

2002-2004 Applied Associates Degree (500 hours)
        Eastern Wyoming Community College

2005 Detention Officer Basic Training Course (291 hours)
        Wyoming Law Enforcement Academy

2005-2023 Required Continued Education of 656.5 hours
        Approved Wyoming Peace Officer Standards and Training

Total Professional hours 1447.5

Experience   **2005-2009 Albany County Detention Deputy-** I Performed general Custodial duties in connection with prisoners incarcerated at the Albany County Detention Center. As a line Deputy I was routinely placed in a position of making critical and decisive decisions, during calm and/or hectic periods of time.

**2009-2013 Albany County Detention Corporal-** Corporals must possess knowledge of Federal, State, and local laws, regulations, and policies pertaining to the operation of the County Detention Center. As a Corporal I also supervised Deputies and trained new Deputies as a Field Training Officer.

**2013-2020 Albany County Detention Sergeant-** The Sergeant must demonstrate the ability to supervise and manage subordinates, and prisoners. Deal effectively with the public, keep records, make formal reports and have basic computer operational knowledge and skills. In 2019 when the Detention Center got a new Jail Management System I was tasked to help Tyler Technologies create the system to work for our needs.

**2020-Present Detention Lieutenant-** In my Current Position I am the Jail Administrator and I manage the Detention Center within the guidelines designated by the Sheriff, and following Federal, State, and local statutes, codes, and regulations.

# Training History Report

State of Wyoming
Peace Officer Standards & Training

*Reported by Acadis® Readiness Suite*        12/23/2022

For:  **TRAMPE, NICOLE M**
Employee ID  **6542-2153**

## TRAMPE, NICOLE M

### Certifications

| Name | Issued | Expiration | Status |
|------|--------|-----------|--------|
| Professional Detention Officer | 10/27/2016 | 10/27/2024 | Active (Active) |

### Training

**Upcoming, Ongoing, & Unconfirmed**

No upcoming & ongoing training data exists.

**Current Period to Date  (01/01/2022 - 12/23/2022)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---------------------------|----------------|---|-------|--------|-------------------|-------|
| Media Relations for Law Enforcement | 09/26/2022 | 09/27/2022 | N/A | Completed | ADVANCED TRAINING | 16h 0m |
| Intercept Basic Radiation Safety and Operator Training | 09/01/2022 | 09/01/2022 | N/A | Completed | ADVANCED TRAINING | 2h 0m |
| MENTAL HEALTH FIRST AID | 06/22/2022 | 06/22/2022 | N/A | Completed | ADVANCED TRAINING | 8h 0m |
| Rocky Mountain Prevention and Traffic Safety Summit | 05/24/2022 | 05/27/2022 | N/A | Completed | ADVANCED TRAINING | 26h 0m |

**Total Hours    (52h 0m)**

**Previous Period  (01/01/2021 - 12/31/2021)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---------------------------|----------------|---|-------|--------|-------------------|-------|
| TASER RE-CERTIFICATION | 06/12/2021 | 10/13/2021 | N/A | Completed | ADVANCED TRAINING | 4h 0m |
| Find'em, Hire'em, Keep'em : Why culture counts | 08/02/2021 | 08/03/2021 | N/A | Completed | ADVANCED TRAINING | 16h 0m |
| FIREARMS-LOW LIGHT HANDGUN | 04/14/2021 | 04/17/2021 | N/A | Completed | PERISHABLE SKILLS | 4h 0m |

**Total Hours    (24h 0m)**

**Other Periods  (through 12/31/2020)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---------------------------|----------------|---|-------|--------|-------------------|-------|
| Search and Seizure Training | 11/19/2020 | 11/19/2020 | N/A | Completed | ADVANCED TRAINING | 8h 0m |

# Training History Report

State of Wyoming
Peace Officer Standards & Training

Reported by Acadis® Readiness Suite        12/23/2022

For: **TRAMPE, NICOLE M**
Employee ID  **6542-2153**

| Course | Start | End | | Status | Category | Hours |
|---|---|---|---|---|---|---|
| Confident Non-escalation | 11/16/2020 | 11/18/2020 | N/A | Completed | ADVANCED TRAINING | 24h 0m |
| AED | 09/14/2020 | 10/13/2020 | N/A | Completed | ONLINE | 1h 0m |
| CPR/FIRST AID/AED | 10/11/2020 | 10/11/2020 | N/A | Completed | PERISHABLE SKILLS | 3h 0m |
| CUSTODY AND CONTROL | 08/18/2020 | 08/18/2020 | N/A | Completed | INSTRUCTOR HOURS | 2h 0m |
| OC & CHEMICAL MUNITIONS | 07/10/2020 | 07/10/2020 | N/A | Completed | ADVANCED TRAINING | 2h 0m |
| Lockdown Leadership Covid-19 | 04/15/2020 | 04/15/2020 | N/A | Completed | ADVANCED TRAINING | 1h 30m |
| Wyoming Transport Coordinators Conference | 10/23/2019 | 10/23/2019 | N/A | Completed | ADVANCED TRAINING | 8h 0m |
| How to Supervise People | 07/29/2019 | 07/29/2019 | N/A | Completed | ADVANCED TRAINING | 6h 0m |
| FIREARMS-LOW LIGHT HANDGUN | 04/23/2019 | 05/03/2019 | N/A | Completed | PERISHABLE SKILLS | 2h 0m |
| Online Vaping webinar | 01/29/2019 | 01/29/2019 | N/A | Completed | ONLINE | 1h 0m |
| FIREARMS - BASIC PATROL RIFLE | 06/28/2018 | 07/03/2018 | N/A | Completed | PERISHABLE SKILLS | 4h 0m |
| TASER RE-CERTIFICATION | 02/15/2018 | 02/15/2018 | N/A | Completed | ADVANCED TRAINING | 1h 0m |
| MID-LEVEL MANAGEMENT (8491) | 10/09/2017 | 10/13/2017 | N/A | Completed | SUPERVISORY | 40h 0m |
| Tactical Leadership (9203) | 08/30/2017 | 08/30/2017 | N/A | Completed | ADVANCED TRAINING | 8h 0m |
| EMERGENCY VEHICLE OPERATIONS (EVO) REFRESHER | 06/14/2017 | 06/16/2017 | N/A | Completed | ADVANCED TRAINING | 5h 0m |
| INCIDENT COMMAND IN ALBANY CO SEARCHES | 12/16/2016 | 12/16/2016 | N/A | Passed | ADVANCED TRAINING | 4h 0m |
| USE AND APPLICATION OF NARCAN | 12/15/2016 | 12/15/2016 | N/A | Passed | ADVANCED TRAINING | 1h 0m |
| PROFESSIONAL DETENTION CERTIFICATION | 10/27/2016 | 10/27/2016 | N/A | Passed | | 0h 0m |
| TASER CEW ANNUAL RECERTIFICATION (7517) | 08/21/2016 | 08/21/2016 | N/A | Passed | ADVANCED TRAINING | 1h 0m |
| HIGH ANGLE RESCUE (7129) | 05/26/2016 | 05/26/2016 | N/A | Passed | ADVANCED TRAINING | 8h 0m |
| FEMALE ENFORCERS | 05/23/2016 | 05/23/2016 | N/A | Passed | ADVANCED TRAINING | 8h 0m |
| CUSTODY & CONTROL PROFICIENCY | 05/20/2016 | 05/20/2016 | N/A | Passed | ADVANCED TRAINING | 2h 0m |
| WASCOP LEADERSHIP CONFERENCE | 04/28/2016 | 04/28/2016 | N/A | Passed | ADVANCED TRAINING | 23h 0m |
| DETENTION SUPERVISOR TRAINING | 04/25/2016 | 04/25/2016 | N/A | Passed | ADVANCED TRAINING | 4h 0m |
| MANAGING SEARCH INCIDENTS (7014) | 04/14/2016 | 04/14/2016 | N/A | Passed | ADVANCED TRAINING | 8h 0m |
| BASIC HIGH ANGLE RESCUE | 03/22/2016 | 03/22/2016 | N/A | Passed | ADVANCED TRAINING | 4h 0m |
| INCIDENT COMMAND TABLETOP EXERCISE | 12/17/2015 | 12/17/2015 | N/A | Passed | ADVANCED TRAINING | 4h 0m |

# Training History Report

State of Wyoming
Peace Officer Standards & Training

*Reported by Acadis® Readiness Suite*          12/23/2022

For: **TRAMPE, NICOLE M**
Employee ID   **6542-2153**

| Course | Start | End | | Result | Category | Hours |
|---|---|---|---|---|---|---|
| FEMA IS-200.B SINGLE RESOURCE INIT ACT | 09/29/2015 | 09/29/2015 | N/A | Passed | ADVANCED TRAINING | 3h 0m |
| CUSTODY AND CONTROL PROFECIENCY | 09/20/2015 | 09/20/2015 | N/A | Passed | ADVANCED TRAINING | 2h 0m |
| FINGERPRINTING BASIC (5243) | 07/02/2015 | 07/02/2015 | N/A | Passed | ADVANCED TRAINING | 4h 0m |
| CUSTODY AND CONTROL PROFICIENCY | 06/20/2015 | 06/20/2015 | N/A | Passed | ADVANCED TRAINING | 2h 0m |
| DRAEGER 5000 (5257) | 06/16/2015 | 06/16/2015 | N/A | Passed | ADVANCED TRAINING | 3h 0m |
| PROFESSIONAL DETENTION CERTIFICATION | 10/27/2014 | 10/27/2014 | N/A | Passed | | 0h 0m |
| THE BULLET PROOF MIND | 09/11/2014 | 09/11/2014 | N/A | Passed | | 8h 0m |
| VALOR TRAINING | 09/10/2014 | 09/10/2014 | N/A | Passed | | 8h 0m |
| RIFLE/SHOTGUN PROFICIENCY | 04/22/2014 | 04/22/2014 | N/A | Passed | | 1h 0m |
| AR15 BASIC OPERATIONS | 10/24/2013 | 10/24/2013 | N/A | Passed | | 4h 0m |
| FEMA IS-100.LEB ICS LE | 09/25/2013 | 09/25/2013 | N/A | Passed | | 3h 0m |
| FEMA IS-700.A NIMS INTRO | 09/18/2013 | 09/18/2013 | N/A | Passed | | 3h 0m |
| ACTIVE SHOOTER (13-IN-660) | 07/22/2013 | 07/22/2013 | N/A | Passed | | 8h 0m |
| LOW LIGHT NO LIGHT TRAINING | 03/29/2013 | 03/29/2013 | N/A | Passed | | 2h 0m |
| CUSTODY & CONTROL REFRESH SESSION 1 | 03/28/2013 | 03/28/2013 | N/A | Passed | | 2h 0m |
| BASIC OPERATIONS SNOWMOBILE SEARCH RESC | 02/27/2013 | 02/27/2013 | N/A | Passed | | 9h 0m |
| EMERG FIRST RESP CPR/AED PRIM SEC CARE | 12/30/2012 | 12/30/2012 | N/A | Passed | | 8h 0m |
| COURTROOM SECURITY | 12/09/2012 | 12/09/2012 | N/A | Passed | | 4h 0m |
| TASER RECERTIFICATION/LEGAL UPDATE (12-IN-810-A) | 12/06/2012 | 12/06/2012 | N/A | Passed | | 4h 0m |
| LAND NAVIGATION MAP COMPAS FAMILIAR | 12/04/2012 | 12/04/2012 | N/A | Passed | | 4h 0m |
| AR-15 BASIC OPERATIONS AND FUNCTION (12-IN-845) | 12/03/2012 | 12/03/2012 | N/A | Passed | | 4h 0m |
| PROFESSIONAL DETENTION CERTIFICATION | 10/27/2012 | 10/27/2012 | N/A | Passed | | 0h 0m |
| CUSTODY & CONTROL UPDATE SESSION #1 -3 | 09/28/2012 | 09/28/2012 | N/A | Passed | | 6h 0m |
| PISTOL/SHOTGUN/RIFLE PROFICIENCIES (12-IN-680-A) | 09/25/2012 | 09/25/2012 | N/A | Passed | | 2h 0m |
| THE BEAST/EVIDENCE PACKAGING | 09/25/2012 | 09/25/2012 | N/A | Passed | | 2h 0m |
| PEER SUPPORT | 08/29/2012 | 08/29/2012 | N/A | Passed | | 24h 0m |
| BACKGROUND INVESTIGATIONS (12-IN-611) | 08/07/2012 | 08/07/2012 | N/A | Passed | | 12h 0m |
| USE OF FORCE UPDATE TRAINING | 05/30/2012 | 05/30/2012 | N/A | Passed | | 4h 0m |
| SHOOTING WHILE MOVING | 05/15/2012 | 05/15/2012 | N/A | Passed | | 4h 0m |
| CRISIS INTERVENTION TRAINING | 03/15/2012 | 03/15/2012 | N/A | Passed | | 32h 0m |

# Training History Report

State of Wyoming
Peace Officer Standards & Training

Reported by Acadis® Readiness Suite          12/23/2022

For:  **TRAMPE, NICOLE M**
Employee ID  **6542-2153**

| | | | | | |
|---|---|---|---|---|---|
| TUCKER SNO-CAT MAINTENANCE AND OPERATION | 12/09/2011 | 12/09/2011 | N/A | Passed | 16h 0m |
| PISTOL BASICS | 11/08/2011 | 11/08/2011 | N/A | Passed | 4h 0m |
| OC RECERTIFICATION | 11/07/2011 | 11/07/2011 | N/A | Passed | 2h 0m |
| TASER RECERTIFICATION (11-IN-775) | 11/07/2011 | 11/07/2011 | N/A | Passed | 4h 0m |
| EMERGENCY VEHICLE OPERATION COURSE | 09/09/2011 | 09/09/2011 | N/A | Passed | 5h 0m |
| WOMEN LEARN TO SHOOT! GUIDE FOR LE OFFIC | 08/09/2011 | 08/09/2011 | N/A | Passed | 8h 0m |
| FIRST RESPONDER FIRST AID/CPR | 07/23/2011 | 07/23/2011 | N/A | Passed | 8h 0m |
| INTOXIMETER EC/IR REFRESHER COURSE | 04/18/2011 | 04/18/2011 | N/A | Passed | 4h 0m |
| PROFESSIONAL DETENTION CERTIFICATION | 10/27/2010 | 10/27/2010 | N/A | Passed | 0h 0m |
| PROJECT LIFE SAVER | 09/28/2010 | 09/28/2010 | N/A | Passed | 16h 0m |
| LOW LIGHT/NO LIGHT FIREARMS TRN | 07/17/2010 | 07/17/2010 | N/A | Passed | 3h 0m |
| BASIC OPERATIONS-SNOWMOBILES SEARCHES | 01/23/2010 | 01/23/2010 | N/A | Passed | 8h 0m |
| BACKGROUND INVESTIGATIONS | 12/18/2009 | 12/18/2009 | N/A | Passed | 8h 0m |
| FIREARMS QUALIFICATION | 11/10/2009 | 11/10/2009 | N/A | Passed | 1h 0m |
| FIRST LINE SUPERVISION | 08/06/2009 | 08/06/2009 | N/A | Passed | 24h 0m |
| NCIC LIMITED USER TRAINING | 08/06/2009 | 08/06/2009 | N/A | Passed | 4h 0m |
| FIREARMS TRAINING | 03/05/2009 | 03/05/2009 | N/A | Passed | 4h 0m |
| IN-CUSTODY DEATHS AND EXCITED DELIRIUM | 11/15/2008 | 11/15/2008 | N/A | Passed | 4h 0m |
| ADULT CPR | 11/06/2008 | 11/06/2008 | N/A | Passed | 4h 0m |
| PROFESSIONAL DETENTION CERTIFICATION | 10/27/2008 | 10/27/2008 | N/A | Passed | 0h 0m |
| INTRO TO GANG & INTELLIGENCE UNITS | 09/17/2008 | 09/17/2008 | N/A | Passed | 4h 0m |
| GANGS & SECURITY THREAT GROUPS IN JAILS | 09/16/2008 | 09/16/2008 | N/A | Passed | 4h 0m |
| INTOXIMETER ECIR REFRESHER | 09/10/2008 | 09/10/2008 | N/A | Passed | 4h 0m |
| GENERAL INSTRUCTOR DEVELOPMENT | 12/14/2007 | 12/14/2007 | N/A | Passed | 40h 0m |
| FIREARMS TRAINING | 11/16/2007 | 11/16/2007 | N/A | Passed | 8h 0m |
| EMERGENCY VEHICLE OPERATIONS REFRESHER | 06/08/2007 | 06/08/2007 | N/A | Passed | 4h 0m |
| 1ST AID/CPR (ADULT/CHILD/INFANT)/AED | 04/18/2007 | 04/18/2007 | N/A | Passed | 8h 0m |
| GAIN & MAINTAIN SUPERVISORY EXCELLENCE | 01/05/2007 | 01/05/2007 | N/A | Passed | 16h 0m |
| TASER USER COURSE | 11/16/2006 | 11/16/2006 | N/A | Passed | 8h 0m |
| ADVANCED DETENTION CERTIFICATION | 10/27/2006 | 10/27/2006 | N/A | Passed | 0h 0m |
| SHOTGUN FAMILIARIZATION & QUALIFICATION | 07/18/2006 | 07/18/2006 | N/A | Passed | 4h 0m |
| FIELD TRAINING OFFICER DEVELOPMENT | 06/23/2006 | 06/23/2006 | N/A | Passed | 40h 0m |

# Training History Report

State of Wyoming
Peace Officer Standards & Training

*Reported by Acadis® Readiness Suite*   *12/23/2022*

For: **TRAMPE, NICOLE M**
Employee ID  **6542-2153**

| | | | | | |
|---|---|---|---|---|---|
| LAW ENF OFFICERS FLYING ARMED | 02/23/2006 | 02/23/2006 | N/A | Passed | 4h 0m |
| BASIC DETENTION CERTIFICATION | 10/27/2005 | 10/27/2005 | N/A | Passed | 0h 0m |
| DETENTION OFFICER BASIC TRAINING COURSE | 10/27/2005 | 10/27/2005 | N/A | Passed | 291h 0m |
| BATON CERTIFICATION | 09/21/2005 | 09/21/2005 | N/A | Passed | 8h 0m |
| INTOXIMETER ECIR | 04/21/2005 | 04/21/2005 | N/A | Passed | 16h 0m |
| CUSTODY & CONTROL FIELD TRAINING/DETENT | 02/26/2005 | 02/26/2005 | N/A | Passed | 6h 0m |
| TEMPORARY DETENTION CERTIFICATION | 01/15/2005 | 01/15/2005 | N/A | Passed | 0h 0m |
| AS DEGREE CRIMINAL JUSTICE | 05/01/2004 | 05/01/2004 | N/A | Passed | 500h 0m |

**Total Hours   (1447h 30m)**

A grade of ## indicates that the weights for this class are not valid and grades cannot be calculated.

1718 Barratt St.                    **E** jgraham@co.albany.wy.us
Laramie, WY 82070                   **P** 307-760-7066

# Jennifer Graham

**Experience**         2023-present         Albany County Coroner's Office         Laramie, WY
**Chief Deputy Coroner**
Perform detailed investigation; handle extensive public communication; formulate legal reports; maintain detailed logs and records; manage personnel records;  maintain  high level of confidentiality; interview witnesses, doctors, and family; evaluate medical histories; determine cause of death and sign death certificates; certified with 40 hours P.O.S.T. training.

2019-present         City of Laramie / LARC         Laramie, WY
**Law Enforcement/ Fire Dispatcher Supervisor**
Managing a dispatch team of up to 12 while maintaining training records, coordinating and assisting with the training of new dispatchers, making recordings of calls and radio traffic to fulfill agency request, making schedules, approving timecards and time off. Working with upper command staff to update policies and upgrades to the various dispatch systems. Perform monthly quality assessments as well as yearly employee reviews will also performing the duties of a law enforcement/fire dispatcher.

2008-2019         City of Laramie / LARC         Laramie, WY
**Law Enforcement/ Fire Dispatcher**
Quickly and accurately obtain information from multiple sources while remaining calm; provide medical pre-arrival instructions; work as a part of a team while entering information into multiple computer systems including CAD, county mapping and NCIC, comply with multiple confidentiality laws; answer non-emergent, 911, and radios while remaining in control of emotions and dispatching high stress calls for service.

2015-2023         Albany County Coroner's Office         Laramie, WY
**Coroner**
Manage an office of 2-5 deputies; coordinate schedules for deputies as well as schedule autopsies; attend relevant meetings; propose, present and balance budget; insure all deputies are POST certified and current with their training hours; sign timecards; maintain equipment, order new equipment and work with a grant coordinator to replace failing high cost equipment, work with law enforcement agencies, other coroner's offices, hospitals and medical staff to conduct investigations; prepare and provide annual performance reviews of deputies perform detailed investigation; handle extensive public communication; formulate legal reports; maintain detailed logs and records; manage personnel records; maintain high level of confidentiality; interview witnesses, doctors, and family; evaluate medical histories; determine cause of death and sign death certificates; certified with 40 hours P.O.S.T. training;.

2003-2011         Albany County Coroner's Office         Laramie, WY
**Chief Deputy Coroner**
Perform detailed investigation; handle extensive public communication; formulate legal reports; maintain detailed logs and records; manage personnel

records; maintain high level of confidentiality; interview witnesses, doctors, and family; evaluate medical histories; determine cause of death and sign death certificates; certified with 40 hours P.O.S.T. training.

**Training**

2012-Present                WLEA                                 Douglas, WY
**Professional Dispatcher**

2015- Present               WLEA                                 Douglas, WY
**Coroner**

2015 – Present                                      Greeley and Fort Collins, CO
**Ongoing Pathology education**

4/2021                                                          Jackson, WY
**Response and Understanding Death Investigation**

4/2021                                                          Jackson, WY
**Proper Response and Handling a Death Scene**

5/2019                Laramie High School                      Laramie, WY
**Why Teens Kill**

2/2019                                                          Rawlins, WY
**Carbon County Coroner's Conference**

08/2018                                                         Las Vegas, NV
**APCO Annual Conference**

10/2017                                                         Laramie, WY
**Investigative Strangulation**

04/2017                                                         Laramie, WY
**Emergency Responder Suicide Awareness**

06/2016                                                         California
**Active Shooter**

6/2015                  WLEA                                    Douglas, WY
**Coroner Basic**

10/2014                                                         Wichita, KS
**APCO International Conference**

12/2012                                                         Douglas, WY
**Professional Dispatcher**

10/2009                                                         Cheyenne, WY
**TAC Training**

03/2009                                                         Loveland, CO
**National Academy of Emergency Medical Dispatch**

12/2008                                                         Douglas, WY
**Basic Dispatch Certification**

| | | | |
|---|---|---|---|
| **Education** | 2004-2008 | University of Wyoming | Laramie, WY |
| | **B.A., Anthropology** | | |
| | 1999-2004 | Laramie County Community College | Cheyenne, WY |
| | **AS., General Science** | | |

# Adam Crilly, D.O.

2730 Coachman Lane
Cheyenne, WY 82009

828-514-0320  acrilly@me.com

_____

## *WORK EXPERIENCE*

August 2021-current    Cheyenne Region Medical Center              Cheyenne, WY
**Medical Director, Department of Emergency Medicine**
- Level 3 trauma center with 38,000 yearly volume.
- Reduced LWBS rate from 8% to 1% in first 6 months.

**Regional Medical Director, Aligned Providers Wyoming**
- Provide medical oversight at multiple ED's for growing, local organization.
- On staff at Ivinson Memorial Hospital (Laramie, WY) and Kimball Health Services (Kimball, NE) as part of this role.

April 2007 - July 2021
**Partner and member, Board of Directors of Mountain Emergency Physicians**
**President, Mountain Emergency Physicians** (June 2017 - March, 2020)
- Elected by Board of Directors to position due to ten plus years of leadership and clinical performance.
- Responsible for management of four ED contracts, plus two sites that are dual ED/ Hospitalist program.

Oct, 2011 - July, 2021   Lake Norman Region Medical Center        Mooresville, NC
**Chief of Staff and member, Board of Trustees**, Jan. 2019 - July, 2021
**Medical Director, Department of Emergency Medicine**
- Secured and launched new contract for Mountain Emergency Physicians, continued duties as Partner and member of Board of Directors.
- Recruited and fully staffed Physician and Mid-level lines in under 2 months.
- LWBS rate decreased from 3.2% to 0.8%, Press Ganey scores improved from 25th percentile to consistently 75th percentile or greater.

April 2007 - Oct, 2011   Caldwell Memorial Hospital                     Lenoir, NC
**Attending, Department of Emergency Medicine**

- Community Hospital with 30,000 yearly volume.
- Chairperson of Committee to select EHR for ED.


April 2004 - March 2007  Carson Tahoe Regional Medical Center   Carson City, NV
**Attending, Department of Emergency Medicine**
- Treat varied population including pediatric care; yearly volume 40,000 with 20% admit rate.
- Medical Director, East Fork Fire Department;  responsible for paramedic education and keeping pre-hospital protocols updated and approved by the state.
- Received multiple CEO service pins in recognition of outstanding patient care.

July 2001 - March 2004      Brookhaven Memorial Hospital              Patchogue, NY
**Assistant Medical Director**, **Department of Emergency Medicine**
- Promoted to administrative position after one year in recognition of  outstanding problem solving skills, work efficiencies and relationship management skills demonstrated in clinical duties.
- Objectives included strategic planning related to patient through-time, 72-hour revisit rate and developed nursing lecture series and created improved scheduling templates.
- Responsibilities included building on relationships with After Care Department, nursing and administration.
- Concurrently maintained clinical duties as Attending Physician.
**Attending, Department of Emergency Medicine**
- Treated varied population including pediatric care; yearly volume 55,000.
- Recognized for bedside teaching abilities, strong work ethic, positive attitude.


## *PROFESSIONAL TRAINING*


July 1998 - June 2001      Jacobi Medical Center                       Bronx, NY
**Resident, Department of Emergency Medicine** (Affiliated with Albert Einstein College of Medicine)
- Offered residency spot outside of traditional match, secondary to performance during elective rotation.
- Level 1 trauma center; excelled in OB/GYN and trauma ultrasound.

July 1997 - June 1998     Union Memorial Hospital                     Union, NJ
**Rotating Internship Program**
- Traditional post-graduate rotating internship in community hospital setting.
- Concentrated time spent in ICU and Emergency Department.
- Completed elective in anesthesiology; experienced in airway management methods.

## EDUCATION

August 1993 - June 1997     Nova Southeastern University       Ft. Lauderdale, FL
**Doctor of Osteopathic Medicine**
- Degree awarded with Honors
- Selected assistant to anatomy professor; aided first year students in dissection and preparation for practical exams.

August 1989 - May 1993     Albright College                         Reading, PA
**Bachelor of Science, Biology**
- Four years Varsity Football, Captain (1992)
- Treasurer and Class Representative, Class of 1993
- Delta Sigma Phi Fraternity, Theta Beta Chapter Founding Father

## ACCREDITATIONS
- Diplomat, American Board of Emergency Medicine, valid Jan, 2014 - Dec, 2023.
- Licensed; NC, NY, FL, WY and NE
- PALS, ACLS, and ATLS certified

## AWARDS
- Resident Physician of the Year (2001), Jacobi Medical Center, Department of Emergency Medicine
- Intern of the Year (1998), Union Memorial Hospital
- Walton Academic Scholar, Albright College (1989-1993)

## FAMILY, INTERESTS AND ACTIVITIES
- Married Joyce in 2003; two children, Jack and Caroline.
- Cycling, skiing, weight training and reading.

Curriculum Vitae
**Karl C. Suni**
Forensic Science Consultants
Forensic Scientist

Forensic Science Consultants
127 Grand River Avenue
Williamston, MI 48895
517-202-5971
Fax 517-579-4847
suni@forsci.com

**Education**

1981 - 1984   Michigan State University, East Lansing, MI
              Bachelor of Science, Biochemistry

1979 - 1981   Henry Ford Community College, Dearborn, MI

**Professional Experience**

May 2020 to present
**Forensic Science Consultants**
Forensic Scientist
Suspected controlled substances analyzed and identified.

October 1999 to May 2020
**Michigan Department of State Police, Forensic Science Division, Lansing Forensic Laboratory**
Forensic Scientist, Trace Evidence Unit
Evidence analyzed included paint comparison and identification, explosives and explosive residues, chemical comparison and identification, adulterants, lamp filament on/off determination, unknown material characterization, fracture match determination, footwear/tire/barefoot/fabric impression examination, crime scene and vehicle processing.

March 1988 to October 1999
**Michigan Department of State Police, Forensic Science Division, Lansing Forensic Laboratory**
Forensic Scientist, Narcotics and Dangerous Drugs Unit
Controlled substances analysis.

December 1986 to March 1998
**Michigan Department of State Police, Forensic Science Division, Bridgeport Forensic Laboratory**
Forensic Scientist, Narcotics and Dangerous Drugs Unit
Controlled substances analysis.

October 1985 to December 1986
**General Motors Corporation, Biomedical Research Division, Warren Technical Center**
Research Assistant
Assisted in research on the effects of ozone on liver lipid metabolism.

**Courtroom Testimony**: State District and Circuit, Federal, MESC.

Controlled Substance Identification – 320 testimonies.
Chemical Analysis and/or Comparison - 15 testimonies.
Adulterants -  1 testimony.

Solvents/volatile liquids -  1 testimony.
Paint Comparison and Analysis – 10 testimonies.
Footwear Impression Examination – 27 testimonies.
Tire Impression Examination – 5 testimonies.
Fabric Impression Examination – 1 testimony.
Barefoot Impression Examination – 1 testimony.
Physical Match – 4 testimonies.
Explosives analysis – 2 testimonies.
Crime Scene Processing – 13 testimonies.

**Teaching/Training Provided**

*Forensic Paint, Explosives, Bleach, Adulterants/Chemical Unknowns Analysis*, etc., Michigan State Police
Interns and new Forensic Scientists, ongoing
*Identification of Botanical Drugs Workshop*, Midwestern Association of Forensic Scientists, 1998
*Narcotics and Dangerous Drugs Evidence Collection and Packaging, Controlled Substances provisions of the
Michigan Public Health Code*, Michigan State Police
Motor Carrier Recruit School and Trooper Recruit School 1998 & 1999
*Basic Crime Scene Investigation*, Lansing Police Department, 1999
*Controlled Substances Analysis*, Michigan State University, School of Criminal Justice, Forensic Science
program, 1997, 2001 - 2002
*Trace and Impression Evidence Collection and Packaging, Crime Scene Investigation*, Michigan State Police
Recruit Schools and Evidence Technician Training, Michigan State Police Training Academy, 2001 through
2004, 2006, 2008
*Basic Fire Investigator School, Evidence Collection and Analysis*, Michigan State Police Training Division,
2014, 2015

**Specialized Training Courses Attended**

"Infrared Spectroscopy 1. Interpretation of Infrared and Raman Spectra" (5 day), Bowdoin College, ME, July 1988,
Dr. Dana Mayo, Dr. Robert H. Hannah, Dr. Peter R. Griffiths, Dr. James A. de Haseth
"Forensic Drug Chemistry" (5 day), Drug Enforcement Administration, Special Testing and Research Lab, Dulles, VA,
March 1989
"Mass Spectral Interpretation" (3 day),  Finnigan MAT Institute, Cincinatti, OH, June 1990, Phil Epstein
"Finnigan Incos 50 Spectrometer Operation and Maintenance" (3 day), Finnigan MAT Institute, October 1991
"Infrared Spectroscopy III, FTIR Applications" (5 day), Bowdoin College, ME, July 1991, Dr. Peter R. Griffiths, Dr.
James A. de Haseth
"FTIR Theory and Application" (3 day), Mattson, Madison, WI, October 1992
"Forensic Microscopy" (5 day), McCrone Research Institute, Chicago, IL, May 1999
"Forensic Paint Analysis" (5 day), Midwestern Association of Forensic Scientists Workshop, Michigan State Police
Lansing Lab, MVA, Inc., March 2000, Thomas J. Hopen
"Scanning Electron Microscopy" (5 day), McCrone Research Institute, Westmont, IL, November 2000, Wayne D.
Niemeyer, Joseph M. Rebstock, Dr. Kent L Rhodes
"Detection and Examination of Footwear Impression Evidence" (5 day), Forensic Identification Training Seminars,
Grayling, MI August 2001, William J. Bodziak
"Forensic Digital Imaging" (4 day), Michigan State Police Lansing Lab, More Hits, September 2002, David Witzke
"Forensic Automotive Paint Data Query" (2 day), American Academy of Forensic Science Meeting Workshop,
Chicago, IL, February 2003, Denis Lefleche, RCMP
"Forensic Paint Examinations and Comparisons" (5 day), Midwestern Association of Forensic Scientists Workshop,
Michigan State Police Lansing Lab, May 2003, Scott Ryland
"Introduction to Wood Identification" (1 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop,

Columbus, OH, October 2003, Michael A. Trimpe

"Forensic Airbag Examination" (1 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop, Columbus, OH, October 2003, Glenn Schubert

"Forensic Barefoot Examination" (7 day), Forensic Training Consultants, Belleville, Ontario, CA, October 2004, Robert B. Kennedy, RCMP

"Infrared Spectroscopy II. Infrared Spectroscopy Applied to Polymer and Forensic Science" (5 day), Bowdoin College, ME, July 2005, Dr. Peter R. Griffiths, Dr. James A. de Haseth, Dr. D. Bruce Chase, Dr. Robert H. Hannah

"The Examination and Comparison of Footwear Impression Evidence" (3 day), Michigan State Police Training Academy, Ron Smith and Associates, February 2006, Dwane Hidebrand

"The Examination and Comparison of Tire Track Impression Evidence" (3 day), Michigan State Police Training Academy, Ron Smith and Associates, April 2006, Dwane Hildebrand

"Chemistry of Energetic Materials" (3 day), Midwestern Association of Forensic Scientists Workshop, Michigan State Police Lansing Lab, May 2006, Dr. John A. Conkling

"Forensic Fracture Match Theory" (2 day), Michigan State Police - Trace Evidence Unit Meeting, Grayling, MI, August 2006, Steve McKasson

"Vehicle Lamp Examination" (2 day), Midwestern Association of Forensic Scientists Workshop, Indianapolis, IN, October 2006, Richard Dinehart

"Forensic Examination of Pressure Sensitive Tapes" (3 day), Michigan State Police Trace Evidence Unit Meeting, Grayling, MI, July 2007, Jenny Smith and Will Randle

"Methadology for Crime Scene Analysis" (1 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop, Traverse City, MI, TBI, LLC, September 2007, Tom Bevel

"Forensic Vehicle Lamp Examination" (4 days), Midwestern Association of Forensic Scientists Workshop, Michigan State Police Lansing Lab, Southwest Forensic Services, August 2008, Raymond Gieszl

"Introduction to Digital Photography and Training for the Canon EOS 5D digital camera" (2 day), Michigan State Police Trace Evidence Unit Meeting, Roscommon, MI, September 2008, Gary Truszkowski, Ronald R. Jones

"Unusual Trace Evidence Exams" (2 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop, Des Moines, IA, October 2008, Symposium

"Bloodstain Pattern Analysis" (5 day), Michigan State Police Lansing Lab, Noslow Forensic Consultations, October 2008, Toby Wolson

"Forensic Tire Impression Evidence" (1 day), International Association of Identification Meeting Workshop, Tampa, FL, August, 2009

"Crime Scene Photography and Special Photo Methods" (2 day), Michigan State Police - Trace Evidence Unit Meeting, Roscommon, MI, September 2009, Gary Truszkowski

"Forensic Microscopy: Paint and Polymers" (5 day), McCrone Research Institute, Chicago, IL, August, 2010

"EDAX Genesis Microanalysis Software and Applications" (3 day), EDAX Corporation, Mahwah, NJ, September 2010, Dr. Robert Anderhalt, Tara Nylese

"AccuTOF DART Mass Spectrometer Operations Training Course" (4 day), Jeol Corporation, Peabody, MS, December 2010, Dr. Robert Cody, John Dane

"Forensic Automotive Paint Data Query" (2 day), Midwestern Association of Forensic Scientists Workshop, Minnesota BCA, St. Paul, MN, April 2011, Tamara Hodgins

"Mass Spectrometry for Trace Evidence" (5 day), Florida Internation University, National Institute of Justice, Miami, FL, May 2011, Dr. Piero Gardinali, Dr. Yong Cai

"Digital Processing of Footwear Impression Evidence" (2 day), Michigan State Police - Trace Evidence Unit Meeting, Grand Rapids, MI, Foray Technologies, May 2011, David Witzke

"Tire Tread and Track Evidence Recovery and Forensic Examination" (4 day), NC State Bureau of Investigation, Raleigh, NC, September 2011, William Bodziak

"Fracture Match" (1 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop, Milwaukee, WI, U.S. Army Lab, September 2012

"Analysis of Low Explosives" (1 day), Midwestern Association of Forensic Scientists Fall Meeting Workshop, Milwaukee, WI, North Branch Forensic Consulting Dervices, September 2012, Ed Bender

"PowerPoint for Public Safety" (2 day), Michigan State Police - Trace Evidence Unit Meeting, Midland, MI, September 2013, Thomas Manson

"PDQi Paint Database Query" (2 day), Michigan State Police Lansing Lab, Royal Canadian Mounted Police, August 2014, Tamara Hodgins
"Digital Processing of Trace and other Impression Evidence" (2 day), Michigan State Police - Trace Evidence Unit Meeting, Traverse City, MI, Foray Technologies, September 2014, David Witzke
"Shoeprint Image Capture and Retrieval Software Use and Solemate Database Search" (1 day), Michigan State Police - Trace Evidence Unit Meeting, Detroit, MI, June 2015, Mike Zontini
"Addressing Cognitive Bias in Forensic Examinations" (1 day), Michigan State Police Lansing Lab, August 2018, Jeremy Morris

## Awards

1991 Michigan State Police Letter of Appreciation, unknown plant root identification
1992 Michigan State Police Professional Excellence Award
2002 Michigan State Police Professional Excellence Award, crime scene response, footwear impression analysis
2003 Certificate of Appreciation, Meridian Township Police Department, hit and run vehicle make and model identification
2005 Michigan State Police Certificate of Appreciation
2007 Michigan State Police Professional Excellence Award, exhumed remains chemical analysis
2008 Michigan State Police Professional Excellence Award, multiple homicides, crime scene processing and footwear impression analysis, Lansing Police Department
2013 Michigan State Police Employee Recognition Award, double homicide, evidence collection and testimony, Eaton County Sheriff Department

## Professional Organizations

Midwestern Association of Forensic Scientists, member since 2004

1

| Date | County | Court | Lab # | |
|------|--------|-------|-------|---|
| 9/15/87 | Bay | D.C. | 42003-87 | marihuana |
| 10/1/87 | Bay | D.C. | | marihuana |
| 1/20/88 | Saginaw | C.C. | 42118-87 | marihuana |
| 1/22/88 | Genesee | D.C. | 42618-87(#3) | Cocaine |
| 2/3/88 | Genesee | C.C. | 42524-87 | cocaine |
| 3/11/88 | Genesee | C.C. | 42948-87 | cocaine |
| 4/26/88 | Genesee | C.C. | 42618-87(#3) | cocaine |
| 4/27/88 | Jackson | D.C. | 3331-88 | cocaine |
| 5/9/88 | Saginaw | D.C. | 40328-88 | marihuana |
| 5/17/88 | Ingham | D.C. | 3424-88 | Cocaine (>50g) |
| 5/26/88 | Saginaw | C.C. | 43318-87 | cocaine (>50g) |
| 6/2/88 | Genesee | D.C | 40584-88 | Cocaine |
| 6/9/88 | Genesee | C.C. | 43632-87 | Cocaine |
| 7/28/88 | Saginaw | C.C. | 40051-88 | cocaine |
| 8/31/88 | Ingham | D.C. | 4147-88 | Cocaine (>25g) |
| 9/1/88 | Ingham | C.C | 3308-88 | Cocaine, marihuana |
| 9/7/88 | Clinton | D.C. | 3991-88 | cocaine, marihuana |
| 9/27/88 | Bay | C.C. | 40338-88 | coCaine |
| 11/3/88 | Jackson | D.C. | 3482-88 | Marihuana |
| 11/3/88 | Calhoun (Marshall) | D.C. | 4729-88 | cocaine |
| 12/20/88 | Calhoun (B.C.) | D.C. | 4979-88 | cocaine |
| 1/10/89 | Calhoun (Marshall) | C.C. | 4111-88 | Cocaine |
| 1/20/89 | Ingham | D.C | 4833-88 | heroin, clonazepam |
| 1/24/89 | Montcalm | C.C. | 4371-88 | cocaine |
| 1/26/89 | Genesee | C.C. | 40550-88(#2) | cocaine, benzocaine |

25

2

| Date | County | Court | Lab # | |
|------|--------|-------|-------|---|
| 2/8/89 | Calhoun (B.C.) | D.C. | 4056-88 | Cocaine, marihuana |
| 2/15/89 | Eaton | D.C. | 141-89 | Cocaine (>50g) |
| 3/13/89 | Ingham | D.C. | 5152-89 | cocaine |
| 3/27/89 | Ingham | D.C. | 1167-88 | cocaine |
| 4/3/89 | Eaton | C.C. | 5073-89 #4 | Cocaine (>50g) |
| 4/4/89 | Ingham | C.C | 4543-88 | cocaine |
| 4/7/89 | Jackson | D.C | 508-89 | cocaine |
| 4/10/89 | Ingham | D.C. | 5066-88 #1,2 | Cocaine |
| 4/24/89 | Jackson | C.C | 4600-88 | cocaine, Marihuana |
| 4/24/89 | Jackson | C.C. | 4134-88 | Cocaine |
| 4/26/89 | Calhoun (B.C.) | D.C. | 5654-89 | cocaine |
| 4/26/89 | Calhoun (B.C.) | D.C. | 5755-89 | cocaine |
| 5/16/89 | Calhoun (B.C.) | D.C. | 6039-89 | cocaine |
| 5/19/89 | Ingham | C.C | 3424-88 | cocaine >50g |
| 5/22/89 | Ingham | C.C | 3424-88 | cocaine >50g |
| 5/23/89 | Mecosta | C.C | 3185-88 | cocaine |
| 6/7/89 | Ingham | P.C. | 4528-88 | Cocaine |
| 6/8/89 | Ingham | C.C | 5221-89 | cocaine |
| 6/8/89 | Calhoun (B.C.) | D.C. | 4580-88 | Cocaine (>50g), marihuana |
| 6/22/89 | Jackson | D.C | 6365-89 | Cocaine |
| 7/5/89 | Calhoun (B.C.) | D.C. | 4748-88 | cocaine |
| 8/9/89 | Eaton | C.C | 141-89 | cocaine >50g |
| 9/6/89 | Clinton | C.C. | 6056-89 | cocaine |
| 9/12/89 | Ingham | C.C. | 141-89 | cocaine >50g |
| 9/18/89 | Jackson | C.C. | 5841-89 | cocaine |

50

3

| Date | County | Court | Lab# | |
|---|---|---|---|---|
| 9/20/89 | Jackson | C.C. | 6365-89 | cocaine |
| 10/6/89 | Ingham | C.C. | 4037-88 | cocaine |
| 10/12/89 | Hillsdale | C.C. | 4886-88 | cocaine |
| 10/24/89 | Ingham | C.C | 6084-89 | cocaine |
| 12/5/89 | Ingham | C.C. | 6683 89 | cocaine |
| 12/11/89 | Jackson | C.C. | 6465-89 | cocaine |
| 12/12/89 | Ingham | C.C. | 6309·89 | cocaine |
| 12/15/89 | Eaton | D.C | 6343-89 | cocaine |
| 1/5/90 | Calhoun (B.C.) | D.C. | 8094-89 | Cocaine |
| 1/8/90 | Ingham (E.L.) | D.C. | 7682-89 | psilocin |
| 1/10/90 | Calhoun (Marshall) | C.C. | 6203-89 | cocaine |
| 2/2/90 | Eaton | D.C | 7921-89 | Cocaine >50g |
| 2/8/90 | Ingham D.1 | D.C | 7825-89 | N.C. |
| 2/22/90 | Ingham D.C. | D.C. | 5043-90 | cocaine |
| 2/22/90 | Calhoun (Marshall) | D.C. | 5180-90 | cocaine |
| 3/6/90 | Jackson | C.C | 4134-88 | cocaine |
| 3/9/90 | Calhoun (B.C) | D.C | 5231-90 | cocaine |
| 3/15/90 | Ingham | C.C. | 141-89 | cocaine >50g |
| 3/20/90 | Calhoun (Marshall) | D.C | 7647-89 | cocaine |
| 4/10/90 | Gratiot | D.C | 5146-90 | LSD, marihuana |
| 4/10/90 | Ionia | C.C | 5615-89 | Cocaine |
| 4/10/90 | Calhoun (B.C.) | D.C. | 5482-90 | cocaine |
| 4/25/90 | Calhoun (B.C.) | D.C. | 8020-89 | cocaine |
| 4/26/90 | Calhoun (B.C.) | C.C. | 5356-89 | cocaine |
| 5/8/90 | Calhoun (B.C.) | D.C. | 7802-89 | cocaine |
| 4/30/90 | Ingham (Mason) | CC | 7018-89 | cocaine |

76

4

| Date | County | Court | Lab # | |
|------|--------|-------|-------|---|
| 5/8/90 | Calhoun (B.C) | D.C. | 7914-89 | Cocaine |
| 5/15/90 | Jackson | C.C. | 5976-89 | Cocaine >50g |
| 5/23/90 | Calhoun (B.C) | D.C | 7860-89 | cocaine |
| 5/25/90 | Calhoun (B.C.) | D.C. | 7101-89 | cocaine |
| 6/6/90 | Lansing | MESC hearing | 7946-89 | cocaine |
| 6/18/90 | Ingham | C.C. | 5092-90 | cocaine >650g |
| 6/19/90 | Calhoun (B.C.) | C.C. | 5920-89 | cocaine |
| 6/28/90 | Ingham | C.C. | 5092-90 | cocaine >650g |
| 6/28/90 | Ingham | D.C. | 6344-90 | cocaine, heroin >50g |
| 7/2/90 | Jackson | C.C | 7845-89 | cocaine, marihuana |
| 7/9/90 | Ingham | D.C | 6211-90 (#A) | heroin |
| 7/9/90 | Ingham | D.C. | 6211-90 (#D) | Cocaine |
| 7/16/90 | Eaton | C.C. | 8005-89 | methamphetamine |
| 7/18/90 | Livingston (Brighton) | D.C. | 5161-90 | Cocaine |
| 7/25/90 | Calhoun (M) | C.C. | 5409-90 | Cocaine |
| 8/23/90 | Calhoun (M) | C.C. | 7802-89 | Cocaine |
| 9/6/90 | Ingham | D.C | 6211-90 (#H) | Cocaine |
| 9/11/90 | Ingham | D.C | 7814-89 | psilocin |
| 9/12/90 | Calhoun (B.C.) | C.C | 6226-90 | cocaine |
| 9/14/90 | Ingham (E.L) | D.C | 6891-90 | Cocaine |
| 9/28/90 | Calhoun (B.C.) | D.C. | 6699-90 #767d, 11 | cocaine, heroin |
| 10/3/90 | Jackson | C.C | 5793-90 | cocaine |
| 10/4/90 | Calhoun (B.C) | D.C. | 6654-90 | cocaine |
| 10/12/90 | Calhoun (M) | C.C. | 7942-89 | cocaine |
| 10/22/90 | Ingham | C.C. | 6970-90 | cocaine |

5

| Date | County | Court | Lab# | |
|------|--------|-------|------|---|
| 10/31/90 | Jackson | C.C. | 6373-90 | cocaine |
| 11/5/90 | Ingham | C.C. | 6103-90 | cocaine |
| 11/6/90 | Calhoun (B.C.) | C.C. | 6862-89 | cocaine |
| 11/14/90 | Clinton | C.C. | 7655-89 #1 | codeine, dihydrocodeinone, pentazocine |
| 11/27/90 | Calhoun (B.C.) | D.C. | 6567-90 | cocaine |
| 11/30/90 | Calhoun (B.C.) | D.C. | 7544-89 | cocaine |
| 12/5/90 | Eaton | C.C. | 7910-89 | methamphetamine |
| 12/18/90 | Calhoun (B.C.) | C.C. | 4580-88 | cocaine, marihuana |
| 1/8/91 | Livingston (Howell) | C.C. | 7799-89 | cocaine |
| 1/9/91 | Calhoun (B.C.) | C.C. | 6287-90 | cocaine |
| 1/14/91 | Eaton | C.C. | 7909-89 | methamphetamine |
| 1/15/91 | Ingham | C.C. | 6874-90 | cocaine |
| 1/18/91 | Calhoun (B.C.) | C.C. | 6783-90 | cocaine |
| 1/23/91 | Montcalm | C.C. | 6701-90 | cocaine, procaine, phenylpropanolamine, benzocaine |
| 1/31/91 | Calhoun (M) | D.C. | 7006-89 | cocaine |
| 1/31/91 | Calhoun (M) | D.C. | 7554-90 | cocaine |
| 2/4/91 | Shiawassee | D.C. | 6731-90 | phentermine |
| 2/7/91 | Calhoun (BC) | C.C. | 7914-89 | cocaine |
| 2/11/91 | Shiawassee | D.C. | 6754-90 | cocaine |
| 2/12/91 | Branch | C.C. | 8000-89 | cocaine |
| 3/6/91 | Ingham | P.C. | 6014-90 | cocaine |
| 3/8/91 | Ingham | D.C. | 5012-90 | cocaine |
| 3/14/91 | Calhoun (M) | C.C. | 7754-89 | cocaine |
| 4/2/91 | Ingham | C.C. | 7530-89 | cocaine |
| 4/4/91 | Calhoun (BC) | D.C. | 5616-90 | cocaine |

126

6

| Date | County | Court | Lab# | |
|------|--------|-------|------|---|
| 4/4/91 | Calhoun (BC) | D.C | 7345-90 | Cocaine |
| 4/4/91 | Calhoun (BC) | D.C | 7377-90 | Cocaine |
| 4/4/91 | Calhoun (BC) | D.C | 7432-90 | Cocaine |
| 4/4/91 | Calhoun (BC) | D.C | 7555-90 | Cocaine |
| 4/12/91 | Calhoun (BC) | C.C. | 6576-90 | cocaine |
| 4/17/91 | Jackson | C.C | 6559-90 | cocaine |
| 5/2/91 | Calhoun (M) | D.C | 7551-90 | cocaine |
| 5/7/91 | Ingham | C.C. | 6530-90 | Cocaine |
| 5/7/91 | Ingham (M) | C.C. | 6892-90 | Cocaine |
| 5/8/91 | Calhoun (BC) | D.C. | 6564-90 | cocaine |
| 5/13/91 | Jackson | C.C. | 5117-91 | cocaine |
| 5/17/91 | Ingham (E.L.) | D.C | 5532-91 | cocaine |
| 6/4/91 | Gratiot | C.C | 5462-91 | cocaine |
| 6/5/91 | Shiawassee | D.C | 6751-91 | LSD, marihuana |
| 6/26/91 | Jackson | C.C | 7702-91 | cocaine |
| 7/16/91 | Calhoun (M) | C.C | 7144-89 | cocaine |
| 7/16/91 | Calhoun (BC) | C.C | 5515-91 | cocaine |
| 8/5/91 | Jackson | C.C | 7060-90 | cocaine 7225g |
| 8/13/91 | Ingham | C.C. | 6957-91 | Cocaine |
| 8/21/91 | Calhoun (M) | C.C. | 7555-90 | Cocaine |
| 9/6/91 | Ingham | C.C. | 7755-90 | cocaine |
| 9/13/91 | Ingham | C.C | 7471-90 | Cocaine |
| 10/8/91 | Calhoun (M) | D.C. | 6885-91 | Cocaine |
| 10/9/91 | Calhoun (BC) | D.C. | 6493-91 | cocaine |
| 10/28/91 | Ingham | C.C | 7471-90 | Cocaine |

151

| Date | County | Court | Lab # | |
|------|--------|-------|-------|---|
| 11/4/91 | ~~Jackson~~ | C.C | 6026-90 | cocaine |
| 11/18/91 | Jackson | C.C | 6427-91 | cocaine |
| 11/21/91 | Hillsdale | C.C. | 7740-90 | cocaine, marihuana |
| 12/2/91 | Jackson | C.C | 6670-89 | cocaine |
| 12/12/91 | Calhoun | D.C. | 6885-91 | cocaine |
| 1/8/92 | Calhoun (m) | C.C | 7334-90 | morphine |
| 1/9/92 | ~~L~~Lenawee | C.C. | 7653-91 | cocaine |
| 1/15/92 | Ingham (M) | D.C. | 7328-91 | cocaine, marihuana |
| 1/30/92 | Ingham | D.C | 5166-92 (7%) | cocaine |
| 2/5/92 | Jackson | C.C. | 7071-91 | cocaine |
| 2/20/92 | Ingham | C.C. | 6538-91 | cocaine |
| 3/13/92 | Calhoun | D.C. | 7756-91 | cocaine |
| 3/24/92 | Calhoun | D.C. | 7967-91 | cocaine |
| 4/7/92 | Livingston (H) | C.C | 7635-91 | cocaine |
| 4/9/92 | Calhoun | C.C. | 5858-91 | cocaine |
| 5/1/92 | Calhoun | D.C | 5053-92 | soap |
| 5/1/92 | Calhoun | D.C | 5356-92 | cocaine |
| 5/5/92 | Calhoun (M) | C.C. | C886-91 | cocaine |
| 5/19/92 | Calhoun | C.C | 7549-89 | cocaine |
| 7/21/92 | Jackson | C.C. | 7060-90 | cocaine >225g |
| 8/6/92 | Ingham | D.C | 6816-92 | cocaine |
| 8/10/92 | Ingham | C.C | 7328-91 | cocaine, marihuana >50g |
| 9/2/92 | Jackson | C.C | 6354-92 | cocaine |
| (9/9/92) 9/8/92 | Jackson | D.C | 5547-92 | cocaine |
| 9/9/92 | Roscommon | D.C. | 7079-92 | codeine |

176

8

| Date | County | Court | Lab# | |
|------|--------|-------|------|--|
| 10/1/92 | Calhoun(M) | C.C | 7558-91 | Cocaine |
| 10/8/92 | Ionia | D.C. | 7280-92 | Marihuana |
| 10/15/92 | Ingham | C.C. | 7328-91 | Cocaine |
| 10/15/92 | Ingham | C.C | 6186-92 | Cocaine |
| 11/3/92 | Jackson | CC | 1000-90 | Cocaine >225g |
| 12/2/92 | Jackson | D.C | 7491-92 | Marihuana |
| 12/9/92 | Livingston (H) | C.C. | 5606-92 | Cocaine >50g |
| 12/15/92 | Eaton | C.C. | 6383-92 | Cocaine, methamphetamine |
| 10/29/92 | Ingham | CC | 5166-92 | Cocaine |
| 1/25/93 | Ingham | CC | 6638-92 | Marihuana |
| 1/26/93 | Jackson | CC | 6769-91 | Cocaine >25g |
| 1/27/93 | Jackson | C.C | 2014-92 | Cocaine |
| 2/2/93 | Calhoun(M) | C.C | 5654-89 | Cocaine |
| 2/9/93 | Eaton | CC | 7321-91 | Cocaine >50g |
| 2/17/93 | Livingston (H) | CC | 6255-92 | marihuana |
| 3/2/93 | Ingham | CC | 6638-92 | Cocaine >50g |
| 3/5/93 | Calhoun | CC | 5854-92 | Cocaine |
| 3/18/93 | Calhoun | D.C | 6466-92 | Cocaine |
| 3/29/93 | Ingham | D.C | 5320-93 | cocaine |
| 3/31/93 | Livingston (H) | C.C. | 6607-92 | cocaine |
| 4/13/93 | Calhoun | D.C | 8011-92 | methamphetamine |
| 5/3/93 | Ingham | CC | 5/88-93 | cocaine |
| 5/19/93 | Calhoun | DC | 7240-92 | cocaine |
| 6/9/93 | Calhoun | DC | 7243-92 | cocaine |
| 7/2/93 | Jackson | CC | 7775-92 | cocaine |

201

9

| Date | County | Court | Lab# | |
|------|--------|-------|------|--|
| 8/2/93 | Branch | C.C. | 7566-92 | marihuana |
| 8/9/93 | Ingham | C.C. | 5534-93 | Cocaine (reverse) |
| 10/7/93 | Shiawassee | DC | 1224-93 | digoxin |
| 10/19/93 | United States District Court (Lansing) | | 6856-92 | cocaine (1016g) |
| 10/21/93 | Gratiot | DC | 6867-93 | marihuana |
| 11/18/93 | Calhoun | CC | 5506-93 | Cocaine |
| 12/14/93 | Gratiot | CC | 6866-93 | marihuana |
| 1/7/94 | Ingham | CC | 6928-93 | cocaine |
| 1/7/94 | Ingham | DC | 7761-93 | cocaine |
| 1/10/94 | Eaton | CC | C618-93 | cocaine, marihuana |
| 1/26/94 | Gratiot | CC | 6867-93 | Marihuana |
| 2/25/94 | Calhoun | D.C | 6581-92 | Cocaine |
| 3/1/94 | Calhoun | CC | 7794-92 | Cocaine |
| 3/21/94 | Isabella | CC | 7759-93 | marihuana |
| 4/26/94 | Ingham (m) | CC | 5999-93 | cocaine |
| 5/3/94 | Calhoun | CC | 5554-93 | cocaine |
| 7/26/94 | Calhoun (m) | DC | 7799-93 | cocaine |
| 7/28/94 | Calhoun | DC | 5305-94 | cocaine |
| 8/2/94 | Ingham | CC | 7663-93 | cocaine |
| 8/11/94 | Jackson | DC | 5952-93 | cocaine |
| 10/4/94 | Calhoun | DC | 6613-94 | Cocaine |
| 10/18/94 | Grand Rapids | USDC | 6140-94 | marihuana |
| 10/19/94 | Calhoun | CC | 6015-94 | Cocaine |
| 10/25/94 | Eaton | DC | 6197-93 | LSD |
| 10/26/94 | Jackson | CC | 5952-93 | Cocaine, marihuana |

226

| Date | County | Court | Lab# | |
|---|---|---|---|---|
| 11/4/94 | Calhoun | C.C. | 5809-94 | cocaine |
| 11/7/94 | Ingham | C.C | 7002-93 | cocaine >5g |
| 12/14/94 | Calhoun | CC | 7799-93 | Cocaine |
| 12/21/94 | Jackson | DC | 7799-94 | cocaine |
| 1/4/95 | Jackson | CC | 345-94 | cocaine, marihuana >25g |
| (phone) 1/3/95 | Isabella | Dc | 8330-94 | marihuana |
| 1/6/95 | Calhoun | DC | 8452-94 | cocaine |
| 2/22/95 | Jackson | CC | 7812-94 | marihuana |
| 2/27/95 | Jackson | CC | 8044-94 | marihuana |
| 3/16/95 | Jackson | CC | 7362-94 | marihuana |
| 3/23/95 | Ingham | CC | 6793-93 | cocaine |
| 3/23/95 | Jackson | CC | 2319-94 | cocaine |
| 3/30/95 | Calhoun | CC | 7394-94 | cocaine |
| 4/6/95 | Ingham | CC | 6663-94 | cocaine |
| 5/16/95 | Calhoun | CC | 8452-94 | cocaine |
| 6/5/95 | Jackson | CC | 7810-94 | cocaine |
| 6/15/95 | Calhoun | CC | 5181-95 (07) | cocaine >25g |
| 6/22/95 | Jackson | CC | 5145-95 | Cocaine |
| 6/23/95 | Jackson | DC | 5773-95 | marihuana |
| ~~7/5/95~~ | ~~Jackson~~ | ~~CC~~ | ~~7810-94~~ | ~~cocaine~~ |
| ~~7/15/95~~ | ~~Calhoun~~ | ~~CC~~ | ~~5181-95~~ | ~~cocaine >25g~~ |
| ~~7/20/95~~ | ~~Jackson~~ | ~~CC~~ | ~~5145-95~~ | ~~cocaine marihuana~~ |
| ~~7/24/95~~ | ~~Jackson~~ | ~~DC~~ | ~~5773-95~~ | ~~marihuana~~ |
| 9/6/95 | Calhoun | CC | 5809-95 | cocaine |
| 10/11/95 | Ionia | CC | 6924-95 | dihydrocodeinone |
| 10/11/95 | Jackson | CC | 173-95 | cocaine |

(25)

248

| Date | County | Court | Lab# | |
|------|--------|-------|------|---|
| 10/19/95 | Calhoun | DC | 6837-95 | cocaine |
| 250 10/26/95 | Calhoun | DC | 7471-95 | cocaine |
| 11/7/95 | Jackson | CC | 5853-95 | marihuana |
| 11/29/95 | Calhoun | DC | 6784-95 | cocaine |
| 11/29/95 | Clinton | DC | 7335-95 | marihuana |
| 12/6/95 | Gratiot | CC | 5614-95 | marihuana |
| 12/6/95 | Calhoun | CC | 7834-93 | cocaine |
| 2/1/96 | Ingham | CC | 6223-95 6565-95 6462-95 6839-95 | Marihuana |
| 2/14/96 | Calhoun | DC | 8087-95 | cocaine |
| 2/27/96 | Ingham | DC | 8144-95 | cocaine, marihuana |
| 3/14/96 | Livingston | DC | 6611-95 | marihuana |
| 260 4/4/96 | Calhoun | CC | 7471-95 | cocaine |
| 4/25/96 | Jackson | DC | 5650-96 | cocaine |
| 5/14/96 | Ingham | CC | 8514-95 | cocaine |
| 6/6/96 | Calhoun | CC | 5432-95 | cocaine |
| 7/29/96 | Ingham (m) | CC | 5354-95 | cocaine |
| 8/5/96 | Jackson | CC | 6137-96 | cocaine |
| 8/6/96 | Ingham (m) | DC | 7324-95 | marihuana |
| 9/4/96 | Ionia | CC | 5713-96 | cocaine |
| 4/1/97 | Calhoun | CC | 7726-96 | cocaine |
| 6/6/97 | Ingham | CC | 5554-97 | cocaine >50g |
| 270 6/8/97 | Jackson | CC | 790-97 | heroin |
| 6/27/97 | Ingham | DC | 6086-97 | cocaine |
| 6/30/97 | Ingham | CC | 5483-97 | cocaine (14) |
| 7/1/97 | MaComb | DC | 7537-96 | various pharmaceuticals |

(12)

(16)

273

| Date | County | Court | Lab # | |
|---|---|---|---|---|
| 7/3/97 | Calhoun | DC (phone) | 6013-97 | cocaine |
| 7/17/97 | Jackson | DC | 7655-96 | marihuana |
| 7/22/97 | Eaton | CC | 5187-93 | cocaine |
| 8/18/97 | Jackson | CC | 324-97 | marihuana |
| 9/4/97 | Ingham | DC | 7324-97 | cocaine |
| 9/16/97 | Jackson | CC | 324-97 | marihuana |
| 280  10/15/97 | Lansing United States District Ct. | | 6530-97 | cocaine |
| 11/11/97 | Jackson | DC | 6492-97 | cocaine |
| 12/3/97 | Calhoun | DC | 7737-97 | cocaine |
| 12/16/97 | Calhoun | DC | 7835-97 | cocaine |
| 1/6/98 | Ingham | CC | 5446-97 | cocaine |
| 1/26/98 | Jackson | CC | 6492-97 | cocaine |
| 3/10/98 | Ingham | CC | 7965-97 | cocaine |
| 4/21/98 | Lenawee | DC | 1-98 | (Birch Red (L)) methamphetamine |
| 5/9/98 | Ingham (M) | CC | 8410-97 | cocaine marihuana |
| 6/15/98 | Ingham | CC | 8450-97 | cocaine |
| 290  6/23/98 | Calhoun | DC | 871-98 | cocaine |
| 7/10/98 | Jackson | DC | 6249-98 | cocaine |
| 8/25/98 | Calhoun | CC | 5736-98 | cocaine marihuana |
| 9/15/98 | Shiawassee | DC | 6393-98 | cocaine |
| 9/16/98 | Calhoun | CC | 5228-98 | cocaine |
| 12/8/98 | Ingham (Mason) | CC | 6266-97 | cocaine >225g |
| 12/16/98 | Jackson | DC | 8022-98 | marihuana |
| 4/13/99 | Calhoun | CC | 6060-98 | cocaine |
| 4/14/99 | Calhoun | CC | 8463-98 | cocaine |

(3)

1996-
1997-
1998- 13
1999- 10

| | Date | County | Court | Label | |
|---|---|---|---|---|---|
| 299 | 4/23/99 | Eaton | DC | 8486-98 | heroin |
| 300 | 5/1/99 | Calhoun | CC | 6055-98 | cocaine |
| | 8/2/99 | Ingham (Mason) | CC | 5711-99 | cocaine |
| | 11/10/99 | Jackson | CC | 6943-99 | cocaine |
| | 11/22/99 | Branch | CC | 6986-98 | marihuana |
| | 12/9/99 | Livingston | DC | 6504-99 | marihuana |
| | 12/13/99 | Jackson | CC | 7201-99 | cocaine, marihuana |
| | 12/15/99 | Jackson | CC | 6716-99 | cocaine |
| | 1/19/2000 | Calhoun | CC | 6218-99 | cocaine |
| | 2/15/2000 | Branch | CC | 5133-96 | cocaine >225g |
| | 5/23/2000 | Eaton | CC | 2049-99 | Fingernails/polish/adhesive |
| | 6/5/2000 | Branch | CC | 6313-98 | marihuana, methamphet. |
| | 8/1/2000 | Jackson | CC | 7904-98 | marihuana |
| | 8/2/2000 | Eaton | CC | 2049-99 | scene/Fingernails/polish, adhes |

Controlled Substance - 310 total

## Testimony — trips to court

| | | | |
|---|---|---|---|
| 11/10/99 | Jackson CC | 6943-99 | |
| 11/22/99 | Branch CC | 6986-98 | |
| 12/9/99 | Livingston DC | 6504-99 (mari) | |
| 12/13/99 | Jackson CC | 7201-99 (mari, coc) | |
| 12/15/99 | Jackson CC | 6716-99 (coc) | |
| 1/19/00 | Calhoun CC | 6218-99 (coc) | |
| * 1/21/00 | Jackson DC | 7166-99 - Pled - No testimony | |
| 2/15/00 | Branch CC | 5133-96 | |
| * 5/3/00 | Livingston CC | 6625-99 - Pled - No testimony | |

Trace — 5/23/00 Eaton CC 2049-99 - Fingernail Polish, False Fingernails/Footwear

| | | | |
|---|---|---|---|
| 6/5/00 | Branch CC | 6313-98 (mari, meth) Testified | |
| * 6/16/00 | Ingham DC | 6544-90 - Stipulated - No testimony | |
| * 6/20/00 | Clinton DC | 666-00 - Stipulated - No testimony | |
| * 8/1/00 | Jackson CC | 7904-98 Testified (cont. Subs)(mari) | |
| * 8/1/00 | Eaton CC | 2049-99 Adjourned | |

Trace — 8/2/00 Eaton CC 2049-99 - Fingernail/Polish, false fingernails/scene
8/9/01 Calhoun CC 2075-00 Footwear — ID
5/29/02 Montcalm CC 2 1621-01 Footwear - negative (probably)

9/20/02 Macomb CC 25366-01 SEM-safe insulation
Eaton → 11/5/02 Eaton CC 2579-01 Fabric Impression Y-could have, 1-elim.
11/20/02 Lenawee CC 276-02 Paint - inconclusive

Fabric Impression in A-01

| | | | |
|---|---|---|---|
| 12/12/02 | Isabella CC | 468-02 | tire imp. cord/name scene (3) |
| 4/11/03 | Delta CC | 50998-02 / 51017-02 | Negative / transfer - paint / 2- Airbag |
| 6/24/03 | Ingham DC | 1843-02 | Bank Dye |
| 8/28/03 | Ingham CC | 1843-02 | Bank Dye |
| 9/29/03 | Ingham CC | 1600-02 | Tire imp - neg. / scene |

<u>Testimony</u>

| 12/16/03 | Ionia DC | 2356-03 | pos. Safe Insulation, neg FW |
| 1/20/04 | Ingham CC | 147-03 | socked foot imp. in blood 2-could have/scene<br>1-CNBE (fluorescent pigment<br>mica + Ti O2) |
| 2/27/04 | Calhoun CC | 659-03 | make-up master to Airbag |
| ↱ 12/16/04 | Ingham DC | 1665-04 | Scene - homicide (meridian Twp P.D.)<br>(Blanket L-31) |
| 4/22/04 | Ingham CC | 310-03 | Footwear - sim. tread - size of shoe |
| 5/5/05 | Gratiot CC | 2044-04 | tire impressions - 5 could have |

Total Impression Evid. - 9/10 Footwear 8 tire 3, fabric 1, barefoot/sock 1
4

| 5/9/05 | Ingham CC | 2170-04 | Scene/Footwear impressions | 13-could have<br>1-CNBE |
| 6/10/05 | Montcalm CC | 708-01 | Scene/Footwear impressions | No suspect shoes |
| 9/13/05 | Montcalm CC | 708-01 | ″ | ″ |

Impression Evidence through 10/1/05: Footwear 8 7 tire 3  Fabric 1 barefoot/sock 1

| 3/8/06 | Ottawa CC - Deposition | 31944-05 | SEM - paint (GR Lab - Troy) |
| ~~2/6/06~~<br>12/14/06 | Ingham DC | 2247-06 | Footwear - Imp. (25-could have) Homicide |

| ~~11/1/06 Eaton~~ | CC | 1246-05 | polypropylene (shotshell buffer) K + Q |
| 2/9/07 | Calhoun CC | | |
| 3/6/07 | Calhoun CC | 614-06 | footwear (1-could have) CSC |
| 8/24/07 | Ingham CC | 2247-06 | Footwear-Imp. 25 could have - homicide |
| 10/10/07 | Eaton CC | 2566-06 | Footwear - 1 could have shoes 2 eliminate shoes<br>(3 impressions) multiple impressions |
| 1/29/08 | Ingham CC | 2247-06 | Footwear-Imp. 25 could have - homicide |
| 5/6/08 | Ingham CC | LS08-174<br>(=Q)(-4) | Footwear - 4 could have - homicide (and scene)<br>LS07-4) |
| ~~1/28/09~~ Livingston DC | LS08-487 | Footwear - 1 CNBE, 1-Elim Home Inv. |
| ~~1/30/09~~ Charlevoix 2/3/09 Charlevoix DC | GL08-1238 | SEM-paint (phone) |
| 7/21/09 | Mecosta CC | GR08-1953<br>(LS08-1171) | Footwear - numerous could have CNBE/elim |
| 10/22/09 | Calhoun CC | LS08-5624 | Footwear - 2 CNBE (poor impressions) homicide |
| 11/17/09 Branch CC | LS09-640 | Scene, Footwear - 3 could have/elim, glass, 1 could have |
| 12/3/09 | Shiawassee CC | LS08-5323 | Scene, physical match, tire - 3 elim |

Testimony

12/4/09  Ingham DC     LS08-5014   Footwear ~ I could have (sel. lift)
2/10/10  Jackson CC    LS09-2983   NaCl in Fired shotshell (Q-yes, K-No)
7/19/11  Branch CC     LS09-640    Footwear, scene
8/29/11  Ingham CC     LS10-1551   Footwear, physical match (could have)
9/14/11  Wayne CC      SH09-6313   Paint 4K's + 4Q's consistent Level II architectural

2/23/12  Genesee CC    BP10-5231   Chemical analysis + Comparison paint-stain — inconclusive
5/2/12   Presque Isle CC  G41-1135  Drywall comparison 2K's, 1Q both similar level IV
1/14/13  Livingston CC LS08-2229   Scene/Footwear (eliminations)
4/10/13  Cass CC       GR12-4307   SEM/EDS (explosive)
10/17/13 Wayne CC      NV12-4325   Paint process chip - none found (clothing) (Elim.) similar to K point

6/3/14   Genesee CC    BP13-768    Bleach (indicated) 2 items - swabs of firearms
10/13/14 Delta CC      MQ14-19 (video)  Solvent (Light Pet. Dist., ammonia) gas cell IR (no ID (bead, Ec)

5/20/15  Berrien CC    GR14-7150   Physical Match (light assembly-vehicle)
11/17/15 Jackson CC    LS14-1540   Chemical ID - negative for nicotine
12/10/15 Berrien CC    GR14-7150   Fracture Match (light assembly-vehicle)
12/15/15 Wayne CC      NV15-3292   Chemical unknown (swabs-2-calcite dolomite, quartz, 1-polyamide)
3/15/17  Clare CC      LS16-3067   Footwear - Assoc. of Class Charact.
4/13/17  St. Clair CC  BP16-3153   bleach - negative (subs - shoes, hammer)
6/7/17   Saginaw CC    BP16-4741   OC spray (nordihydrocapsaicin, capsaicin, dihydrocapsaicin)
1/22/18  Eaton CC      LS16-2509   Footwear, particle w/safe insulation comp. (pos)
5/16/18  Bay CC        BP16-4531   Bleach (neg)
6/20/18  Kalkaska CC   GL17-167    Chemical unknown - NaCl
10/15/19 Monroe CC     LS18-4952   Tire imps - Assoc. - Class Char.
11/18/19 Ingham CC     LS19-380    Foot wear - Exclusions (1K, 12Q)
4/19/22  Ingham CC     LS19-380    Footwear - exclusions (1K, 12Q)
10/15/20 Lincoln, MT   FSC 629-20  Controlled substances - methamphetamine
11/10/20 Lewis & Clark, MT  FSC 254-20  controlled substances - methamphetamine