Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| **CHRISTOPHER C BAKER,** | |
| Defendant. | |

### PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue eleven subpoenas in the above entitled case.

DATED this 12th day of July, 2023.

                                            NICHOLAS VASSALLO
                                            United States Attorney

                            By:      */s/ Kerry J. Jacobson*
                                           KERRY J. JACOBSON
                                           Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                            */s/ Elizabeth Kilmer*
                                            For the United States Attorney's Office