**FILED**

9:00 am, 7/24/23

**Margaret Botkins**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Docket No.    23-cr-00031-ABJ |
| | ) | |
| CHRISTOPHER BAKER | ) | |
| | ) | |
| Defendant | ) | |

### ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S EXPERT DESIGNATION DEADLINE

**THIS MATTER,** came before the Court upon the Defendant's Stipulated Motion to Extend Defendant's Expert Designation Deadline.  Having reviewed the motion, the record herein, and being otherwise fully advised, the Court finds that the motion is supported by good cause.  Therefore, it is ordered the Defendant's expert designation deadline is extended by one week, which results in a new deadline of August 7th, 2023.

DATED this 21st day of July, 2023.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE