MARK C. HARDEE #6-4137
MARK C. HARDEE LAW OFFICE, P.C.
2319 PIONEER AVE.
CHEYENNE, WY  82001
(307)433-0777

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) ) ) | |
| vs | ) ) | Docket No.   23-cr-00031-ABJ |
| **CHRISTOPHER BAKER** | ) ) ) | |
| **Defendant** | ) | |

### ORDER ON MOTION FOR APPOINTMENT OF EXPERT IN BIOMEDICAL SCIENCES

THIS MATTER, having come before the Court upon Defendant Christopher Baker's Motion for Appointment of Olen R. Brown as a Biomedical Expert, and the Court having reviewed the file and being fully advised upon the premises therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Mark C. Hardee, Attorney for Defendant Christopher Baker, is authorized to utilize Olen R. Brown as a Biomedical Expert in this matter at the Government's expense.

DATED this ____ day of July, 2023.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE