Kerry J. Jacobson
Wyoming State Bar #6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195
kerry.jacobson@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Criminal No. 23-CR-31-ABJ** |
| **CHRISTOPHER CHARLES BAKER,** | ) ) ) | |
| Defendant. | ) | |

## INFORMATION FILED PURSUANT TO 21 U.S.C. § 851

The United States of America, by and through its attorney Kerry J. Jacobson, Assistant United States Attorney for the District of Wyoming, hereby notifies the Defendant **Christopher Charles Baker** that if he is convicted of the charges contained in the pending Indictment, the government will seek an enhanced penalty pursuant to Title 21 U.S.C. § 841 based on the Defendant's prior conviction of a felony drug offense as defined in 21 U.S. C. § 802(44):

1. *Unlawful Delivery of a Controlled Substance (2 counts), on or about February 13, 2009, in the Second Judicial District Court, Albany County, Wyoming, Docket No. CR-2008-7597.*

As noted in the government's Penalty Summary filed with the Indictment on March 16, 2023 in ECF Document No. 26, if the Defendant is convicted of the charges in the pending

Indictment he accordingly will receive a minimum mandatory sentence of Life imprisonment pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 851 and the First Step Act of 2018.

This Information filed pursuant to Title 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 851 shall be served on the Defendant and Defendant's counsel.

DATED this 1st day of August, 2023.

                                                    Respectfully submitted,

                                                    NICHOLAS VASSALLO
                                                    United States Attorney

By:    */s/ Kerry J. Jacobson*
        KERRY J. JACOBSON
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2023, a true and correct copy of the foregoing **Information Filed Pursuant to 21 U.S.C. § 851** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

/s/ *Elizabeth Kilmer*
UNITED STATES ATTORNEY'S OFFICE