# SECOND JUDICIAL DISTRICT COURT
## COUNTY OF ALBANY, STATE OF WYOMING

THE STATE OF WYOMING,    )    Criminal Action # 2008-7597
    )
    Plaintiff,    )
    )
    -vs-    )
    )
CHRISTOPHER CHARLES BAKER, )
    )
    )
    Defendant    )

FILED
IN DISTRICT COURT
FEB 2 0 2009
LARAMIE WYOM
CLERK OF DISTRICT

## JUDGMENT, SENTENCE AND ORDER OF INCARCERATION

THIS MATTER came before the Court on the 13th day of February, 2009, pursuant to an *ORDER SETTING SENTENCING HEARING* issued by the Court. The Defendant, CHRISTOPHER CHARLES BAKER, appeared in person, together with his counsel, Robert W. Ingram. The State of Wyoming was present by and through Spencer L. Allred, Legal Intern, under the supervision of Richard C. Bohling, County and Prosecuting Attorney in and for Albany County, Wyoming.

THE COURT FINDS AS FOLLOWS:

A.    The Defendant last appeared in this Court on the 31st day of October, 2008, for an Arraignment Hearing. At that time, the Defendant entered a plea of Guilty to Count One and Count Three as set forth in the *FELONY INFORMATION*;

B.    The Defendant is alert and competent to proceed with sentencing;

C.    A pre-sentence investigation report has been submitted to the Court;

D.    That the Defendant is a Qualified Offender as defined by the provisions of Wyoming Statute §7-13-1301, otherwise known as the Addicted Offender Accountability Act;

E.    The Court has considered first offender disposition and probation as sentencing alternatives herein, and the Court has determined that first offender and probation are not appropriate;

F.    The Court has heard from counsel for the parties, the Defendant having been afforded an opportunity to make a statement on his own behalf prior to imposition of sentence, and the Court is otherwise fully advised in the premises herein.

G.    That there has been a plea agreement entered into between the State and the Defendant which provides in pertinent part;

    1    The Defendant has agreed to offer a plea of *guilty* to Count One and County Three of the *FELONY INFORMATION* herein;

    2    That in exchange for a plea of *guilty,* to Count One and Count Three of the *FELONY INFORMATION,* the State of Wyoming has agreed to dismiss Count Two of the *FELONY INFORMATION.*



IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as to Count One an adjudication of guilt is entered as to the Defendant's plea of guilty herein and the Defendant, CHRISTOPHER CHARLES BAKER, shall be committed to the custody of the Department of Corrections and is sentenced to serve a term of incarceration in the Wyoming State Penitentiary, or an alternative correctional facility to be determined at the discretion of the Department of Corrections, of not less than Four (4) years and not more than Seven (7) years, to run concurrent with Count Three, with credit for 176 days of time served in the Albany County Detention Center pending disposition herein, the same to be applied to the minimum and maximum terms imposed above.

IT IS FURTHER ORDERED that as to Count Three an adjudication of guilt is entered as to the Defendant's plea of guilty herein and the Defendant, CHRISTOPHER CHARLES BAKER, shall be committed to the custody of the Department of Corrections and is sentenced to serve a term of incarceration in the Wyoming State Penitentiary, or an alternative correctional facility to be determined at the discretion of the Department of Corrections, of not less than Four (4) years and not more than Seven (7) years, to run concurrent to Count One and with credit for 0 days of time served in the Albany County Detention Center pending disposition herein, the same to be applied to the minimum and maximum terms imposed above.

IT IS FURTHER ORDERED THAT:

1)   Consistent with W.S. § 7-19-403, the Defendant shall provide a DNA sample to the Department of Corrections;

2)   Pursuant to W.S. § 6-4-102, the Defendant shall pay a $10.00 assessment on to be applied to the court automation account;

3)   The Defendant shall pay the amount of $75.00 to the mental health provider who performed his substance abuse evaluation as a part of the pre sentence investigation herein;

4)   Pursuant to Wyoming Statute § 1-40-119(d), Defendant shall pay $200.00 to the Wyoming Crime Victim's Compensation Fund through the Clerk of the District Court;

5)   The Defendant shall pay restitution, to the Department of Criminal Investigation in the amount of $380.00 through the Clerk of the District Court;

6)   The Defendant shall pay restitution to the Albany County Detention Center in the amount of $108.89 through the Clerk of the District Court;

7)   Pursuant to the plea agreement herein, Count Two is hereby dismissed with prejudice;

8)   The Defendant's bond is discharged and shall be returned to the person posting the same.

STATE OF WYOMING vs CHRISTOPHER CHARLES BAKER
*Judgment, Sentence and Order of Incarceration*
Criminal Action # 2008-7597

It is further recommended by this Court that the Defendant be placed in the Intensive Treatment Unit or the Casper Reentry Program or some other similar program available once the Defendant's term of incarceration has ended and under the discretion of the Department of Corrections.

The Defendant is remanded to the custody of the Albany County Detention Center, to remain incarcerated therein, until such time as he may be delivered into the custody of the Department of Corrections.

DONE IN OPEN COURT this _____26th_____ day of February, 2009.

Jeffrey A. Donnell
District Court Judge

Approved as to form and content:

_____
Robert W. Ingram

Copies to:
Richard C. Bohling
Robert W. Ingram
DCI
Albany County Detention Center
Department of Corrections

Copies Mailed 02/20/09
Per WRCrP 49 (c)
WRCP 77 (d)

STATE OF WYOMING vs CHRISTOPHER CHARLES BAKER
Judgment, Sentence and Order of Incarceration
Criminal Action # 2008-7597

# SECOND JUDICIAL DISTRICT COURT
## COUNTY OF ALBANY, STATE OF WYOMING

THE STATE OF WYOMING,  ) Criminal Action #2008-7597
                               )
    Plaintiff,  )
                               )
   -vs-  )
                               )
CHRISTOPHER CHARLES BAKER,  )
                               )
    Defendant.  )

---

### FELONY INFORMATION

    COMES NOW, Richard C. Bohling, County and Prosecuting Attorney in and for Albany County, Wyoming, and in the name and by the authority of the State of Wyoming informs the court and gives the court to understand that CHRISTOPHER CHARLES BAKER, late of the county aforesaid, on or about the 8th day of July 2008, in the County of Albany and in the State of Wyoming, did commit the offense of unlawful delivery of a controlled substance in that said Defendant did unlawfully deliver a controlled substance, to wit:  marihuana as defined by W.S. §35-7-1002(a)(xiv), a Schedule One hallucinogenic substance per W.S. §35-7-1014(d)(xiii), the same being in violation of Wyoming Statutes §35-7-1031(a)(ii), as more particularly set forth in the Affidavit of Special Agent Robert G. Terry filed herein.  Said acts being contrary to the form of the Statute in such case made and provided, and against the peace and the dignity of the State of Wyoming.

### COUNT TWO

    COMES NOW, Richard C. Bohling, County and Prosecuting Attorney in and for Albany County, Wyoming, and in the name and by the authority of the State of Wyoming informs the court and gives the court to understand that CHRISTOPHER CHARLES BAKER, late of the county aforesaid, on or about the 8th day of July 2008, in the County of Albany and in the State of Wyoming, did commit the offense of unlawful delivery of a controlled substance in that said Defendant did unlawfully deliver a controlled substance, to wit: lysergic acid diethylamide (LSD), a Schedule One hallucinogenic substance per W.S. §35-7-1014(d)(xii), the same being in violation of W.S. §35-7-1031(a)(ii), as more

particularly set forth in the Affidavit of Special Agent Robert G. Terry filed herein. Said acts being contrary to the form of the Statute in such case made and provided, and against the peace and the dignity of the State of Wyoming.

### COUNT THREE

COMES NOW, Richard C. Bohling, County and Prosecuting Attorney in and for Albany County, Wyoming, and in the name and by the authority of the State of Wyoming informs the court and gives the court to understand that CHRISTOPHER CHARLES BAKER, late of the county aforesaid, on or about the 15th day of July 2008, in the County of Albany and in the State of Wyoming, did unlawfully deliver a controlled substance, to wit: cocaine, a narcotic substance as defined by Wyoming Statute §35-7-1002(xv)(D), and a Schedule II controlled substance per Wyoming Statute §35-7-1016(b)(iv), the same being in violation of Wyoming Statute §35-7-1031(a)(i), and as more particularly set forth in the Affidavit of Special Agent Robert G. Terry filed herein. Said acts being contrary to the form of the Statute in such case made and provided, and against the peace and the dignity of the State of Wyoming.

DATED THIS September _____ 5th _____, 2008.

Richard C. Bohling,
County & Prosecuting Attorney
Albany County Courthouse
525 Grand Avenue, Suite 100
Laramie, WY 82070
(307) 721-2552 voice
(307) 721-2554 fax
Supreme Court Registration #5-2625

# SECOND JUDICIAL CIRCUIT COURT
## COUNTY OF ALBANY, STATE OF WYOMING

| | | |
|---|---|---|
| THE STATE OF WYOMING, | ) | CR-2008 _11 0_ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **FILED** |
| | ) | |
| CHRISTOPHER CHARLES BAKER | ) | AUG 1 8 2008 |
| | ) | CLERK OF CIRCUIT COURT<br>2nd JUDICIAL DISTRICT<br>ALBANY COUNTY, WYOMING |
| | ) | By: _____ |
| Defendant. | ) | |

---

### AFFIDAVIT OF PROBABLE CAUSE

---

THE UNDERSIGNED, BEING FIRST DULY SWORN UPON OATH, DEPOSES AND STATES:

1. I, Robert Terry, hereafter referred to as your affiant, am employed by the Laramie Police Department and am currently assigned as a Task Force Officer with the Wyoming Division of Criminal Investigation, Southeast Enforcement Team (SEET).

2. On July 08, 2008, your affiant, acting as an undercover officer met with Christopher Charles Baker at _____ in Laramie, Wyoming and purchased suspect marijuana for $200.00 and four (4) hits of LSD (Lysergic Acid Diethylamide) for $80.00.

3. On July 10, 2008 your affiant weighed the baggie of suspect marijuana referred to above and determined that it had an approximate weight of 52.33 grams with packaging. Your affiant tested a small portion of the suspect marijuana from the baggie which tested presumptive positive for the presence of Tetrahydrocannabinol (THC) a schedule (I) substance, using the NIK system.

4. On July 15, 2008 your affiant drove to the residence of Christopher Charles Baker, located _____ in Laramie, Wyoming and purchased suspect cocaine from Baker for $100.00. Your affiant obtained one jeweler baggie with the Crown Royal® symbol containing a white powdery substance presumed to be cocaine.

5. On July 17, 2008 your affiant weighed the baggie of suspect cocaine, which had an approximate weight of 1.54 grams with packaging. Your affiant tested a small portion of the suspect cocaine from the baggie, which tested presumptive positive for the presence of cocaine, a schedule (II) substance, using the NIK system.

6. All of the above described events occurred in Albany County, Wyoming, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Wyoming.

WHEREFORE, your affiant believes and therefore alleges that the Defendant committed the offense as alleged in the Information and your affiant prays that an Arrest Warrant be issued for the Defendant to be apprehended and brought before the Court to answer to the charge contained in the Information.

Robert G. Terry

STATE OF WYOMING    )
                    ) ss.
COUNTY OF ALBANY    )

The foregoing *AFFIDAVIT OF PROBABLE CAUSE* was sworn to and signed before me personally by Special Agent Robert G. Terry on February 10, 2006.

KELSEY COY NOTARY PUBLIC
County of Albany    State of Wyoming
My Commission Expires Feb. 11, 2012

Notary Public