## AMENDED PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **CHRISTOPHER CHARLES BAKER** |
| **DATE:** | August 1, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:  Ct: 1** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**<br>(Distribution of Fentanyl – Resulting in Death)<br><br>Not less than 20 years nor more than Life Imprisonment<br>Up to $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up To $2,000,000 Fine<br>Not less than 6 Years to Life Supervised Release<br>$100 Special Assessment |
| **Ct: 2** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**<br>(Distribution of Fentanyl – Resulting in Serious Bodily Injury)<br><br>Not less than 20 years nor more than Life Imprisonment<br>Up to $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up To $2,000,000 Fine<br>Not less than 6 Years to Life Supervised Release<br>$100 Special Assessment |

| | | |
|---|---|---|
| | Ct: 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C)<br>(Distribution of Fentanyl)<br><br>Up to 20 Years Imprisonment<br>Up To $1,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$100 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Up to 30 Years Imprisonment<br>Up to $2,000,000 Fine<br>Not less than 6 Years to Life Supervised Release<br>$100 Special Assessment |
| **TOTALS:** | | 20 Years to Life Imprisonment<br>Up to $3,000,000 Fine<br>Not less than 3 Years to Life Supervised Release<br>$300 Special Assessment<br><br>[Upon proof of prior conviction for felony drug offense]<br><br>Life Imprisonment<br>Up to $6,000,000 Fine<br>Not Less than 6 Years to Life Supervised Release<br>$300 Special Assessment |
| **AGENT:** | | Jon Briggs, DCI Special Agent<br>Jason Moon, DCI Special Agent<br>Colin Ryder, DCI Special Agent |
| **AUSA:** | | Kerry J. Jacobson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | | 3 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | | No |