IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

**10:08 am, 8/2/23**

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Case No. 23-CR-31-ABJ |

## ORDER GRANTING THE DEFENDANT'S *MOTION FOR APPOINTMENT OF EXPERT IN BIOMEDICAL SCIENCES* (ECF NO. 49)

THIS MATTER comes before the Court following the Defendant's, Christopher Charles Baker ("the Defendant"), *Motion for Appointment of Expert in Biomedical Sciences*, filed on July 28, 2023. ECF No. 49. The Defendant requests that this Court appoint an expert in biomedical sciences, Mr. Olen R. Brown ("Mr. Brown"), on the Defendant's behalf. *Id.*, ¶ 4, at 2.

Therefore, IT IS **HEREBY ORDERED** that the Defendant may employ the services of his proposed forensic expert, Mr. Brown, at rates of $360.00/hour for consulting and $420.00/hour for deposition and trial testimony for a maximum monetary total of $2,800.00.[1] Mr. Brown's services may not exceed this amount without

---

[1] Provided that Mr. Brown's services do not exceed $2,800.00, the Defendant's counsel may distribute Mr. Brown's hour allocation however he deems fit. *See also* ECF No. 49, ¶ 4.

1

authorization from this Court. Failure to comply with this *Order* will result in the denial of further payment of expert fees.

IT IS **SO ORDERED**.

Dated this 2ᵈ day of August, 2023.

Alan B. Johnson
United States District Judge