Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| **CHRISTOPHER C BAKER,** | |
| Defendant. | |

### PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue ten subpoenas in the above entitled case.

DATED this 2nd day of August, 2023.

　　　　　　　　　　　　　　　　　NICHOLAS VASSALLO
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　By:　　　*/s/ Kerry J. Jacobson*
　　　　　　　　　　　　　　　　　KERRY J. JACOBSON
　　　　　　　　　　　　　　　　　Assistant United States Attorney


### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2023, the foregoing was electronically filed and consequently served on defense counsel.

　　　　　　　　　　　　　　　　　*/s/ Elizabeth Kilmer*
　　　　　　　　　　　　　　　　　For the United States Attorney's Office