**MARK C. HARDEE #6-4137**
**MARK C. HARDEE LAW OFFICE, P.C.**
**2319 Pioneer Ave.**
**Cheyenne, Wy 82001**
**(307) 433-0777**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs ) | Docket No.   23-cr-00031-ABJ |
| ) | |
| **CHRISTOPHER BAKER** ) | |
| ) | |
| **Defendant** ) | |

### ORDER GRANTING MOTION FOR ENDS OF JUSTICE CONTINUANCE AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACTS TIME LIMITS

In accordance with the motion of Defendant, Christopher Charles Baker, for a 45-day ends of justice continuance, the Court finds that for the reason stated in Mr. Baker's motion, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 316(h)(7)(A). Thus:

**IT IS ORDERED** that Mr. Baker's motion is **GRANTED.**

**IT IS ORDERED** that the trial set for August 21, 2023 is vacated.

**IT IS ORDERED** that this time is excluded from the Speedy Trial Act calculation.

Finally, it is **ORDERED** that the trial is re-set for _____, 2023.

DATED this ____ day of August, 2023.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE