IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**



*2:00 pm, 8/8/23*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Case No.  23-CR-31-ABJ |

**ORDER GRANTING THE DEFENDANT'S *UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT TIME LIMITS* (ECF NO. 59) AND CONTINUING THE DEFENDANT'S TRIAL UNTIL OCTOBER 10, 2023, AT 9:30AM**

THIS MATTER comes before the Court following the Defendant's, Christopher Charles Baker ("the Defendant"), *Unopposed Motion for Ends of Justice Continuance and to Exclude Time from Speedy Trial Act Time Limits* ("*Motion*"), filed on August 4, 2023. ECF No. 59. The Defendant requests that this Court continue his trial, presently scheduled for August 21, 2023, beyond time limits within the Speedy Trial Act, 18 U.S.C. § 3164 *et seq.*, and specifically until a more convenient date for counsel and witnesses on October 10, 2023. ECF Nos. 43; 59, at 1, 4. The Government is unopposed to the Defendant's *Motion*. ECF No. 59, at 1. The Court also conversed with both parties regarding their request for a continuance on August 2, 2023.

Having already declared this matter complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) on April 12, 2023, the Court, once again, finds that the ends of justice served by continuing the trial in this matter outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii); ECF No. 43, at 1–2. Since then, the Defendant indicates that many "material and direct witnesses," previously incarcerated with the Defendant, have been discharged to other correctional facilities, complicating counsel's interview efforts. ECF No. 59, at 4. The Defendant's counsel also reports that his Biomedical Sciences Expert, Mr. Olen R. Brown, approved by this Court on August 2, 2023, requires additional time to review pertinent records and compile his evaluation. *Id.*; *see also* ECF No. 55, at 1.

Having considered 18 U.S.C. § 3161(h)(7)(B)(i), including whether "the failure to grant such a continuance in the proceeding would be likely to . . . result in a miscarriage of justice," the Court finds that it is in the best interest of justice to continue the Defendant's trial to allow the Defendant and his counsel appropriate time to conduct additional interviews, prepare an adequate defense, and, if necessary, negotiate further with the Government. Thus, the Defendant demonstrates that the ends of justice will be served by granting a reasonable continuance, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i). The delay of sixty-three days between the entry of the Court's continuance ruling today and the commencement of trial, rescheduled for October 10, 2023, shall be, and hereby is, excluded from the Defendant's Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS **HEREBY ORDERED** that the Defendant's *Unopposed Motion for Ends of Justice Continuance and to Exclude Time from Speedy Trial Act Time Limits* (ECF No. 59) is **GRANTED**.

Furthermore, IT IS **HEREBY ORDERED** that this matter's current trial date of August 21, 2023, is **VACATED**. The Defendant's trial is **RESET** for **OCTOBER 10, 2023, AT 9:30AM**.

Finally, IT IS **HEREBY ORDERED** that all deadlines in the Court's discovery and scheduling order (ECF No. 34) will be reset in accordance with the Defendant's new trial date of October 10, 2023.

IT IS **SO ORDERED**.

Dated this 8th day of August, 2023.

Alan B. Johnson
United States District Judge