Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **CHRISTOPHER C BAKER,**  Defendant. | Criminal No. 23-CR-31-J |

### PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue twenty-two subpoenas in the above entitled case.

DATED this 11th day of August, 2023.

                                    NICHOLAS VASSALLO
                                    United States Attorney


                    By:     */s/ Kerry J. Jacobson*
                            KERRY J. JACOBSON
                            Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                    */s/ Elizabeth Kilmer*
                                    For the United States Attorney's Office