Kerry J. Jacobson WSB #6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY  82520
307-332-8195
kerry.jacobson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Criminal No. 23CR031-J |

**GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO OFFER EXPERT TESTIMONY**

The United States hereby provides its notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to offer and introduce expert testimony with the expert witnesses set forth below.

1. **James A. Wilkerson IV, M.D., P.C.**

Dr. Wilkerson was previously designated as an expert in this case, as further detailed in ECF Doc. 45.  The government represented that while it did not have a current Curriculum Vitae for Dr. Wilkerson at the time of filing its notice, a Curriculum Vitae was being sought and would be provided to the Defendant upon receipt. Dr. Wilkerson's current Curriculum Vitae is attached hereto. Dr. Wilkerson's previous expert testimony list will be provided upon receipt.

2. **Amanda L. D'Orazio, M.S., D-ABFT-FT**

*Qualifications*:  Ms. D'Orazio was previously designated as an expert in this case, as

detailed in ECF Doc. 45. The government represented in its previous notice Ms. D'Orazio's testimony list would be provided upon receipt. Ms. D'Orazio's testimony list is attached hereto.

***Supplemental Summary of Testimony:*** The government further supplements Ms. D'Orazio's testimony as follows: During the autopsy of R.R., samples of his post-mortem blood, vitreous fluid and urine were collected and submitted to NMS Labs for toxicological testing. In conjunction with this testing, Ms. D'Orazio prepared toxicology reports indicating that R.R. tested positive for the presence of Fentanyl. Ms. D'Orazio will testify that tests for THC, Amphetamines, Barbituates, Benzodiazepines, Cannabinoids, Cocaine/Metabolites, Buprenorphine/Metabolites and Ethanol, were negative. Ms. D'Orazio will generally testify as to the results regarding the testing and analysis in this matter, including the methodology used in her analysis, the nature and characteristics of the chemicals involved in her analysis, her opinions and the bases and reasons for those opinions as set forth consistent with her toxicology reports, which have been provided to defense counsel during discovery.

Ms. D'Orazio will also testify as to the nature of Fentanyl and its effects on the human body, the various forms of Fentanyl, the concentration levels seen in various scenarios and in overdoses. Specifically, Ms. D'Orazio will testify Fentanyl is a prescription opioid commonly used as an anesthetic/analgesic. It is reported to be 80 to 200 times as potent as morphine and has a rapid onset of action as well as addictive properties. Illicit fentanyl is readily available due to low production cost and its high potency. It is often sold as heroin and is commonly found in combination with other illicit drugs. Signs associated with fentanyl toxicity include severe respiratory depression, muscle rigidity, seizures, seizures, hypotension, coma and death.

Ms. D'Orazio will testify that when used clinically as a transdermal preparation (25-100 mcg/hour patch), serum fentanyl concentrations up to 3.8 ng/ml have been reported within 24

hours. Following removal of the patch, serum fentanyl concentrations are reported to decrease with a mean elimination half-life of 17 hours (range, 13-22 hours). The mean peak plasma serum fentanyl concentration in adults given an 800 mcg oral transmucosal fentanyl preparation over 15 minutes is reported at 2.1 ng/ml (range, 1.4-3.0 ng/ml) at approximately 0.40 hours.

Ms. D'Orazio will further testify that patients lost consciousness at mean plasma levels of fentanyl of 34 ng/ml when infused with 75 mcg/Kg over a 15 min period; peak plasma levels averaged 50 ng/ml. In fatalities from fentanyl, blood concentrations are variable and have been reported as low as 3 ng/ml. Postmortem blood fentanyl concentrations ranged from 0.30-110 ng/ml (median 11 ng/ml) in 301 femoral blood specimens obtained from accidental drug overdose death investigations. These concentrations ranged from 9.7-41.3 ng/ml (median 17.2 ng/ml) in 7 fentanyl only cases in another published case series.

Ms. D'Orazio will further testify as to the results of a confirmation test performed on a blood sample taken from the Defendant on March 13, 2022. Ms. D'Orazio will testify as to the general processes/procedures, chain of custody and results of the testing by NMS Labs as reported in WO#22264012, including the methodology used in her analysis, the nature and characteristics of the chemicals involved in her analysis, her opinions and the bases and reasons for those opinions as set forth consistent with the toxicology report, which has been provided to defense counsel during discovery. Ms. D'Orazio will testify that the Defendant tested positive for the presence of Fentanyl and Norfentanyl.

6. **Mr. Douglas P. Kelly, Special Agent/Supervisor, Wyoming State Crime Laboratory**

Mr. Kelly was previously designated as an expert in this case, however his report was not complete at the time of filing ECF Doc. 45. In his capacity as a fingerprint examiner with the Wyoming State Crime Lab, Mr. Kelly performed a fingerprint analysis on two rolled up playing

cards which are evidence in this matter. Mr. Kelly's testimony will center on his report, dated July 14, 2023, which the government has provided to the defendant through discovery. Mr. Kelly will be called upon to testify regarding his examination, tests, conclusions and opinions surrounding the fingerprint examination. It is anticipated that Mr. Kelly will generally testify as to the manner and methodologies regarding latent print testing and analysis, and possible reasons for the lack of fingerprints.

7. **Ms. Kimberly Ley, Forensic Analyst, Wyoming State Crime Laboratory**

*Qualifications*: Ms. Ley is a Forensic Analyst in the Wyoming State Crime Laboratory's Biology Unit. Ms. Ley's testimony list, any publications and further qualifications are set forth in her Curriculum Vitae, attached.

*Summary of Testimony*: In her capacity as a Forensic Analyst, Ms. Ley will testify regarding the examination and analysis of swabs taken from evidence collected in this case and compared against known DNA samples. A report of the testing methods, analysis, opinions, and conclusions regarding this examination has been completed and sent to the Defendant through the discovery process. Ms. Ley is expected to testify regarding the manner and methodologies of the examination and analysis, the process and procedures used in the analysis, as well as the results, observations, opinions, and conclusions based on this analysis, as detailed in the report dated July 25, 2023. Ms. Ley will also testify as to the capabilities and limitations of DNA testing, to include any variables that might impact any interpretation of the results.

8. **Adam Crilly, D.O.**

*Qualifications*: Dr. Crilly is the Medical Director in the Department of Emergency Medicine at the Cheyenne Region Medical Center. Dr. Crilly's further qualifications are set forth in his Curriculum Vitae, attached.

**_Summary of Testimony_:**  Dr. Crilly was listed in the government's expert designation filed on July 10, 2023 (ECF No. 45) as having examined J.N. upon arrival at the Emergency Department. This designation clarifies that Dr. Crilly was not J.N.'s treating physician but will be testifying based on his position as medical oversight for the emergency department at the facility where J.N. was treated. Dr. Crilly will be called upon to provide his expert opinion that, based upon the evidence in this investigation, including his review of the medical records concerning J.N.'s treatment at Ivinson Memorial Hospital that J.N. suffered serious bodily injury when he used opiates as described by J.N., and that J.N.'s risk of death was "extreme to certain" without medical intervention. Dr. Crilly will also testify based on his education, training and experience set forth in his Curriculum Vitae regarding the general use and abuse of opiates, specifically the effect(s) of an opioid overdose to the human body, including loss and impairment of the function of bodily organs, specifically the brain. Dr. Crilly will also testify as to what type of medical treatment is used to treat an opioid overdose, and the effect of that treatment. Dr. Crilly's interview, supporting medical records and opinion(s) were previously provided to the Defendant through discovery.

## **CONCLUSION**

In addition to the areas set forth above, the government reserves the right to elicit testimony regarding other matters that may be raised during cross-examination, based on the testimony elicited from the Defendant's experts, if any, or other witnesses, or the evidence introduced by Defendant. To the extent the Court allows Defendant the same right, we reserve the right to elicit any additional testimony that this expert is qualified to provide should the need arise based on further developments in preparing for and during the trial.

The United States reserves the right to supplement the notice of expert witness testimony

pursuant to the continuing duty to disclose pursuant to Rule 16(a), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing and additional evidence may be discovered which may require additional expert witness testimony.

Respectfully submitted this 29th day of August 2023.

                                        NICHOLAS VASSALLO
                                      United States Attorney

By:   */s/ Kerry J. Jacobson*
       KERRY J. JACOBSON
       Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that on the 29th day of August 2023, I served a true and correct copy of the foregoing **Government's Supplemental Notice of Intent to Offer Expert Testimony** upon counsel of record by electronic filing.

                                    */s/ Mikala Dawson*
                                    UNITED STATES ATTORNEY'S OFFICE

# CURRICULUM VITAE

# JAMES A. WILKERSON, IV, MD

## DEPUTY MEDICAL EXAMINER, BEXAR COUNTY TEXAS

REGIONAL MEDICAL EXAMINER AND FORENSIC PATHOLOGY CONSULTANT

Bexar County Deputy Medical Examiner

7337 Louis Pasteur Dr. Suite • San Antonio, Texas 78229

(210) 335-4000 • (210) 335-4058 • (210) 335-4063 (FAX)

---

### EDUCATION and TRAINING

| | |
|---|---|
| 1982 B.S. | Birmingham Southern College |
| 1986 M.D. | University of Alabama at Birmingham |
| 1986-1987 | Internship - Dwight David Eisenhower Army Medical Center; Categorical First Postgraduate Year in Family Practice |
| 1987-1991 | Residency - Brooke Army Medical Center; Pathology and Laboratory Medicine |
| 1994-1995 | Fellowship - Armed Forces Institute of Pathology; Forensic Pathology |

### MILITARY EDUCATION

| | |
|---|---|
| 1984 | U.S. Army Officer Basic Course; Fort Ord, California |
| 1987 | U.S. Army AMEDD Center and School C4 Combat Casualty Care Course |
| 1995 | U.S. Army AMEDD Center and School, Officer Advanced Course Commandants List (Honor Graduate) |

### BOARD CERTIFICATION

| | |
|---|---|
| 1991 | American Board of Pathology: Anatomic and Clinical Pathology |
| 1996 | American Board of Pathology: Forensic Pathology |

### LICENSES

Colorado #46422
Wyoming #7924A
California #G084167
Texas #M4981
Alabama (inactive) #14067
Diplomat, American Board of Medicolegal Death Investigators #1071
NBME #331867

### WORK EXPERIENCE

| | |
|---|---|
| 1980 - 1982 | Veterans Administration Hospital, Birmingham, Alabama; Phlebotomist |
| 1980 - 1982 | Cunningham Pathology Associates; Autopsy assistant |
| 1983 - 1984 | Alabama Army National Guard Medical Officer, 109th Evacuation Hospital |
| 1991 - 1992 | Bayne Jones Army Community Hospital, Staff pathologist |

## WORK EXPERIENCE (cont.)

| | |
|---|---|
| 1992 - 1994 | Bayne Jones Army Community Hospital, Chief of Pathology |
| 1992 - 1994 | Bayne Jones Army Community Hospital, Director of hospital CME program |
| 1995 – 1997 | Wilford Hall Air Force Medical Center, Staff pathologist, Director of autopsy service, and Regional Armed Forces Medical Examiner |
| 1997 - 2006 | Merced Pathology Medical Group, Anatomic, Clinical and Forensic Pathology Forensic Pathologist for Merced and Mariposa Counties, California |
| 2007 - 2008 | Deputy Chief Medical Examiner, Travis and 45 other counties in Texas |
| 2008 - 2022 | Coroner/Medical Examiner for 22 counties in Northern Colorado and portions of Wyoming |
| 2022- current | Deputy Medical Examiner Bexar County, Texas |

## APPOINTMENTS

| | |
|---|---|
| 1993 - 1994 | Department of Defense Associate Medical Examiner |
| 1995 - 1997 | Department of Defense Regional Medical Examiner |
| 2007 - 2008 | Deputy Chief Medical Examiner, Travis County, TX |
| 2008 - 2014 | Deputy Chief Medical Examiner Larimer County, Colorado |
| 2012 - 2019 | Wyoming Coroner Standards Board |
| 2018 - 2022 | Associate Clinical Professor, Rocky Vista Osteopathic Medical School, Parker Colorado |

## MEMBERSHIPS and COMMITTEES

National Association of Medical Examiners (NAME)
Bexar County Medical Society
American College of Physician Executives (ACPE)
Association of American Physicians and Surgeons (AAPS)
Texas Medical Association
Diplomat, American Board of Medicolegal Death Investigators

## HONORS and AWARDS

Summa cum Laude Graduate, Birmingham Southern College
Phi Beta Kappa
Omicron Delta Kappa
Meritorious Service Medal, U. S. Army
Unit Commendation Medal, U. S. Army

## LEADERSHIP EXPERIENCE and TRAINING

| | |
|---|---|
| 2001 - 2002 | Medical Executive Committee Member at Large, Chair Ethics Committee; Mercy Medical Center Merced, Merced, California |
| 2002 - 2004 | Chair, Credentials Committee, Member Finance Committee, Vice Chief of Staff; Mercy Medical Center Merced, Merced, California |
| 2003 | President, Merced/Mariposa Medical Society |
| 2005 - 2006 | Chief of Staff, Mercy Medical Center Merced, Merced California |
| 2014 - 2022 | Elected County Coroner, Larimer County |

## COMMUNITY SERVICE

Sponsor – World Vision (children in Zambia and El Salvador)
Merced County Rescue Mission, Board Member (2002-2006)
Schulenberg First Baptist Church, member

**PUBLICATIONS and PRESENTATIONS**

1. Wilkerson, J.A.; Round Cell Liposarcoma in a 20 Year Old Male. San Antonio Society of Pathologists, San Antonio, Texas, September 1988.

2. Wilkerson, J.A.; Biochemical Measurements for Nutritional Assessment. Army Medical Specialist Corps Nutritional Assessment Postgraduate Short Course, San Antonio, Texas, May 31, 1989.

3. Wilkerson, J.A.; Lung Cancer. United States Army Physician Assistant Course, San Antonio, Texas, July 12, 1989.

4. Wilkerson, J.A.; Diseases with Immunologic Features. United States Army Physician Assistant Course, San Antonio, Texas, July 13, 1989.

5. Wilkerson, J.A.; Atrial Myxoma in a 72 Year Old Male. San Antonio Society of Pathologists, San Antonio, Texas, September 5, 1989.

6. Wilkerson, J.A.; Adrenocortical Carcinoma in a 59 Year old Male. San Antonio Society of Pathologists, San Antonio, Texas, September 4, 1990.

7. Wilkerson, J.A.; Biochemical Measurements for Nutritional Assessment. Army Medical Specialist Corps Nutritional Assessment Postgraduate Short Course, San Antonio, Texas, March 26, 1991.

8. Antaya, R.J., Keller, R.A., Wilkerson, J.A.; Placental Nevus Cells Associated with Giant Congenital Pigmented Nevi. *Pediatric Dermatology*, 1995; 12:260-262.

9. Wilkerson, J.A.; AFIP Support for Death Investigation and DNA Issues, AFOSI Forensics Workshop, Randolph Air Force Base, Texas, October 16, 1995.

10. Wilkerson, J.A. and Cresap, T.E.; Co-Director AFOSI Forensics Workshop, Lackland Air Force Base, Texas, October 16-20, 1995.

11. Wilkerson, J.A. and Cresap, T.E.; Co-Director AFOSI Forensics Workshop, Lackland Air Force Base, Texas, October 21-25, 1996.

12. Wilkerson, J.A.; Drug Related Deaths and Time of Death Verification. Annual Air Force Office of Special Investigations (AFOSI) Forensics Workshop, Lackland Air Force Base, Texas, October 22, 1996.

13. Wilkerson, J.A.; Time Since Death. Annual Air Force Office of Special Investigations (AFOSI) Forensics Workshop, Lackland Air Force Base, Texas, October 22, 1996.

14. Wilkerson, J.A.; Forensic Toxicology. Annual Air Force Office of Special Investigations (AFOSI) Forensics Workshop, Lackland Air Force Base, Texas, October 21-25, 1996.

15. Wilkerson, J.A.; Burton, M.P.; Inhalation of Volatile Substances: An Emerging Threat to Readiness? Military Medicine, 1998:163: 343-345.

16. Wilkerson, J.A.; General Forensic Pathology, Gunshot Wounds, Postmortem Interval. Southern Forensic Institute Death Investigation Course, Greeley Colorado, March 14, 2009.

17. Wilkerson, J.A.; Coroner Basic Course, Selected Topics, Wyoming, Wyoming Law Enforcement Academy, 2011-current

18. Wilkerson, J. A.; Colorado Coroners Association, selected topics, multiple conferences, varying locations in Colorado, 2010-current

**Record of Previous Depositions and Testimony for Amanda D'Orazio**  Last updated: 8/24/2023

| Date of Testimony (MM/DD/YYYY) | Virtual/In person | Associated Case Number(s) | Case Caption | Court Type | Jurisdiction (City or County) | State (Abbreviation) | Did you testify? | Initials | Workorder |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2022 | Virtual | | Commonwealth of Pennsylvania v. Tysheem Alexander Dunlap | Other | Columbia Co. | PA | N | AXD | 22339055 |

| ES Number (if provided) | Case Type | Who requested testimony? |
|---|---|---|
| | PM | Prosecution |

# Kimberly A. Ley

● 208 S. College Drive, Cheyenne, WY 82007 ● (307) 777-8022 ● <u>kim.ley@wyo.gov</u>

Revision: 06/01/2023

---

### Education

**Bachelor of Science, Biology**, May 2009, University of Wyoming, Laramie, WY

**Associates of Science,** May 2007, Laramie County Community College, Cheyenne, WY

---

### Relevant Coursework

**University of Wyoming**
Biochemistry, Genetics, Molecular Biology, Cell Biology

**Laramie County Community College**
Statistics for Social Sciences

---

### Experience

**Forensic Analyst – Biology Unit**
**Wyoming State Crime Lab**
*April 2016-Present*

- Responsible for the examining and comparing biological evidence in the biology DNA work unit of the Wyoming State Crime Laboratory. Responsible for serological and DNA analysis. Duties include the physical examination and chemical analysis of evidence, writing and technical review of reports and examination records, discussing examination results with law enforcement personnel and the legal community, and provide testimony as an expert witness in legal proceedings when requested.

**Serology Analyst- Biology Unit**
**Wyoming State Crime Lab**
*February 2015-April 2016*

- Responsible for the examination of biological evidence for the presence of bodily fluids and serological analysis for the biology unit of the Wyoming State Crime Laboratory. Duties include the physical examination and chemical analysis of evidence, writing and technical review of serology reports and examination records, discussing examination results with law enforcement personnel and the legal community, and provide testimony as an expert witness in legal proceedings when requested.

**Laboratory Technician**
**Colorado Health Medical Group at Cheyenne Medical Specialists**
*October 2011-February 2015*

- Responsible for operating, maintaining and troubleshooting all instruments used within the CMS clinical laboratory including the Siemens Dimension, Beckman Coulter AcT 5 and ACL 1000, and Tosoh G8 and AIA-600. Performed routine and stat analysis of patient samples according to established procedures, and evaluated results accordingly. Performed all immunology testing. Certified and trained as a collector of federal DOT drug screens. Working knowledge of quality assurance, quality control, and safety procedures.

**Laboratory Assistant**
**Cheyenne Regional Medical Center**
*May 2009-September 2011*

- Performed routine testing and analysis according to established procedures, and conducted daily quality control checks on a variety of lab procedures and reagents within the clinical laboratory. Responsible for routine departmental maintenance. supply inventory, equipment decontamination, and other general laboratory duties as assigned. Evaluated and prioritized samples for testing. Performed all technical and non-technical procedures required to order, process, submit, and initiate the testing process, specimen condition and collection.

**Biology Unit Intern**
**Wyoming State Crime Lab**
*May 2008 – December 2008*
*May 2007 – December 2007*

- Assisted Forensic Scientists in the Biology Unit handle, examine, test and document biological evidence in criminal cases. These examinations included both serology and DNA testing. Prepared evidence as DNA products to be returned to submitting law enforcement agencies and following chain of custody procedures. Performed quality control checks on serology reagents, reagent preparation, chemical check in, equipment monitoring, and calibration documentation. Performed duties as the Combined DNA Index System (CODIS) that included checking in biological samples from convicted offenders for entry into the state and national databases

**Research Aid-The School of Pharmacy**
**University of Wyoming**
*August 2008 – January 2009*

- Assisted in processing grant paperwork and documentation that was received from the American Heart Association to further the research of Dr. Jun Ren. Analyzed cardiac data produced from various experimentations with rats. Assisted in the organizing and accounting for monthly expenditures, as well as general office work such as copying, filing, proofreading of scientific journals, and typing.

**Client Service Professional**
**H & R Block**
*January 2004- April 2012*

- Performed various office duties such as setting appointments, recording and delivering detailed messages, copying and faxing paperwork, as well as filing client returns for long term storage. Required greeting, attending, and assisting clients with questions and complaints. Followed various policies and procedures regarding maintaining client confidentiality.

## Professional Development

**Court Preparation and Testimony**
*Cheyenne, Wyoming; June 4-5 2015*

**HID University - Future Trends in Forensic DNA Technology**
*Denver, Colorado; July 9, 2015*

**HID University - Future Trends in Forensic DNA Technology**
*Denver, Colorado; August 4, 2016*

**Promega – Technology Tour 2018**
*Denver, Colorado; August 7, 2018*

3 | P a g e

HID University - Future Trends in Forensic DNA Technology
*Denver, Colorado; October 29, 2018*

The Elements of DNA Profile Interpretation and Probabilistic Genotyping
*Online webinar; May 1, 2019*

Statistical Genetics and the Mechanisms of Probabilistic Genotyping
*Online webinar; May 8, 2019*

Probabilistic Genotyping in Court
*Online webinar; June 2019*

American Academy of Forensic Sciences 72th Annual Scientific Meeting
*Anaheim, California; February 17-22, 2020*

International Symposium of Human Identification (ISHI)
*Arguing the Case for DNA Evidence Based Probabilistic Genotyping*
*Virtual Platform; October 2020*

FBI Quality Assurance Standards and Auditor Training 2020
*Online Training; November 2020*

National CODIS Conference
*Virtual Platform; December 2020*

CODIS 9.0 Training
*Cheyenne, Wyoming; January 2021*

American Academy of Forensic Sciences 74th Annual Scientific Meeting
*Seattle, Washington; February 21-25, 2022*

Foster & Freeman ML-Pro Training
*Cheyenne, WY; March 14, 2022*

HID University - Future Trends in Forensic DNA Technology
*Online Seminar; May 2022*

HID University - Future Trends in Forensic DNA Technology
*Online Seminar; May 2023*

## Presentations

Ley, K. Biological Evidence Collection and Preservation. PowerPoint Presentation presented at: Rocky Mountain State Division International Association for Identification 50th Annual Training Seminar; 2017 June 6-9; Cheyenne, WY.

Ley, K. Careers in Forensic Science & The CSI Effect. PowerPoint Presentation presented to Laramie County Community College Psychology Department; 2018 November 8; Cheyenne, WY.

## Validation Studies

SERATEC® Amylase Saliva Test

Independent Forensics RSID Semen

Qiagen EZ2 Connect Fx

BSD Ascent A2

Court Testimony - Kimberly Ley

| Case Number | Case Name | Date | County | Court | Type of Testing |
|---|---|---|---|---|---|
| 15L0486 | State of Wyoming vs. Gilbert Manuel Vieira | 9/23/2015 | Hot Springs County | District Court - Jury Trial | Serology |
| 15L1294 | State of Wyoming vs. Nicholas Wilson | 10/15/2015 | Campbell County | District Court - Jury Trial | Serology |
| 15L1504 | State of Wyoming vs. Terry Schmuck | 11/18/2015 | Fremont County | District Court - Jury Trial | Serology |
| 15L0843 | State of Wyoming vs. Eddie Lee Spigner Jr. | 3/15/2016 | Laramie County | District Court - Jury Trial | Serology |
| 15L1789 | State of Wyoming vs. John Michael Schnitker | 3/29/2016 | Albany County | District Court - Jury Trial | Serology |
| 15L2174 | State of Wyoming vs. Gregory Davis | 3/30/2016 | Campbell County | District Court - Jury Trial | Serology |
| 16L2240 | State of Wyoming vs. Travis Bogard | 07/06/17 | Albany County | District Court - Jury Trial | Autosomal/YSTR |
| 16L2240 | State of Wyoming vs. Travis Bogard | 10/3/2017 | Albany County | District Court - Jury Trial | Autosomal/YSTR |
| 18L1669 | State of Wyoming vs. Terry Neidlinger | 11/30/2018 | Campbell County | District Court - Jury Trial | Autosomal/PG |
| 17L2196 | State of Wyoming vs. Stewart Yazzie | 5/29/2019 | Campbell County | District Court - Jury Trial | Autosomal/PG |
| 17L2848 | State of Wyoming vs. Daniel Danielson | 7/17/2019 | Converse County | District Court - Jury Trial | Autosomal/PG |
| 19L0641 | State of Wyoming vs. Andrew Steplock | 11/21/2019 | Natrona County | District Court - Jury Trial | Autosomal/PG |
| 19L3511 | State of Wyoming vs. Quinton Erickson | 10/9/2020 | Campbell County | District Court - Jury Trial | Autosomal/YSTR/PG |
| 20L0751 | State of Wyoming vs. Ronnie Abbott | 11/5/2020 | Natrona County | District Court - Jury Trial | Autosomal/YSTR/PG |
| 20L0275 | United States of America vs. Cody Donovan Smith | 5/12/2021 | Laramie County | Federal Court - Jury Trial | Autosomal/YSTR/PG |
| 20L3216 | State of Wyoming vs. Samuel Thoms | 6/29/2021 | Laramie County | Juvenile Court - Jury Trial | Serology/Autosomal/YSTR/PG/Video |
| 21L1588 | State of Wyoming vs. Jaeden Pryor | 7/1/2021 | Campbell County | Juvenile Court - Bench Trial | Autosomal/PG/Video |
| 21L3895 | State of Wyoming vs. Solomen Bolen | 8/18/2022 | Converse County | District Court - Jury Trial | Autosomal/PG |
| 22L0625 | State of Wyoming vs. Gabriel Drury | 8/30/2022 | Campbell County | Juvenile Court - Jury Trial | Autosomal/PG/Video |
| 22L3687 | State of Wyoming vs. Donald Whitmore | 5/18/2023 | Converse County | District Court - Jury Trial | Serology/Autosomal/PG |

# Adam Crilly, D.O.
2730 Coachman Lane
Cheyenne, WY 82009

828-514-0320  acrilly@me.com

_____

## WORK EXPERIENCE

August 2021-current     Cheyenne Region Medical Center           Cheyenne, WY
**Medical Director, Department of Emergency Medicine**
- Level 3 trauma center with 38,000 yearly volume.
- Reduced LWBS rate from 8% to 1% in first 6 months.

**Regional Medical Director, Aligned Providers Wyoming**
- Provide medical oversight at multiple ED's for growing, local organization.
- On staff at Ivinson Memorial Hospital (Laramie, WY) and Kimball Health Services (Kimball, NE) as part of this role.

April 2007 - July 2021
**Partner and member, Board of Directors of Mountain Emergency Physicians**
**President, Mountain Emergency Physicians** (June 2017 - March, 2020)
- Elected by Board of Directors to position due to ten plus years of leadership and clinical performance.
- Responsible for management of four ED contracts, plus two sites that are dual ED/Hospitalist program.

Oct, 2011 - July, 2021   Lake Norman Region Medical Center       Mooresville, NC
**Chief of Staff and member, Board of Trustees**, Jan. 2019 - July, 2021
**Medical Director, Department of Emergency Medicine**
- Secured and launched new contract for Mountain Emergency Physicians, continued duties as Partner and member of Board of Directors.
- Recruited and fully staffed Physician and Mid-level lines in under 2 months.
- LWBS rate decreased from 3.2% to 0.8%, Press Ganey scores improved from 25th percentile to consistently 75th percentile or greater.

April 2007 - Oct, 2011    Caldwell Memorial Hospital                              Lenoir, NC
**Attending, Department of Emergency Medicine**

- Community Hospital with 30,000 yearly volume.
- Chairperson of Committee to select EHR for ED.

April 2004 - March 2007   Carson Tahoe Regional Medical Center   Carson City, NV
**Attending, Department of Emergency Medicine**
- Treat varied population including pediatric care; yearly volume 40,000 with 20% admit rate.
- Medical Director, East Fork Fire Department;  responsible for paramedic education and keeping pre-hospital protocols updated and approved by the state.
- Received multiple CEO service pins in recognition of outstanding patient care.

July 2001 - March 2004     Brookhaven Memorial Hospital            Patchogue, NY
**Assistant Medical Director**, **Department of Emergency Medicine**
- Promoted to administrative position after one year in recognition of  outstanding problem solving skills, work efficiencies and relationship management skills demonstrated in clinical duties.
- Objectives included strategic planning related to patient through-time, 72-hour revisit rate and developed nursing lecture series and created improved scheduling templates.
- Responsibilities included building on relationships with After Care Department, nursing and administration.
- Concurrently maintained clinical duties as Attending Physician.

**Attending, Department of Emergency Medicine**
- Treated varied population including pediatric care; yearly volume 55,000.
- Recognized for bedside teaching abilities, strong work ethic, positive attitude.

## *PROFESSIONAL TRAINING*

July 1998 - June 2001     Jacobi Medical Center                              Bronx, NY
**Resident, Department of Emergency Medicine** (Affiliated with Albert Einstein College of Medicine)
- Offered residency spot outside of traditional match, secondary to performance during elective rotation.
- Level 1 trauma center; excelled in OB/GYN and trauma ultrasound.

July 1997 - June 1998     Union Memorial Hospital                              Union, NJ
**Rotating Internship Program**
- Traditional post-graduate rotating internship in community hospital setting.
- Concentrated time spent in ICU and Emergency Department.
- Completed elective in anesthesiology; experienced in airway management methods.

## *EDUCATION*

August 1993 - June 1997     Nova Southeastern University        Ft. Lauderdale, FL
**Doctor of Osteopathic Medicine**
- Degree awarded with Honors
- Selected assistant to anatomy professor; aided first year students in dissection and preparation for practical exams.

August 1989 - May 1993     Albright College                                Reading, PA
**Bachelor of Science, Biology**
- Four years Varsity Football, Captain (1992)
- Treasurer and Class Representative, Class of 1993
- Delta Sigma Phi Fraternity, Theta Beta Chapter Founding Father

## *ACCREDITATIONS*
- Diplomat, American Board of Emergency Medicine, valid Jan, 2014 - Dec, 2023.
- Licensed; NC, NY, FL, WY and NE
- PALS, ACLS, and ATLS certified

## *AWARDS*
- Resident Physician of the Year (2001), Jacobi Medical Center, Department of Emergency Medicine
- Intern of the Year (1998), Union Memorial Hospital
- Walton Academic Scholar, Albright College (1989-1993)

## *FAMILY, INTERESTS AND ACTIVITIES*
- Married Joyce in 2003; two children, Jack and Caroline.
- Cycling, skiing, weight training and reading.