## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 23-CR-31-J |
| CHRISTOPHER CHARLES BAKER, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, _Robert MacMaster, SDUSM for Tyler Hanson, CO at Scotts Bluff Co Detention_, a Deputy United States Marshal for the District of Wyoming, or a Wyoming Law Enforcement Officer, hereby certify that on ~~August~~ September _7_, 2023, I served a copy of the foregoing **INFORMATION FILED PURSUANT TO 21 U.S.C. § 851** by hand-delivery upon Christopher Charles Baker, U.S. Marshal Number 29338-510, the Defendant herein, housed at Scotts Bluff Adult Detention Center, Gering, Nebraska.

_____
Law Enforcement Officer    SDUSM    9/7/23