## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs )<br>)<br>CHRISTOPHER BAKER )<br>)<br>Defendant ) | Case No: 1:23-cr-00031-ABJ |

### DEFENDANT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

COMES NOW, the Defendant, by and through his counsel, Mark C. Hardee, hereby provides its notice pursuant to Fed. R. Crim. P. 16(b)(1)(C) of its intent to offer and introduce expert testimony with the expert witnesses set forth below.

1. **Olen R. Brown, Ph.D., Professor Emeritus of Biomedical Sciences.**

   *Qualifications:* Dr. Brown's publications, testimony list and further qualifications are set forth in his Curriculum Vitae, attached.

   *Summary of Testimony:* Dr. Brown will primarily assist Counsel for the Defendant in preparation of cross examination of Government expert witnesses. To the extent that Dr. Brown develops conclusions regarding the cause and manner of death of the decedent, the potential role of fentanyl, or any other medical issue at trial, he may be called to testify in the Defendant's case in chief or as a rebuttal witness. The same summary of testimony applies to conclusions regarding delivery of fentanyl resulting

in serious bodily injury. To date, Dr. Brown has not developed conclusions contrary to the reports received in discovery and therefore no report has been generated.

## CONCLUSION

In addition to the areas set forth above, the Defendant reserves the right to elicit testimony regarding other matters that may be raised during cross-examination, based on the testimony elicited from the Government's experts, if any, or other witnesses, or the evidence introduced by the Government. To the extent the Court allows Government the same right, we reserve the right to elicit any additional testimony that this expert is qualified to provide should the need arise based on further developments in preparing for and during the trial.

The Defendant reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(b)(1)(C), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing and additional evidence may be discovered which may require additional expert witness testimony.

Respectfully submitted this 19th day of September 2023.

CHRISTOPHER BAKER

BY:   /s/ MARK C. HARDEE
MARK C. HARDEE #6-4137
Mark C. Hardee Law Office, P.C.
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777

## CERTIFICATE OF SERVICE

I Mark C. Hardee certify that a true and correct copy of the foregoing *Defendant's Notice of Intent to Offer Expert Testimony* to Counsel of record via CM/ECF or the Court's electronic

filing system on this 19th day of September, 2023.

/s/ Mark C. Hardee
Mark C. Hardee