**Curriculum Vita, 2-page summary 05-27-2023 (Complete CV follows).**

# Olen R. Brown, Ph.D.

Professor Emeritus of Biomedical Sciences, University of Missouri, Columbia, MO with appointments including the John M. Dalton Cariovascular Research Center, the Graduate Schoool, and the School of Medicine.

- Ph.D. Microbiology, University of Oklahoma, Norman.
- Research speciality: the medical, biological, and chemical fields of oxygen, oxygen therapy, and free radical toxicity and oxidant stress physiological defense mechanisms.
- Certified Diplomate in Toxicology, American Board of Toxicology (1989 -). https://bcert.me/swiqcxtnv
- Previous certifications: Fellow American Chemical Institute; American Board of Forensic Examiners.
- More than 200 total publications including four books. Google Scholar H-index is 19 (top half of Full Professors) and Hb index is 56.64. My papers have been cited 1,767 times; the three most highly cited papers were cited 343, 155, and 126 times (top 6 papers cited an average of 145 times each). According to a paper in Nature, 44% of papers are never cited; I have 81 papers cited 1 time or more (top 56%); 34 cited 10 times or more (top 24%); and 3 papers cited 100 times or more (top 1.8%).] I have papers in Science and Nature (top two journals in the World), and Journal of Biochemistry (among the 10 top journals). I have 6 current publications and 2 preprints on Coronavirus, including a COVID-19 Review Preprint viewed 2,320 times and downloaded 1,435 times in about 8 months (currently, 3,225 and 1,649, respectively). [The median for all preprints is 208 downloads, decreasing to 27 in the third month; my download rate was 6+ per day after 8 months.
- Invited reviewer for more than 40 matters for NIH, NIEHS, CDC, EPA, Agency for Toxic Substances and Disease Registry (ATSDR), American Institute of Biological Sciences (AIBS), Superfund, DOD Naval Medical Research and Development Command, United Information System, DEPSCoR, National Institutes of Standards and Technology of the U.S. Department of Commerce, and ARCH (program for historically black Colleges).
- Editorial Board Member of five journals, invited reviewer for many journals.
- More than 60 published reviews in '*Science Books and Films',* American Association for Advancement of Science.
- Listed in American Men and Women of Science, 11th to current ed. (18 other sources).
- Appointments: Science and Math Helpline; Research and Development 100 Awards; American College Admissions Test (ACT) contributor; Missouri Senate Agriculture Committee Hearing, science advisor; Society for Free Radical Biology and Medicine, Judge for approval of abstracts; Fund for the Improvement of Post Secondary Education.
- Formerly unpaid consultant to Carlton Turner, Director Drug Abuse Policy Office, for President Ronal Reagan; and to The Office of International Cooperation and Development, U.S.D.A, Washington.
- Science Consultant for Norwich-Eaton Pharmaceuticals, Adria and various Universities.
- Media Consultant (TV, Radio, Print): for toxicology and other issues including for wepons of mass destruction (Novichok, Russian nerve gas) and currently for COVID-19.
- ProBono: Veterans Clinic, University of Missouri School of Law, Agent Orange Claims; and reduced rates granted for Missouri and Kansas Offices of Public Defender.
- Complete list of cases as an expert beginning on page 15.

**Recent, Invited Peer Reviews by Federal Agencies (from more than 40):**
   **The Agency for Toxic Substances and Disease Registry (ATSDR):** Peer review of the ATSDR/DTHHS/ETB Toxicological Profile entitled: "*1,2-Dichloropropane*". ATSDR is an agency within the U.S. Department of Health and Human Services. Toxicological Profiles are mandated by Congress for hazardous substances found at National Priorities List sites. They are reference

guides for physicians and the general public with information including chemical and physical properties, sources of exposure, routes of exposure, minimal risk levels (acute, chronic and cancer), and health effects. (Review date 05-06-2018).

**Identifying High-Impact and Transformative research.** National Bureau of Economic Research University at Albany, SUNY (Review date 02-07-2020).

**Published Books:**

The Art and Science of Expert Witnessing. The definitive guide for attorneys and experts. https://www.worldcat.org/title/art-and-science-of-expert-witnessing-the-definitive-guide-for-experts-and-attorneys/oclc/51036020

Miracles, 322 pp. BookSurge Publishing, April 2007; revised 2021; available on Barnes & Nobel  https://www.barnesandnoble.com/w/miracles-olen-r-brown/1114717512, Amazon, and others.

Oxygen, the Breath of Live: Boon and Bane in Human Health, Disease, and Therapy. 356 pp. March 2017, Bentham-Elsevier. IBSN 978-1-68108-426-8.

The Art and Science of Poisons, 268 pp. ISBN 978-1-68108-698-9. May 2018, Bentham-Elsevier. (Note: You may view books on Goodreads)

: https://www.goodreads.com/author/show/1406990.Olen_R_Brown

**Recent Science Articles and Preprints:**

Bassa, B. V. and Brown, O. R. The paradoxical effect of paraquat on leucyl- tRNA levels in *E.coli* provides new insights for amino acid therapy in humans. CellBio 7, 51-62 (2018).

Bassa, B. V. and Brown, O. R. Comparative analysis of *Coronaviridae* nucleocapsid and surface glycoprotein sequences. Frontiers In Bioscience, Landmark, 25, Issue 10, 1894-1900, June 1 (2020).  https://www.fbscience.com/Landmark/articles/25#issue3

Hullender, D. A. and Brown, O. R. Simulation of blood pressure and identification of atrial fibrillation and arterial stiffness using an extended Kalman filter with oscillometric pulsation measurements. Computer Methods and Programs in Biomedicine. (7 pp) 198 105768 (2021).

Bassa, B. and Brown, O. R. D614 is located in a densely hydrophobic spike glycoprotein motif conserved in the *Sarbecovirus* group. Current Topics in Biochemical Research, Vol. 21,59-65 (2020).

Brown, O. R. and Hullender, M. Vitamin D$_3$ Deficiency and COVID-19. Coronaviruses. Letter to Editor. Coronaviruses Vol. 1. 1 No.00 (2020).

Brown, O. R. Law Science (Forensics) and COVID-19. Academia Letters (2021) Article 1568 https://doi.org/10.20935/AL1568

Brown, O. R. COVID-19: We Are at War, by Analogy, with the Coronavirus. (July 2021). Article 2921. https://doi.org/10.20935/AL2921

Brown, O. R. Covid-19, Time to Change Course. Imaging Journal of  Clinical and Medical Science 8(1):001-001.. DOI: https://dx.doi.org/10.17352/2455-8702.000131 (2021).

Brown, O. R. Methamphetamine and amphetamine detection, impairment, positive reporting concentrations, and Paracelsus. J. Forensic Sci. 66:2069-2070 (2021).

Brown, O.R. COVID-19; we don't know what we don't know. REVIEW. Preprints. https://www.preprints.org/manuscript/202007.0681/v1. (As of 05-27-2022, viewed 3225 times.)

Bassa, B. V. and Brown, O.R. D614 Residue Belongs to a Highly Conserved Peptide Motif in *Sarbecovirus* Group and the D614G Mutation of SARS-CoV-2 Spike Protein Appeared Once in SARS-CoV. Preprints. https://www.preprints.org/manuscript/202007.0488/v1.

Brown, O. R. and Hullender, D. A. Neo-Darwinism must Mutate to survive. Progress in Biophysics and Molecular Biology. 172: 24-38 (1922). Doi:10.1016/j.pbiomolbio.2022.040005.

Hullender, D. A. and Brown, O. R. Non-Invasive Blood Pressure Total Waveform Monitoring Using Information Extracted by an Extended Kalman Filter Algorithm from Pulsations in an Oscillatory Cuff. European Society of Medicine.  Vol 11 No 3 (2023): March Vol. 1: 3.

Brown, O. R. and Hullender, D. A. Biological Evolution Requires an Emergent , Self-organizing Principle. Progress in Biophysics and Molecular Biology. In the Press, May, 2023.

**Complete C.V. (40+ pp) follows.**

# Dr. OLEN R. BROWN, Expert Witness

### Specializing in Scientifically Complex Cases

### Experienced in toxicology, microbiology/infectious disease, and environmental science



| |
|---|
| **Professor Emeritus of Biomedical Sciences,** |
| **University of Missouri** |
| **Ph.D., Microbiology; Board Certified in Toxicology** |
| https://bcert.me/swiqcxtnv |
| *'Doing a task well is efficient;*<br>*doing the right task well is effective.'* |
| *'Plan for opponent's capacity to act, not their*<br>*intention.'* |
| **Contact:** 527 N. Cedar Lake Drive West, Columbia, MO<br>65203; 573-449-7444; dr.olen.brown@gmail.com<br>https://www.lexvisio.com/expert-witness/olen-r-brown-phd-<br>toxicology-microbiology-life-sciences-expert      05/27/2023 |



## Expert Witnessing Experience

- **Cases in 29 States (red); 1 Canada**
- **275 cases, 23 trials, 40 depositions**
- **55% defense and 45% plaintiff**
- **81% civil and 19% criminal**

*The first to state his case seems right until another comes and cross examines him. Proverbs 18:17*

### Effective oral and written communication skills and experience:

- **Author** of 4 books (2002, 2007, 2017, 2018).
  https://www.eurekalert.org/pub_releases/2018-07/bsp-taa071018.php
- **Author** of more than 200 total publications- 8 recently on COVID-19 including a review available free for downloading at: https://www.preprints.org/manuscript/202007.0681/v1  and: Brown, Olen R. Methamphetamine and amphetamine detection, impairment, positive reporting concentrations, and Paracelsus. J. Forensic Sci. Vol. 66:pages 2069-2070 (2021).
- **Invited reviewer** for American Association for the Advancement of Science (AAAS) with published critiques of 60 books and films (1987- currently).

- **Invited reviewer** for various scientific journals including: Chemical Research in Toxicology and more than a dozen other science publications (1970s- currently).
- **Invited peer reviewer** for NIH, NIEHS, CDC, EPA, Superfund, ATSDR, AIBS, UIS, DEPSCoR, U.S. Dept. of Commerce, NIST; 42 events,117 programs (1986-currently).
- **Media Consultant** for TV, radio, print: including for weapons of mass destruction (2002-2003); ABC News, Medical Unit and local news KFRU 1400 for Novichok (nerve agent) (2018). https://soundcloud.com/user-690109217/dr-olen-brown-mu-professor-emeritus.
- **Guest Appearances, radio and TV:** https://educateforlife.org/2019/01/06/podcast-138 Educate for Life, Kevin Conover for my book "Miracles" and for COVID-19 (04-16-2020). Interview/podcast (2020) with Frontiers in Bioscience about COVID-19. The Radio Friends of Paul Pepper KBIA 91.3 (archived) for the book: "The Art and Science of Poisons" and for the book: "Oxygen, the Breath of Life." KFRU 1400 in 2019 for Novichok (Russian nerve agent).
- **Managing Editor** of Frontiers in Bioscience, an on-line Encyclopedia of Science and Medicine for the topic: Oxygen in Biology (2005- currently), and 4 other journals.
- **Judge** for abstracts for Annual Meeting of Free Radical Biology and Medicine (2004-).
- **Certified by the American Board of Toxicology as a Diplomate** with reexamination and recertification (currently 01-01-2020 to 01-01-2025) at five-year intervals since 1989, and member of the Standards of Knowledge Committee.

**EDUCATION:**
- **PhD, Microbiology**, University of Oklahoma, Norman (1964).
- **MS, Bacteriology**, University of Oklahoma, Norman (1960).
- **BS, Laboratory Technology**, University of Oklahoma, Norman (1958).

**CERTIFICATIONS:**
- **Toxicology:** Certified by examination as a Diplomate in Toxicology by the American Board of Toxicology (1989-present) with re-certifications by re-examinations in 1994, 1999, and 2004; recertification in 2009 and 2014 by contributing certification questions with examination waived (currently appointed for 5 years from 01-01-2015) and appointed in 2013 to the American Board of Toxicology Standard of Knowledge Committee.
- **Chemistry and Chemical Engineering:** Fellow of the American Chemical Institute, National Certification Commission, American Institute of Chemists, with annual re-certifications, 1988-1994.
- **Forensics:**  American Board of Forensic Examiners, 1995.

**EXPERTISE (BROADLY IN THE LIFE SCIENCES):**
- **Toxicology (General, Academic, Pharmacologic, Forensic, Regulatory).**
- **Medical Sciences (Microbiology, Immunology, Bacteriology, Virology, Cell Physiology, Infectious Diseases, Cancer, Allergy, Mechanisms of Diseases).**
- **Microbiology (Medical, Molecular Biology, Veterinary Medical, and Environmental).**
- **Environmental Biology (Hazardous Wastes; Air, Water and Soil Pollution).**
- **Chemistry (Biochemistry, Analytical, Organic).**
- **Veterinary Sciences (Cell Physiology, Mechanisms of Disease).**
- **Approximately 200 scientific publications**; over $6 million granted in research funds.
- **Peer reviewer** (NIH, NIEHS, CDC, ATSDR, Superfund and others).
- **Consultant and expert witness;** approximately 200 cases in over two dozen states, Canada, and the Bahamas.

**EXPERIENCE (GUIDED BY INTELLIGENCE, PREPARATION AND PERSISTENCE):**
- **Risk assessment and determination of causation** (as distinguished from association) from exposure to **toxic chemicals and bacteria, viruses, molds (fungi)** and the occurrence of **acute and chronic toxic, infectious, allergic, and inflammatory diseases.**

- **Evaluation of the therapeutic and harmful effects** of **ethical drugs** and the effects of **alcohol and other drugs of abuse**.
- **Toxicity of solvents** [benzene, gasoline, chlorinated hydrocarbons, leaking underground storage tanks (LUSTs)], **pesticides** (herbicides, insecticides, rodenticides, and biocides), **heavy metals** (mercury, lead, iron, manganese, copper, and zinc), **ozone and other air pollutants** (as affected by EPA's recent action to impose stricter limits): applications include: **work-place, therapeutic, and environmental exposures.**
- **Evaluation of human medical** and **veterinary medical devices and pharmaceuticals**
- **Special expertise for rebutting the science of the EPA's recent (2009) declaration of carbon dioxide ($CO_2$) as a health hazard.**
- **Experienced in Vaccine Court cases, Veterans Agent Orange cases (pro bono), Patent Infringement cases, and Medical Devices matters.**
- **All testimony and opinions rendered within Daubert and/or Frye standards.**

### SCIENTIFIC CITATION RECORD FOR PUBLISHED WORKS:

Analysis by Harzing's *Publish or Perish* using Google Scholar and Microsoft data sets shows as of January 2019:

- Brown's papers were cited 1,258 times by other scientists in their publications.
- The most highly cited paper was published in the Journal of Applied Physiology in 1990 and has been cited 268 times by other scientists.
- The second most highly cited paper was published in the Journal of Biological Chemistry in 1993 and has been cited 128 times by other scientists.
- The third most highly cited paper was published in 1976 in the Journal Nature and has been cited 104 times by other scientists.
- The fourth most highly cited paper was published in Lasers in Surgery and Medicine in 1991 and has been cited 85 times by other scientists.
- The fifth most highly cited paper was published in the Biochemical and Biophysical Research Communications in 1978 and has been cited 65 times by other scientists.
- The sixth most highly cited paper was published in Science in 1981 has been cited 57 times by other scientists.
- Brown's h-index is 16 (this is a recognized index of the quality of the body of published work of a scientist and is defined as: "A scientist has index h if h of his/her $N_p$ papers have at least h citations each, and the other ($N_p$-h) papers have no more than h citations each" (Hirsch, 2005; see www.harzing.com). For Brown this means that 18 papers have been cited at least 18 times each.
- Brown's top 8 papers have been cited an average of 101 times each.
- Brown's $H_b$-index is 48.56
- Brown has published in **Science, Nature** and the **Journal of Biological Chemistry** which are among the top 10 most highly indexed journals).

---

**SCIENTIFIC INTEREST AREAS:**

*"Science and technology, and the various forms of art, all unite humanity in a single interconnected system- Zhores Aleksandrovich Medvedev."*

---

- **The biology of oxygen including lung function in health and disease, cellular respiration, oxygen radical toxicity mechanisms and defenses with medical applications for mechanisms of toxicity of chemicals, radiation, and infectious, inflammatory and immune diseases including asthma, degenerative brain disorders, convulsions, and for deep water diving, exercise physiology, and hyperbaric therapy, as examples.**
- **Pathogenic, allergic, and immunologic mechanisms of bacterial, viral and fungal diseases and mechanisms of action of antibiotics and other ethical drugs.**
- **Toxicology of acute and chronically-acting chemicals including their effects on humans, other animals, and broadly in the environment.**

**Principal Research Areas:** The Life Sciences, specifically: Microbiology, Toxicology and Biochemistry. My principal research areas are: oxygen free radicals, including cellular sites and biochemical mechanisms of oxidant-stress damage; mechanisms of adaptation to extreme environments and exercise stress; toxicity of and defenses (including superoxide dismutase) against oxygen, free radicals and redox-active chemicals including xenobiotics, herbicides, pesticides and pharmaceuticals; free radicals in hyperbaric oxygen-induced convulsions and degenerative brain disorders; the mechanisms of infectious diseases; and assessment, measurement and remediation of environmental pollution, especially odors.

**Applications of My Research:** My focus on basic research has aided understanding of: the mechanisms of action of drugs and other chemicals; cellular respiration; exercise physiology; oxygen therapy; asthma; deep-water diving; infectious and inflammatory processes; oxidant-stress mechanisms and defenses; poisoning by environmental chemicals; measurement of odor and other environmental pollutants; cardiac re-perfusion injury and plaque formation; aging; traumatic, inflammatory and degenerative brain disorders (Parkinson's and Huntington's diseases); and hyperbaric oxygen poisoning, especially convulsions and newborn eye and lung toxicity [Book published in 2017: Oxygen, the Breath of Life: Boon and Bane in Human Health, Disease, and Therapy  ISBN 978-1-68108-426-8.]

**Most Significant Research Accomplishments:**  Scientists under my direction have:

- Discovered that specific enzymes including dihydroxyacid dehydratase and asparagine synthetase (of branched-chain amino acid and asparagine biosynthesis, respectively), protein A of the quinolinate synthetase complex, 3-hydroxyanthranilate oxidase and indole amine oxidase (superoxygenase), and kynurenine hydroxylase of NAD biosynthesis and the kynurenine pathway are highly oxidant-sensitive while most enzymes are not (comparatively) sensitive to oxygen, and published mechanistic studies of several enzymes in these pathways that are target sites of herbicides including Roundup.
- Discovered that oxidant stress induces expression of genetic stringency in sensitive bacteria; that nitrofurans and other redox-active compounds kill human malarial parasites *in vitro*.
- Discovered that carbon dioxide ($CO_2$) deprivation is lethal for various microbes and contributed to understanding the metabolic role of $CO_2$ at the cellular level.
- Developed (with others) the thesis that control of the concentration, chelation and oxidation states of iron in cells is a fundamental defense against oxidant-stress.
- Devised a test to measure the oxidant-stress capability of drugs and environmental and food chemicals.
- Developed the theory that convulsions from hyperbaric oxygen, and certain degenerative brain pathologies, are caused by specific disturbances in the kynurenine pathway that generate excess amounts of quinolinate, an NMDA receptor agonist and excitotoxin.
- Devised and applied techniques to assess odor from lagoons and other environmental sources and initiated research into methods of odor bioremediation.

---

# SCIENTIFIC APPOINTMENTS
*"Nothing is more dangerous than an idea, when it's the only one we have- Alain."*

---

**RESEARCH (UNIVERSITY OF MISSOURI, COLUMBIA):**

**2001-** Research Professor, retired (awarded Emeritus status).
**1996-2001:** Research Professor, Dalton Cardiovascular Research Center (DCRC).
**1968-2001:** Research Investigator, Space Sciences Research Center (now DCRC).
**1974-1978:** Assistant Director, Space Sciences Research Center (now DCRC).
**1967-1968:** Research Associate, Space Sciences Research Center (now DCRD).

**RESEARCH (UNIVERSITY OF OKLAHOMA, NORMAN):**
      **1958-1962:**  Research Assistant.

**ACADEMIC (UNIVERSITY OF MISSOURI, COLUMBIA):**
      **1987-1996:** Professor of Biomedical Sciences, College of Veterinary Medicine.
      **1981-1996:** Professor of Microbiology (now Department of Molecular Microbiology and Immunology), UMC School of Medicine.
      **1977-1996:** Professor of Microbiology, College of Veterinary Medicine.
      **1970-1977:** Associate Professor of Microbiology, College of Veterinary Medicine.
      **1970**    : Assistant Professor of Microbiology, College of Veterinary Medicine.
      **1965-1970:** Assistant Professor of Microbiology, School of Medicine.
      **1964-1965:** Instructor of Microbiology, School of Medicine.

**ACADEMIC (UNIVERSITY OF OKLAHOMA, NORMAN):**
      **1963-1964:** Special Instructor.
      **1960-1962:** Teaching Assistant

---

**LISTINGS, HONORS, SELECTIONS (All listings are by invitation, none are paid listings):**
*"An honest man's word is as good as his bond."*

---

**Listings (none paid):**
American Men and Women of Science, 11th through current edition.
Marquis Who's Who in the World, 11th through current edition.
Marquis Who's Who in America, 46th through current edition.
Marquis Who's Who in Medicine and Health Care, 1st through current edition.
International Scholar's Directory.
Marquis Who's Who in the Mid-West.
Who's Who in Veterinary Science and Medicine, 1st Edition.
Two Thousand Notable American Men, 1st and subsequent editions, 1992.
National Faculty Directory.
Martindale-Hubbell's Directory of Legal Experts and Consultants.
Men of Achievement, 15th edition, 1991.
International Leaders in Achievement, 2nd edition, 1992.
The International Directory of Distinguished Leadership, 3rd - 5th editions.
5000 Personalities of the World, 3rd edition.
Who's Who in American Education, 3rd edition, 1992-93.
Who's Who in Science and Engineering, 1st- 4th editions, 1992-93 to present.
The Dictionary of International Biography, 50th annual collection.
Longman's Who's Who in Science.
Who's Who Worldwide Registry, Inc., 1994-95 Editions.

**EDITORIAL BOARDS:** (1) Biomedical Letters, The Faculty Press, Cambridge, England, 1991- ; (2) Frontiers in Bioscience, an on-line Encyclopedia of Science and Medicine: Oxygen in Biology including *Free radicals and apoptosis; relationships with glutathione, thioredoxin and the BLC family of proteins* authored by Julia C. Kern and James P. Kehrer (2005-): managing editor since 2005, Editor since 2017. (3) CellBio, biological sciences journal.

**EXAMPLES of Scientific Journal that I serve as invited reviewer:**
- Proceedings of the National Academy of Science.
- Analytical Biochemistry.
- Environmental Health Perspectives.
- American Journal of Physiology.
- Heart and Circulatory Physiology.
- Archives of Biochemistry and Biophysics.
- Free Radical Biology and Medicine.

- Biomedical Letters.
- Chemical Research in Toxicology.
- International Journal of Biomedical Science.
- And others.

**EXAMPLES of Scientific Papers Reviewed in 2014-2018:**

- Hesperetin mitigates acrolein-induced apoptosis in lung cells in vitro and in vivo. July 5, 2018, Redox Report.
- Vector control and insecticidal resistance in African malaria mosquito Anopheles gambiae. Tx-2017-00285m, 12 October 2017 for Chemical Research in Toxicology.
- Reaction of Trimethyl sulfoxide… 2017. Chemical Research in Toxicology.
- The double-edged sword profile of redox signaling: oxidative events as molecular switches in the balance between cell physiology and cancer. Chemical Research in Toxicology. tx-2017-00311y, 2017.
- The relationships among the levels of oxidative and antioxidative parameters, FEV1and prolidase activity in **COPD,** for Redox Reports (2015).
- Evaluation of **toluene** and **xylene toxicity** on reproductive function in male rabbits. [Authors proprietary: MS was rejected for technical reasons.] Toxicology and Environmental Chemistry. (01-08-2015).
- Effect of silymarin on **apoptosis** in some organs of BALB/c fetuses. CellBio (2015).
- Visualization of **nanofibrillar cellulose** in biological tissues using a biotinylated carbohydrate binding module of beta-1.4-glycase. Vogel, Ulla, et al. Chemical Research in Toxicology (07-01-1015).
- Antagonism of **acute sulfite poisoning** in mice by nitrite anion without **methemoglobinemia**. Cronican, Andrew, et al. Chemical Research in Toxicology (02-16-2015).
- Identification and quantification of metabolites of the **fungicide tebuconazole** in human urine. Fustinoni, Silvia, et al. Chemical Research in Toxicology (08-28-2014).
- The **mitochondrial pyruvate carrier and metabolic regulation**. CellBio (2014).
- Reading on the move: A study of reading behavior of Smartphone users in China. Journal of the Association for Information Science and Technology (07-08-2014).

Reviewed for *Chemical Research in Toxicology* **(American Chemical Society publication) in 2013:**

| Manuscript ID | Title | Type |
|---|---|---|
| tx-2013-004424 | Indomethacin inhibits activation of endothelial nitric oxide synthase (eNOS) in the rat kidney: possible role of this effect in the pathogenesis of indomethacin-induced adverse effects | Article |
| tx-2013-00378p | Autoimmune Hepatitis Induced by Immunization of Mice with Isoniazid-Modified Hepatic Proteins is Paradoxically Attenuated by Oral Administration of Isoniazid | Article |
| tx-2013-00272y | In Vitro Metabolism of the Flame Retardants Tris (1,3-dichloro-2-propyl) Phosphate (TDCPP) and Triphenyl Phosphate (TPP) by Human Liver | Article |
| tx-2013-002379 | Mixture Effects of Benzene, Toluene, Ethylbenzene and Xylenes to Lung Carcinoma Cells via a Hanging Drop Air Exposure System | Article |
| tx-2013-00233p | Complex interactions between dioxin-like and non-dioxin like compounds on in vitro cellular responses: Implications for identification of dioxin exposure biomarkers. | Article |

| tx-2013-001623 | On superoxide dismutase mimics, other mimics, antioxidants, prooxidants and related matters. | Review |
| tx-2013-00177n | Hierarchical correlation-based classification on Mode of Action using time-dependent cellular response curves | Article |
| tx-2013-00085h | Interaction of Keap1 Modified by 2-tert-Butyl-1,4-benzoquinone with GSH: Evidence for S-Transarylation | Article |
| tx-2013-000045 | Microbial degradation of microcystins | Review |

**Prior years (examples):**

- **Dibenzofuran** potentiates apoptosis via induction of **oxidative stress** and disruption of **inter-mitochondrial membrane** potential (delta $\acute{\omega}$ m) in $HepG_2$ cells. Chemical Research in Toxicology (2012).
- **Quinone induced activation of Keap1/Mrf2** signaling by aspirin prodrug masquerades as nitric oxide. Dunlap, Tareisha, et al. Chemical Research in Toxicology (08-23-2012).
- **Mycotoxins-** obscure threats from fungi with severe consequences. By Russell Patterson, et al. Chemical Research in Toxicology (2011).
- Indoleamine 2,3-dioxygenase and 3OH-kynurenine modifications are found in the neuropathology of **Alzheimer Disease.** Bonda, David J., et al. Redox Report (02-22-2010).
- **Disulfides as Cyanide Antidotes** by Zottola, reviewed August 20, 2009 for Chemical Research in Toxicology.
- The Risks of **Copper and Iron** Toxicity during Aging in Humans. By G. Brewer for Chemical Research in Toxicology.
- **LC-MS/MS** Assessment of Cytochrome P450 and UDP-Glucuronosyltransferase Contributions to the Warfarin Metabolome in Human Urine" by Dr. Moran. Published in Chemical Research in Toxicology (02- 24- 2009).
- **LC/MS** Analysis of NAD Biosynthesis Using Stable Isotope Pyrimidine Precursors. J. Evans, Tao-Chin Wang, M.P. Heyes, and S.P. Markey, Laboratory of Neurotoxicology, National Institute of Mental Health, Bethesda, MD 20892.
- Analytical Biochemistry (an International Journal of Methods in the Biological Sciences).
- Effects of Systemic and CNS-Localized **Inflammation** on the Contributions of Metabolic Precursors to the L-Kynurenine and Quinolinic Acid Pools in **Brain**. T. Kita, P.F. Morrison, M. P. Heyes, and S. P. Markey, Laboratory of **Neurotoxicity**, National Institute of Mental Health, Division of Bioengineering and Physical Sciences and Health, Division of Bioengineering and Physical Sciences, ORS, NIH, Bethesda, MD.
- Purification and Inactivation of **3-Hydroxyanthranilic Acid 3,4-Dioxygenase** from Beef Liver, D. Nandi, E.S. Lightcap, Y.K. Koo, X. Lu, J. Quancard, and R.B. Silverman, Department of Chemistry and Department of Biochemistry, Molecular Biology and Cell Biology, Northwestern Univ., Journal of Neurochemistry: Evanston IL 60208. International Journal of Biochemistry and Cell Biology (2002).
- **Antioxidant enzymes** stimulation  in *Aspergillius parasiticus*, by *Lentinula edodes*, inhibits **aflatoxin** production. Massimo Reverbere, et al, Dept de Biologia Vegetale, Universita Degli Studi, Largo Cristinadi Svezia, Roma for the journal of Free Radical Biology and Medicine.
- Identification and Characterization of **Thiosemicarbazones with Anti-Fungal and Anti-Tumor Effects**: Cellular Iron-Chelation Mediating Cytotoxic Activity, Chemical Research in Toxicology.
- Replication By-Pass of the Acrolein-Mediated Deoxyguanine DNA and protein **cross-links by DNA Polymerases**, Chemical Research in Toxicology.
- **Induction of apoptosis** pathways in several cell lines following exposure to the **marine algal toxin azaspiracid-1,** Chemical Research in Toxicology.

<u>ELECTED UNIVERSITY MEMBERSHIPS (UMC COLUMBIA):</u>
- **Graduate Faculty:** 1967-.
- **Area of Microbiology:** 1970-.
- **Doctoral Faculty:** on establishment in 1974 and reappointed: 1981, 86, 91, 96.
- **Molecular Biology Faculty:** on establishment in 1986.

<u>PROFESSIONAL AND HONOR SOCIETIES:</u>  Current or former member: Top One Percent (I.Q.) Society, New York, NY; The Society of the Sigma Xi; International Society for the Study of Xenobiotics; Society of Toxicology; American Chemical Society; American Institute of Chemists (Fellow) and Professional Program Board Member, 1989-90; The Oxygen Society; American Heart Association; International Society of Exposure Analysis; Undersea Medical Association; National Space Society; International Platform Association; American Association for the Advancement of Science; Society of Microbiology  (and others).

---

## SELECTED, SCHOLARLY ACTIVITIES
*"In the fields of observation, chance favors only the mind that is prepared- Louis Pasteur"*

---

**Invited Reviewer, 02-07-2020: Identifying High-Impact and Transformative research.** National Bureau of Economic Research and University at Albany, SUNY.

**For The Agency for Toxic Substances and Disease Registry (ATSDR):** Peer review of the ATSDR/DTHHS/ETB Toxicological Profile entitled: "1,2-Dichloropropane" **(reviewed: 05-06-2018).** ATSDR is an agency within the U.S. Department of Health and human Services. Toxicological Profiles are mandated by Congress for hazardous substances found at National Priorities List sites. They are reference guides for physicians and the general public with information including chemical and physical properties, sources of exposure, routes of exposure, minimal risk levels (acute, chronic and cancer), and health effects.

**Missouri Senate Agriculture Committee Hearing, March, 2007,** invited as participant and speaker for  Senate Bill 364 (a bill described as a "bill that eliminates the uncertainty surrounding county health ordinances and makes it clear that agriculture should be regulate at the state and federal levels). I was invited by the Missouri Farm Bureau Federation, Charles E. Kruse president.

**Society for Free Radical Biology and Medicine** invited judge for scientific abstracts for presentations at the annual meeting of the Society, 0each year from 2004-Present.

**Invited Scientist in Residence (honorary, non-paid), Cancer Research Center,** Research Laboratory Director, Dr. Abraham Eisenstark, Columbia, MO, 2007.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave. Lexington, MA 02421-3136. Invited peer reviewer (August 29, 2008) for External Peer Review of the Draft Provisional Toxicity Value (PPRTV) Manuscript for o-Chloronitrobenzene developed for the Superfund Health Risk Technical Support Center (STSC). Provisional values for chronic and subchronic RfD and RfC, and provisional Cancer Oral Slope Factors were reviewed. [The U.S. EPA seeks comprehensive external peer review that evaluates the scientific justification, clarity and objectivity of the PPRTVs.]

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave. Lexington, MA 02421-3136. Invited peer reviewer (March 8, 2007) for External Peer Review of the Draft Provisional Toxicity Value (PPRTV) Manuscript for 4-Chlorobenzotrifluoride developed for the Superfund Health Risk Technical Support Center (STSC). Provisional values for RfD, RfC for cancer and provisional RfD value and subchronic/chronic p-RfC values were reviewed.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136; invited peer reviewer for the External Peer Review of Bifenox July, 2006.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136; invited peer reviewer for the External Peer Review of the Draft Provisional Peer-Reviewed toxicity Value (PPRTV) Manuscript for Iron and Compounds Developed for the Superfund Health Risk Technical Support Center (STSC), May 2006.

**NIEHS/NIH (National Institute of Environmental Health Sciences and National Institutes of Health).** Extra Mural Research and Training, Scientific Review Branch, Research

Triangle Park, NC 27709 Invited peer reviewer of certain applications in response to Superfund Basic Research and Training Program (SBRP) at Research Triangle Park, Fall, 2005 Review responsibilities included: combustion-generated nanoparticles, xenobiotics, asthma, free radicals, heavy metals, arsenic, vinyl chloride (other information proprietary).

**For the ATSDR by Eastern Research Group (ERG)**, 110 Hartwell Ave., Lexington, MA 02421-3136. February, 2005 peer review of research relied on by the Agency for Toxic Substances and Disease Registry (ATSDR) Toxicological Profile for Tin. [Toxicological Profiles summarize and interpret data on the occurrence of adverse effects of chemicals commonly found at Superfund sites and the levels of exposure that may bring about these effects. The primary audience is health professionals and the informed public.]

**NIEHS/NIH (National Institute of Environmental Health Sciences and National Institutes of Health).** Extra Mural Research and Training, Scientific Review Branch, Research Triangle Park, NC 27709. Invited peer reviewer of certain applications in response to Superfund Basic Research and Training Program (SBRP) at Research Triangle Park, 2004 (other information proprietary).

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136; invited peer reviewer for the Risk Assessment Papers for: Provisional Subchronic RfD, Subchronic and Chronic RfCs, and Feasibility for Derivation of a Provisional Toxicity Value for a Carcinogenicity Assessment for Chlorine for the Superfund Health Risk Technical Support Center, for the chemical Chlorine (CASRN 7782-50-5) April 9, 2004.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136; invited peer reviewer for the Feasibility for Derivation of a Provisional Toxicity Value for a Subchronic or Chronic RfD for two chemicals: anilinobenzothiazole (1843-21-6) and for benzothiazole (95-16-9), for the U.S. Environmental Protection Agency's National Center for Environmental Assessment (NCEA) for use by NCEA's Superfund Health Risk Technical Support Center (03/02/2004).

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136; invited peer reviewer for the Provisional Toxicity Values Issue Papers for the Superfund Health Risk Technical Support Center, for the chemical: dimethylphenethylamine (phentermine) relative to RfD, RfC, and carcinogenicity (1/30/2004).

**Peer Reviewer for Microbiology Fellowship Program,** invited by the EPA for February 9, 2004, Washington D.C., but I was unable to attend

**Society for Free Radical Biology and Medicine** invited judge for scientific presentations at the annual meeting, 2003.

**Frontiers of Bioscience,** invited to the Managing Editorial Board July 2003, with responsibility for submissions in the area of the biology of oxygen including basic sciences and medicine Frontiers of Bioscience is a peer reviewed biology and medical journal and virtual library on the Web [http://www.bioscience.org], dedicated to bringing up-to-date information in science to biologists and physicians

**For the ATSDR by Eastern Research Group (ERG)**, 110 Hartwell Ave., Lexington, MA 02421-3136; August 8-21, 2003 Peer review of the Agency for Toxic Substances and Disease Registry (ATSDR) Draft Toxicological Profile for Tin (work assignment 39 under ATSDRA Contract 2000-1999-00058). [Toxicological Profiles summarize and interpret data on the occurrence of adverse effects of chemicals commonly found at Superfund sites and the levels of exposure that may bring about these effects. The primary audience is health professionals and the informed public.

**For the ATSDR by Eastern Research Group (ERG)**, 110 Hartwell Ave., Lexington, MA 02421-3136; August 1-14, 2003. Peer review of the Agency for Toxic Substances and Disease Registry (ATSDR) Draft Toxicological Profile for Zinc (work assignment 39 under ATSDRA Contract 2000-1999-00058).

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136. Peer review of US Environmental Protection Agency's provisional toxicity assessment issue paper for the Health Effects Assessment Summary Table (HEAST) for benzoic acid, July 15-31, 2003.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136. Peer review of US Environmental Protection Agency's provisional toxicity

assessment issue paper for the Health Effects Assessment Summary Table (HEAST) for dichloroprop, July 15-31, 2003.

**Media Consultant** for various national and international news sources and programs (TV and print) including on-the-air, relative to weapons of mass destruction, 2002-2003.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136. Peer review of US Environmental Protection Agency's provisional toxicity assessment issue paper for the Health Effects Assessment Summary Table (HEAST) for o-Chloronitrobenzene, July 2002.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136. Peer review of US Environmental Protection Agency's provisional toxicity assessment issue paper for the Health Effects Assessment Summary Table (HEAST) for p-Chloronitrobenzene, July 2002.

**For the EPA by Eastern Research Group (ERG),** 110 Hartwell Ave., Lexington, MA 02421-3136. Peer review of US Environmental Protection Agency's provisional toxicity assessment issue paper for the Health Effects Assessment Summary Table (HEAST) for 2-Nitroaniline, July 2002.

**Fund for the Improvement of Postsecondary Education (FIPSE),** peer reviewer, March 2002.

**For the ATSDR by Eastern Research Group (ERG)**, 110 Hartwell Ave., Lexington, MA 02421-3136; 05/10 to 05/15/2000; Peer review of the Agency for Toxic Substances and Disease Registry (ATSDR) Draft Medical Management Guideline on Ammonia, Task order 4 under ATSDRA Contract 2000-1999-00058.

**For the NIEHS:** Selected to peer review 10 Superfund Basic Research Program grant applications totaling more than $250 million dollars, Research Triangle Park, prior to and during meeting, September 24-28, 1999 The programs reviewed were: (1) Toxic Metals in the Northeast: From Biological to Environmental Implications, J. Hamilton, Principal Investigator (PI), Dartmouth Medical School; (2) Genetic/Epigenetic Susceptibility to Superfund Chemicals, M. Costa, PI, New York University School of Medicine; (3) Genetic Determinants of Metal Toxicity and Bioavailability, M. Lieberman, PI, Baylor College of Medicine; (4) Health Hazards from Groundwater Contamination, L. Fischer, PI, Michigan State University; (5) Detection, Bioavailability, and Health Effects of Metals, T. Meehan, PI, University of California, San Francisco; (6) Biomarkers of Exposure to Hazardous Substances, B. Hammock, PI, University of California, Davis; (7) Integrating Human and Ecological Health, R. Kendall, PI, Texas Tech University; (8) Birth Defects Induced by Hazardous Waste Substances, T. Knudsen, P. Thomas, PI. Jefferson University, Philadelphia, PA; (9) Health Effects and Biodegradation of Complex Mixtures, K. Dixon, PI, University of Cincinnati; (10) Neurotoxic Superfund Chemicals, H. Lowndes, PI, Rutgers- The State University of New Jersey

**For the EPA by Eastern Research Group (ERG).** Peer review of (draft) Risk Assessment Issue Paper: Derivation of RfD Derivation, and Evaluation of RfC and Cancer for 4,4'-dichlorobenzophenone (CASRN 90-98-2), dated 97-020/6-25-99, EPA contract 68-C6-0041, September 24, 1999.

**For the EPA by Eastern Research Group (ERG).** Peer review of documents in draft by EPA (Draft Issue Papers for dimethyl sulfide and methyl mercaptan) (EPA contract 68-C6-0041); June, 1999.

**NIEHS** peer reviewer for ARCH (Advanced Research Cooperation in Environmental Health Sciences). This was a series of 8 proposals comprised of multiple programs similar to Program Projects but designed to partner a historically black college or university with a traditionally research intensive university; March 24-25, 1999.

**For the EPA by Eastern Research Group (ERG).** Peer review of document (Breast Milk) relating to EPA's Hazardous Waste Identification Rule Risk Assessment (Task No. 320, EPA contract 68-W5-0057); December 1998.

**University of Missouri Research Board.** Ad hoc peer reviewer of a grant for redox-chemistry and biology, October 1998.

**For the EPA by Eastern Research Group (ERG),** August 1998. Review of two internal proposals for the Environmental Protection Agency, having to do with ambient air toxin monitoring and exposure assessment in an industry-impacted community, and development and evaluation

of new time-and health-related monitoring methods for PM 2.5 (air-borne particle) episode predictions.

**American Institute of Biological Sciences (AIBS)**, 1444 Eye Street, N.W., Washington, D.C., March, 1998. Review of: Fermentation, Recovery, and Purification of the Hc Fragment of the *Botulinum* Neurotoxin from *Pichia pastoris* (continuation), for U.S. Army Medical Research and Material Command, Fort Detrick, MD, Michael M. Meagher, University of Nebraska, Lincoln.

**MU School of Nursing:** participant, focus group to develop older adult care.

**Naval Medical Research and Development Command,** Naval Medical Research Institute, Bethesda, MD, August, 1997. Review of: Milton J. Axley, The Role of Gene Expression in Hyperbaric Oxygen Tolerance.

**American Institute of Biological Sciences (AIBS),** 1444 Eye Street, N.W., Washington, D.C., October, 1997. Review of two proposals for the U.S. Army Medical Research and Materiel Command (AMRMC): (1) Stabilized Crystalline Organophosphorus Hydrolase for use as Additive in Topical Skin Protection, C. Govardhan, Altus Biologics, Inc.; (2) Development of Protective Agents Against Sulfur Mustard-Induced Skin Lesions, Uri Wormser, Hebrew University.

**United Information Systems,** Inc. Bethesda, Maryland, September, 1996: Peer review for USAMRMC of Breast Cancer Research Program of 56 proposals in the area of Clinical and Experimental Therapeutics (Idea Awards, Research with Translational Potential Awards, and Postdoctoral, Predoctoral and Sabbatical Awards), with specific responsibility for: (1) Charles P. Martucci, Ph.D., Strang Cancer Research Institute, NY, NY. Role of nitric oxide in breast cancer; (2) Arpad A. Vass, Ph.D., Oak Ridge National Laboratory. A study of the inhibitory effects of a bacterial preparation on carcinoma cells; (3) David Scott Lind, M.D., University of Florida, Veterans Administration Medical Center and Cancer Liaison, Gainesville;  (4) Prashant JC. Department of Pharmaceutical Sciences, University of Maryland, Baltimore. Targeting breast tumors with redoxactive prodrugs; and (5) Miles P. Hacker, Department of Pharmacology, University of Vermont, Oligotrophic microbes as a source of erbB21 and erbB3 inhibitors for chemotherapy of breast cancer.

**American Institute of Biological Sciences (AIBS),** 1444 Eye Street, Washington, D.C., April, 1996: Review for USAMRMC of four proposals: (1) Jouni Uitto, MD, PhD, Thomas Jefferson University, "Mechanics and treatment of junctional epidermolysis bullosa: relevance to military readiness"; (2) Tamar Kadar, DSc., Israel Institute for Biological Research, "Skin injury associated with epidermolysis bullosa and its relation to sulfur mustard

**Research and Development 100 Awards:** Judge for categories of bioscience, safety equipment, environmental sciences and consumer products; March-November 1996 and 1999.

**American Institute of Biological Sciences (AIBS),** 1444 Eye Street, NW., Washington, D.C., February 2 to March 13, 1996 Participant on the Chemical Defense Peer Review panel to the USAMRMC, for the following projects: (1) Diagnosis and dosimetry of exposure to sulfur mustard: Development of standard operating procedures, further exploratory research on protein adducts, Hendrick P. Benscop, TNO Prins Maurits Laboratory, The Netherlands; (2) The effects of soman on the pulmonary surfactant system, William D. Currie, Duke University Medical Center; (3) Development of decontamination compounds for therapeutic use on chemical threat wounds, John R. Dankert, HBR Technologies, Hodge, Louisiana; (4) A rapid field method for the detection and quantification of thiodiglycol in urine, Daniel Ehntholt, Arthur D. Little, Inc.; (5) The cytoskeleton and ATP in sulfur mustard-mediated injury to endothelial cells and keratinocytes, Daniel B. Hinshaw, Ann Arbor Department of Veterans Affairs Medical Center; (6) The use of in vivo electron paramagnetic resonance of the skin to monitor exposure to toxic agents, Peter J. Kannam,  Advanced Device Technology, Inc.; (7) Origins of inhibition of cholinesterases by organophosphates, Ilkido M. Kovach, Catholic University of America; (8) Cloning, expression, and function of saxiphilin: development of saxitonin-binding proteins, Edward G. Moczdlowski, Yale University School of Medicine; (9) Implications of protein alkylation and proteolysis of vesication caused by sulfur mustard, Marijke A. E. Mol, TNO Prins Maurits Laboratory, The Netherlands; (10) Genetic predisposition for susceptibility of cholinergic defects under anti-cholinesterase treatment, Hermona Soreq, Hebrew University of Jerusalem; (11) Transgenic engineering of cholinesterase: tools for exploring cholinergic responses, Hermona Soreq, Hebrew University of Jerusalem; (12) Development of newer preventative and therapeutic measures against ocular damage by sulfur mustard, Shambhu D. Varma, University of Maryland at Baltimore

**Science and Math Helpline,** The Museum of Scientific Discovery, Harrisburg, Pennsylvania, unpaid consultant, February 1996-.

**Kansas Defense 2000 DEPSCoR** (Defense Experimental Program to Stimulate Competitive Research); August, 1995; review of research proposal submitted by University of Kansas.

**NIEHS:**  Peer review of 15 Superfund Basic Science Program Projects involving health effects, remediation, analysis, and detection of water and air borne environmental chemicals; October-November, 1994 at Research Triangle Park, North Carolina: (1) Toxicities of PCBs and PCB remediation products, University of Illinois, Urbana; (2) Lead organochlorines in New York City, Mount Sinai School of Medicine; (3) Multidisciplinary study of PCBs at Akwesasne, University of Albany; (4) Health effects and toxicology of urban hazardous chemicals, Johns Hopkins University; (5) Superfund chemicals: transport, metabolism, and toxicity, University of Kentucky; (6) Microbial detoxication/degradation of hazardous wastes, University of Cincinnati; (7) Superfund toxic substances: exposure and disease, Harvard University; (8) Environmental fate and human exposure to carcinogens, University of North Carolina, Chapel Hill; (9) Superfund Basic Research Center at Boston University, Boston University School of Public Health; (10) Monitoring hazardous waste sites with sentinel species, Louisiana State University; (11) Cornell Superfund Basic Research Education Program, Cornell University; (12) Bioremediation of Superfund Chemicals by white rot fungi, Utah State University; (13) Basic Sciences Superfund Program Project, University of Louisville; (14) Basic Sciences Superfund Program Project, Ana G. Menendez University; (15) Basic Sciences Superfund Program Project , Fort Valley State College.

**U.S. Department of Commerce, National Institutes of Standards and Technology,** peer review of 20 research proposals for the US Environmental Protection Agency (EPA), for the Environmental Technology Initiative program, FY 1995: (1) Verification of innovative air missions monitoring systems; (2) Demonstration and evaluation of... autonomous underwater vehicles for coastal pollution monitoring; (3) Verification testing... for (testing) underground storage tanks; (4) Verification of low NOx burners; (5) Catalysis for pollution prevention; (6) Comparison of fine resolution satellite imagery; (7) Verification of... particulate and gaseous air cleaners; (8) Environmental technology verification...; (9) Evaluation... of coatings...; (10) Acoustic sensing of buried pipelines; (11) Demonstration Project; (12) A database for improved by-product recovery in the mining industry; (13) Process simulation for pollution prevention in the primary lead smelting industry; (14) Cleaner alternatives to hexavalent chromium...; (15) Biofuels and transportation; (16) Establishment of an area-wide, computer based crop disease forecasting system; (17) Environmental considerations in chemical design...; (18) Environmental technology pollution prevention...; (19) Pollution prevention through electrotechnologies; and (20) Development of a multi-media environmental monitoring... system.

**NIEHS Superfund Basic Research,** fall, 1991, peer review for seven Program Projects: (1) "Methods to Detect and Predict Human Exposure to Toxic Chemicals", N.Y. Univ.; (2) "Petroleum Wastes", Tulane; (3) "Genetic Risks of Hazardous Compounds", LSU; (4) "Structural Basis of Toxicological Activity", U. Pittsburgh; (5) "Biomarkers of Exposure to Hazardous Substances", UC-Davis; (6) "Chemical Environmental Problems Associated with Mining", U. Nevada; (7) "Health Hazards from Groundwater Contamination", Michigan State University.

**NIEHS site visit** for review of administrative aspects and scientific progress of the Superfund Basic and Applied Research Program Project: bioremediation using white rot fungi, of Dr. S. Aust at the Biotechnology Center, Utah State University, Logan, Utah, Oct. 29-30 (1990).

**NIEHS site-visit** peer review team member for SCOR Project Grant: Dr. J. Bonaventura, PI, Duke University Marine Laboratory, 1986 "Marine and Freshwater Biomedical Center Grant."

**NIH site-visit** peer review team member:  Program Project Grant:  Dr. T. Wolf, PI, University of California, 1979 "A Study of Wound Healing and Wound Infection."

**American Association for the Advancement of Science,** reviewer and critic for books, films, videos and computer web sites with 33 published reviews (1986-present) in Science Books and Films, published by AAAS, Washington, D.C.

**American College Testing (ACT) program:** question and test item writer for this not-for-profit organization providing assessment and financial aid services throughout the world to schools, professional associations, and government agencies to more than 2 million people and

30,000 agencies and institutions annually, 1990-92.
       **Medical College Admission Test (MCAT):** questions and test items, 1990-92.
       **Sabbatical leaves:** 1986-87 and 1993-94.
       **YOU Seminar:** Experience I, II, Teaching Assistant, and The Step Beyond, 1986.
       **Campus Writing Program Summer Workshop Participant:** 1986.
       **Guest Lecturer, Ross University, St. Kitts, West Indies:**  Virology, 6 weeks, summer 1984, and Microbiology, Toxicology and Pharmacology, summer, 1988.
       **Medical Mycology Short Course**, University of Arkansas, Little Rock, summer 1970.
       **Member, Graduate Dean's Peer Review Group** to assist faculty in applications for grant funds, 1984-87.
       **Science Judge:** 22nd International Science and Engineering Fair, Kansas City, May, 1971, and for the Missouri Academy of Sciences, May, 1978.
       **Controlled Substances Registration:** United States Department of Justice, Washington, D.C. and State of Missouri, for analysis of Schedule I, II, III, IV, and V substances (currently inactive).
       **Participant, Assessing Environmental Health Risks, Equifax Environmental Health Risk Studies,** 1225 I Street, Suite 1200, Washington, D.C (1990).
       **Registered with National Institute of Justice,** National Criminal Justice Reference Service, and Rockville, MD.
       **Reference Scientist:** School of Journalism for scientific news articles.
       **Listed with:** NIH/ADAMHA consultant file, through 1998.
       **Science Fair Judge:** Columbia Home School Association, 2001.

---

### EXPERT WITNESSING AND LEGAL CONSULTING EXPERIENCE
### (Principal Cases since Mid-1980s)

*"Never promise more than you can perform... It is a bad plan that admits of no modification"-Publilus Syrus.*

---

Attorney firms are listed alphabetically with attorneys identified. Effort has been made to determine current addresses and phone numbers; however, some may have changed recently. Requests for proprietary cases/issues have been respected. Cases for 2022 have not been added.

Boldfaced letters after cases are abbreviations: P= plaintiff; D= defense; Dp= Deposition; T= trial.

**TOTALS BY CATEGORIES FOR CASE WORK:**
- Approximately 275 recorded cases (~19% criminal) in 29 states and 1 in Canada.
- Approximately 55% for defense.
- Approximately 45% for plaintiff.
- 23 trials (including 3 hearings before judges only).
- 40 depositions.
- 21 depositions for the plaintiff.
- 19 depositions for the defense.
- I was not allowed to testify in only one case and that <u>was reversed on appeal to the Mississippi Supreme Court which found the judge in error [</u>In the Court of Appeals of the State of Mississippi NO. 2007-KA-02197-COA Charles Lepine v. State of Mississippi which is listed under (J) as John Howell, Attorney AT Law. To view the Supreme Court decision, go to: <u>http://www.mssc.state.ms.us/search/searchoptions_decisions.html</u> and insert the search terms: Lepine~Olen~.

**Note: Several cases representing several areas of science and relatively recent consultations are boldfaced and are suggested when seeking a reference. [It may be noted that the list of all cases has been maintained back to the mid-1980s (for**

completeness) and some phone numbers may not be valid today]. Key words may be searched in PDF.

| A |
| --- |

**Aaron Rowley, Attorney at Law** (Counselor Aaron Rowley), 3029 County Road 1325, Moberly, MO. 65270-5152. (660) 263-7665. [Consulting, including review of medical records for Criminal Defense involving relationship between drug use and cause of criminal charges. 2017-2018.] **D.**

**ARCCA, Inc.** [A series of cases (2006-) Consulting and Opinions for Defense cases (four through 2006) for low-level exposure to benzene with review of medical records, risk assessment, and cause-and-effect determination. Attorneys in West Virginia; further details proprietary.] **D.**

**Armstrong and Teasdale** (Counselor Mark Sophir), One Metropolitan Square, Suite 2600, St. Louis, MO 63102-2740, (314) 621-5070. Case title: Haines v Continental Grain. [Toxicology Consulting and Opinion for Defense,1998.] **D.**

**Armstrong Teasdale** (Counselor Kent Lowry), 3405 W. Truman Boulevard, Suite 210, Jefferson City, MO 65109-5713 (573) 636-8394. Case title: McDowell, et al. v Luttrell, et al.; 12/12/2001 to 03/08/2002 [Toxicology and Microbiology Consulting, on-site Analysis, and Opinion for alleged odor nuisance and deleterious health effects from hydrogen sulfide and other volatile chemicals from confined hog rearing operation, for the Defense with Trial.] **D., T.**

**Atwill and Montgomery (Counselors Dan Atwill and Kristen Craver), 16 N. 8th, Columbia, MO 65201, 573-442-3000. Case title: Diane McBryde v. [Golden Corral]. [Microbiology and Toxicology Consulting for the Defense (including review of medical records), and Trial Testimony relative to alleged gastroenteritis and/or diagnosis, and/or consumption of food unfit for human consumption.] D., T.**

| B |
| --- |

**Bailey & Riddle LLC** (Counselor Mike McDonald), 303 North Holdon, Warrensburg, MO 64093. [Brief Toxicology Consulting for Plaintiff, BAC, Spring, 2003]. **P.**

**Baird, Lightner, Millsap & Harpool, P. C.** 1901-C South Ventura Avenue, Springfield, MO 65804-2700 417-887-0135. (Counselor Brandon L. Howard, Esq.) [For the Defense involving benzene, PVC pipe, review of human medical records and Toxicology, 2011.] **D.**

**Baker, Sterchi Cowden & Rice LLC. 3400 Pershing Road, Suite 500, Kansas City, MO 64108 816-471-2121 (2018)** mouber@bscr-law.com [Toxicology of environmental pollution; Petroleum spill; leaking tanks and pipes; defense.] **D.**

**Bandre, Hunt, Snider, LLC** (Counselor Dan Hunt) 227 Madison Street, Jefferson City, MO 65101 (573-635-2424). dan@bhslawmo.com [Criminal Defense involving review of medical records and alleged exposure to synthetic marijuana.] (2018) **D**

**Beavers, Graham and Fines Attorneys at Law** (Counselor Michelle Coady), 221 West Main Cross, Taylorville, Illinois 62568, (217) 824-3341. [Brief toxicology Consulting about alcohol and a DUI allegation; summer, 2003.] **P.**

**Bell and Associates** (Counselor Teresa Lewis), 707 Virginia Street, E., Bank One Center, Suite 1204, P. O. Box 1723, Charleston, W. Virginia 25326-1723, (304)345-1700.  The firm is now **Bell and Bands LLC**, at 30 Capital Street, P. O. Box 1723. Case title: Jesse Hall v Rite Aid of W. V. [Consulting and Opinion for Microbiology matters (including review of medical records) for the Plaintiff, 1998.] **P.**

**Bell & Roper, P.A.** (Counselor Hae Kim, no longer with the firm) 2707 E. Jefferson Street, Orlando, FL 32803. (407)897-5150. For the Defense. Alleged food poisoning from restaurant meal contaminated with Salmonella. Microbiology and Toxicology with review of medical records (2011-2012). **D.**

**Best, Sharp, Holden, Best, Sullivan & Kempfert** (Counselor Douglas E. Stall), OneOK Plaza,100 W. 5th Street, Ste. 808, Tulsa, Oklahoma 74103-4225, (918)582-1234.  Stall is no longer with the Firm, but can be reached at **Latham, Stall, Wagner, Steele & Lehman,** 1437 South Boulder, Ste. 820, Tulsa, OK 74119, (918)382-7523,  Case title: Boren v Cargill, Inc. [Toxicology and Microbiology Consulting, Analysis, and Opinion for the Defense concerning odor nuisance and deleterious health effects from hydrogen sulfide, various amines and other chemicals odor and other matters relating to a  commercial hog-rearing operation, 1998-1999;

case settled pre-trial, 1998.] **D.**

**Blackwell, Saunders, Matheni, Weary & Lombardi** (Counselors K. Regier and R. Warren) 40 Corporate Woods, Suite 1200, 9401 Indian Creek Parkway, Overland Park, KS 66210, (913)696-7000.  [K. Regier and R. Warren, are no longer with the Firm; I believe Counselor Warren may be with Sanders, Conkright and Warren, L.L. P. , Suite 200, 6240 W. 135th Street, Overland Park, KS 66223 (913)-647-5370)]  Case title:  Dixon v CertainTeed, et al., 1995-1996.  [Toxicology Consultation and Opinion for the Defense regarding workplace injury involving drugs of abuse use.] **D.**

**Boggs, Avellino, Lach, & Boggs, LLC** (Counselor Lach) 9326 Olive Boulevard, St. Louis, MO 63132. (314) 726-2310, miach@balblawyers.com [Toxicology (alcohol, drugs of abuse, ethical drugs and accident) wrong full death, plaintiff.] **P**

**Boggs, Avellino, Lach, & Boggs, LLC** (Counselor Lach) 9326 Olive Boulevard, St. Louis, MO 63132. (314) 726-2310, miach@balblawyers.com [Toxicology, drugs of abuse, ethical drugs and accident with report for the Plaintiff]. 2022 **P, Report**

**Bradley, Arrant, Rose & White** (Counselor David Hymer) 1400 Park Place Tower, Birmingham, Alabama 35203. The address is now 2001 Park Place Tower, Suite 1400, (205) 521-8000.  [Microbiology and Toxicology Consulting and Opinion for the Plaintiff (including review of medical records); alleged gastrointestinal infection (E. coli and/or vibrio) from shellfish (shrimp); case settled without trial.] **P.**

**Brady Law Firm** (Counselor James E. Brady, III) 801 Vesper Street, Blue Springs, MO 64015 (816)229-9195, Email jbrady@tblf-law.com [Review of medical records for Plaintiff for a foot infection with evaluation of microbiology, antibiotic therapy and surgical infection.] **P.**

**Brashear, LLP** (Counselor Ronald H. Stave) North Old Mill Road, 711 N.108th Court, Omaha, Nebraska 68154-1714, (402) 348-1000. [2006 Consulting and Opinion with medical records review for the Plaintiff for microbiology and appropriateness of antibiotic therapy.] **P.**

**Bremyer and Wise** (Counselor Casey Law), P.O. Box 1146, Mcpherson, Kansas. 67460-1143. The Firm is now at 120 W. Kansas Ave., (620) 241-0554. [Toxicology Consultation and Opinion for the Defense regarding drugs of abuse.]  **D.**

**Brown and James Law Firm** (Counselor Jim Maloney) Center City Square, 1100 Main Street, Suite 1900, Kansas City, MO 64105-2153 (816-472-0800) [Defense Consulting for Microbiology Infectious Disease issues (Gastroenteritis) (2009)] **D.**

**Burdette Law, PLLC** (Counselor Lee Burdette) 2801 4th Avenue, Suite 1830, North Bend, WA 98045 (425-292-3679) email: LeeBurdette@burdettelaw.com.  [Consulting for the Plaintiff with report for Vaccine Court Case involving virology and GBS after vaccination; case settled without trial.] (2018) **P, Report.**

**Burkowitz & Oliver, LLC.** (Counselor Shazzi Naseem). 2600 Grand Boulevard, Suite 1200. K.C. MO. 64108. United States v. George Bush, District Court of Kansas, Case No. 18-CR-20025. [Consultation for Defense, toxicology]. 2019. **D.**

**Burns, Day & Presnell, P.A.** (Counselor Lacy M. Presnell III) 2626 Glenwood Avenue, Suite 560, Raleigh, North Carolina 27608, (919) 782-1441. [Consultation with Opinion for the Plaintiff; review of Medical Records for Microbiology/Infectious Disease;  *E. coli* meningitis after surgery and Antibiotic Therapy, 2009.] **P.**

**Butler & Snow, LLP** (Counselor Diane Pappaylia) 6752 Rock Spring Road, Suite 310, Wilmington, N.C. 28405. 910-550-1329. [Toxicology defense.]  2019. **P.**

| C |
| --- |

**Campbell, Holt and McCue** (Counselor David T. Holt), 23rd Floor Commerce Tower, 911 Main Street, P.O. Box 13085, Kansas City, MO 64199, (816) 471-6630. Case title: Mandacina v. Elf Atochem North America, Inc., et al. [Toxicology Consulting and Opinion for the Plaintiff (including review of medical records) for alleged work-place exposure to hazardous chemicals (solvents), 1998-1999]. **P.**

**Campbell, Holt and McCue** (Counselors John Campbell and Zachary Reynolds), 911 Main Street, Kansas City, MO 64199, (918)382-7523. Campbell is now at **John H. Campbell LLC**, 4075 Highway 54, Suite 101A, Osage Beach, MO 65065, (573) 302-1122. Case title: S. Bradley v Borden et al., 4/6/92 to 1/15/94. [Liver damage (cirrhosis, requiring transplant) alleged from exposure to solvents in the workplace with toxicology and medical science Consultation, and Opinion (with review of medical records) for workplace occupational exposure; Deposition for the

Plaintiff, settled pre-trial]. **P., Dp.**

**Campbell, Holt and McCue** (address above), (Counselor John Campbell). Case title: Harold and Ann Mitchell v Hill Construction. [Toxicology and medical science Consultation, Deposition and Opinion for the Plaintiff (with review of medical records) for alleged medical problems following chemical contamination of a home; case settled pre-trial, 1994.] **P., Dp.**

**Campbell, Holt and McCue** (address above), (Counselor John Campbell). Case title: Barbara Streit v Combustion Engineering. [Toxicology and medical sciences Consultation with Opinion, for the Plaintiff, 1998 (with medical records review) for alleged medical problems following workplace exposure to radiation and/or chemical,] **P.**

**Carlson and Hellmann** (Counselor Kurt Hellman) 17 South Oak Street, P. O. Box 521, Union, MO 63084, (636) 583-8300. [Toxicology and medical science Consulting and Opinion for the Plaintiff (with review of medical records) about causation of diagnosed reactive airways disease syndrome (RADS) following exposure to chemicals and welding fumes.] **P.**

**Carpenter Law Office**  (Counselor M. John Carpenter) 1007 Williams, P.O. Box 1626, Great Bend, Kansas 67530-1626, (316) 793-8274. [Toxicology Consulting, and Opinion for the Defense, involving solvents and a fire.] **D.**

**Carpenter, Hein, Carpenter and Weir** (Counselor W. F. Ebert), 2110 S. W. Belle Ave., # A, Topeka, Kansas 66614-1746, (913) 273-4170. [Medical science Consultation and Opinion with Analysis by radioimmunoassay of product samples for the Plaintiff, for alleged lack of efficacy of Humulin (human insulin); settled out of court.] **P.**

**Carson, Coil, Riley & McMillin**  (Counselor Chuck McPheeters), P.O. Box 28, Jefferson City, MO 65102, (573) 636-2177. [Toxicology Consultation and Opinion for the Plaintiff (with review of medical records); human and animal toxicity from chemical spray.] **P.**

**Charles C. Tatum, Jr. P.C.** (Counselor Charles Tatum), PO Box 349, Jasper, Alabama 35502, (205) 578-1077. [Microbiology and Toxicology Consulting for the Plaintiff in matters stemming from hospital treatment with review of medical records involving extensive prior and ongoing conditions including antibiotic therapy, intravenous lines, and hospital-acquired infection. 2017.] **P.**

Charles C. Tatum, PC (Counselor Seth Diamond) PO Box 349, Jasper, Alabama 35502 (205-387-0708). sethdiamond@sethdiamondlaw.com. [Infectious disease matter for the Plaintiff, with review of medical records for causation] (2018) P

**Chisenhall, Nestrud and Julian**  (Counselors Janie McFarlin, no longer with firm, and Jim Julian), 400 W. Capital, Ste 2840, Little Rock, Arkansas 72201, (501) 372-5800. [Toxicology and medical science Consulting and Opinion for the Defense regarding alleged environmental exposure to air-borne substances, including carcinogens (with review of medical records); settled pre-trial.] **D.**

**Clark, Perdue, Roberts & Scott** (Paul O. Scott), 471 East Broad Street, Suite 1400, Columbus, OH 43215-3853, (614) 469-1400. [Microbiology, medical science Consulting for the Plaintiff on Microbiology and antibiotic therapy/resistance factors with review of medical records, 2004.] **P.**

**Clement, Van Ronzelen & Schulte** (Counselor Matt Clement) 2420 Hyde Park Rd., Ste C., Jefferson City, MO 65109. [Toxicology matter involving marine accident with alleged drug/alcohol involvement.] **D.**

**Comley & Ruth P.C.** (Counselor Lanette Gooch) 601 Monroe Street, Jefferson City, MO 65102-0537. [Consulting and Opinion  (2008) for the State of Missouri for microbiology and toxicology (adulterants) of unacceptability, on health grounds, of keeping a dog in a pharmacy establishment.] **D.**

**Cook, Vetter and Doerhoff**  (Counselor Dale Doerhoff), 231 Madison St., Jefferson City, MO 65101-3202, (573) 635-7977. [Microbiology and toxicology with air analysis (odor) at a hog farm and Consultation with Opinion for the Defense, contributing to dismissal before trial.]  **D.**

**Cook, Ysursa, Bartholomew, Brauser and Shevlin, LTD, Attorneys at Law** (Counselor Gregory L. Shevlin), 12 West Lincoln Street, Belleville, IL 62220-2085, (618) 235-3500. Case title: R. Gulley v Huff and others. [Toxicology, microbiology and medical science Consultation with Opinion for the Plaintiff; role of exposure to mold species in allergic broncho-pulmonary *Aspergillosis* and exacerbation of childhood cystic fibrosis (with review of medical records).] **P.**

**Cox, Hodgman and Giarmarco, PC** (Larry W. Bennett), 10th Floor Columbia Center, 101 W. Big Beaver Road, Troy, MI 48084-5280, (248) 457-7000. [Microbiology, toxicology and medical science for alleged exposure to mold with asthma complication; Consultation, Opinion, Deposition for the Plaintiff (with review of medical records), case settled pre-trial, 2003.] **P., Dp.**

**Cox, Hodgman and Giarmarco, PC** (Larry W. Bennett), 10th Floor Columbia Center, 101 W. Big Beaver Road, Troy, MI 48084-5280, (248) 457-7000. [Microbiology, toxicology and medical science for alleged exposure to mold, 2005. Consultation and Opinion for the Plaintiff with review of medical records, 2007.] **P.**

**Cox, Hodgman and Giarmarco, PC** (Larry W. Bennett), 10th Floor Columbia Center, 101 W. Big Beaver Road, Troy, MI 48084-5280, (248) 457-7000. [Microbiology, toxicology and medical science for alleged exposure to mold brief Consultation and Opinion for the Plaintiff (with review of medical records)] **P.**

**Crews and Gaw** (Counselor Ralph Gaw), Tipton, MO.  Now **Gaw and Teeple PC**, 30416 Highway 5 South, Tipton, MO 65081, (660) 433-5566.  [Toxicology and microbiology for Chemical odor and noise pollution at a hog farm with Consultation, Deposition, Opinion, and Trial Testimony for the Defense.] **D, Dp, T.**

**Cronan and Messick Attorneys at Law**  (Counselor J. Michael Cronan) 9233 Ward Parkway, Suite 175, Kansas City, MO 64114-3312, (816) 444-4900. Case title: Curt Ries v National Compression, et al.  [Toxicology and medical science Consulting and Opinion, relative to scleroderma (including review of medical records), with Plaintiff Testimony before Administrative Law Judge, Hannibal, MO, 1997.] **P, T.**

**Curtis Lee Winegarner, Attorney at Law** (Counselor Curt Winegarner) 314 E. 11th Street, 20th Floor, Kansas City, MO 64106. ( 816) 889-2098. [Toxicology for Criminal Defense involving extensive review of drug use and medical records.] **D.**

**Cynthia M. Dodge, LLC.** (Counselor Cynthia Dodd) 312 SW Greenwich Drive #10, Lee's Summit, MO. Toxicology for defense; called to trial but settles before I testified.] 2019 **D.**

**Cutler Law Firm** (Counselor Charles E. Cutler) 1307 50th Street, West Des Moins, IA 50266, 515-223-6600. (2018) ccutler@cutlerfirm.com. [Toxicology matter for Plaintiff.] **P.**

| D |
| --- |

**Denton, Jenner & Walker** (Counselor William Denton), Morgan Square, 955 Howard Avenue, Biloxi, Mississippi 39530, (228) 374-8722). [Toxicology and medical science for workplace exposure to chlorine gas (with review of medical records); Consultant and Opinion for the Plaintiff.] **P.**

**Defeo Law Firm, LLC** (Counselor Michael Childs) 7045 College Blvd., Suite 800, Overland Park, KS 66211 913-825-4663 michael.childs@zurichna.com [Toxicology matter for the defense, with deposition] **P. D.**

**DiPasquale Moor, LLC (**Counselor Todd Lucas)4050 Pennsylvania Ave., suite 121, Kansas City, MO 64111. (816) 888-7500. [Toxicology matter with report prepared.] **P**

**Donald D. Zuccarello Law Office** (Counselor Marcia McShane Watson), Suite 206-Washington Square, 214 Second Avenue North, Nashville, Tennessee 37201, (615) 269-8100. Toxicology and medical science Consulting for the Plaintiff with review of medical records, 2003, regarding radiation exposure and leukemia.] **P.**

**Durrett and Coleman** (Counselor Gerald A. Coleman) 105 North Avalon, P.O. Box 1667, West Memphis, Arkansas 72303, (870) 735-3735. Case title: McNeely v. Goodner. [Toxicology for blood alcohol concentration and effects thereof at time of a fatal accident; Consultant and Opinion for the Prosecution.] **P.**

**Dysart Law Firm.** (counselor Christopher W. Dysart) 16020 Swingley Ridge Rd., Ste. 340, St. Louis, MO 63017. [Toxicology matter.] 2022. **P**

| E |
| --- |

**Eddleman, Clark, and Rosen**  (Counselor Robert Clark), 4627 N. Central Expressway, Knox Central Place, Suite 2000, Dallas, Texas 75205-4017, (214) 528-2400.  Case title: James R. Strain v Cullum Corp., Inc. and Smith Kline Beecham Clinical Laboratories, Inc., Judicial Court, Dallas TX, cause # 92-10184-D, April 1, 1993.  [Toxicology with Consulting, Affidavit, and

Deposition for the Plaintiff; alleged wrongful drug-of-abuse urine test; case was first handled by Counselor T. Leahy of Leahy and Associates, P.C., 211 Record St., Suite 425, Dallas TX 75202.] **P., Dp.**

**Edwards, Singer, Schramm, Watkins, Spoeneman & Waltrip** (Counselor Brian L. Harvell), Suite 1600 Clayton Center, 120 South Central Ave., St. Louis, MO 63105-1798, (314-862-5900). Now at Spoeneman, Watkins, Waltrip & Harvell, L.L. P., 8000 Maryland Avenue, Suite 600, St. Louis, MO 63105 (314)862-1105. [Microbiology and Toxicology: therapy consequences for the antibiotic Tobramycin; Consulting and Deposition for the Plaintiff, on-going case (including review of medical records).] **P., Dp.**

**Eggnatz Law Firm** (Counselor Joshua Eggnatz) Eggnatz, Lopatin & Pascuoci, LLP, 5400 S. University Drive, Suite 413, Davie, FL 33328, 954-505-8224. [Class action matter involving Flush-Free Niacin, for the Plaintiff with written report (case settled after deposition scheduled), 2014-2015.] **P.**

**Elk and Elk** (Counselor Martin Delahunty), 6110 Parkland Boulevard, Mayfield Heights, Ohio 44124 (1-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; 440-442-6677). [On-going case involving a death, allegedly from Meperidine (demerol), pursuant to surgery and respiratory depression with inability to ventilate the patient; Toxicology Consulting and opinion (including review of medical records) for the Plaintiff, 2004.] **P.**

**Eric L. Lifschitz Attorney at Law** (Counselor Eric Lifschitz), 815 Geary Street, Suite 107, San Francisco, CA 94109, (415) 310-3661. [Microbiology, toxicology and medical science (including review of medical records) for Consulting with Opinion for the Plaintiff for alleged exposure to molds, leading to case settlement before trial.] **P.**

**Eric L. Lifschitz Attorney at Law** (Counselor Eric Lifschitz), 815 Geary Street, Suite 107, San Francisco, CA 94109, (415) 310-3661. [Microbiology, toxicology and medical science (including review of medical records) for Consulting with Opinion for the Plaintiff for alleged exposure to molds, leading to case settlement before trial, 2003.] **P.**

**Eric L. Lifschitz Attorney at Law** (Counselor Eric Lifschitz), 815 Geary Street, Suite 107, San Francisco, CA 94109, (415) 310-3661. [Microbiology, toxicology and medical science (including review of medical records) for Consulting with Opinion for the Plaintiff for alleged exposure to molds, leading to case settlement before trial, 2004.] **P.**

**Evans & Dickens** (Counselor Benjamin M. Fletcher) Metropolitan Square, 211 North Broadway, Suite 2500, St. Louis MO 63102 (314) 552-4059. [Defense for prison suicide, 2013.] **D.**

**Evenson, Carlin and LePage** (Counselor Robert Evenson), P.O. Box 605, Pineville, Missouri 64856. (417) 223-4300. Case title: Holt et al. v Vaughan Brothers, Circuit Court, Newton County, MO. [Microbiology and toxicology for alleged nuisance from odor and related matters from confined laying hen operation (approximately one million birds) with field Analysis, Deposition, Opinion, and Trial Testimony, for the Defense.] **D., Dp., T.**

**Evans and Dixon** (Counselor Elizabeth Shocklee), Metropolitan Square, 211 N. Broadway, Suite 2500, St. Louis, MO 63102-2727, 314-621-7755. [ Toxicology matter for the Defense, with Report and Deposition, 2016- 2017.] **D., Dp.**

| F |
|---|

**Faegre and Benson** (Counselor Jacob Bylund) 801 Grand Avenue, Suite 3100. Des Moines, Iowa 50309-8002. [Brief Consulting for the defense for odor and chemicals relating to hog operation.] **P.**

**Faust, Goetz, Schenker & Blee, LLP** (Counselor R. Faust) Two Rector Street, 20th floor, New York, NY 10006, (212) 363-6900. [Toxicology and microbiology with review of medical records for the Defense for alleged exposure to the microbiocide (pesticide) Foster 40-20 (IPBC) with Report, Opinion, Trial Testimony, 2010.] D,, T.

**Farr, Hickman and Slavin** (Counselor Howard Hickman) 101 W. Illinois Street, P.O. Box Drawer J, Kirksville, MO 63501-1086, (660) 665-7224. [Toxicology and medical science for alleged work-related asthma, Consultation, and Opinion for the Plaintiff (with review of medical records); case settled prior to hearing.] **P.**

**Feldman & Lehane LLC** (Counselor Daniel B. Feldman) 2229 1st Avenue North, Birmingham, Alabama 35203, (205) 241-9669. [(2005) Consulting and Opinion for the Plaintiff with review of medical records for Guillain-barre Syndrome causation.] **P.**

**Foland Wickens Roper Hofer & Company** (Counselor James P. Maloney) 1200 Main Street, Kansas City, MO 64105, (816) 460-2808. [Criminal Defense involving accident with another vehicle and alleged drug use with review of medical records. 2017.] **D.**

**Foland, Wickens, Roper, Hofert, & Crawford** (Counselor Kyle Roehler) One Kansas City Place, 1200 Main Street Suite 2200, Kansas City, MO 64109 (816-472-7474) fwpclaw.com. [Consulting for the Defense in Toxicology with drug relationship to accidental death.] (2018) **D**

**Foland, Wickens, Eisfelder, Roper & Hofer, PC** (Counselors Clay Crawford and James P. Maloney) See immediately above for address; I do not know why the Firm name is somewhat different. [Consulting for the Defense in Toxicology; accident and possible drug use.] (2018) **D.**

**Foland Wickens Roper Hofer & Company** (Counselor Emily Cipra) 1200 Main Street, Kansas City, MO 64105, (816) 460-2808. [Criminal Defense toxicology.] 2019. **D.**

**Foland, Wickens, Roper, Hofert, & Crawford** (Counselors C. Miller and Bob Houske) One Kansas City Place, 1200 Main Street Suite 2200, Kansas City, MO 64109 (816-472-7474) fwpclaw.com. [Toxicology matter involving vehicular accident and drugs of abuse.] (2021) **D.**

**Foley and Mansfield, PLLP** (Counselors Gino F. Battisti and Margo E. Miller), Suite 400, Highlands Plaza Drive West, St. Louis, MO 63110, (314) 645-7788. [Toxicology and medical science Consulting on welding and alleged Parkinson's disease (with review of medical records) for the Defense.] **D.**

**Ford, Parshall & Baker, LLC.** (Counselor Jeffrey H. Blaylock) 3210 Bluff Creek Drive, Columbia, MO 65201-3525 (573-449-2613). [Consulting for Toxicology and risk assessment with report for the Defense for alleged leakage from an underground petroleum storage tank, 2009-2010.] **D.**

**Foust, Strother and Frickleton** (Counselor James P. Frickleton), 2390 City Center Square, 100 Main, Kansas City, MO; now at **Bartimus, Frickleton et al.**, 11150 Overbrook, Suite 200, Leawood, KS 66211, (816) 842-2300. Case title: Riden v. Coopers Animal Health, 1991. [Toxicology for human poisoning by rat bait (Brodifacoum, a synthetic Coumadin-like blood anti-coagulate); Consultation (with examination of medical records), Opinion, Deposition, and Trial Testimony for the Plaintiff.] **P, Dp., T.**

**Fox & Vuylsteke LLP** (Counselor Kenneth K. Vuylsteke) 110 E. Lockwood, Suite 150, Webster Groves, MO 63119. [Consulting for the Plaintiff for workplace (Conagra) exposure to morpholine and cyclohexylamine from pipe leak/rupture,  2013-2014.] **P.**

**Frank P. Voller Attorney at Law** (Counselor Frank P. Voller) 1191 Mission 66, Ste. G., Vicksburg, Mississippi 39182 (601-638-8686). [Medical Microbiology Consulting for the Plaintiff with review of medical records for alleged infected allograft, 2009-2011.] **P., Dp.**

**Fraser Milner Casgrain LLP** (Counselor J. Dunbar, Jr. and Reena Goyal) 1 Canadian Place, 100 King St. W. Toronto, Canada ON M5X 1B2. [Consulting for the Defense (2008) with conference call and preliminary Opinion for Toxicology of formaldehyde and other carpet chemicals, 2008.] **D.**

**Franke, Schultz & Mullen, P.C.** (Counselor Jim Meyers) 8900 Ward Parkway, Kansas City, MO 64114. 816-421-7100. [toxicology for defense.]  2019. **P.**

**Frick and Cundiff** (Counselor Barry Cundiff) 110 s. Franklin St. Ste B, Kirksville, MO 63501. (660) 665-7785. [Criminal toxicology matter with drugs of abuse]. 2022. **D. Dep.**

**Frickey Law Firm** (Counselor Janet L. Frickey) 940 Wadsworth Boulevard, Suite 400, Lakewood, Colorado 80214 (303-237-7373). [Consulting for the Plaintiff in toxicology of a landfill matter with alleged toxic release of gases, 2009.] **P.**

**Friedman Law Office** (Counselor Terry A. Friedman) 518 Pyramid Way, Sparks, Nevada 89431, (775) 322-. 6500. [On-going (2006-) case Consulting with Opinion for the Plaintiff with review of medical records for causation and other matters involving MRSA *Staphylococcus aureus* and antibiotic therapy.] **P.**

**Fulbright and Jaworski** (Counselors Cody Miller, no longer with firm, and Winstol Carter), 1301 McKenney Street, Houston, Texas 77010, (713) 651-5151. [Toxicology and veterinary medicine for pesticide over-spray of pasture; Consultation, with review of horse medical and autopsy records with Opinion and Trial Testimony for the Defense].  **D., T.**

---

## G

**Giarmarco, Mullins & Horton, PC.** (Counselor Larry Bennett) 10th Floor Columba Center, 102 Big Beaver Road, Troy, MI 48084-5280; (248) 457-7022. Consultation for Plaintiff for

toxicology issues involving fiber glass including review of medical records (2010). **P.**

    **Giarmarco, Mullins & Horton, PC.** (Counselor Larry Bennett) 10th Floor Columba Center, 102 Big Beaver Road, Troy, MI 48084-5280; (248) 457-7022. [Consultation for Plaintiff for toxicology issues involving natural gas and mercaptans including review of medical records, 2010-2011.] **P.**

    **Giarmarco, Mullins & Horton, PC.** (Counselor Larry Bennett and Geoffrey Wagner) 10th Floor Columba Center, 102 Big Beaver Road, Troy, MI 48084-5280; (248) 457-7022. [Consultation for Plaintiff for toxicology issues involving mold including review of medical records, 2011.] **P.**

    **Goldstein Law Office,** (Counselor Williams), 101Elm, Urbana, Illinois 61801-3325, (217) 367-5411. [Toxicology and medical science for pesticides (Insecticides) Chlordane & Heptachlor with residence contamination; Consultation to evaluate label instructions and medical records; perform Risk Analysis, with Opinion, Deposition, and Trial Testimony for the Plaintiff.] **P., Dp., T.**

    **Goldstein and Price, L.C.** (Counselors Teresa McNail and John Halpern) Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449, 314-421-0710. [Toxicology Consulting with Deposition, for the Defense, relative to alleged involvement of medication and/or alcohol in a boat crash, 2003-2004.] **D., Dp.**

    **Goldstein and Price, L.C.** (Counselors Teresa McNail) Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449, 314-421-0710. [Toxicology Consulting with Opinion for the Defense, relative to involvement of alcohol in an accident, 2004.] **D.**

    **Goldstein and Price, L.C.** (Counselors Gary T. Sacks and Neal W. Settergren). Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449. 314-421-0710.Toxicology Consulting with Opinion, Deposition and report (2007-2008) and scheduled trial for the Defense, relative to involvement of alcohol in a boat accident.] **D., Dp.**

    **Goldstein and Price, L.C.** (Counselor Robert Nienhuis). Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449 (314-421-0710).Toxicology Consulting with Opinion, and report (2009) for the Defense, relative to involvement of alcohol in a boat accident.] **D., Dp. (2009)**

    **Goldstein and Price, L.C.** (Counselor W. Settergren). Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449 (314-421-0710). [Toxicology Consulting with Opinion, report and deposition for the Defense, relative to involvement of alcohol in a boat crash near Chicago, 2009-2010.] D., Dp.

    **Goldstein and Price, L.C.** (Counselor W. Settergren). Suite 1000, One Memorial Drive, St. Louis, MO 63102-2449 (314-421-0710). [Barge accident involving drugs of abuse allegations.] **D**

    **Grace, Unruh and Pratt** (Counselors Corlin Pratt & Brian Grace) 1st & Market Street, Wichita, KS; Now at 155 N. Market Street #501 67202-1819, (316)269-2006. Case title [Dick v Koch Engineering & Roche Lab. [Toxicology with extensive Plaintiff Consultation, Deposition, and Expert Witness Testimony at Trial; errors in good laboratory procedures and other matters for drug testing of urine; resulting in punitive damage award,1990 – 92.] **P., Dp., T.**

    **Grace, Unruh and Pratt**, address above, (Counselor Corlin Pratt). [Toxicology with Consultation and Opinion for the Plaintiff regarding drug testing of urine.] **P.**

    **Grace, Unruh and Pratt**, address above, (Counselor Corlin Pratt). [Toxicology with Consultation and Opinion for the Plaintiff regarding drug testing of urine (a case separate from the one listed immediately prior.] **P.**

| **H** |
| --- |

    **Hagan, Hamlett and Maxwell LLC** (Counselor J. Kevin Hamlett) 210 E. Love, Mexico, Missouri 65265, (573) 581-8373. [2006 review of DUI for defense with Opinion.] **D.**

    **Hagood & Neumann, L.L. P., Attorneys at Law** (Counselor Gene S. Hagood) 1520 E. Highway 6, Alvin, TX  77511 (281)331-5757 and 1-800-632-9404. [K.E. Thomas v. H.E. Butt Grocery Company, et al., 80th Judicial Court, Harris County, TX, with review of extensive medical records for the Plaintiff, 2005.] **P.**

    **Harvey A. Hoffman Attorney at Law** (Counselor Harvey Hoffman) 28 N. 8th Street, Suite 517, Columbia, Missouri 65201. [Consulting for proprietary matters relating to Fentanyl with review of medical records for the Plaintiff, 2006.] **P.**

    **Hayes, Newmark & Steigerwald** (Counselor Michael Waller) One Cityplace Drive, Suite 630, Box 66852, St. Louis, MO 63166, (314) 994-2293; Case title: SAI Acquisitions Corp. v

Pioneer Paving and Sealing Co., Inc. [Toxicology for alleged damage to a commercial building interior from chemicals; Consulting and Deposition given for the Plaintiff; case settled pre-trial, 1992-1994.] **D., Dp.**

**Hawkins, Moody, Bingham & Miller** (John S. Bingham) 1397 E. Central Street, Kings Port, TN 37664 (423)246-9100). [Consulting (2006) for the Plaintiff, review of medical records involving antibiotic therapy, erythema multiforme or Stevens Johnson Syndrome, or toxic exposure with opinion.] **P.**

**Helfrey, Simon and Jones, PC.** (Counselor Phil Graham) 120 South Central Avenue, Suite 1500, St. Louis, MO 63105. (314) 725-9100. Now (2012) Helfrey, Neiers & Jones, pgraham@hnjlaw.com. [Toxicology for the Defense in litigation involving Bicep II Magnum, Atrazine, S-metolachlor, and Celatom MP-79, and alleged exposure to humans and horses with review of medical and veterinary medical records and risk assessment, 2008-2009]. **D., Dp.,T.**

**Helfrey, Simon and Jones, PC.** (Counselor Phil Graham) 120 South Central Avenue, Suite 1500, St. Louis, MO 63105. (314) 725-9100. [Toxicology for the Defense for potential exposure to a chemicals used in cosmetology, 2009-2010.] **D.**

**Hendren and Andrae LLC** (Counselor J. Kent Lowry), Riverview Office Center, 221 Bolivar Street, P.O. Box 1069, Jefferson City, MO 65101 (573) 636-8135. Case title: Blackburn v Byler/Cargill.  Lowry is now with **Armstrong Teasdale LLC,** 3405 w. Truman Blvd., Jefferson City, MO 65109-5713 (573) 636-8457. [Microbiology and toxicology and environmental sciences for Consulting, Analysis, Opinion, for the Defense for alleged nuisance from confined hog rearing operation, 1997-98.] **D.**

**Hill, Finkel and King LLP** (Counselor Howard King) 602 Sawyer, Suite 450, Houston, Texas 77007, (713) 654-4004. [Consulting and Opinion involving review of medical records after solvent exposure, for the Plaintiff, 2006.] **P.**

**Hinshaw and Culbertson, LLP** (Counselor Jill McFarland), 1010 Market Street, Suite 1400, St. Louis, Missouri 63101-2046. [Microbiology Consultation for the Defense regarding Histoplasmosis, with review of medical records and Opinion, 2004.] **D.**

**Hossley and Associates PLLC** (Counselor D. Allen Hossley), 6440 N. Central Expressway, Suite 617, Dallas, Texas 75206. (214) 265-1117. [Microbiology, Toxicology and medical science Consulting and Opinion for the Plaintiff (with review of medical records); alleged health effects from exposure to molds, in the US District Court for the Northern District of Texas-Dallas.] **P.**

**Hubbard and Kurtz, Lawyers** (Counselor John Kurtz), 1718 Walnut, Kansas City, MO 64108, (816) 472-4673. [Microbiology preliminary Consulting for Plaintiff on mold case transferred to another attorney.] **P.**

---

**J**

---

**James E. Dunn & associates, P.E., Attorneys at Law** (Counselor James Dunn) 116 South Walker, Oklahoma City, OK 73102 . (402)239-1000.  Case title: Hardwick v. Alvis. [Consultation and report for Plaintiff with review of medical records involving nosocomial infection with methicillin resistant *Staphylococcus aureus* (MRSA), antibiotic (ancef) therapy and source of MRSA, 2005-2006.] **P., Dp.**

**James Law Firm** (Counselor J. James), 204 W. Kansas, Suite 103, Independence, MO 64050-3714, (816) 836-5500; office moved to 123 W. Kansas).  Case title:  Marcella Neal v Warehouse Markets d/b/a Pricechopper.  [Microbiology and medical science for alleged infection with *Salmonella* bacteria from contaminated chicken, resulting in death; Consultation with Deposition (with review of medical records) for the Plaintiff; case settled pre-trial, 1993.] **P., Dp.**

**James Law Firm** (address above) (Counselor J. James). Case title: Byrom v Little Blue Valley Sewer District. [Microbiology and toxicology for alleged volatile emissions with odor from municipal sewage treatment facility; Consultation and Deposition given for the Plaintiff, 1993-1994.] **P., Dp.**

**Janik & Dorman** (Counselor Shawn Schlesinger), 9200 South Hills Boulevard, Suite 300, Cleveland, OH 44147, (440) 838-7600.  [Toxicology with Consulting and Opinion for the Defense for alleged leukemia from work-place exposure to benzene (with review of medical records), 2004.] **D.**

**John A. Howell Attorney at Law** (Counselor John Howell). P.O. Box 387, Picayune,

Mississippi 39466. [Consulting and Trial (initiated 2006; tried 2007) felony DUI for the Defense .] **D., T.**

**John K. Tucci, Attorney and Counselor** (Counselor John K. Tucci) 3415 Hampton Avenue, St. Louis, MO 63105. (314) 534-3600. [Criminal Defense with Opinion for matters relating to the potential effects of Illicit and Ethical Drugs and Alcohol (2008).]  (Tucci worked under contract with MO State Public Defender Office.) **D.**

**John K. Tucci, Attorney and Counselor** (Counselor John K. Tucci) 3415 Hampton Avenue, St. Louis, MO 63105. (314) 534-3600. [Criminal Defense with Opinion for matters relating to the potential effects of the pharmaceutical agent Clonidine, 2008. Tucci worked under contract with MO State Public Defender Office.] **D.**

**Johnson, Johnson, Whittle and Snelgrove** (Counselor James E. Whittle, Jr.) 117 Pendleton Street, N.W., Aiken, South Carolina 29802-2819, (803) 649-5338. [Consulting for the Defense for criminal matter involving various medications and/or drugs, with review of various testing procedures and protocols, 2006-2007.] **D.**

**Joyce and Pollard** (Counselor Mark Graddy) 515 South Main Street, Suite 300, Tulsa, Oklahoma 74103-4475, (918) 585-2751). [Consulting: family exposed to Carbon Monoxide in the home; review of medical records for causation and assessment of risk, 2006-2007.] **P.**

**RSRG Law, P.C. (Counselor** John P. Rogers) 120 S. Central, Suite 130, St. Louis, MO 63102, (314)862-4332, [Consulting, Criminal Defense, proprietary matters relating to toxicology, 2014.] **D.**

---
**K**
---

**Kansas Public Defender** (Counselor Jacqueline Cortright, Investigator). 10th Judicial District Pubic Defender, 115 E. Park, Suite A, Olathe, KS 66061 (913) 829-8755 ext 204. [Toxicology issues for defense.] 2022 **D.**

**Kansas Public Defender** (Counselor William Machado) 10th District Public Defender, 115 E. Park Street, Suite A, Olathe, KS. (918) 829-8755. [Toxicology matter involving drugs.] 2022 **D**

**Kansas Public Defender** (Counselor Bryan Cox). 10th Judicial District Public Defender, 115 E. Park, Suite A, Olathe, KS 66061 (913) 829-8755 ext 204. [Toxicology issues for defense; involuntary manslaughter involving methamphetamine and vehicular accident.] 2022 **D.**

**Kansas Public Defender** (Counselor Matt Cade) 115 E. Park Street, Suite A. Olathe, Ks. 66061 (913) 829-875. [Toxicology matter for the defense.] 2021-2022.**D.**

**Kapke & Willereth LLC** (Counselor Jacob M. Doleshal) Suite 250, 221 West Lexington Street, P.O. Box 180, Independence, MO 64015. [Consultation and Opinion for the Plaintiff: Toxicology with review of analysis data and medical records relating to exposure to the pesticide (herbicide) paraquat, 2008-09.] **P.**

**Keehner, Cannady & Katz, P.C.** (Thomas B. Cannady), 508 South Jackson Street, Belleville, IL  62222, (618) 233-0529. [Microbiology, Toxicology, and medical science with Consulting for the Plaintiff, (including review of medical records); regarding source of gastro-intestinal, microbiological infection.] **P.**

**Keith P. Gray, Attorney at Law** (Counselor Keith Gray), 3315 Olive Street, St. Louis, MO 63103, (314) 535-0162. [Toxicology and medical science with Consulting for the Plaintiff for alleged health effects from welding exposure to sulfur compound (including review of medical records); case settled prior to deposition, 2002.] **P.**

**Kenneth K. Schmitt** (Counselor Kenneth Schmitt) 105 Concord Plaza, Suite 209, St. Louis, Missouri 63128, (314) 729-1049. [Consulting and Deposition for Microbiology: mold in a home, for the Defense; case settled just before scheduled trial, 2007.] **D., Dp.**

**Koshner, Alan J.,** St. Louis, MO (314) 421-1008 [Counselor Koshner became an independent consultant for Flannigan Law Office, but I believe he is now with the claims services of AG Edwards, One North Jefferson Ave., St. Louis, MO 63103 (314)955-4547].  [Toxicology for criminal case involving Consulting, Laboratory Analysis, and Opinion, relative to amphetamine and methamphetamine for the Defense.] **D.**

**Kristoffer Barefield, LLC** (Counselor James Hays). 214 W. Phelps Ste. 102, Springfield, MO 65806. 417-616-0076 Ashley@barefieldlaw.com [Toxicology matter involving possible improper administration of medicine to minor, criminal matter.].**D (2018)**

**Krug & Zupke, P.C.** 1600 University Avenue, West, 310 Spruce Tree Centre, St. Paul,

MN 55104. (651) 645-7746.  2017. [Toxicology; for Plaintiff; work-related charge of cancer caused by work-place exposure; brief report written. Large number of chemicals and extensive medical records assessed for causation.] **P.**

**Kutak Rock, LLC** (paralegal Talyia was contact) 300 South John Q Hammons Parkway, Suite 800, Springfield, MO 65806-2550. 816-960-0090. [Case No. 15 CT-CC00186, Todd ad Lone Sheckley v. Joshua Alexander, et al. (Mold mater). **P**

| L |
|---|

**Lakin Law Firm** (Counselor Lon Weaver, no longer with firm; speak to Counselor Burke) 251 Old St. Louis Rd., Wood River, IL 62095-0027, (618) 254-1127.  Case title: K. Nicholson v Shell Oil Co. et al. New address is: 301 Evans Ave., P.O. Box 229, Wood River, IL 62095. [Toxicology for alleged work-place benzene exposure and adverse health effects (leukemia), including review of medical records, with Plaintiff Consultation, Opinion, and Deposition; case settled pre-trial, 1992-1994.] **P., Dp.**

**Lakin Law Firm** (see above). Case title: D. & K. Wilhold v Consolidated Rail Corp. et al. [Toxicology for Consultation including reviewing documents, videotapes, and medical records, with Deposition and Opinion for the Plaintiff, relating to exposure to, and alleged toxicity from, diesel fumes and excessive noise, 1992-1993.] **P., Dp.**

**Lakin Law Firm** (see above).  Case title: J. Davis v. Courtauds Coatings, Inc. [Toxicology for alleged exposure to welding fumes and paint with upper respiratory complaints (including review of medical records); Plaintiff Consulting and Opinion, 1997.] **P.**

**Lakin Law Firm** (see above), (Counselor Burke). Case title: Theresa Will v Amoco Oil Co. [Toxicology with Consulting and Opinion for the Plaintiff, 1998.] **P.**

**Lakin Law Firm** (see above), (Counselor Patrice A. Zimmer, no longer with the Firm; speak with Counselor Burke). Case title: David Willeford, deceased, v Wilson's House of Suede, Inc., et al. [Toxicology Consulting with medical records review and Opinion for the Plaintiff; alleged poisoning from leather goods chemical spray; case settled before trial.]  **P.**

**Lampkin, Kell, Fagras, Linsom, & Buehler** (Counselor J. Mark Kell, Esq.) 5770 Mexico Rd., Suite A, St. Peters, MO 63376. 636-757-1700, report, involving a work-place accident, marijuana, and urine testing (drug of abuse, 2011.] **D., Dp.**

**Lashly and Bayer, PC (Counselor Andrew Toennies) 714 Locus Street, St. Louis, MO 63101-1699, 314-436-8347. [Plaintiff case involving "dram shop", 2014]. P.**

**Law Office of Brent D. Cook** (Counselors Brent Cook and Curtis L. Wright) 202 Ann Street, P.O. Box 425, Greenville, CA 95947, 530-284-1529. [Consulting and toxicology Opinion (2007- 2008) for exposure to **copper** in drinking water and development of several medical issues, for the Plaintiff, 2008.] **P.**

**Law Offices of Lucy T. Unger** (Counselor David P. Renovitch) 12312 Olive Blvd., Suite 350-A. Creve Coeur, MO 63141.  [Infectious disease matter involving restaurant.] **P**

**Law Office of Michael K. Kielty, Attorney at Law.** (Counselor Michael Kielty) 201 North Kingshighway, St. Charles, MO 63301 (636)940-7771. Consulting and Opinion for the Plaintiff relative to ethanol and DWI charge. **P.**

**Law Office of Todd N. Hendrickson** (Counselor Todd N. Hendrickson), 7777 Bonhomme Avenue, Suite 2250, Clayton, MO (314) 721-8833. Case date: March 2002. [Toxicology Consulting (including review of medical records) with Opinion provided to the Plaintiff, alleged exposure to Taktic (a mitocide).] **P.**

**Leland Smith Law Firm** (Counselor Leland Smith), 309 N. Main, St. Charles, MO 63301, (636) 947-7727. Case title: Gilmer v. United Coatings, Inc. and Wal-Mart, 1997.  [Proprietary Consulting for the Plaintiff, 1997.] **P.**

**Leonatti & Baker** (Counselor Louis Leonatti) 123 East Jackson, P.O. Box 758, Mexico, MO 65265-0758. (573) 581-2211/(800)-385-0026. Case title: Fuemmeler v. Central Soya, 1998. [Veterinary Medical Consulting and Opinion for the Defense, regarding loss of milk production, resulting in dismissal of case, 1998.]  **D.**

**Liberty Mutual Insurance/Helmsman Management Services, Commercial Insurance Claims, WC South Complex- Plano, TX** (Counselor Rick Goodyear, Technical Claim Specialist II) [Defense of proprietary issues relating to welding exposure involving manganese and CNS with report and opinion.] **D.**

**Liberty Mutual Insurance** (Counselor Thomas Sarkas) [Defense of infectious disease

matter with deposition and anticipated trial. 2022-2023. ] **D., Dep.**

**London Fisher LLP** (Counselor Nick Davila) California/New York/New Jersey 949-252-0550 Ext. 228. (2018) [Defense for alleged infectious health issues in large dental practice.] **D.**

| M |
|---|

**Mann, Walter, Burkart, Weathers, and Walter** (Counselor Glenn A. Burkart) Suite 600, 300 John Q. Hammonds Parkway, Springfield, MO 65806-2593. Now **Burkart and Hunt**, 242 S. National Ave., Springfield, MO 65802-3419, (417-864-4906). [Toxicology and microbiology for alleged misuse of pesticide (insecticide) in a residence, with Consulting, home Inspection (mold found) and Opinion, for the Defense, case settled just before trial.] **D.**

**Mathis, Marifian, Richter and Grady, LTD** (Counselor Deanna L. Litzenburg) 23 Public Square, Suite 300, P.P. Box 307, Belleville, Illinois 62220, (618-234-9800). [Consulting for the Defense, with review of medical records for causation involving ingestion of a possible toxin, 2006.] **D.**

**Mayer & Rosenberg, PC.** (Counselor Leslie Overfelt) 9229 Ward Parkway, Suite 260, Kansas City, MO 64114. (816-941-8949) loverfelt@mayerrosenberg.com [Toxicology matter for the Plaintiff involving opioid toxicity with review of medical records.] (2018) **P**

**McAnany, Van Cleave & Phillips, P.C.** (Counselor Byron Bowles) 515 Olive Street, Suite 1501, Saint Louis, Missouri 63101. (314)-621-1133. [For the Defense, Microbiology and Toxicology with review of medical records. Alleged poisoning by morels (mushrooms-fungi) with purging and other symptoms, 2012.] **D.**

**McCarty Wilson** (Counselor Thomas Patrick Ryan) 2200 Research Boulevard, Suite 500, Rockville, Maryland 20805 (301-762-7700). [Toxicology consulting for the Plaintiff; exposure to chemicals (including benzene with diagnosed AML) at a Superfund waste site; cancer risk assessment with review of medical records, 2009.] D.

**McIntosh Law Firm** (Counselor William McIntosh) 1125 Grand Blvd., Suite 1800, Kansas City, MO 64106-2506. [Toxicology consultation for Plaintiff with review of medical records, 2011]. **P.**

**McIntosh, Sawran, Peltz & Cartaya, P.A.** (Counselor Robert Peltz) 19 W. Flagler Street, Suite 920, Miami, FL 33130-4410 (305-381-8922). [Consulting for proprietary issues for Toxicology, risk assessment and safety issues for benzene for the Defense, 2009] **D.**

**McIntosh, Sawran, Peltz & Cartaya, P.A.** (Counselor Robert Peltz) 19 W. Flagler Street, Suite 920, Miami, FL 33130-4410 (305-381-8922). [Consulting for proprietary issues for Toxicology issues for a fire aboard a vessel, for the Plaintiff, 2009.] **P.**

**McCuskey, Lowell, Law Office** (Counselor Rita R. Starnes, no longer with the Firm), Linn State Bank Building, P.O. Box 800, Linn, MO. 65051. The Firm is now at 206 E. Main, Linn, MO 65051 (573-897-3607).  [Microbiology and toxicology Consulting; alleged odor from a small hog-rearing operation, for the Defense].  **D.**

**McNaughton & Bonner, P.L.L.C.** (Counselor Mark Bonner), 110 N. Independence, P.O. Box 5879, Enid, Oklahoma 73712, (580) 233-5555. [Brief microbiology Consulting for the Plaintiff relative to exposure to mold, 2002.]  **P.**

**Merlin Law Group** (Counselor Linda Gunderlach) 2999 North 44th Street, Suite 520, Phoenix, Arizona 85018. (480-315-9980). [Toxicology matter for Plaintiff; exposure to the pyrethroid (pesticide) with alleged misuse.] (2018) **P**

**Meyers Law Firm L.C.** (Counselor Andrew H. McCue) 222 West Gregory, Suite 340, Kansas City, Missouri 64113 (816-444-8500). [Consultation for proprietary issues involving Toxicology.] **P.**

 **Meyers Law Firm. LC.** (Counselor Martin M. Meyers) 503 One Main Plaza, 4435 Main Street, KC, Mo. 64111. (816-444-8500). [Proprietary on-going toxicology matter for the Plaintiff]. (2018) **P**

**Missouri State Public Defender System** (Counselor Curtis Winegarner) 324 E. 11th Street, 20th Floor, KC, MO 64106 (816-889-2098 x222). [Criminal Defense involving murder charge and Toxicology of alleged drug involvement.] (2018) **D**

**Missouri State Public Defender System** (Counselor Laura O'Sullivan) Oak Tower, 20th Floor, 324 East 11th Street, KC, MO 64106-247 (816-889-2099) [Confidential, Criminal matter involving Toxicology.] (2018) **D**

**Missouri State Public Defender System, Trial Division** (Counselor Shay Irby) 601 East Walnut, Columbia, MO 65201 (573-447-8087) shay.irby@mspd.mo.gov [Criminal Defense Matter involving Toxicology of drugs and/or alcohol.] (2018) **D**

**Missouri State Public Defender System** (Counselor Kirby Crick) Oak Tower, 20th Floor-324 East 11th Street, K.C. MO. 64106-2417. (2018) 816-889-2999 Kirby.Crick@mspd.mo.gov [ Criminal matter involving Toxicology.] (2018) **D.**

**Missouri State Public Defender System** (Counselor Tracy McFadin) Liberty Trial Office, 234 Shrader Street, Suite A, Liberty, MO 816-792-5394.TracyMcFadin@mspd.mo.gov [Defense of criminal matter involving drugs of abuse] (2021) **D**

**Missouri State Public Defender System** (Counselor Stephen P. Ranz, Assistant Public Defender, Appellate PCR Division) 1010Market Street - Suite 1100, St. Louis, MO 63101. [Appeal of person convicted of matter allegedly involving poisoning by an ethical drug] (2021) **D.**

**MFA Law Department** (Counselor J. Brian Griffith), 616 Locust Street, Columbia, MO 65201, (314) 876-5226. Case title:  Aherns et al. v MFA Incorporated.  [Toxicology and microbiology Consulting, Analysis, Opinion and Trial Testimony for the Defense.  For the approximately $4 million research, breeding and production facility of the Missouri Farmer's Association, near Marshall Missouri.  It is a concentrated hog-rearing operation (yearly capacity, approximately 6,480 hogs), also with beef cattle on site, and two lagoons (the largest, approximately 26 million gallons with forced aeration); for alleged volatile emissions, dust, odor, nuisance and related matters, 1992-1995.] **D., T.**

**Michael Cronan, P.C., Attorney at Law.** (Counselor J. Michael Cronan), 510 West 123rd. Terrace, Kansas City, Missouri 64145, (816) 943-1100. [Brief Engineering Consulting and Opinion for the Plaintiff regarding pressure effects in automobile tires (relevant because of my extensive experience with high pressure and gases in my research) 2001.] **P.**

**Michael P. McDonald Jr. Law Offices** (Counselor John Thompson). 7301 W. 133rd Street, Suite 302, Overland Park, KS 66213 (913) 907-2911. [Drug use relative to auger entanglement with loss of leg in an accident at a grain bin. Consultation with deposition for defense, 2017-2018.] **D., De.**

**Moser, Marsalek, Carpenter, et al.** (Counselor John J. Horgan, deceased), 314 N. Broadway, Suite 360, St. Louis, MO.  Now Moser and Marsalek, 200 N. Broadway #700, St. Louis, MO 63102-2753, (314) 421-5364. [Toxicology for train derailment with spill of Chromite ore (heavy metal); Chemical Analysis**,** Opinion, for the Defense, settled out of court.] **D.**

**Mound Cotton Wollan & Greengrass** (Counselors P. Danner, M. Katz, and S. Torrini) One Battery Park Plaza, 9th Floor, New York, NY 10004. 212-804-4212. [Consulting for the Defense with Opinion and Report  for toxicology of the fungicide 3-Iodo-2-propynyl butylcarbamate, 2007-2009.] **D.**

**Mound Cotton Wollan & Greengrass** (Counselors P. Danner, M. Katz, and S. Torrini) [One Battery Park Plaza, 9th Floor, New York, NY 10004. 212-804-4212. [Consulting for the Defense with preliminary Opinion for toxicology of manganese, 2008.] **D.**

**Mound Cotton Wollan & Greengrass** (Counselors P. Danner, M. Katz, and S. Torrini) One Battery Park Plaza,9th Floor, New York, NY 1004 ( 212-804-4212). [Consult for the Defense with preliminary Opinion for toxicology of lead, 2008.] **D.**

**Mound Cotton Wollan & Greengrass (**Counselors P. Danner, M. Katz, and S. Torrini) One Battery Park Plaza, 9th Floor, New York, NY 1004 (212-804-4212). [Consult for the Defense with preliminary Opinion for toxicology of formaldehyde, 2008-2009.] **D.**

**Murane and Bostwick, LLC, Attorneys at Law** (Counselor Kathleen B. Dixon) 201 N. Wolcott, Casper, Wyoming 82601 (307-234-9345). [Case title: WC case No. 20004-109080 for the plaintiff involving review of medical records with opinion and report, 2005-2006.] **P.**

| N |
| --- |

**Newman Conley & Ruth** (Counselor Lanette Gooch) 601 Monroe Street, Jefferson City, MO 65102-0537 ((573-634-2266) [Consultation for Toxicology, Microbiology, and sanitary issues relating to an animal in a Pharmacy; suit brought by State of Missouri as the plaintiff.] **P.**

**Nordyke Law Offices** (Counselor Hope Nordyke), 15 W. Dakota Street, Butler, Missouri 64730. (660) 679-3161. [Consulting for Toxicology for Criminal Defense; issues relating to collection of blood, chain of custody, and laboratory analysis for alcohol; 2017.] **D.**

| O |
| --- |

**Office of the Public Defender**  (Counselor Austin Smith), 288 Harwood, Lebanon, MO 65536, 417-532-6886. [Toxicology, drugs of abuse, accident). Report prepared; criminal matter, case settled day before I was to testify, 2016-2017.]

**Office of the Public Defender**  (Counselor Lindsay Ponce), 3029 County Road 1325, Moberley, MO 65270, 660-263-7665. [Toxicology, alleged intoxicants, for the Defense, Criminal matter, 2016-2017.]

**Office of the Public Defender**  (Counselor Edwin Gwinn), 3029 County Road 1325, Moberley, MO 65270, 660-263-7665. [Toxicology, alleged impairment, for the Defense, Criminal matter, 2016.]

**Office of the Public Defender**  (Counselor Sean Randall, 288 Harwood, Lebanon, MO 65536, 417-532-6886. [Toxicology, Criminal matter, for the Defense, 2016.]

**Office of the Public Defender**  (Counselor Randall J. Schleger, no longer there), Capital Defense Division Western Dist., Suite 410, 505 E. 13th Street, KC, MO 64106, (816) 471-8282. Now at:  818 Grand, Suite 300, Kansas City, MO 64106. [Engineering with analysis of sound; Murder Case with Affidavit and Opinion for the Defense, 1991.]  **D.**

**Office of the Public Defender** (Counselor Gail R. Geisy) 105 N. Washington Street, P.O. Box 207, Jerseyville, IL 60252-0207 (no phone no. in my records). Case title: People v D. Cullen, Jr., Case # 91-CF-118, Jersey County, IL. [Toxicology with Consult for the Defense with Opinion for drunken driving accident with lethal injury in a Criminal Case].  **D.**

**Office of the Public Defender** (Counselor Carrie Gerisher) MO Public Defender System, Trial Division 12 A, Highway 72 East, Suite7, Rolla, MO 65401 (573-368-2260). [Consulting for Criminal Defense for issues relating to aggression and other Toxicological issues for drugs of abuse and/or alcohol, 2009.] **D.**

**Office of the Public Defender** (Counselor Courtney Wachal) 1314 Webster Street, West Plains, MO 65775 (417-257-7224). [Consulting and Opinion for Criminal Defense concerning aggression and other potential effects of drugs of abuse and alcohol, 2009.] **D.**

**Office of Public Defender** (Counselor Karen Klingbeil) Trial Division, 115 Lincoln Street, Carthage, MO 64834, 417-359-8489. [ 2011 Criminal; for the defense; involving vehicle accident and drugs of abuse; Toxicology with Deposition, 2011.] **D., Dep.**

**Office of the Public Defender** (Counselor Brian Wooley), Trial Division-District Office Area 25, 1212-A HWY. 72 East, Suite 4, Rolla, MO 65401, [Criminal case for the defense: Drugs and alcohol relative to manslaughter and an automobile accident, 2010.] **D.**

**Office of the Public Defender** (Counselor Erin Hemsoth) Trial Division, 110 S. Limit, Sedalia, MO. 65301 (660) 530-5545.[Criminal matter involving toxicology: drugs of abuse and alcohol and an accident]. **D.**

**Office of the Public Defender** (Counselor Joshua W. Peter) Missouri State Public Defender System Trial Division, Oak Tower, 20th Floor, 324 East 11th Street, Kansas City, Missouri 64106-2417, (816) 889-2099. [State of Missouri v. Eric T. Williams, for the criminal defense, medical records and drugs of abuse screening records reviewed with oral report, 2012.] **D.**

**Office of the Public Defender** (Counselor Heather Vodnansky) 210 Adams Street, Jefferson City, MO 65101, (573) 526-3266, [State of Missouri v. Damien Bryant, for the criminal defense, medical records and drugs of abuse screening records reviewed, 2012.] **D., Dep., T**

**Office of the Public Defender** (Counselor Dane Roper) 1114 Market Street, Suite 602, St. Louis, MO 63101. [Criminal Defense, drugs of abuse and ethical drug effect on physiological and psychological factors, 2014.] **D.**

**Office of the Public Defender** (Counselor Tyler Coyle) 3029 County Road 1325, Moberly, MO 65270, (660)263-2479. [Consulting for defense in criminal matter relating to drugs of abuse and alcohol, and/or ethical medications, 2014.] **D.**

**Office of the Public Defender** (Counselor Judy Mourer) Area 26, (417-532-6886). [Consultation and opinion for the defense, drug toxicology). 2019. D.

**Office of the Public Defender** (Counselor Ella Boone Conley) State v. Charles Lebell [Consultation and opinion for the defense, toxicology]. 2019 **D.**

**Office of the Public Defender** (Counselor Ryan Williams) State Trial Division 43, 500 Yousself Drive. Chillicothe. MO 64601 [Consultation and opinion for the defense, toxicology).

2019. **D.**

    **Office of the Public Defender** (Counselor Deidra Wood) Trial Division, 601 E. Walnut, Columbia, MO. 65201 [Consultation for the defense, toxicology]. 2019. **D.**

    **Office of the Public Defender** (Counselor Virginia Caldwell) Area 29, 115 Lincoln Street, Carthage, MO 64836, 417-359-8489. [Consultation for the defense, toxicology). 2019. **D.**

    **Office of the Public Defender** (Counselor Brian Cox) Tenth Judicial Public Defender, 115 E. Park Street, Suite A, Ola, KS 66061-3464 [Case involving Johnson Count v. Eric Segovia, 19CR586, involving drugs of abuse for the Defense] 2021 **D.**

    **Office of the Public Defender** (Counselor Ashley Stollberg) Hannibal Trial Office, 201 North Third Ste 301, Hannibal, Missouri 63401. 573-248-2430 Ext. 223. [Consultation for the Defense for criminal matter involving driving while under the influence of Clonazepam and Marijuana.] 2021 **D.**

    **Office of the Public Defender** (Counselor Leslie Jared) 234 W. Shrader, Suite A, Liberty MO 64068 (816) 792-8267 [Drowning accident potentially involving drugs] 2022 **D**

    **Office of the Public Defender** (Counselor William Machado) 115 E. Park Street, Suite A. Olathe, KS. (918-829-8755). [Toxicology matter with report preparation; involving alcohol and criminal matter.] **D.**

    **Office of Public Defender** (Counselor Tracy McFadden) 234 W. Shrader Street, Suite A, Liberty MO. 64068 (816-792-5394. [Toxicology matter, criminal matter involving drugs of abuse.] **D**

    **Oliver & Reichel, PA** (Counselor Mike Oliver) 11020 King Street, Suite 215, Overland Park, KS 66210. (913) 498-8814. Consultation, Opinion, and Deposition (taken twice for different case aspects) for the Plaintiff: Microbiology/Infectious Disease, Antibiotic Therapy, Medical Records Review and deficiencies in laboratory testing procedures for Group B strep (GBS) infection related to pregnancy and childbirth, 2008-2009.] **P., De.**

    **Oliver & Reichel, PA** (Counselor Mike Oliver) 11020 King Street, Suite 215, Overland Park, KS 66210, (913) 498-8814. [Consultation, Opinion for the Plaintiff with review of Medical Records including Histology/Pathology/Medical /Laboratory Procedures, 2008.] **P.**

    **Orgain Bell and Tucker** (Counselor Casey P. Marcin) 10077 Grogan's Mill Road, Suite 500, The Woodland's Texas 77380, (281-296-8877) [Defense of a Medical Center, Infectious Disease and related issues, with review of medical and laboratory records, 2009.] **D.**

    **Ott Law** (Counselor Joseph Ott), 300 South Jefferson Avenue, Suite #504, St. Louis, MO 63118. [Immunological reaction (anaphylaxis alleged to be caused by tomato) for the plaintiff.] (2021) **P.**

| P |
| --- |

    **Page Law** (Counselor Brent Sullivan) 9930 Watson Rd. Suite 100, St. Louis MO 63126. (314) 835-5833. [Mold exposure for the Plaintiff] 2022 **D.**

    **Page Law** (matter with paralegal Sarah Morrow) 9930 Watson Rd. Suite 100, St. Louis MO 63126. (314) 200-2206. [Mold exposure for the Plaintiff] 2022 P. **D**

    **Paulk Law Firm, P.C.** (Counselor Melanie B. Bradford) 231 South Market Street, Scottsboro, AL 35768. 256-574-6060. [Consulting and Opinion for microbiology and toxicology of mold and mycotoxins (2007-2008.] **D.**

    **Payne & Jones** (Counselor James J. Cramer), College Boulevard at King, 11000 King, P.O. Box 25625, Overland Park, KS 66225-5625, (913) 469-4100 [office also at 3145 Broadway, KC, MO, (816) 960-3600. [Microbiology with Consulting and Opinion for the Defense, alleged outbreak of gastrointestinal illness involving more than 150 individuals (with review of medical records) 2001.] **D.**

    **Peddicord and Townsend LLC,** 1517 Oak Street, Kansas City, MO 64108. 816-842-3200. [Consulting and expert witness for Dram Shop matter for the plaintiff with deposition and trial has been scheduled] **P., De.** (2020-2022)

    **Penton Law Firm** (Counselor Ronnie Penton) 209 Hoppen Place, Bogalusa, LA 70427. (985)607-4335. [Consulting for the Plaintiff regarding air and land contamination issues related to "blow-out" of Kansas Panhandle Eastern Pipeline, 2014-2015]. **P**

    **Petefish, Immel, Hind, Johnson, Leibold & Sloan, LLP** (Counselor Thomas Johnson) 842 Louisiana Street, Lawrence, KS 66044. [Defense of criminal matter involving drugs of abuse.]

(2021). **D. T.**

**Philip A. Klawuhn & Associates, P. C.** (Counselor Phil Klawuhn) 10150 Ambassador Dr., Suite 100, Kansas City, MO. 64153.  (2018) [toxicology for criminal defense.] **D.**

**Polsinelli, White, Vardeman and Shalton**   (Counselor Joseph R. Colantuono, no longer with the Firm), Lighton Plaza III, 7500 College Boulevard, Suite 750, Overland Park, KS 66210, (913) 451-8788; now **Polsinelli, Shalton & Welte,** 700 W. 47th. Street, Suite 1000, Kansas City, MO 64112.  [Toxicology with Consult and Opinion for Defense about air pollution, case dismissed at early stage.]  **D.**

**Proprietary:** Consultation, Microbiology (Salmonella) matter involving alleged food infection, for the defense, 2011). **D.**

**Proprietary (Missouri):** Consultation and Opinion for the Defense.  [Toxicology for Murder Case, 2002.]  **D.**

**Proprietary (Kentucky):** Brief Consultation and Opinion for the Plaintiff.  [Toxicology for alleged therapeutic drug overdose death, 2004.]  **P.**

**Proprietary (Michigan):** [For the plaintiff; Toxicology of sulfur compound; oral report only, 2010.] **P.**

**Prosecuting Attorney (Assistant)** Counselor Kent Harding. Johnson County, MO; Toxicology matter re: Brandon Bellamy. (2020)

| R |
|---|

**Randall & Danskin, P. S.** (Counselor David A. Kulisch) 1500 Bank of America Financial Center, 601 W. Riverside Ave., Spokane, Washington 99201-0653 (509)747-2052. [(2005-2006) case for the plaintiff involving chlorine exposure and medical injury.] **P.**

**Ressler & Tesh** (Counselor Michael J. Maddux, Esq. and Tim Tesh, Esq.) Exchange Building Penthouse Suite, 821 Second Avenue, Seattle, WA 98104-1540, 206-388-0333. [2011 on-going. Plaintiff case involving Medical malpractice , sepsis, MRSA, antibiotic therapy with co-morbidities]. **P.**

**Richard D. Loffswold, Jr., P.A.** (Counselor Richard D. Loffswold, Jr.), 105 E. Prairie, P.O. Box 163, Girard, Kansas 66743. (620) 724-4115. Summer 2004. [Toxicology consulting relative to alcohol for the Plaintiff]. **P.**

**Regas, William T., Law Offices** (Counselors John Walter and Linda Kitsiavelos, both no longer with the Firm, and I believe the Firm name has changed), 123 South Northwest Highway, Park Ridge, Illinois 60068-4228, (847) 825-1007. Case title: Consolidated Mink ranch v Schering Corporation, 10/19/1990 to unrecorded date. [Microbiology and toxicology for alleged failure of an animal (mink) viral vaccine involving Consult (with Evaluation of Good Laboratory Procedures and potential failure to follow Label Instructions) and Opinion, and Deposition for the Plaintiff; settlement at trial with my presence, in Chicago.]  **P., Dp.**

**Reynolds Law Firm (Counselor Zack Reynolds)** Two South Judson, Fort Scott, KS 66701. (620) 223-1818. [On-going Toxicology Consultation for the Plaintiff for case involving severe allergic reaction to the pharmaceutical Lamictal with review of medical records, 2011.] **P.**

**Robb, Robb & Robb LLC.** (Counselor Andrew C. Robb), One Kansas City Place, (816) 474-8080. [Toxicology matter involving helicopter accident with alleged alcohol involvement.] **D**

**Robert S. Flavin, P.C, Attorney and Counselor at Law** (Counselor Robert Flavin) 5770 Mexico Road Suite A, St. Peters, MO 63376. 636-946-3260. [Consultation with Opinion and written Report (2008) for infectious disease and toxicology of bacterial toxins, septic shock and action of antibiotics, report prepared, for the Plaintiff, 2008]. **P.**

**Romanucci & Blandin  LLC** (Counselor Bruno Marasso) 321 North Clark Street, Suite 900, Chicago, IL 60654. (312) 253-8618. 2017. [Microbiology and Toxicology for the Plaintiff relative to charges related to food provided at a Whole Foods market.] **P.**

**Rosenblum, Schwartz & Fry** (Counselor Matt Fry) 120 S. Central. Ave., Suite 130, St. Louis, MO 63105 (314-862-4332) mfry@rsflawrim.com [Criminal defense matter involving Toxicology of drugs and/or alcohol.] (2018) **D**

**Rosenblum, Schwartz, Rogers, & Glass, P. C.** (Counselor John Rogers) 120 S. Central, Suite 130, Clayton, MO 63105-4332. [Criminal case for the Defense: alcohol related to issues of impairment for other than driving, with report; case pled to lesser, miss-demeanor offense, 2010.] **D.**

**Rosenblum, Schwartz, Rogers, & Glass, P. C.** (Counselor John Rogers) 120 S.

Central, Suite 130, Clayton, MO 63105-4332. [Criminal case for the Defense; brief, proprietary matter, 2013.] **D.**

Rouse and Cary, Counselor Brian S. McChesney, Mark States, et al v. The Fountains at Fairview LLC et al.(2020)

**Ryan Bisher Ryan, Attorneys at Law** (Counselor Rick W. Bisher) 4323 N.W. 63rh Street, Suite 110, Oklahoma City, OK 73116-1513 (405-528-4567). [Consulting with Opinion (2007-2008) with review of Medical Records for Microbiology and Toxicology of microbial toxins from surgical infection and effects of Antibiotic Therapy for Plaintiff, 2008-2010.] **P., Dp.**

**Ryan Bisher Ryan, Attorneys at Law** (Counselor John Langford) 4323 N.W. 63rh Street, Suite 110, Oklahoma City, OK 73116-1513. 405-528-4567. [Consulting with Opinion (2007-2008) with review of Medical Records for Microbiology Infectious Disease issues for Plaintiff, 2009.] **P.**

## S

**Sandberg and Phoenix**, Public Defender Andrew Ryan, Charles Hebrock v. James Smith; toxicology matter. (2020).

**Sanders, Conkright and Warren, L.L.P.** (Counselor Derek W. Miller), 9401 Indian Creek Parkway, Suite 1250, Overland Park, Kansas 66210, (816)942-6100. [Toxicology, summer 2003, with Consulting, and Opinion regarding marijuana and a fatal traffic accident; for the Defense. (Note: I have listed this as a defense case because the hiring attorney represented an insurance company in a case involving an insured person who allegedly was using drugs); case settled just prior to scheduled deposition.] **D.**

**Sanders, Conkright and Warren, L.L.P.** (Counselor Sean Edwards), 9401 Indian Creek Parkway, Suite 1250, Overland Park, Kansas 66210, (816)942-6100. [Toxicology with Consulting, and Opinion regarding marijuana and alcohol a traffic accident; for the Defense. (Note: I have listed this as a defense case because the hiring attorney represented an insurance company in a case involving an insured person who allegedly was using drugs), 2003.] **D.**

**Sanders, Conkright and Warren, L.L.P.** (Counselor Sean Edwards and Roger Warren), 9401 Indian Creek Parkway, Suite 1250, Overland Park, Kansas 66210, (816)942-6100. [S. M. Barton, et al. v. C. D. Blackburn et al., truck-pedestrian accident allegedly involving alcohol; review with Opinion for the Defense.] **D.**

**Sanders, Conkright and Warren, L.L.P.** (Counselor Sean Edwards), 9401 Indian Creek Parkway, Suite 1250, Overland Park, Kansas 66210, (816)942-6100.  [Toxicology with Consult and Opinion, regarding marijuana and alcohol and a traffic accident, for the Defense.  (Note: I have listed this as a defense case because the hiring attorney represented an insurance company in a case involving an insured person who allegedly was using drugs) 2003.] **D.**

**Sandra L. Larson, Attorney** (Counselor Sandra L. Larson), 8031 N. Academy Blvd., Colorado Springs, CO 80920-3922, (719) 534-9905. Case initiated 2002. [Toxicology with Consulting, Opinion, and Testimony by telephone at Hearing for Olympic cyclist accused of drug abuse, for the Defense (unusual circumstances: I took the case because the official lab failed to be thorough).] **P., T.**

**Schlueter, Mandel and Mandel** (Counselor Michael J. Schlueter) Eleven O Eight Building, 1108 Olive Street, St. Louis, Missouri 63101, (314) 621-1701. [Consulting with Opinion for on-going case with review for the Plaintiff of medical records for family members with possible exposure to several chemicals from creosote, 2008.] **P.**

**Schultz and Little, L.L. P.** (Counselor Robert Schultz), 640 Cepi Drive, Suite A, St. Louis, MO 63005-1221 (636-537-4645). [Toxicology Consulting for the Plaintiff, relative to multiple exposures to benzene and other chemicals from drinking water (with review of medical records), 2005,] **P.**

**Seigfried Law Firm** (Counselor Paul A. Seigfreid), 108 North Jefferson Street, Mexico, Missouri 65265-2765 (573)-581-8888. [Microbiology and medical science with Consulting and Oral Opinion for work-place exposure to antibiotic/allergic reaction; for the Plaintiff, 2003.]  **P.**

**Seigfried, Runge, Leonatti and Pohlmeyer** (Counselor Louis Leonatti; see at **Leonatti and Baker**), 123 E. Jackson Street, Mexico, MO, (314) 581-2211. [Toxicology for pesticide over-spray requiring Consultation with evaluation of medical records in relation to chemical exposure of humans with Deposition and Opinion for the Plaintiff] **P., Dp.**

**Seikaly, Stewart & Bennett, P.C.** (Counselor Larry Bennett), 30445 Northwestern Highway, Suite 250. Farmington Hills, MI 48334, (248)785-0102. [Microbiology and toxicology relating to fumes and odors from paint, with report, for the Plaintiff, 2015.] **P.**

**Shook, Hardy and Bacon** (Counselor Joseph Gall), now at 129 W. Lexington, Suite 303, Independence, MO 64050, (816) 833-6601, One Kansas City Place, 1220 Main Street, Kansas City, MO 64105-2118, (816)474-6550. [Toxicology, microbiology, engineering for chemical odor and noise pollution; Consultation and Analysis with Trial Testimony for the Defense]. **D., T.**

**Shook, Hardy and Bacon**, address above, (Counselors W. Zimmerman & J. Gall). Case title: McElheny v. Federal Pacific, Platt County MO. 12/11/90 to 4/13/94. [Engineering with Laboratory testing & Consulting; electrical fire with alleged circuit breaker failure; Defense Deposition and Trial Testimony.] **D., Dp., T.**

**Shook, Hardy and Bacon**, address above, (Counselor Brent G. Filbert) [Consulting for proprietary Issues relating to Toxicology issues for the Defense, 2007]. **D.**

**Sloan, Listrom and Eisenbarth** (Counselor Michael Francis) 700 Kansas Avenue, Suite 714, Topeka, KS 66603-3828; (785) 357-6311. Case title: State of Kansas v $26,280. [Toxicology Consultation with Hearing before judge, for the Defense; return of confiscated money (involved method of detecting drug connection to currency).] **D., T.**

**Smith Lewis PC** (Counselor John Roark) 111 S. 9th Street, Suite 200, Columbia, MO 65205-0918 (573-443-3141). [Toxicology, human toxicity (medical) issues, and veterinary medical issues for dairy herd health alleged from pesticide (the herbicides: picrolam, triclopyr, imazapyr, garlon-4, Tordon-k) misuse, with examination of human medical records, animal autopsy reports and laboratory assays for pesticides, for the Defense with Report, Deposition and Trial, 2009-2011.] **D., Dp.,T.**

**Spragens, Barnett, Cobb and Butler PLC** (J. Brandon McWherter), 312 East Lafayette Street, P.O. Box 2004, Jackson, TN 38302-2004, (731) 424-0461. [Toxicology for Consulting for the Plaintiff, for alleged exposure to PCBs, dioxins and related chemicals (with review of medical records), 2003.] **P.**

**Stanley Goodlkin, L. L. C.** (Counselor Stanley Goodkin) 7912 Bon-Homme Ave. Ste 208, St. Louis, MO 63105-3512. [Toxicology relative to mold/fungi, 2010.] **P.**

**Stephen Wyse, Attorney at Law,** Columbia, MO, 573-449-7755. [Toxicology matter for pesticide.] 2019. **P**

**Susan K. Roach, P.C., Attorney at Law,** Westland Place, 14515 Outer Forty North, Suite 255, St. Louis (Chesterfield), Missouri 63017 (314) 434-7272. [Toxicology Consulting, with review of medical records and other documents and Opinion, for the Plaintiff, 2001.] **P.**

| T |
|---|

**Charles C. Tatum, PC** (Counselor Seth Diamond) PO Box 349, Jasper, Alabama 35502 (205-387-0708). sethdiamond@sethdiamondlaw.com. [Infectious disease matter for the Plaintiff, with review of medical records for causation] (2018) **P**

**Taylor Law Firm, P.C.** (Counselor Christopher A. Koester) 122 E. Washington Ave., P.O. Box 668, Effingham, IL 62401-0668. 217-342-3925. [Consulting with Opinion (2008) for microbiology and toxicology of **E. coli shiga-like toxin** for the Plaintiff: **food-borne illness, 2008-2012.**] **P.**

**Texas A & M System, Office of the General Counsel** (Counselor Bill J. Helwig; Helwig has left and I have no forwarding address), Texas A & M University System, John B. Connally Bldg., 301 Tarrow, 6th Floor College Station, TX 77843-1230, (409) 845-3511. [Microbiology and toxicology Consult (proprietary matters) for the Defense, 1997.] **D.**

| V |
|---|

**Vincent Law Office** (Counselor Debra Boggess), 1100 S. 5th, Springfield, IL 62703; Firm no longer listed. Case title: Elenore Merle and S. Lightle v Bunte's Truck Service, Inc. [Toxicology Consulting and Opinion for the Plaintiff, 1998.] **P.**

| W |
|---|

**Waldeck & Patterson, PA** (Counselor John Waldeck) 5000 West 95th Street, Suite 350, Prairie Village, KS 66207, (913) 749-0300. [Plaintiff toxicology matter relating to toxicity of supplement, 2015.] **P.**

**Waldeck & Patterson, PA** (Counselor John Waldeck) 5000 West 05th Street, Suite 350,

Prairie Village, KS 66205, 913-749-0300. [Toxicology matter involving ethical drugs, with Report, for Defense, 2016.]

**Watts Law** (Counselor James Watts) 218A W. Central, El Dorado, KS 67042, 316-452-5640. [Defense of Rape Case for MOPD, involving Drugs of Abuse 2021.] **D.**

**Wheeler Law Firm** (Counselor J. P. Wheeler), 314 N. 11th Street, P.O. Box 248, Canton, MO 63435-1250, (314) 288-5271. [Microbiology, toxicology, and environmental science for odor and chemical air pollution with Analyses, Opinion, Deposition, and Trial Testimony for the Defense, 1990.]  **D, Dp, T.**

**Whitten, Nelson, McGuire, Terry & Robinson** (Counselor Robin Hendrickson), One Leadership Square, Suite 400, 211 North Robinson, Oklahoma City, Oklahoma, 405-239-2573. [Toxicology Consulting for the Plaintiff, relative to a death (with review of medical records) from alleged over-medication, 2004.] **P.**

**Whonsetler & Johnson, PLLC** (Counselor Robert A. Ott), 11901 Brinley Avenue, Louisville, Kentucky 40243, 502-895-2297. Siri Davenport, Administrator of the Estate of Jonathan Davenport v. Infectious Disease Consultants, et. al, Kenton Circuit Court, Division I, 08-CI-2316. [Microbiology, Toxicology and Medical Sciences with review of medical records relating to pulmonary Blastomycosis, its risk, diagnosis and treatment with Report and Opinion, 2012-2014.] **D., Dep.**

**Wiggins, Childs, Quinn & Pantazis, LLC** (Counselor Brian Clark) 301 19th Street North, Birmingham, AL. [Toxicology issues relating to benzene exposure and concern for cancer, for the Plaintiff (2012). The attorney firm Lanny Vines and Associates has joined the case for the plaintiff.] **P., Dp.**

**William L. Denton Law Office** (Counselor William L. Denton, and Edmund J. Walker), Morgan Square, 955 Howard Avenue, Biloxi, Mississippi 39530, (228) 374-8722. [Toxicology with Consulting (with review of medical records), for work-place chlorine gas exposure and Oral Opinion for the Plaintiff 2003.]  **P.**

**Windtberg & Zadancewicz, PLC** (Counselor Marc Windtberg, and Bill King) 4801 S. Lakeshore Drive, Suite 111, Tempe, Arizona 85282 480-584-5660 mw@wzfirm.com (2018). [Toxicology, pesticide matter for the Plaintiff.] P

**Woodson, Joseph Attorney at Law** (Counselor Joseph Woodson), 17 Acres Drive, Suite 300, Little Rock, Arkansas 72223 (501) 868-1231. Case title: Dylan Roberts v Smith. [Toxicology and medical science with Consulting and Opinion for the Plaintiff (with review of medical records); infant given overdose of pharmaceutical, case settled before trial.]  **P.**

**Woolsey, Roger, County Attorney** (Counselor Roger Woolsey),118 S. Main Street, Greenville, TN 37743 (423) 639-7851. [Microbiology, Toxicology, mold, and review of medical records  for the Defense] with Trial, 2011.] **D., T.**

| Y |
|---|

**Young and Hockensmith, Attorneys At Law** (Counselor Shelly S. Dackonish), 743 Horizon Court, Suite 200, Grand Junction, Colorado 81506 (970-242-2645). [Toxicology, Microbiology and medical science with Consulting with Opinion for the Defense with review of medical records and exposure assessment, and environmental (including odor) evaluation, leading to case settlement before trial, 2003.]  **D.**

**Note: I have several proprietary cases, (proprietary because I am not publically disclosed by deposition/trial, or by clients' prohibitions).**

| PRINCIPAL CONSULTING EXPERIENCE FOR CORPORATIONS, FEDERAL AGENCIES, AND UNIVERSITIES |
|---|
| *"Perfection is not possible, excellence is- Anonymous."* |

**Corporate:**

**GLG Corporation:** Evaluation of toxicological safety of crumb rubber for use in athletic fields and playgrounds. 2016- 2017.

**Guideline:** Evaluation of toxicity risks from Agent for Kimberly-Clark.

**Calibra Medical, Inc.** 220 Saginaw Rd., Redwood Calif. (Proprietary matter). 2009.

**Proprietary:** Veterinary Medical Preventative and Therapeutic Agent. 2009
**Guideline:** Proprietary client, evaluation of a proprietary matter in New York, NY, 2007-
**Guideline:** Proprietary evaluation of an air purifier with medical uses, August, 2006.
**Guideline:** Proprietary tin toxicity assessment (medical applications), 2005-
**Guideline:** Proprietary client, toxicity evaluation of a medical device, 2006-
    **Gerson Lehrman Group:** Member of Council of Healthcare Advisors; decision making assistance to corporations, business government.
    **The Science Advisory Board:** Member of online group of 5000 life scientists and physicians focused on emerging technologies.
    **Round Table Group:** Member of a global consortium which is described as the world's largest think tank of academic and industry experts.
    **Innocentive:** Member of web-based group that responds to scientific R&D development challenges; including submission of rainwater collection methodology that reached final stage of competitive selection process for providing inexpensive collection of rainwater in Third World Countries..
    **ARCCA:** Member for forensic engineering, medical, and litigation consulting for analysis and communication of complex issues.
    **Teltech Division of FIND/SVP** [formerly (until July 2, 2003) Teltech Technical Knowledge Service, Minneapolis, MN]: Consulting for various companies relative to: proprietary matters for Weyerhaeuser (June, 2003); *Bacillus thuringensis* and genetically engineered medical applications (10/14/1992); catalase enzyme manipulations (10/15/1992); biofilters and their use in remediations of environmental organic contaminants (11/11 to11/13/1992); anti-oxidation of platinum cardiac implants (01/13 to 01/27/1993); proprietary client regarding vaccine development (02/04/1993); redox potential measurements in biological media 07/30 to 08/10/93); enzyme technology; quality control and safety (risk) assessment of a chemicals (cyclohexanone, methyl ethyl ketone and tetrahydrofuran) used with a medical device 12/15 to 12/27/1993; control of Legionnaires microbes 08/16 to 08/10/1993; odor control (01/28 to 01/31/1994); Penicillium contamination of food product (10/13/1994); odor control (11/23/1994); survival characteristics of bacteria (11/29/1994); dust mite antigen characterization and standardization (03/23/1995); optimization of culture medium for *Clostridia* (04/07/1995; tolerance of infants for oxygen therapy via a medical device (09/13 to 09/14/1995; odor assessment (09/19 to 09/25/1995; selective culture medium for *Salmonella* (02/20 to 02/21/1996); antimicrobial properties of silver (04/30 to 05/06/1998); immuno-reactivity of killed spores (06/08/1998); and odor control from spilled grain (01/06/1997); hair permanent preparations, outdoor toilets and cat litter boxes (06/03 to 06/04/1996); odor control at a meat by-product rendering plant (Hormel) (03/08/2000);and analytical methods for measuring dental odors (March, 2000). **Sciences International, Inc.,** Alexandria, VA: Health and Environmental Risk Assessment for Fortune 500 firms (1990).
    **Adria Laboratories,** Columbus, Ohio: Relative to the cancer chemotherapeutic Adriamycin (1981-82).
    **Norwich-Eaton Pharmaceuticals,** Norwich, NY: Relative to nitrofuran derivatives (antibiotics). (1984).
    **Immunological Vaccines (IMMVAC), Inc.,** Columbia, MO, relative to vaccines and administration of contract to providing lecturers for Ross University, St. Kitts, West Indies (1987-92).
    **Proprietary Clients:** incinerator safety and safety of pesticides (1990); food safety (1991); microbiological and toxicological safety of a medical device (2009); toxicological safety of a medical device (2007); toxicological safety of a veterinary medical device (2008-2009); 2011 Toxicology of a veterinary medical therapy under development and testing.
    **Proprietary Subjects:** R.J. Reynolds, Winston-Salem (1988), NC; Lab Support, Inc. (1994); Kohler Corp., Kohler, WI. (1994).
 **University:**
    **Oak Ridge Associated Universities,** Oak Ridge, TN., collaboration for redox-research problems (1989-90).
    **The Toxicology Center,** University of Iowa, Iowa City, IA, assistance with grant preparation (1982).
    **Kansas Defense 2000 DEPSCoR,** review of proposal (1995).

**Ross University,** St. Kitts, West Indies: guest lecturer with administrative duties (1984 and 1988).

**Government and Institutes:**

**Carlton Turner, Director, Drug Abuse Policy Office, for President Ronald Reagan, The White House:** unpaid consultation (1982).

**Office of International Cooperation & Development, U.S.D.A.:** Washington, D.C. Consultant (1988-90).

**NIH and NIEHS:** peer review, 1979, 1986, 1990, 1991, 1994, 1995 (and currently).

**American Institute of Biological Sciences:** peer review, 1996-1997.

**United Information Systems, Inc.:** Bethesda, MD, peer review, 1996.

**Eastern Research Group, Inc.:** 1998-present.

**U.S. Dept. Comm., Nat. Inst. Standards & Tech. (**for the U.S. EPA) peer review, 1995.

**Office of Naval Research:** grant peer review, 1997.

**Doctors for Disaster Preparedness:** 2001-present.

**PRO BONO AND COMMUNITY:**  "You Seminar" counseling trainer, Dallas Texas (conducted by Phil McGraw, now Dr. Phil of TV); Columbia Track Club secretary and treasurer; University of Missouri Big Eight Track race timer and official; scientific advisor for UMC science ethics case; focus group participant for School of Nursing; fund raiser for Rock Bridge High School athletic field, March of Dimes and United Way Campaigns, and scientific consulting related to legal cases for plaintiffs unable to pay. Expert in toxicology for the Veteran's program to assist with Agent Orange claims by the law School of MU. Reduced rates as expert witness for Missouri Public Defender System.

---

**PRINCIPAL RESEARCH SUPPORT (Direct plus Indirect Costs)**
*"Remember, in the bacon and egg sandwich the egg is involved but the pig is committed-anonymous"*

---

**National Institute of Environmental Health Sciences,** Toxicology Study Section, Principal Investigator, "Cellular Free Radical Toxicity Mechanisms,"4/1/81 through 2/28/89 (40% FTE), $696,813; competing renewal 3/1/89 through 2/28/94, (50% FTE), $768,690; competing renewal 9-30-95 through 9-29-00 (50% to 55% FTE, $730,715 direct ($1,062,823 total).

**National Institutes of Health,** Training Grant Co-Investigator (P.I., R. Finkelstein), DHHS. S-T32-AI07276-06, "Molecular Aspects of Microbial Pathogenesis", 9-1-92 through 8-31-93, $183,786 direct and $194,778 total, and for entire period, (9-1-92 through 8-31-97), $990,181 direct and $1,049,405 total.

**American Heart Association,** The Effect of Glutathione monoethyl Ester Pretreatment on Heart Function During Endotoxin Shock; 7/1/95 to 6/30/96; stipend/supplies for Lillian Novela-Gilsdorf, 12,000.

**National Institutes of Health, Blood, Heart and Lung Institute,** Co-Investigator (H. Laughlin, PI):  "Training:  Muscle Blood Flow and Capillary Dynamics", 12/1/88 through 11/30/93, (10% FTE), $982,366.

**National Institute of Dental Health,** Consultant (C. Reddy, PI) "Mechanism of Cleft Palatogenesis by Secalonic Acid D", 5/1/89 through 4/30/92, (5% FTE), $75,000.

**Oak Ridge Associated Universities,** research travel funds for travel to Oak Ridge National Laboratory for collaborative endeavor with Dr. Howard Adler, 1988-1990.

**Agency for International Development,** Co-Investigator (Ted Green, PI) "Malaria Immunity and Immunization", 9/30/83 through 9/29/86, (35% FTE), $1,328,852.

**National Institutes of Health, Blood, Heart, and Lung Institute,** Co-Investigator (Pat Harris, PI): "Cardiovascular Control," Training Grant, 7/1/76through 6/30/88, (5% FTE), $459,282.

**Office of Naval Research**, Contract, Principal Investigator (20% FTE): "Cellular Mechanisms of Oxygen Toxicity", 1/1/68 through 9/31/81; $280,000.

---

**OTHER RESEARCH**

*"Ignorance never settles a question- Benjamin Disraeli."*

- **EXTRAMURAL COLLABORATIVE RESEARCH (Examples**): Dr. Dennis Flint, The DuPont Corporation, Wilmington, Delaware; Dr. James Fee, University of California at San Diego; Dr. Craig Lunte, Univ. of Kansas; J. R. Moffett, Georgetown University, Washington, D.C.; and Dr. Fong, Regional Mass Spectrometry Laboratory, Washington University, St. Louis**;** Dr. Ronald Grigsby, BDM Corp., Bartlesville, Oklahoma.
- **INTRAMURAL COLLABORATIVE RESEARCH (Examples):** Abraham Eisenstark, Biological Sciences, and Director of Cancer Research Center, stress defenses of *Escherichia coli*; and Albert Sun, Department of Pharmacology, Medical School, oxidant toxicity mechanisms and Parkinson's disease.

---

**SELECTED, INVITED PRESENTATIONS/PARTICIPATIONS at NATIONAL and INTERNATIONAL CONFERENCES, SYMPOSIA, and WORKSHOPS**
*"It is impossible to dissociate language from science or science form language. Lavoisier."*

- Sixth Annual Meeting of the Oxygen Society, presentation of the poster: Oxygen and Indoleamine or Tryptophan 2, 3- Dioxygenase of the Kynurenine Pathway by William Dale, November, 1999.
- Sixth Annual Meeting of the Oxygen Society, presentation of the poster: Hyperbaric Oxygen and Kynurenine Pathway Intermediates by William Dale, November, 1999.
- "American Society for Mass Spectrometry 1998 Meeting", meeting attended by associate with presentation of co-authored poster, June, 1998.
- "Second International Oxidative Stress and Brain Damage Symposium", Chicago, Ill., Sept., 1997.
- "Second International Meeting on Oxygen/Nitrogen Radicals and Cellular Injury", Sept., 1997.
- "Metals in Biology," Gordon Research Conference, Ventura, CA, January, 1990.
- "Oxygen Radicals in Biology", Gordon Research Conference, Ventura, CA, Feb.1989.
- "Development and Testing of a New Cigarette Which Heats Rather Than Burns Tobacco", workshop sponsored by R.J. Reynolds and Gradient Corp., St. Louis, Mo., Oct. , 1988.
- "Biological Data for Pharmacokinetic Modeling and Risk Assessment", workshop sponsored by International Risk Science Institute, U.S. EPA, Dow Chemical Co., American Industrial Health Council, American Petroleum Inst., Mobil Oil Corp., Proctor & Gamble, and Shell Oil, Asheville, NC, May, 1988.
- "Oxygen Free Radicals", Gordon Research Conference, Santa Barbara, CA, Feb., 1987.
- "Biology of Oxygen Radicals: An Overview", Chairman & Presenter in Session V: Oxygen Free Radicals in Health & Disease, American  Academy of Veterinary Pharmacology & Therapeutics, Lake Ozark, MO, June, 1986.
- "Metals in Biology", Gordon Research Conference, Santa Barbara, CA, Jan., 1986.
- "Oxygen Radical Toxicity", National Blood, Heart and Lung Institute's Frontiers of Science Symposium:  Washington, DC, Dec., 1986.
- "Philosophic and Scientific Implications of Evolution", Sigma-Xi invited speaker, Central Missouri State University, Warrensburg, March, 1984.
- "Cellular Redox Mechanism of Toxicity", invited speaker, The Toxicology Center, University of Iowa-Iowa City, September, 1982.
- "Oxygen and Redox-Active Drugs: Shared Toxicity Sites", invited Speaker, Symposium: The Role of Cellular Redox Balance in Toxicity, sponsored by Soc. of Toxicology, Boston, Feb., 1982.
- "Mechanisms of Toxicity of Selected Xenobiotics", invited keynote speaker, Missouri Academy of Science Annual Meeting, April, 1982.
- "Philosophic and Scientific Implications of Evolution", invited Panel Speaker for the Missouri Committee for the Humanities, UMC-St. Louis; November, 1982.

- "Cellular Sites and Mechanisms of Oxygen Toxicity", invited participant for the VII International Congress of Hyperbaric Medicine, Moscow, Russia; September, 1981.
- "Specific Enzymatic Sites and Cellular Mechanisms of Oxygen Toxicity", invited participant for Conference on "Biochemical and Clinical Aspects of Oxygen," Pingree Park Campus of Colorado State University, September, 1978.
- "Invited Panel on Oxygen Toxicity", Navy-wide Symposium on High Pressure Biomedical Research, Naval Coastal Systems Laboratory, Panama City, Florida, March, 1976.
- "A Microbiologist Looks at Mars", Central Methodist College, April 8, 1969 and Marillac College, St. Louis, MO, November, 1967.
- "The Living Cell", Northwest State University, Maryville, MO, October, 1967.

---

**POSTDOCTORAL FELLOWS TRAINED AND VISITING SCIENTISTS**
*"You cannot solve the problem with the same kind of thought that has created the problem. Albert Einstein."*

---

(1)  Nana Amiridze, Ph.D. and M.D.,  Neurosurgery, Thilisi Medical Institute, Georgia, USSR, and Residency in Neurosurgery at Burdenko Neurosurgical Institute in Moscow, Russia, Postdoctoral Fellow, 1997-1999.

(2)  Yuhong Dang, Ph.D., Molecular Science. Southern Illinois University, Postdoctoral Fellow to Research Associate 1996-2000; currently a scientific position in St. Louis.

(3)  Chunsheng Xia, Ph.D., Biochemistry. Southern Illinois University, Postdoctoral Fellow, 1996-97. Currently a scientific position in St. Louis.

(4)  Betty Blanchard, Ph.D., Physiology, University of Illinois, Postdoctoral Fellow, 1995-97. Current position unknown.

(5)  Bozena Draczynska-Lusiak, Ph.D.,  Bioorganic Chemistry, Agriculture Academy of Wroclaw, Postdoctoral Fellow to Research Associate, 1990-94. Currently a research position with the Medical School, University of Missouri.

(6)  Bassa Babu, Ph.D.,  Medical Biochemistry, University of Delhi; Postdoctoral Fellow to Research Associate, moved to Nephrology Research Labs, Dept. of Veterans Affairs, Long Beach, CA., 1990.

(7)  Smyk-Randall, Ph.D., Biochemistry, Southern Illinois University, Carbondale, IL; postdoctoral fellow, 1985-1990; obtained a position as research associate at the University at Chapel Hill, NC, and is currently with Health Decisions, LTD., Chapel Hill, N.C.

(8)  Tony Baumgartner, Ph.D., Cytogenetics, Postdoctoral Fellow, 1990;  obtained position as a Medical Technologist, Department of Pathology, University Hospital and Clinics, Columbia, MO.

(9)  Filippelli, F., Ph.D., Medicinal Chemistry, University of Iowa, Iowa City, Iowa; Postdoctoral Fellow, 1988-1989. Obtained a position as Assistant Professor, Drake University School of Pharmacy and Health Sciences, Des Moines, Iowa.

(10)  Siwecki, G., Ph.D., Agricultural Chemistry; (deceased); Postdoctoral Fellow, 1983.

(11)  Foudin, L., Ph.D., Fungal Genetics, Univ. of Georgia; Postdoctoral Fellow, 1978-79. Currently Health Scientist Administrator, National Institute for Alcohol Abuse and Alcoholism, Rockville, MD.

(12)  Charles Fisher, Ph.D., 1980; Visiting Scientist; current position unknown.

---

**DISSERTATIONS AND THESES DIRECTED**
*"I believe that in the end the truth will conquer- John Wycliffe."*

---

(1)  R. Seither:  "Redox Mechanisms of Toxicity:  Paraquat, Nitrofurantoin, and Streptonigrin", Ph.D., 1983. (Winner of award as best paper at Missouri Branch American Society for Microbiology, Kansas City, Missouri, April, 1982). Now Associate Professor, Department of Medicine, Medical College of Virginia, Richmond, Virginia.

(2)  Huda Amash:  "The Effects of Selected Free Radical Generating Agents on Metabolic Processes in Bacteria and Mammals", Ph.D., 1983.  Became Assistant Professor, Department of Biology, College of Science, University of Baghdad, Al-Jadria, Iraq; now Head of Iraq Academy of Science.

(3)  Mike Heitkamp:  "Inhibition of NAD Biosynthesis by Paraquat", M.S., 1980.  (Winner of award as best paper at Missouri Branch American  Society for Microbiology meeting jointly sponsored by Area of Microbiology, Fall, 1980.)  Now an Environmental Scientist, Monsanto Company, St. Louis, Missouri.

(4)  R. Seither:  "Induction of the Stringent Genetic Response in Escherichia coli by Hyperbaric Oxygen Poisoning", M.S., 1979. (Winner of award as best paper at Missouri Branch American Society for Microbiology, Spring, 1979.)  Continued for the doctorate.

(5)  D. Boehme:  "Inhibition of Amino Acid Biosynthesis by Hyperoxia." (Winner of award as best paper at Missouri Branch of the American Society for Microbiology meeting, Spring, 1976.) Program terminated without Ph.D.

(6)  R. Mathis:  "Effect of Hyperoxia on ATP Concentration in Escherichia coli", M.S., 1974.  (Winner of Microbiology Area award as best paper in competition with M.S. and Ph.D. students in Microbiology, University of Missouri four campus system.) Mathis obtained the doctorate and has advanced in rank in the Department of Biology, Canissius College in Buffalo, New York.

(7)  J. Stees:  "Hyperoxia:  Effects on Fatty Acid Synthetase of Escherichia coli and Bakers' Yeast", Ph.D., 1972. Currently has a position in banking.

(8)  R. Brunker: "Effect of Hyperoxia on NAD(H) and NADP(H) in Escherichia coli", M.S., 1971. Obtained the D.D.S. and is a practicing dentist.

(9)  H. Howitt: "Effect of Hyperoxia on Fatty Acid Synthetase in Escherichia coli", M.S., 1971 (deceased).

(10)  J. Stees: "The Red Pigment of Nocardia corallina", M.S., 1967 (Continued for doctorate with me).

(11)  D. Huggett: "Toxicity of Hyperoxia for Microbes", M.S., 1967. Obtained doctorate and advanced to be Director, Quality Control, Immuno-U.S., Inc., Rochester, Michigan.

(12)  S. Reda "Permeability and Metabolic Changes in Nocardia corallina", M.S. in 1966 and obtained an M.D. and is practicing medicine in Wheaton, Illinois.

## GRADUATE DEGREE COMMITTEE SERVICE
*"Truth exists, only falsehood has to be invented- Georges Braque."*

(1)  Roger L. Anderson, M.S., Aug., 1965, Frank Engley, mentor, Department of Microbiology, School of Medicine, thesis title: Inhibition and Selection of Streptococcus pyogenes; obtained doctorate and moved to the Center for Disease Control, Atlanta, Ga.

(2)  Shang Woo Hwang, M.S., May, 1966, Robert Wixom, mentor, Department of Biochemistry, thesis title: "Valine Biosynthesis in Clostridia"; obtained the Ph.D. in Pharmacology with Dr. Waisalait; moved to the Federal Department of Agriculture.

(3)  Michael P. Kiley, M.S., Aug. 1967, Joseph Parisi, mentor, Department of Microbiology, School of Medicine, thesis title: "Some Chemical Factors Affecting the Selection of Variants of Staphylococcus aureus"; and moved to the Center for Disease Control, Atlanta, Ga.

(4)  Augustine Joseph, M.S., May, 1969, Robert Wixom, mentor, Department of Biochemistry, thesis title: "Amino Acid Metabolism in Propionibacterium and Hydorgenomous"; and moved to the Quartermaster Corps., Nadick, Mass.

(5)  David Weddell, Ph.D., May, 1969, Area of Microbiology, Dr. Robert Marshall, mentor. Dissertation title: "Growth Stimulation of Pathogenic Micrococci by Factors in Digests of DNA and in Leukocytes of Milk"; and moved to become in charge of production development for Mid-American Dairymen, Springfield, IL.

(6)  Russell J. Semmaro, Ph.D., 1970, Robert Wixom, mentor, Department of Biochemistry, dissertation title: "Valine and Isoleucine Biosynthetic Enzymes in Photoorganotrophs"; obtained the M.D. in Ophthalmology; and established practice in Ithica, N.Y.

(7)  Russell Baskett, Ph.D., Aug., 1971, David Hentges, mentor, Department of Microbiology, School of Medicine, dissertation title: "Mechanism of Shigella Inhibition by Acetic Acid"; current position unknown.

(8)  Jeffrey Bruce Cooper, Ph.D., May, 1972, Allen W. Hahn, mentor, Department of Veterinary Medicine and Bioengineering, dissertation title: "Mechanism of Oxygen Reduction on Platinum in Saline and Effects of Interstitial Fluid"; obtained position as Associate Professor,

Biomedical Engineering, Massachusetts General Hospital, Harvard, Massachusetts

(9)  Rial DeWitt Rolfe, Ph.D., May, 1978, David Hentges, mentor, Department of Medical Microbiology, dissertation title: "A Biochemical Basis of Obligate Anaerobiosis"; obtained position as Associate Professor of Microbiology, School of Medicine, Texas Tech. University Hospital and clinic, Lubbock, Texas.

(10)  Linda Austin-Martin, M.A., December, 1980, Department of Health and Physical Education, Ben R. Londeree, mentor, thesis title:  "The Effect of Training Intensities on Maximal Steady State Oxygen Consumption and Maximal Oxygen Consumption ", obtained a position as a fitness consultant in Phoenix, Arizona.

(11)  Fred Murdock, M.S., December, 1982, Food Science and Nutrition, Dr. Marion Fields, mentor; thesis title: "B-Vitamin Content of Corn Mean During Natural Fermentation", completed doctorate and obtained position as Assistant Professor of Food Chemistry, University of Wisconsin.

(12)  Laphaviranit, Laddavan, Ph.D., May, 1982, Area of Microbiology, Dr. Robert Marshall, mentor, dissertation title: "Interaction of Protease Preparation from Pseudomonas fluorescence with Bovine Milk Xanthine Oxidase"; obtained position as Associate Professor of Biochemistry, Madel University, Bangkok, Thailand.

(13)  Thomas  P. LaFontaine, Ph.D., December, 1983, Department of Health and Physical Education, Ben R. Londeree, mentor, dissertation title: "The Effect of Intensity and Quantity on Exercise Training on the Aerobic and Anaerobic Thresholds"; became Director of Cardiovascular and Pulmonary Rehabilitation, Boone Hospital Center, Columbia, MO.

(14)  Mark Allen Smith, M.S., May, 1986, Department of Chemical Engineering, Rakesh K. Bajpai, mentor, thesis title: "Controlled Cultivation of Escherichia coli Through Regulation of the Oxygen Demand by Substrate Feeding"; obtained position with Eli Lilly, Indianapolis, IN.

(15)  Deborah A. Hoxworth, M.S., December, 1987, Department of Health and Physical Education, Ben R. Londeree, mentor, thesis title: "Caffeine's Effect on Energy Substrate Systems During Cycling at Two Intensities"; obtained position with the Pritiken Center, Philadelphia, Pennsylvania.

(16)  Sudhir Samuel John Batchu, M.S., May, 1988, Department of Veterinary Microbiology, Theodore Green, mentor, thesis title: "Application of Monoclonal Antibodies as Drug Mediated Carriers in *P. falciparum* Erythrocytic Stage Cultures"; has a foreign M.D. and obtained a residency training at the University of Missouri.

(17)  Melissa  Stuart, Ph.D., May, 1989, Department of Veterinary Microbiology, Theodore Green, mentor, dissertation title: "The Protective Roles of Monoclonal Rheumatoid Factors in Immunity to Malaria"; obtained a postdoctoral fellowship with Wendel Burkholder, U.S.D.A. ARS Stored Product Insect Research Unit, Entomology Department, Russell Labs, Madison, Wisconsin.

(18)  Mark Basecka, Ph.D., May, 1992, Department of Health and Physical Education, Ben R. Londeree, mentor, dissertation title: "The Relationships Among Exercise Blood Lactate Response, Muscle Blood Flow, and Oxidative Adaptation to Endurance Training in the Rat". Current position unknown.

(19)  Se Yoon, M.S., August 1993, Department of Chemistry, William Bunnelle mentor, Research topic: "Kinetic Studies of the Reduction of Ozonides by Phosphines."  Current position unknown.

(20)  Lillian Novela, doctoral candidate whose program was terminated in Physiology in 1997.

(21)  Jeong Sook Kim-Han completed doctoral program in summer, 1998 in Pharmacology, with a dissertation related to Parkinson's disease.  Current position unknown.

- **COURSES TAUGHT:**  Morphology and Variation in Bacteria, Pathogenic Bacteriology (guest lecturer),Microbiology for Medical Students (team taught), Microbiology for Nurses (team taught), Veterinary Microbiology (team taught), Pharmacology (guest lecturer), Microbial Physiology, Physiological Chemistry (team taught), Veterinary Cellular and Molecular Biology (team taught), and Toxicology (guest lecturer).

- **COMMITTEE APPOINTMENTS:**  Facilities Committee, Dalton Cardiovascular Research

Center; Faculty Search Committee, Veterinary Biomedical Sciences; Promotion and Tenure Committee, College of Veterinary Medicine (Chairman); Faculty Council Task Force: Administrative Review, Campus-wide; Research and Development Committee, Medical Center; Planning Committee for Atmospheric and Earth Sciences, Campus-wide; Scholarship and Awards Committee, Medical Center; Membership Committee of the Society of the Sigma Xi; Developer/Chairman, Area of Microbiology Graduate Student Research Award; Manuscript Review and Editing Committee, Veterinary Medical School; School of Veterinary Medicine Bulletin Committee; Policy Committee, Dalton Research Center; Medical Center Animal Care Committee; Medical Safety and Subcommittee Chairman for Laboratory Safety; Graduate Fellowship Committee, Dalton Research Center; Engineering Services Committee (Chairman) Dalton Research Center; Campus Library Committee (Budget Subcommittee Chairman); University-wide Safety Committee; Campus Committee, Review of Research Involving Human Subjects (Vice-Chairman); Promotion and Tenure Committee, Department of Veterinary Microbiology; Doctoral Faculty Review Committee; Graduate Faculty Senate and Special Task Force for Administrative Overview, and Academic Affairs Subcommittee; Biomedical Sciences Departmental Promotion and Tenure Committee (Chairman).

- **PERSONAL INFORMATION:** Married to Pollyana J. (nee King) Brown, retired mental health counselor. Daughter Barbara Engler, Architect and Manager with Jacobs Engineering, St. Louis, MO. Daughter Diana Allen, Field Mgr, Rivers and Trails Conservancy, National Parks Service, St. Louis, MO. Son David G. Brown, attorney, Private Practice, Brown Law Office, Columbia, MO Avocations: previously long-distance (including marathon) running, track officiating, oil, painting and pencil drawing; and my religious preference is Baptist.

---

**BIBLIOGRAPHY**

*"Science is the search for truth- it is not a game in which one tries to best his opponent; to do harm to others- Linus Pauling."*

---

My h-index by the Harzing formula (an equation for calculating the impact of a scientist's publications) was 19 (top 20% of scholars). My score on Research Gate was 92.75 (higher than 92.5% of Research Gate members which are 16 million worldwide). Research Gate was, founded in 2008 by two physicians and a computer scientist. Its mission is to access and share scientific output, knowledge, and expertise to advance scientific research. They self-describe the Research Gate score as a new way to measure scientific reputation. The Research Gate score is based on publications by the individual scientist and how other scientists interact with that science content on Research Gate.

My publications have been cited 1,767 times by other scientists. I have a Preprint on Covid-19 viewed 3225 times.

I have published peer reviewed papers in Science, Nature, and the Journal of Biochemistry; each has a highly-ranked impact factor (officially determined assessment of value to scientists). The 2015 impact factor for Nature was 41.456, which ranked number one of 56 in the category, Multidisciplinary Sciences; Science had an impact factor of 33.611; and the Journal of Biochemistry, 4.573.

**Journal Papers:**

(1)   Olen R. and Clark, J.B. Studies on the life cycle of *Nocardia corallina.*  Proc. Okla. Acad. Sci.  40:56-58 (1960).

(2)   Brown, Olen R. and Clark, J.B. The tricarboxylic acid cycle in *Nocardia corallina.* Proc. Okla. Acad. Sci. 41:94-98 (1961).

(3) Brown, Olen R. Metabolism, Morphogenesis and Pigmentation in *Nocardia corallina* Dissertation 1964. [Note: I have listed my dissertation here because it is cited in Harzings and is available in the open literature.] [1]

(4)   Brown, Olen R. and Clark, J.B. Evidence for the Pentose Cycle in *Nocardia corallina.* Proc. Soc. Exp. Biol. Med. 122:887-890 (1966).

(5)   Brown, Olen R. and Clark, J.B. Fragmentation in *Nocardia corallina*. J. Gen. Microbiol.  45:525-530 plus 4 plates (1966).

(6)   Brown, Olen R. and Clark, J.B. Pigment of *Nocardia corallina*. J. Bacteriol. 92:1844-1845 (1966).

(7)   Brown, Olen R. Instrumented Quantification of Live Bacteria in the Presence of Dead Cells.  Applied Microbiol. 14:1054-1055 (1966).

(8)   Brown, Olen R. and Reda, S. Enzyme and Permeability Changes during Morphogenesis of *Nocardia corallina*. J. Gen. Microbiol. 47:199-205 (1967).

(9)   Brown, Olen, R., Silverberg, R., and Huggett, D.O. Synergism between Hyperoxia and Antibiotics for *Pseudomonas aeruginosa*. Applied Microbiol. 16:260-262 (1967).

(10)   Brown, Olen, R. and Huggett, D.O. Effects of Hyperoxia upon Microorganisms. I. Membrane Culture Techniques for Exposing Cells Directly to Test Atmospheres. Appl. Microbiol. 16:476-479 (1968).

(11) Silverberg, D.O. and Brown, O.R. Synergism between Hyperoxia and Antibiotics for *Pseudomonas aeruginosa*. Applied Microbiology 16(2) 1968.

(12)   Stees, J.L., Brown, O.R., and Grigsby, R.D. Structural Features of the Major Pigment Component of *Nocardia corallina*. Microbios. 2:199-200 (1969).

(13)   Brown, O.R. and Howitt, H.F. Growth Inhibition and Death of *Escherichia coli* from $CO_2$ Deprivation.  Microbios 3:241-246 (1969).

(14)   Brown, O.R., Stees, J.L., Mills, D.F., Davis, R., and Major, S. Killing Kinetics of *Escherichia coli* in a Carbon Dioxide Deficient, Pure Oxygen Environment. Microbios. 3:267-272 (1969).

(15)   Brown, O.R., Howitt, H.F., Stees, J.L., and Platner, W. Effects of Hyperoxia on Composition and Rate of Synthesis of Fatty Acids in *Escherichia coli*. J. Lipid Research 12:692-698 (1971).

(16)   Brown, O.R. Resistance of Oxidative Phosphorylation in *Escherichia coli* to Hyperoxia. J. Bioenergetics 2:217-220 (1971).

(17)   Brown, O.R. and Barrett, E. Modification of a Fermentor for Pressurized Fermentation. Biotechnology and Bioengineering 13:703-707 (1971).

(18)   Brunker, R.L. and Brown, O.R. Effects of Hyperoxia upon Oxidized and Reduced NAD and NADP Concentrations in *Escherichia coli.* Microbios 4:193-203 (1971).

(19)   Brown, O.R. Correlations between Sensitivities to Radiation and to Hyperoxia in Microorganisms. Radiation Research 50:309-318 (1972).

(20)   Brown, O.R. Reversible Inhibition of Respiration in *Escherichia coli*. Microbios 5:7-16 (1972).

(21)   Brown, O.R. and Peterson, D. Sensitivity to Oxygen at High Pressure of Radioresistant and Radiosensitive Strains of Bacteria. Aerospace Medicine. 44:71-73 (1973).

(22)   Brown, O.R. Inhibition of Escherichia coli on Cellulose Acetate Membrane Filters. Microbios 7:235-240 (1973).

(23)   Stees, J.L. and Brown, O.R. Susceptibilities of Intracellular and Surface Sulphydryl Groups of *Escherichia coli* to Oxidation by Hyperoxia. Microbios 7:247-266 (1973).

(24)   Stees, J.L. and Brown, O.R. Stability of Yeast Fatty Acid Synthetase Component Enzymes to Irreversible Inactivation by Hyperbaric Oxygen. Microbios 8:247-256 (1973).

(25)   Brown, O.R., Dexter, J., and Yein, F. Bacterial Quantification in Wounds by an Isotopic Method. I.R.C.S. 2:1333 (1974).

(26)   Brown, O.R. Yeast Fatty Acid Synthetase:  A Proposed Binding Site for Coenzyme A with Consequences for Chain Initiation and Chain Termination. J. Theoretical Biology 47:137-144 (1974).

(27)   Brown, O.R. and Barton, J. Automated Instrument for Measuring Biological Transport Kinetics Over Intervals of a Few Seconds. Biotechnology and Bioengineering 16:1645-1657 (1974).

(28)   Brown, O.R. Failure of Lipoic Acid to Protect Against Cellular Oxygen Toxicity in *Escherichia coli*. Microbios. 14:205-217 (1975).

(29)   Brown, O.R. and Mathis, R.R. ATP Changes in *Escherichia coli* During Oxygen Toxicity.  I.R.C.S. 3:557 (1975).

(30)   Brown, O.R. Lethality of $CO_2$ – Deprivation for Some Bacteria. I.R.C.S. 3:802

(1975).

(31)   Mathis, R.R. and Brown, O.R. ATP Concentration in *Escherichia coli* During Oxygen Toxicity. Biochimica et Biophysica Acta 440:723-732 (1976).

(32)   Brown, O.R. and Hines, M.B. Selective Toxicity of One Atmosphere of Oxygen during Morphogenesis of Two Lepidopterans. Aviation Space and Environmental Medicine 47:954-957 (1976).

(33)   Boehme, D.E., Vincent, K., and Brown, O.R. Oxygen Toxicity: Inhibition of Amino Acid Biosynthesis. Nature 262:418-420 (1976).

(34)   Brown, O.R. and Stees, J.L. Simple Assay for the Condensation Component Enzyme (ß-ketoacyl synthetase) of Fatty Acid Synthetase. Microbios 17:17-21 (1976).

(35)   Yein, F. and Brown, O.R. Comparative Inactivation of Yeast Fatty Acid Synthetase Component Enzymes by 100 Atmospheres of Oxygen. Biochimica et Biophysica Acta 486:421-428 (1977).

(36)   Brown, O.R., Yein, F., Mathis, R.R., and Vincent, K. Oxygen Toxicity: Comparative Sensitivities of Membrane Transport, Bioenergetics and Synthesis in *Escherichia coli*. Microbios 18:7-25 (1977).

(37)   Brown, O.R. and Yein, F. Dihydroxyacid Dehydratase:  The Site of Hyperbaric Oxygen Poisoning in Branched-Chain Amino Acid Biosynthesis. Biochem. Biophys. Res. Comm. 85:1219-1224, (1978).

[38] Brown, O. R., F. Yein, and D. Boehme. Bacterial Sites of Oxygen Toxicity Potentially Common to Red Cells and Erythropoiesis. Progress in Clinical and Biological Science. The Red Cell, Proceedings 4th International Conference on Red Cell Metabolism and Function, Ed. by G.J. Brewer, Alan R. Liss, Pub., pp. 701-714 (1978).

(39)   Brown, O.R, and Yein, F. Sensitivity to and Site of Oxygen Poisoning in *Escherichia coli.* Fifth International Symposium on Intestinal Microecology, Ed. by D. Hentges and T.D. Lucky. American Journal of Clinical Nutrition 32:267 (1979).

(40)   Brown, O.R., Boehme, D., and Yein, F. Fructose I, 6-diphosphatase: A Cellular Site of Hyperbaric Oxygen Toxicity.  Microbios 23:175-192 (1979).

(41)   Brown, O.R., Yein, F., Boehme, D., Foudin, L., and Song, C.S. Oxygen Poisoning of NAD Biosynthesis:  A Proposed Site of Cellular Oxygen Toxicity. Biochemical and Biophysical Research Communications 91:982-990 (1979).

(42)   Brown, O.R. and Song, C.S. Pyridine Nucleotide Coenzyme Biosynthesis:  A Cellular Site of Oxygen Toxicity. Biochem. Biophys. Res. Commun. 93:172-178 (1980).

(43)   Brown, O.R., Gilliland, P.L., Lees, A.C., Fee, J.A., Block, P.L., and Neidhardt, F.C. Oxygen Stasis of Bacterial Growth:  Analogy between the Stasis of *E. coli* by Hyperbaric Oxygen and by Paraquat. Biochem. International 1:304-311 (1980).

(44)   Brown, O.R., Heitkamp, M., and Song, C.S. Niacin Reduces Paraquat Toxicity for Rats. Science 212:1510-1512 (1981).

(45)   Heitkamp, M. and Brown, O.R. Paraquat Toxicity:  Inhibition of NAD Biosynthesis in *Escherichia coli.* Biochimica et Biophysica Acta 676:345-349 (1981).

(46)   Seither, R.L. and Brown, O.R. Induction of Stringency by Hyperoxia in *Escherichia coli.* Cellular and Molecular Biology 28:285-291 (1982).

(47)   Heitkamp, M. and Brown, O.R. Specific, Cellular Mechanisms of Paraquat Toxicity. Technical Papers of the Bureau of Sports Fisheries and Wildlife,107.  Impact of Xenobiotic Chemicals on Microbial Ecosystems, B.T. Johnson, ed., U.S. Dept. of Interior, Fish and Wildlife Service, Washington, D.C., 29-36 (1982).

(48)   Brown, O.R. and Seither, R.L. Oxygen and Redox-Active Drugs: Shared Toxicity Sites. Fundamental and Applied Toxicology 3:209-214 (1983).

(49) Seither, R.L. and Brown, O.R. Toxicity of Paraquat and Nitrofurantoin via Induction of Genetic Stringency. J. Tox. and Environ. Health 14:763-771 (1984).

(50)  Brown. O.R. Biology of Oxygen Radicals:  An Overview. In New Perspectives in Veterinary Pharmacology and Therapeutics, Proc. 5th Biennial Symposium ed. by A. Allert and Richard Adams, pp. 190-199 (1987).

(51)  Brown, O.R., Amash, H.S., Perkins, W.E. and Schroder, R.L. Doxorubicin Decreases Cardiac Pyridine Nucleotide Coenzymes in the Bertazzoli Mouse Model. Medical Science Research 15:563-565 (1987).

(52)  Smyk-Randall, E.M. and Brown, O.R. A Reverse-Phase High-Performance Liquid Chromatography Assay for Dihydroxyacid Dehydratase. Analytical Biochemistry 164:434-438 (1987).

(53)  Brown, O.R. and Green, T.J. Oxidant-Stress:  A Possible Approach to Malaria Chemotherapy. Medical Science Research 15:563-565 (1987).

(54)  Laughlin, M.H., Smyk-Randall, E. M., Novotny, M.H., Brown, O.R. and Adams, H.R. Coronary Blood Flow and Cardiac Adenine Nucleotides in *Escherichia coli* Endotoxemia in Dogs: Effects of Oxygen Radical Scavengers. Circulatory Shock 25:173-185 (1988).

(55)  Brown, O.R. and Seither, R.L. Paraquat Inhibits NAD Biosynthesis at the Quinolinic Acid Synthetase Site. Medical Science Research 17:819-820 (1989).

(56)  Siwecki, G. and Brown, O.R. Overproduction of Superoxide Dismutase Does Not Protect *Escherichia coli* from Stringency-Induced Growth Inhibition by Paraquat. Biochemistry International 20:191-200 (1990).

(57)  Seither, R.L. and Brown, O.R. Paraquat Toxicity and Pyridine Nucleotide Coenzyme Biosynthesis:  A Data Correction. Free Radical Biology and Medicine 8:113-116 (1990).

(58)  Brown, O.R. Persistence of Reverse Glycolysis in *Escherichia coli* Poisoned by Hyperbaric Oxygen. Microbios 62:179-186, 1990.

(59)  Laughlin, M.H., Simpson, T., Smith, J.K., Sexton, W.L., Brown, O.R. and Korthuis, R.J. Skeletal Muscle Oxidative Capacity, Antioxidant Enzyme Levels and Exercise Training, J. Appl. Physiol., 68(6):2337-2343 (1990).

(60)  Brown, O.R. Mechanisms of Hyperbaric-Oxygen Inhibition of Growth and Net Biosynthesis of RNA, DNA, Protein, and Lipid in *Escherichia coli*. Microbios 64:135-151 (1990).

(61)  Seither, R.L. Babu, B. and Brown, O.R. Lung Contains an Inhibitor for Nicotinatemononucleotide Pyrophosphorylase of NAD Biosynthesis. Life Sciences 48:253-259 (1991).

(62)  Landreneau, R., Nawaranong, W., Laughlin, H., Ripperger, J., Brown, O.R., McDaniel, W., McKown, I. and Curtis, J. Direct $CO_2$ Laser "Revascularization" of the Myocardium. Lasers in Surgery and Medicine 11:35-42 (1991).

(63)  Draczynska-Lusiak, B. and Brown, O.R. Protein A of Quinolinate Synthetase is the site of Oxygen Poisoning of Pyridine Nucleotide Coenzyme Synthesis in *Escherichia coli*. Free Radical Biology and Medicine 13:689-693 (1992).

(64)  Smyk-Randall, E., Brown, O.R., Wilke, A., Eisenstark, A and Flint, D.H. Near Ultraviolet Light Inactivation of Dihydroxy-acid Dehydratase in *Escherichia coli*. Free Radical Biology and Medicine 14:609-613 (1993).

(65)  Flint, D.H., Smyk-Randall, E., Tuminello, J., Draczynska-Lusiak, B. and Brown, O.R. The Inactivation of Dihydroxy-acid Dehydratase in E. coli Treated with Hyperbaric Oxygen Occurs Because of the Destruction of its Fe-S Cluster, but the Enzyme Remains in the Cell in a Form That Can Be Reactivated.  J. Biol. Chem. 268:25547-25552 (1993).

(66)  Lusiak-Draczynska, Bozena, and Brown, O.R. Asparagine Synthetase: an Oxidant-Sensitive Enzyme in *Escherichia coli*.  Microbios 77:141-152 (1994).

(67)  Brown, O.R., Smyk-Randall, E., Lusiak-Draczynska, B., and Fee, J. Dihydroxy-Acid Dehydratase, a [4Fe-4S] Cluster containing enzyme in *Escherichia coli*:  Effect of Intracellular Superoxide Dismutase on its Inactivation by Oxidant Stress. Archives of Biochem. Biophys. 319:10-22 (1995).

(68)  Babu, B., and Brown, O.R. Quantitative Effects of Redox-Cycling Chemicals on the Oxidant- Sensitive Enzyme Dihydroxy-Acid Dehydratase. Microbios 82:157-70 (1995).

(69)  Brown, O.R., and Lusiak-Draczynska, B. Oxygen Inactivation of Quinolinate-Producing and Iron-Requiring 3-Hydroxyanthranilic Acid Oxidase: A Role in Hyperbaric Oxygen-Induced Convulsions? Redox Report 1:383-385 (1995).

(70)  Amash, H.S., Brown, O.R., Padron, V.A. Protection by Selective Amino Acid Solutions Against Doxorubicin Induced Growth Inhibition of *Escherichia coli*. General Pharmacology 26: 983-987 (1995).

(71)  Chunsheng Xia, Juhong Dang, and Olen R. Brown. HPLC Analysis of Quinolinic Acid, a NAD Biosynthesis Intermediate, after Fluorescent Derivatization in an Aqueous Matrix. Microbios 94:167-181 (1998).

(72)  Yuhong Dang and Olen R. Brown. Effects of Oxygen on 3-Hydroxyanthranilate

Oxidase of the Kynurenine Pathway. Free Radical Biology and Medicine 25:1033-1043 (1998).

(73)  Nana Amiridze, Yuhong Dang, and Olen R. Brown. Hydroxyl Radicals Detected via Brain Microdialysis in Rats Breathing Air During Hyperbaric Oxygen Convulsions. Redox Report 4:165-170 (1999).

(74) Yuhong Dang, William Dale, and Olen R. Brown. Comparative Effects of Oxygen on Indoleamine 2, 3-Dioxygenase and Tryptophan 2, 3-Dioxygenase of the Kynurenine Pathway. Free Radical Biology and Medicine 28: 615-624 (2000)

(75) Yuhong Dang, W. E. Dale, and O. R. Brown. Effects of oxygen on Kynurenine 3-Monooxygenase Activity. Redox Report 5 (1) ( 2000).

(76) William Dale, Yuhong Dang, and Olen R. Brown. Tryptophan Metabolism through the Kynurenine Pathway in Rat Brain and Liver Slices. Free Radical Biology and Medicine 29:191-198 (2000).

(77) W. E. Dale, Yuhong Dang, Nana Amiridze, and Olen R. Brown. Evidence that Kynurenine Pathway Metabolites Mediate Hyperbaric Oxygen Induced Convulsions. Toxicology Letters 117:37-43 (2000).

(78) Brown, O. R. The $h_b$-index, a modified $h$-index designed to more fairly assess author publication impact. Redox Report 17(4):176-178 (2012).

(79) Bassa, B. V. and Brown, O. R. The paradoxical effect of paraquat on leucyl- tRNA levels in *E.coli* provides new insights for amino acid therapy in humans. CellBio 7, 51-62, 2018.

(80) Bassa, B. V. and Brown, O. R. Comparative analysis of Coronaviridae nucleocapsid and surface glycoprotein sequences. Frontiers in Bioscience, Landmark, 25, Issue 10, 1894-1900, June 1 (2020).  https://www.fbscience.com/Landmark/articles/25#issue3

(81)  Hullender, D. A. and Brown, O. R. Simulations of blood pressure and identification of atrial fibrillation and arterial stiffness using an extended Kalman filter with oscillometric pulsations measurements. Computer Methods Programs Biomed. Jan;198:105768. Doi: 10.1016/j.cmpb.2020.105768. Epub 2020 Oct 22.

(82) Bassa, B and Brown, O. R. D614 is located in a densely hydrophobic spike glycoprotein motif conserved in the *Sarbecovirus* group. Current Topics in Biochemical Research, Vol. 21,59-65 (2020).

(83) Brown, O. R. and Hullender, M. Vitamin $D_3$ Deficiency and COVID-19. Coronaviruses. Letter to Editor. Coronaviruses Vol. 1. 1 No.00 (2020).

(84)  Brown, O. R. Law Science (Forensics) and COVID-19. Academia Letters (2021) Article 1568 https://doi.org/10.20935/AL1568

(85) Brown, O. R. COVID-19: We are at War, by Analogy, with the Coronavirus. (July 2021). Article 2921. https://doi.org/10.20935/AL2921

(86) Brown, Olen R. Covid-19, Time to Change Course. Imaging Journal of  Clinical and Medical Science 8(1):001-001.. DOI: https://dx.doi.org/10.17352/2455-8702.000131 (2021).

(87) Brown, Olen R. Methamphetamine and amphetamine detection, impairment, positive reporting concentrations, and Paracelsus. J. Forensic Sci. 66:2069-2070 (2021).

(88) Brown, O. R. and Hullender, D. A. Neo-Darwinism must Mutate to survive. Progress in Biophysics and Molecular Biology. 172: 24-38 (1922). Doi:10.1016/j.pbiomolbio.2022.040005.

(89) Hullender, D. A. and Brown, O. R. Non-Invasive Blood Pressure Total Waveform Monitoring Using Information Extracted by an Extended Kalman Filter Algorithm from Pulsations in an Oscillatory Cuff. European Society of Medicine. Vol 11 No 3 (2023): March issue, Volume 11, Issue 3.

(90) Brown, O. R. and Hullender, D. A. Biological Evolution Requires an Emergent , Self-organizing Principle. Progress in Biophysics and Molecular Biology. In the Press, May, 2023.

Preprints:
(91)  Brown, O.R. COVID-19; we don't know what we don't know. REVIEW. Preprints. https://www.preprints.org/manuscript/202007.0681/v1

(92)  Bassa, B. V. and Brown, O.R. D614 Residue Belongs to a Highly Conserved Peptide Motif in Sarbecovirus Group and the D614G Mutation of SARS-CoV-2 Spike Protein Appeared Once in SARS-CoV. Preprints. https://www.preprints.org/manuscript/202007.0488/v1.

Book Contributions:

(93)  Brown, O.R. and Stees, J.L. Oxygen Sensitivity of Radioresistant and Radiosensitive Strains of Bacteria. Fifth International Hyperbaric Congress Proceedings, Vol. II. Ed. by W.G. Trapp, E.W. Banister, A.J. Davison, and P.A. Trapp. Simon Fraser University, Burnaby 2, B.C., Canada, pp. 939-940 (1974).

(94)  Brown, O.R. and Stees, J.L. Resistance of Yeast Fatty Acid Synthetase Component Enzymes to Inactivation by Hyperbaric Oxygen. Fifth International Hyperbaric Congress Proceedings, Vol. I. Ed. by W.G. Trapp, E.W. Banister, A.J. Davison, and P.A. Trapp.  Simon Fraser University, Burnaby 2, B.C., Canada, pp. 172-182 (1974).

(Unnumbered: See Note immediately below) Brown, O.R., Yein, F., and Boehme, D. Bacterial Sites of Oxygen Toxicity Potentially Common to Red Cells and Erythropoiesis. The Red Cell, Proceedings 4th International Conference on Red Cell Metabolism and Function, Ed. by G.J. Brewer, Alan R. Liss, Pub., pp. 701-714 (1978). [Note: this paper is not numbered because although it is a book contribution it has been listed as a publication in my record with Harzing; therefore, I have listed it in the prior section and keep it here also because it is a book contribution.]

(95)  Brown, O.R. Cellular Sites of Oxygen Toxicity.  Proceedings of the 6th International Congress on Hyperbaric Medicine, Ed. by G. Smith, Aberdeen University Press, pp. 18-21 (1979).

(96)  Brown, O.R. Specific Enzymatic Sites and Cellular Mechanisms of Oxygen Toxicity. Biochemical and Clinical Aspects of Oxygen, edited by W.S. Caughey, pp. 755-766, Academic Press, NY (1979).

(97)  Brown, O.R., Seither, R.L., Song, C.S., Heitkamp, M.A., and Amash, H.S. Mechanisms of Toxicity of Hyperbaric Oxygen and Redox-Active Chemicals. Hyperbaric Medicine: Proceedings of the VII International Congress, edited by S.N. Yefuni, Nauka Publishing Office, Moscow, Vol. 2:116-120 (1983).

LABORATORY MANUALS:

(98)  Engley, F.B., Jr., Goldberg, H.S., Barrett, J.T., Durand, D.P, and Brown, O.R. Advanced Laboratory Manual for Medical Microbiology, Lucas Brothers Publishers, Columbia, Missouri (1965).

(99)  Engley, F.B., Jr., Goldberg, H.S., Barrett, J.T., Durand, D.P., and Brown, O.R. Elementary Laboratory Manual for Medical Microbiology, Lucas Brothers Publishers, Columbia, Missouri (1965).

(100) Brown, O.R. Laboratory Manual for Veterinary Microbiology.  Lucas Brothers Publishing Co., Columbia, Missouri (1973).

**ABSTRACTS, LETTERS:**

(101)  Brown, Olen R. and Clark, J.B. The pentose cycle in *Nocardia corallina*. Bacteriol. Proc. 16:116 (1963).

(102)  Brown, Olen R. Metabolism, Morphogenesis and Pigmentation in *Nocardia corallina.* Dissertation Abstracts, 64-1 (1964).

(103)  Brown, Olen R., Stees, J.L., Mills, D.F., and Davis, R. Effects of Hyperoxia Upon Microorganisms. Trans. Missouri Acad. Sci. 2:118 (1968).

(104)  Brown, Olen, R. Mechanisms of Oxygen Toxicity at the Cellular Level. ONR Report DR-146, pp. 50-51. Microbiology Program Code 440, Office of Naval Research, Arlington, Virginia (1969).

(105)  Howitt, H.F. and Brown, O.R. Inhibition of Fatty Acid Synthesis in *Escherichia coli* by Oxygen at High Pressure. Trans. Missouri Acad. Sci. 3:100 (1969).

(106)  Brown, O.R. Survival of Bacterial Cells in Hyperoxic Environments. In:  Extreme Environments, Mechanisms of Microbial Adaptation, p.50. NASA-Ames Res. Center, Moffett Field, California (1970).

(107)  Brunker, R.L. and Brown, O.R. Effects of Hyperoxia on Oxidized and Reduced NAD and NADP in *Escherichia coli.* In: Aerospace Medical Pre-prints of Scientific Program, pp. 100-101. Aerospace Medical Association, Washington National Airport, Washington, D.C. (1970).

(108)  Brown, O.R. Mechanisms of Oxygen Toxicity at the Cellular Level. Progress Report Abstracts pp. 49-50. Microbiology Program Code 440, Office of Naval Research,

Arlington, Virginia (1970).

(109)  Brown, O.R. Correlations Between Sensitivity to Radiation and Hyperoxia in Microorganisms. Trans. Missouri Acad. Sci., 5:131 (1971).

(110)  Brown, O.R. Mechanisms of Oxygen Toxicity at the Cellular Level. ONR Report ACR-174, pp. 49-50. Microbiology Program Code 440, Office of Naval Research, Arlington, Virginia (1971).

(111)  Stees, J.L. and Brown, O.R. Effects of Hyperoxia on Fatty Acid Synthetase. Fifth Symposium on Underwater Physiology Pre-prints, p. 79 (1972).

(112)  Brown, O.R. Mechanisms of Oxygen Toxicity at the Cellular Level. ONR Report ACR-180, pp. 19-20. Microbiology Program Code 440, Office of Naval Research, Arlington, Virginia (1972).

(113)  Brown, O.R. Relationships Between Radiation Sensitivity and Oxygen Toxicity at the Cellular Level. Trans. Missouri Acad. Sci. (1973).

(114)  Brown, O.R. Mechanisms of Oxygen Toxicity at the Cellular Level. ONR Report ACR-189, pp. 93-94. Microbiology Program Code 440, Office of Naval Research, Arlington, Virginia (1973).

(115)  Brown, O.R. Inhibition of Membrane Transport by Hyperoxia. Undersea Biomedical Research 1:A16-17 (1974).

(116)  Brown, O.R. Mechanisms of Oxygen Toxicity at the Cellular Level. Progress Report Abstracts, ONR Report ACR-212, pp. 29-30. Microbiology Program Code 440, Office of Naval Research, Arlington, Virginia (1975).

(117)  Brown, O.R., Boehme, D.E., and Vincent, K. Inhibition of Biosynthesis of Branched-Chain and Aromatic Amino Acids by Hyperbaric Oxygen. Undersea Biomedical Research 3:A33 (1976).

(118)  Brown, O.R., Boehme, D.E., and Yein, F. Inhibition of Synthesis of NAD and Thiamine as Potential Primary Sites of Cellular Oxygen Toxicity. Preprint, 48th Ann. Meeting, Aerospace Med. Assoc. (1977).

(119)  Brown, O.R. and Yein, F. Role of the "Stringent Response" in $O_2$-Inhibition of Protein, RNA, and DNA Synthesis. Undersea Biomed. Res. 4:A18 (1977).

(120)  Seither, R. and Brown, O.R. Induction of Stringency by Hyperbaric Oxygen. Annual Meeting of the American Society of Microbiology K97, p. 142 (1980).

(121)  Heitkamp, M.A. and Brown, O.R. Paraquat Poisoning of Nicotinamide Adenine Dinucleotide Synthesis. Trans. Mo. Acad. Sci. 14:182 (1980).

(122)  Song, C.S. and Brown, O.R. Pyridine Nucleotide Coenzyme Biosynthesis:  A Cellular Site of Oxygen Toxicity. Trans. Mo. Acad. Sci. 14:182 (1980).

(123)  Seither, R. and Brown, O.R. Induction of Stringency in Escherichia coli by Hyperoxia. Trans. Mo. Acad. Sci. 14:183 (1980).

(124)  Heitkamp, M., Brown, O.R., and Johnson, T. Paraquat Poisoning of NAD Biosynthesis, K-113, p. 156. Annual Meeting of the Amer. Soc. Microbiol. (1981).

(125)  Seither, R.L. and Brown, O.R. Hyperbaric Oxygen and Redox Active Drugs:  A Common Mechanism of Toxicity. Trans. Mo. Acad. Sci. 15:241 (1981).

(126)  Amash, H.S. and Brown, O.R. Similarities between the Mechanisms of Oxygen Toxicity and Radiation Induced Damage in Stringent and Relaxed Strains of Escherichia coli. Trans. MO. Acad. Sci. 15:242 (1981).

(127)  Amash, H. and Brown, O.R. Inhibition of Amino Acid Biosynthesis:  A Common Mechanism of Toxicity Between Adriamycin and Hyperbaric Oxygen in Escherichia coli. Annual Meeting of the Amer. Soc. for Microbiol. A15 (1982).

(128)  Brown, O.R., Seither, R.L., Song, C.S., Heitkamp, M.A. and Amash, H.S. Mechanisms of Toxicity of Hyperbaric Oxygen and Redox-Active Chemicals. VII International Congress of Hyperbaric Medicine, Moscow, USSR, Sept. 2-6, 1981.

(129)  Brown, O.R. and Stebbins, N.E. Paraquat Poisoning in the Common Pathway of Aromatic Amino Acid Biosynthesis in *Escherichia coli.* Annual Meeting MO Valley Society for Microbiology 22 (1986).

(130)  Smyk-Randall, E.M. and Brown, O.R. Inhibition of Dihydroxyacid Dehydratase in Branched-Chain Amino-Acid Biosynthesis by Paraquat and Other Oxidant Stressors, Missouri Branch, American Society for Microbiology, Osage Beach, Missouri, S-11 (1987).

(131) Filippelli, F., Stebbins, N., and Brown, O.R. Effects of Paraquat on Aromatic Amino Acids Biosynthesis in Escherichia coli, Missouri Branch, American Society for Microbiology, Osage Beach, Missouri, S-10 (1987).

(132) Smyk-Randall, E.M. and Brown, O.R. Inhibition of Dihydroxyacid Dehydratase in Branched-Chain Amino-Acid Biosynthesis by Redox-Active Compounds. Trans. Missouri Acad. Sci. 21:163 (1987).

(133) Brown, O.R., Smyk-Randall, E.M., Novotny, M.J., Laughlin, M.H., and Adams, H.R. Effects of Dferoxamine, Catalase, Superoxide Dismutase, and Allopurinol on the Myocardial Response to Gram-Negative Endotoxemia. American Heart Association, Durango, Colorado (1987).

(134) Smyk-Randall, E.M. and Brown, O.R. Paraquat and Other Oxidant Stressors Inhibit Dihydroxyacid Dehydratase of Branched-Chain Amino Acid Biosynthesis. 21st Mid-Atlantic Regional Meeting, American Chemical Society May 19-21, No.16 p. 43 (1987).

(135) Laughlin, M.H., Simpson, T., Smith, J.K., Brown, O.R., Sexton, W. and Korthuis, R.J. Relationship Between Oxidative Capacity and Antioxidant Enzyme Levels in Rat Skeletal Muscles. The Physiologist 31:A39 (1988).

(136) Landreneau, R., Nawarawong, N., Laughlin, H., McDaniel, W., Brown, O., McKown, D. and Franklin, D. The Effect of CO2 Laser Revascularization on Myocardial Perfusion and Function. American Society for Laser Medicine and Surgery, Tenth Annual Meeting, April 6-8, 1989.

(137) Smyk-Randall, E.M. and O.R. Brown. Inhibition of Dihydroxyacid Dehydratase in Branched-Chain Amino-Acid Biosynthesis by Redox-Active Compounds. Trans. Missouri Academy of Science (1989).

(138) Brown, O.R. and Smyk-Randall, E.M. Intracellular Manipulation of SOD: Effects on an Oxidant-Sensitive Enzyme, Dihydroxyacid Dehydratase. Annual Meeting of the American Society for Cell Biology, Houston, Texas, November 1989.

(139) Brown, O.R. and Smyk-Randall, E.M. Cellular Superoxide Dismutase and Oxidant Stress. Free Radical Society Meeting, Tubingen, West Germany, December 1989.

(140) Smyk-Randall, E.M., D.H. Flint (Du Pont Corp.) and O.R. Brown. Mechanism of Reactivation of Oxidant-Inactivated Dihydroxyacid Dehydratase. FASEB, Washington,

(141) Brown, O.R. and Draczynska-Lusiak, B. Oxidant Sensitivity of [4Fe-4S] Cluster-Containing Dihydroxy-Acid Dehydratase (VII International Congress of Toxicology, abst. # 7200).

(142) Brown, O.R. and Draczynska-Lusiak, B. A Role for 3-Hydroxyanthranilate Oxidase in Hyperbaric Oxygen Convulsions? (VII International Congress of Toxicology, abst. # 7199).

(143) Yuhong Dang, Chunsheng Xia, and Olen R. Brown. Effects of Oxygen on 3-hydroxyanthranilate oxidase and Quinolinic Acid Production via the Kynurenine Pathway. 2nd International Oxidative Stress and Brain Damage Symposium, Sept. 26-28, 1997. Chicago, Ill.

(144) Olen R. Brown, Yuhong Dang and Nana Amiridze. Quinolinic Acid, Hyperbaric Oxygen Induced Convulsions and the Kynurenine Pathway. 2nd International Meeting on Oxygen/Nitrogen Radicals and Cellular Injury, Sept. 7-10, 1997, Raleigh, North Carolina.

(145) Ramanathan, Ragu, O.R. Brown, Dil Peiris, Yuhong Dang and Nana Amiridze. Detection and Characterization of in vivo Formed Tryptophan and Metabolites by Using LC-ESI-MS and LC-ESI-MS/MS. American Society for Mass Spectrometry, 1998 meeting.

(146) Dale, William E., Nana Amiridze, Yuhong Dang, and O. R. Brown. Brain Hydroxyl Radicals During Hyperbaric Oxygen Convulsions. 5th Annual Meeting of the Oxygen Society, Nov. 19-23, 1998, Washington, D.C.

(147) Dale, William E., Yuhong Dang, and O. R. Brown. Oxygen and Indoleamine or Tryptophan 2, 3 Dioxygenase of the Kynurenine Pathway. 6th Annual Meeting of the Oxygen Society, Nov. 1999.

(148) Dale, William E., Yuhong Dang, and O. R. Brown. Hyperbaric Oxygen and Kynurenine Pathway Intermediates. 6th Annual Meeting of the Oxygen Society, Nov. 1999.

**FREE-LANCE:**

(149) Brown, O.R. Enlist a Billion Friends to Control Your Bagworms. Organic Gardening & Farming (1974).

(150) Brown, O.R. Outsmarting the Mole. The Almanac for Farmers & City Folks, Edited

by Lucas McFadden, 68-70 (1998).

**PUBLISHED CRITICAL BOOK and FILM REVIEWS:**

(151)  The Unfinished Universe by Louise B. Young, Simon and Schuster, N.Y. (1986); Appeared in Science Books and Films, ed. by K.S. Johnson, vol. 23, pp. 205 (1987). American Associat15ion for the Advancement of Science, Washington, D.C.

(152)  What To Do About AIDS:  Physicians and Mental Health Professionals Discuss the Issues (Illus.). Edited by McKusick, L. Berkeley, University of California Press (1986); ibid, vol. 23, pp. 19-20 (1987).

(153)  The Therapeutic Touch:  A New Skill from an Ancient Practice; Presenter, T.C. Mechan, Video by Hospital Satellite Network (1986). Ibid, vol. 21, pp. 156 (1986).

(154)  The Comparative Reception of Darwinism, edited by Thomas F. Glick, The University of Chicago Press, Chicago and London (1988); ibid, vol. 24, pp. 279 (1989).

(155)  The Darwinian Paradigm:  Essays on its History, Philosophy and Religious Implications by Michael Ruse, Routledge Publishing Co., London and New York (1989); ibid, vol. 25, pp. 16-17 (1989).

(156)  Science and Medicine in the Old South by Ronald L. Savitt, Louisiana State University Press (1989). Appeared in Science Books and Films, ed. by Maria Sosa and Nancy van Gorden, vol. 25, p. 252 (1990), American Association for the Advancement of Science, Washington,

(157)  Body Clock:  The effects of time on human health by Martin Hughes (Ed.), Andromeda Oxford Ltd. (1989); ibid, vol. 6 #1, p. 41 (1990).

(158)  Ending The HIV Epidemic, Community Strategies in Disease Prevention and Health Protection by Steven Petrow (Ed.), In association with San Francisco AIDS Foundation, Institute for Health Policy Studies, and The Center for AIDS Prevention Studies, Univ. of Calif., San Francisco, Network Publications, a division of ETR Associates, Santa Cruz, CA (1990); ibid, vol. 27 #1, p. 8 (1991).

(159)  Piltdown:  A Scientific Forgery (Illus.) by Frank Spencer. Oxford University Press (1990); Ibid, vol. 27 #2, p. 39 (1991).

(160)  Interpreting Evolution:  Darwin and Teilhard de Chardin, (Illustrated) by James H. Brix. Prometheus Books, Buffalo, New York (1991). Appeared in Science Books and Films, ed. by Maria Sosa, vol. 27 #4, p. 101 (1991), American Association for the Advancement of Science, Washington, D.C.

(161)  The Third Chimpanzee:  The Evolution and Future of the Human Animal, by Jared Diamond. Harper Collins, New York, NY (1992); ibid, Maria Sosa, vol. 28#4, pp. 102-103 (1992).

(162)  Part 1:  Structure of the Cell (Color Video), Clearvue-EAV, 6465 N. Avondale Ave., Chicago, IL (1992); and ibid, vol. 28#4, pp. 118-119 (1992).

(163)  Part 2:  Evolution of the Cell (Color Video), Clearvue-EAV, 6465 N. Avondale Ave., Chicago, IL (1991); and ibid, vol. 28#4, pp. 118-119 (1992).

(164)  Heart Attack:  Every Minute Counts (Color Video), Milner-Fenwick, Inc., 2125 Greenspring Drive, Timonium, Md. (1992); ibid, vol. 29#2, p. 56 (1993).

(165)  Genes and the Biology of Cancer, by Harold Varmers and Robert A. Weinberg. Freeman, NY (1992); ibid, vol. 29#2, p. 46 (1993).

(166)  Getting Here:  The Story of Evolution. (Illus.) Washington, D.C.: Compass Press (1993). Appeared in Science Books and Films, ed. by Maria Sosa, Tracy Gath, and Chickona Royster, vol. 29#7, p. 198 (1993), American Association for the Advancement of Science, Washington, D.C.

(167)  From So Simple A Beginning, The Book of Evolution. (Illus.) by Philip Whitfield. Macmillan Publishing Company, N.Y. (1993). Appeared in Science Books and Films, ed. by Maria Sosa and Tracy Gath, vol. 30#4, p. 108 (1994), American Association for the Advancement of Science, Washington, D.C.

(168)  Incredible Edible Science (Illus.) by Lynne Brunelle (a Scientific American Mysteries of Science book). Scientific American Books for Young Readers, N.Y. (1994); ibid, vol. 30#8, p. 242 (1994).

(169)  Evolution by Association: A History of Symbiosis by Jan Sapp.  Oxford University

Press, N.Y. (1994); ibid, vol. 31#3, p. 76(1995).

(170)  Darwin's Dangerous Idea: Evolution and the Meanings of Life (Illus.) by Daniel C. Dennett. Simon and Schuster, N.Y. (1995); ibid, vol. 31 #7, pp.196-197(1995).

(171)  Evolution on Trial (Illus., from the Perspectives on History Series) by Ellen Hansen, Ed., Carlisle, MA: Discovery Enterp., Ltd. (1995); ibid, vol. 32 #1, p. 12 (1996).

(172)  The Ingenious Mind of Nature: Deciphering the Patterns of Man, Society and the Universe (Illus.) by George M. Hall. NY: Plenum Press (1997); ibid, Vol. 33#9, p. 260 (1997).

(173)  From Devil's Disciple to Evolution's High Priest. (Illus.) by Adrian Desmond. NY: Addison-Wiley (1997); ibid, vol. 34#3, p. 72 (1998).

(174) The Greatest Benefit to Mankind: A Medical History of Humanity (Illus.), NY: Norton (1998), ibid, vol. 34#8, p. 240 (1998).

(175) Confessions of a Medicine Man: An Essay in Popular Philosophy. (Illus.) Cambridge, MA: MIT Press, 1999, xviii + 159 pp., Alfred I. Tauber. ibid, vol. 35#4, p. 154 (1999).

(176) Aspects of Protein Structure: The Role of Individual Amino Acids in Structure and Function, by A. T. Hagler, J. S. Fetrow, and D. Mackay.  Computer disk designed by ScienceMedic.com, 6540 Lusk Blvd., Suite C148, San Diego, CA (1999), ibid, vol. 36#1, pp. 43-44 (2000).

(177) Secret Agents: The Menace of Emerging Infections, Washington DC: Joseph Henry Press, 2002, 300pp. Madeline Drexier. ibid.

(178) The Cruelest Miles, the Heroic Story of Dogs and Men in a Race against an Epidemic (Illus.), by Gay Salisbury and Laney Salisbury. W. W. Norton and Company, New York, London (2003); ibid, vol. 39#6, p. 269 (2003).

(179) SARS: The True Story. Films for the Humanities and Sciences. A video about the emergence of SARS (severe adult respiratory syndrome, caused by a coronavirus). Julie Hall of the WHO's (World Health Organization) Global Alert, Response, and Operations Department, and WHO virologist Klaus Stohr and other personnel are featured in this BBCW Production (2004); ibid, vol. 40#4, p. 184 (2004).

(180)  Stories of Lupus. Fanlight Productions, Big Rapids, MI. Video produced by Marcia Urbin-Raymond and Karin Millberg. ibid (2005).

(181)  What Is Cancer? Films for the Humanities and Sciences, Inc., Box 2053, Princeton, NJ 08543-2053 (2004)/ (From the Cancer Story Series.) Color, 57 min, DVD/VHS. Ibid vol 41(5) p 230 (2005).

(182) Christine and Paul: A Journey with Alzheimer's Disease. Video produced by NHK, Filmakers Library, 124 E. 40th Street, NY, NY 10016.(Ibid.

(183) The Asthma Update. Alvin and Virginia Silverstein and Laura Silverstein Nunn: One of a series of medical updates including diabetes, tuberculosis, STDs, Flu and pneumonia (Ibid. volume 42#5, p. 221-222 (2006).

(184) Influenza the Next Pandemic by Connie Goldsmith.Twenty-First Century Medical Library, Twenty-First Century Books, Minneapolis (2007); Ibid.

(185) Richard Walker: Epidemics and Plagues. Kingfisher, 2007. Ibid.

(186) The Breast Cancer Update. Alvin and Virginia Silverstein and Laura Silverstein Nunn, Enslow Publishers, Inc. 40 Industrial Road, Box 398, Berkeley Heights, NJ 07822 (2008). Ibid.

(187) Jerald Winakur: Memory Lessons, A Doctor's Story. Hyperion. Ibid.

(188) Jonathan  A. Edlow, M.D. The Deadly Dinner Party: and Other Medical Detective Stories. New Haven, CT: Yale, 2009. Xiii+245 pp. Ibid.

(189) Jonathan Weiner: Long for this World. The Strange Science of Immortality. CCC an Imprint of Harper Collins Publishers NY, 2010 310 pp, ISBN 9780060765361. Ibid.

(190)  de Duve, Christian, with Neil Patterson, forward by Edward O. Wilson. Genetics of Original Sin: The Impact of Natural Selection on the Future of Humanity. (Illus.) New Haven, Ct: Yale, 2010. xxvii+223 pp. ISBN 9780300165074. Ibid. (2010).

(191) Canadian Broadcasting Corporation, Killed by Care: Making Medicine Safe. Icarus Films, 32 Court St., 21st Floor, Brooklyn, NY 11201 (2004), 47 min., DVD, color, closed captioned. Ibid. Vol. 48#5, p. 135m May (2012).

(192) Quammon, David. Spillover: Animal Infections and the Next Human Pandemic. NY: Norton, 2012. 554 pp. ISBN 9780393066807. Ibid. Vol. 48#9, Sept. pp. 245-246 (2012).

(193) Rotner, Shelly and David A. White. Body Actions (Illus.) NY: Holiday House, 2012. 32pp. Ibid, Vol. 49#2, Feb. p. 45 (2013).

(194) Kyi, Tanya Lloyd. Seeing Red: The True Story of Blood. (Illus. by Steve Rolston.) Willowdale, ON: Annick Press, 2012. 122pp. Ibid, Vol. 49#2, Feb. pp. 44- 45 (2013).

(195) Nutter, Francine Mary. Medicine's Michelangelo: The Life and Art of Frank H. Nutter, MD. (Illus.) Hamden, CT: Quinnipec University Press, 2013, 488 pp. IBSN978098913. Ibid, Vol. 49#2 p. 263, Dec. (2013).

(196) Agar, Nicholas. Truly Human Enhancement. MIT Press (E-Book) 232 pp (6" x 9" with 4 Figs.) ISBN 9780262318969. Dec. (2013). Ibid, Vol. 51#1, p. 21, Jan. (2015).

(197) Brown, Pat. The Murder of Cleopatra: History's Greatest Cold Case. (Illus.) Amherst, NY: Prometheus, 264 pp, ISBN 9781616146504 (2013). (Ibid, In Press).

(198) Shlain, Leonard. Leonardo's Brain. Understanding DaVinci's Creative Genius. Lyons Press, 240 pp. Published Oct 7 (2014). Ibid, Vol. 51#1, p. 24 (Jan. 2015).

(199) Nilsson, Nils J. Understanding Beliefs. MIT Press (E-Book) 168 pp (5" x 7" with 5 Figs.) ISBN 9780262526432.  August (2014). (Ibid, In Press).

(200) Anon. Superlife: Genetic Manipulation Series. Color DVD. 52 min. Super Foods Film Ideas, Inc., 308 N. Wolf Road (2014). (Ibid, In Press).

(201) Anon. The Placebo Effect. Color DVD. 52 min. Film Ideas Inc., 308 N. Wolf Road. (2015) (Ibid, In Press).

202) Anon. The True Cost. Bullfrog Films. 2015. Color, 92 min. DVD SDH captioned. (Ibid, In Press).

(203) Anon. Lunch Love Community. 2014. Color, 78 min. DVD. Closed Captioned. (2016). (Ibid, In Press).

(204) Wilson, David Sloan. Does Altruism Exist? Culture Genes and the Welfare of Others. New Haven, CT: Yale, 224 pp. ISBN 9780300189490. (2015). (Ibid, In Press).

(205) Canavan, Roger. Bacteria! (Illus. by Mark Bergin: from the You Wouldn't Want to Live Without Series.) NY: Scholastic, 32 pp. ISBN 9780531214060. (2015) . (Ibid, In Press).

(206) Macdonald, Fiona. Dentists! (Illus. by David Antram: from the You Wouldn't Want to Live Without Series.) NY: Scholastic, 32 pp. ISBN 9780531214107 (2015). (Ibid. In Press).

(207) Rooney, Ann. Vaccinations! (Illus. by David Antram: from the You Wouldn't Want to Live Without Series.) NY: Scholastic, 32 pp. ISBN 9780531214091 (2015). (Ibid. In Press).

(208) Shar, Sonia. Pandemic: Tracking Contagion, from Cholera to Ebola and Beyond. NY: Farrar, Straus, and Giroux,  271 pp. ISBN 9780374122881 (2 016). (Ibid, In Press).

(209) Murphy, Jim. Breakthrough! How Three People Saved "Blue Babies" and Changed Medicine Forever. Clarion Books, Houghton Mifflin Harcourt, Boston, New York. ISBN 9-780547-821832. 130 pp. (reviewed, 2017).

(210) Lamb, Jonathan. Scurvy: The Disease of Discovery. Princeton University Press, 2016. 328 pp. ISBN 9780691147826; (reviewed November 26, 2017).

(211) Georget, Anne. Cholesterol: The Great Bluff. 82 min., in color, 2016. Icarus Films, 32 Court Street, 21st Floor, Brooklyn, NY 11201. In the press 2018.

(212) Sarah Albee. Poison, Deadly deeds, perilous professions, and murderous medicines. ISBN 978-1-101-93223-0. Crown Books, New York. In the press, 2018.

**BOOKS :**

(213)  Brown, O. R. The Art and Science of Expert Witnessing, 304 pp. Cypress Publishing Group, Leawood, KS, March 23, 2002. (Description and 2 chapters viewable on Cypress Publishing Group's website.)

(214) Brown, O. R. Miracles,322 pp. BookSurge Publishing, April 2007; revised 2021; available on Barnes & Nobel  https://www.barnesandnoble.com/w/miracles-olen-r-brown/1114717512 , Amazon; see at ,.

(215) Brown, O. R. Oxygen, the Breath of Live: Boon and Bane in Human Health, Disease, and Therapy. 356 pp. March 2017, Bentham-Elsevier. IBSN 978-1-68108-426-8.

(216) Brown, O. R. The Art and Science of Poisons, 268 pp. ISBN 978-1-68108-698-9. May 2018, Bentham-Elsevier.

Note: You may view books 2-4 on Goodreads
: https://www.goodreads.com/author/show/1406990.Olen_R_Brown

> *"One with the law is a majority-Calvin Coolidge."*