IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

23 SEP 22 PM 12:54

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 1:23-CR-00031-ABJ |
| ) | |
| CHRISTOPHER CHARLES BAKER ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING MOTION FOR SUBPOENAS OF WITNESSES TO BE PRESENT AT TRIAL AT GOVERNMENT'S EXPENSE**

THIS MATTER having come before this Court on Defendant's Motion For Subpoenas of Witnesses to Be Present at Trial at Government's Expense and the Court being advised,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Subpoenas shall be promptly issued upon submission.

DATED this 22d day of September, 2023.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE