**IN THE UNITED STATES DISTRICT COURT**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 SEP 22 PM 10:50

MARGARET BOTKINS, CLERK
CHEYENNE

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Docket No. 1:23-CR-00031-ABJ |
| | ) | |
| **CHRISTOPHER CHARLES BAKER** | ) | |
| | ) | |
| Defendant | ) | |

<u>**ORDER GRANTING MOTION FOR SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS IN A CRIMINAL CASE AT THE GOVERNMENT'S
EXPENSE**</u>

THIS MATTER having come before this Court on Defendant's Motion For Subpoena to Produce

Documents, Information, or Objects in a Criminal Case at the Government's Expense and the Court being

advised,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Subpoenas shall be

promptly issued upon submission.

DATED this 22 day of September, 2023.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE