FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 SEP 22 PM 12: 51

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 1:23-CR-00031-ABJ |
| ) | |
| CHRISTOPHER CHARLES BAKER ) | |
| ) | |
| Defendant ) | |

### ORDER GRANTING MOTION FOR SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE AT THE GOVERNMENT'S EXPENSE

THIS MATTER having come before this Court on Defendant's Motion For Subpoena to Produce Documents, Information, or Objects in a Criminal Case at the Government's Expense and the Court being advised,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Subpoenas shall be promptly issued upon submission.

DATED this 22d day of September, 2023.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE