MARK C. HARDEE LAW OFFICE P.C.
MARK C. HARDEE #6-4137
2319 Pioneer Avenue
Cheyenne, WY 82001
(307) 433-0777

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** )   )| |
| Plaintiff )   ) | |
| vs ) )| Docket No. 1:23-CR-00031-ABJ |
| **CHRISTOPHER CHARLES BAKER** )   )| |
| Defendant ) | |

## PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue five (5) subpoenas in the above-entitled case.

Dated this 21st day of November, 2020.

                                              CHRISTOPHER CHARLES BAKER
                                              BY

                                              /s/Mark Hardee
                                              Mark C. Hardee Law Office, P.C.
                                              2319 Pioneer Ave.
                                              Cheyenne, WY 82001
                                              (307) 433-0777

## CERTIFICATE OF SERVICE

      I, Mark Hardee, do hereby certify that a true and correct copy of the foregoing document has been forwarded to Kerry Jacobson, Assistant U.S. Attorney, via the Court's electronic filing system, on the 21st day of September, 2023.

      /s/ Mark Hardee_____
      Mark C. Hardee Law Office, P.C.