# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

CHRISTOPHER CHARLES BAKER

Defendant.

Case Number: 1:23-CR-00031-ABJ

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:   ROBERT L. STEVENSON
   C/O Albany County Detention Center
   420 E. Ivinson Ave.
   Laramie, WY  82070

**YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| Location: | |
|---|---|
| 2120 Capitol Ave. | Date: |
| Cheyenne, WY 82001 | Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date Field _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing, who requests this subpoena, are:  Mark C. Hardee, 2319 Pioneer Ave., Cheyenne, WY  82001, (307) 433-0777, Desk@mchwyominglaw.com

Case Number: _____

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                                    *Server's Signature*

                                                    _____
                                                    *Printed Name and Title*

                                                    _____
                                                    *Server's Address*

Additional information regarding attempted service, etc:

AO89 Subpoena in a Criminal Case