MARK C. HARDEE LAW OFFICE P.C.
MARK C. HARDEE #6-4137
2319 Pioneer Avenue
Cheyenne, WY 82001
(307) 433-0777

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Docket No. 1:23-CR-00031-ABJ |
| | ) | |
| **CHRISTOPHER CHARLES BAKER** | ) | |
| | ) | |
| Defendant | ) | |

## PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue one (1) subpoena in the above-entitled case.

Dated this 21st day of September, 2023.

CHRISTOPHER CHARLES BAKER
BY


/s/Mark Hardee_____
Mark C. Hardee Law Office, P.C.
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777

## **CERTIFICATE OF SERVICE**

I, Mark Hardee, do hereby certify that a true and correct copy of the foregoing document has been forwarded to Kerry Jacobson, Assistant U.S. Attorney, via the Court's electronic filing system, on the 21st day of September, 2023.

/s/ Mark Hardee_____
Mark C. Hardee Law Office, P.C.