# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

CHRISTOPHER CHARLES BAKER

Defendant.

Case Number: 1:23-CR-00031-ABJ

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: ALBANY COUNTY DETENTION CENTER
SHERIFF, AARON APPELHANS
525 E. GRAND AVE., SUITE 101
LARAMIE, WY 82070

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any and all standard intake and search procedures, any and all incidents of overdose resulting in custodial deaths for 2020 to current, any and all incident reports, write ups, disciplinary actions for Joshua Nichols, Robert Stevenson, Nathan Kallevig, Robert Ridinger, and David Pennington, and any and all medical records for Joshua Nichols, Robert Stevenson, Robert Ridinger, Nathan Kallevig, and David Pennington.

| Place: | Date and Time: |
|---|---|
|  |  |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:                                              *CLERK OF COURT*

                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing, who requests this subpoena, are: Mark C. Hardee, 2319 Pioneer Ave., Cheyenne, WY 82001, (307) 433-0777, Desk@mchwyominglaw.com

Case Number:

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed Name and Title*

_____
*Server's Address*

Additional information regarding attempted service, etc: