# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

CHRISTOPHER CHARLES BAKER

Defendant.

Case Number: 1:23-CR-00031-ABJ

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

To: WYOMING DEPARTMENT OF CORRECTIONS
DIRECTOR, DANIEL SHANNON
1934 WYOTT DRIVE, SUITE 100
CHEYENNE, WY  82002

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any and all incident reports, write ups, or disciplinary actions involving Christopher Baker and Robert Stevenson while held under Department of Corrections custody including and specifically a contract facility in Texas.

| Place: | Date and Time: |
|---|---|
|  |  |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and €, which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing, who requests this subpoena, are:  Mark C. Hardee, 2319 Pioneer Ave., Cheyenne, WY  82001, (307) 433-0777, Desk@mchwyominglaw.com

Case Number:

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

*Server's Signature*

_____

*Printed Name and Title*

_____

*Server's Address*

Additional information regarding attempted service, etc: