Mark C. Hardee #6-4137
Mark C. Hardee Law Office, P.C.
2319 Pioneer Ave.
Cheyenne, Wy 82001
(307) 433-0777

## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No.:   1:23-CR-00031-ABJ |
| ) | |
| CHRISTOPHER CHARLES BAKER ) | |
| ) | |
| Defendant ) | |

## MOTION ALLOWING DEFENDANT TO WEAR STREET CLOTHES FOR JURY TRIAL

COMES NOW, the Defendant, by and through his counsel Mark C. Hardee and in his Motion Allowing Defendant to Wear Street Clothes for Jury Trial, does allege and state:

1. That the Defendant will be appearing before this Court for a Jury Trial on October 10, 2023 at 9:30 p.m.

2. That the Defendant would prefer to wear his street clothes to these proceedings and the Defendant has been advised by the U.S. Marshals Service that a Court order is required per their policy.

WHEREFORE the Defendant Prays for the following relief:

1. That the Court issue an Order allowing the Defendant to wear his street clothes to all further proceedings.

2. That the Court decree such other additional and further relief as the Court deems to be just and equitable.

DATED this 22nd day of September, 2023.

CHRISTOPHER CHARLES BAKER

BY

/s/ Mark C. Hardee
MARK C. HARDEE #6-4137
Attorney at Law
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777

## CERTIFICATE OF SERVICE

I Mark C. Hardee certify that a true and correct copy of the foregoing Motion for Discovery has been forwarded to AUSA Forwood, U.S. Attorney's Office, via electronic filing, on this 22nd day of September, 2023.

/s/ Mark Hardee
Mark C. Hardee Law Office, P.C.