# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No.:  23-CR-31-ABJ |
| ) | |
| CHRISTOPHER C. BAKER ) | |
| ) | |
| Defendant ) | |

---

## ORDER GRANTING DEFENDANT'S MOTION TO WEAR STREET CLOTHES FOR JURY TRIAL

---

THIS MATTER having come before this Court upon the Motion Allowing Defendant to Wear Street Clothes for Jury Trial, and the Court having carefully reviewed said motion and the file in this matter, finds:

IT IS HEREBY ORDERED that the Defendant shall be allowed to wear his street clothes to Sentencing.

DATED this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE