FILED



11:05 am, 9/25/23

**Margaret Botkins
Clerk of Court**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | Docket No. 1:23-CR-00031-ABJ |
| vs ) | |
| ) | |
| CHRISTOPHER CHARLES BAKER ) | |
| ) | |
| Defendant ) | |

### ORDER ON MOTION FOR LEAVE TO UTILIZE CHRISTINA SELL AS A LEGAL ASISSTANT

THIS MATTER, having come before the Court upon Defendant, Christopher Baker, Motion for Leave to Utilize Christina Sell as a Legal Assistant, and the Court having reviewed the file and being fully advised upon the premises therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Mark C. Hardee, Attorney for Defendant Devon Jonathan Souza is allowed to utilize Christina Sell as a legal assistant in this matter for a total of eighty (40) hours at a rate of $50.00 per hour.

DATED this 25th day of September, 2023.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE