FILED

*2:04 pm, 9/25/23*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Case No. 23-CR-31-ABJ |
| CHRISTOPHER CHARLES BAKER, | |
| Defendant, | |

## ORDER ALLOWING DEFENDANT TO WEAR STREET CLOTHES FOR JURY TRIAL

THIS MATTER comes before the Court following the Defendant's, Christopher Charles Baker, *Motion Allowing Defendant to Wear Street Clothes for Jury Trial*, filed on September 22, 2023. ECF No. 82. The Defendant requests that this Court allow him to wear civilian clothes to his upcoming trial, scheduled for October 10, 2023.

Therefore, IT IS **HEREBY ORDERED** that the Defendant's Motion (ECF No. 82) is **GRANTED.** The Defendant shall be allowed to wear civilian clothes to his upcoming trial.

Dated this 25th day of September, 2023.

Alan B. Johnson
United States District Judge