Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195
kerry.jacobson@usdoj.gov

Mark C. Hardee
Wyoming State Bar No. 6-4137
Mark C. Hardee Law Office, P.C.
2319 Pioneer Ave.
Cheyenne, Wyoming 82001
(307) 433-0777
markhardee@mchwyominglaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **CHRISTOPHER CHARLES BAKER**,  Defendant. | Criminal No. 23-CR-31-ABJ |

## JOINT STATUS REPORT

Trial in the above-entitled matter is currently set to begin on October 10, 2023.

The United States has provided discovery and the Defendant is in the process of producing reciprocal discovery. The parties are mindful of their continuing discovery obligations.

The parties are negotiating a number of stipulations that they anticipate will reduce the number of witnesses who testify at trial.

Although plea negotiations have been attempted, there are currently no ongoing plea

negotiations.

The parties anticipate and are preparing for trial in this matter.

**DATED** this 26th day of September 2023.

NICHOLAS VASSALLO
United States Attorney

__/s/ Mark C. Hardee__                     By:     __/s/ Kerry J. Jacobson__
MARK C. HARDEE                                       KERRY J. JACOBSON
Attorney for the Defendant                          Assistant United States Attorney