MARK C. HARDEE #6-4137
MARK C. HARDEE LAW OFFICE, P.C.
2319 Pioneer Ave.
Cheyenne, Wy 82001
(307) 433-0777

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Docket No.   1:23-CR-00031-ABJ** |
| **Plaintiff** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **CHRISTOPHER CHARLES BAKER** | ) | |
| | ) | |
| **Defendant** | ) | |

## AMENDED MOTION FOR LEAVE TO UTILIZE CHRISTINA SELL AS A LEGAL ASSISTANT

COMES NOW, Defendant, Christopher Baker, by and through his attorney, Mark C. Hardee of Mark C. Hardee Law Office, P.C., and does hereby submit his *Motion for Leave to Utilize Christina Sell as a Legal Assistant* as follows:

1. Ms. Sell will assist with trial, organization of discovery, and preparation of trial materials.

2. Defendant seeks authorization of up to forty (40) hours to utilize legal assistant, Christina Sell at a rate of fifty dollars ($50.00) per hour.

WHEREFORE, Defendant respectfully requests that this Court allow Mark C. Hardee to utilize Christina Sell as a legal assistant in the above-captioned matter and seeks authorization of

forty (40) hours for aid in trial preparation and at trial.

DATED this 26th day of September, 2023.

                                          CHRISTOPHER CHARLES BAKER
                                          BY

                                          /s/ MARK C. HARDEE_____
                                          MARK C. HARDEE #6-4137
                                          Mark C. Hardee Law Office, P.C.
                                          2319 Pioneer Ave.
                                          Cheyenne, WY 82001
                                          (307) 433-0777

## **CERTIFICATE OF SERVICE**

      I Mark C. Hardee certify that a true and correct copy of the foregoing *Motion for Leave to Utilize Christina Sell as a Legal Assistant* to Counsel of record via CM/ECF or the Court's electronic filing system on this 26th day of September, 2023.

                                          /s/ Mark C. Hardee__
                                            Mark C. Hardee