IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 23-CR-31-J |
| **CHRISTOPHER BAKER**, | |
| Defendant. | |

**PROTECTIVE ORDER REGARDING
DISCLOSURE OF *JENCKS ACT* MATERIAL AND OTHER WITNESS STATEMENTS
TO DEFENDANT'S COUNSEL PRIOR TO TRIAL**

This matter having come before the Court on a request of Kerry J. Jacobson, Assistant United States Attorney for the District of Wyoming, for a protective order regarding the disclosure of *Jencks Act* material and other non-jencks witness material to the Defendant's counsel, and the Court having examined said Request, and being fully advised in the premises,

IT IS HEREBY ORDERED that defense counsel shall not photocopy and/or disseminate any of the *Jencks Act* material and other witness material, including electronic versions, notes or any other version of reproduction of the material produced by the United States to any person, including the Defendant, without written permission of the court, and that counsel for Defendant shall safeguard the *Jencks* Act materials and other witness statements and shall promptly delete all electronic versions of the information and/or return all hard copies of the *Jencks* Act material and witness statements to Assistant United States Attorney, Kerry J. Jacobson forthwith at the conclusion of the trial in this matter.

DATED this _____ day of September, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE