MARK C. HARDEE LAW OFFICE P.C.
MARK C. HARDEE #6-4137
2319 Pioneer Avenue
Cheyenne, WY 82001
(307) 433-0777

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 1:23-CR-00031-ABJ |
| ) | |
| **CHRISTOPHER CHARLES BAKER** ) | |
| ) | |
| Defendant ) | |

## PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue one (1) subpoena in the above-entitled case.

Dated this 29th day of September, 2023.

                                                CHRISTOPHER CHARLES BAKER
                                                BY

                                                /s/Mark Hardee
                                                Mark C. Hardee Law Office, P.C.
                                                2319 Pioneer Ave.
                                                Cheyenne, WY 82001
                                                (307) 433-0777

## **CERTIFICATE OF SERVICE**

      I, Mark Hardee, do hereby certify that a true and correct copy of the foregoing document has been forwarded to Kerry Jacobson, Assistant U.S. Attorney, via the Court's electronic filing system, on the 29th day of September, 2023.

                                                /s/ Mark Hardee_____
                                                Mark C. Hardee Law Office, P.C.