**FILED**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING



4:28 pm, 9/29/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 1:23-CR-00031-ABJ |
| ) | |
| **CHRISTOPHER CHARLES BAKER** ) | |
| ) | |
| Defendant ) | |

## ORDER GRANTING MOTION FOR SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE AT THE GOVERNMENT'S EXPENSE

THIS MATTER having come before this Court on Defendant's Motion For Subpoena to Produce Documents, Information, or Objects in a Criminal Case at the Government's Expense and the Court being advised,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Subpoena shall be promptly issued upon submission.

IT IS FURTHER ORDERED that the service of the subpoenas shall be at the Government's Expense.

DATED this 29th day of September, 2023.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE