IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED



4:35 pm, 9/29/23

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 1:23-CR-00031-ABJ |
| ) | |
| CHRISTOPHER CHARLES BAKER ) | |
| ) | |
| Defendant ) | |

### ORDER GRANTING MOTION FOR SERVICE OF SUBPOENAS AT GOVERNMENT'S EXPENSE

THIS MATTER having come before this Court on Defendant's Motion For Service of Subpoenas at Government's Expense and the Court being advised,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the service of the subpoenas issued be at the Government's Expense.

DATED this 9th day of September, 2023.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE