IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTOPHER CHARLES BAKER,** <br><br> Defendant. | Case No. 23-CR-31-J |

**Verdict Form**

1. As to the charge contained in Count One of the indictment (Distribution of Fentanyl), we unanimously find the defendant, CHRISTOPHER CHARLES BAKER, to be:

　　_____NOT GUILTY　　　　　　_____GUILTY

[Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraph 2.]

2. We, the Jury, having found the Defendant, CHRISTOPHER CHARLES BAKER guilty of the distribution of a controlled substance as charged in Count One, further unanimously find, by proof beyond a reasonable doubt, that the controlled substance the Defendant distributed

resulted in the death of R.R.; that is, that the controlled substance was a but-for cause of the death of R.R.:

      Yes  _____        No  _____

3.      As to the charge contained in Count Two of the indictment (Distribution of Fentanyl), we unanimously find the defendant, CHRISTOPHER CHARLES BAKER, to be:

      _____NOT GUILTY              _____GUILTY

[Note: If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 4.]

4.      We, the Jury, having found the Defendant, CHRISTOPHER CHARLES BAKER guilty of the distribution of a controlled substance as charged in Count Two, further unanimously find, by proof beyond a reasonable doubt, that the controlled substance the Defendant distributed resulted in the serious bodily injury of J.N.; that is, that the controlled substance was a but-for cause of the serious bodily injury sustained by J.N.:

      Yes  _____        No  _____

      5.      As to the charge contained in Count Three of the indictment (Distribution of Fentanyl), we unanimously find the defendant, CHRISTOPHER CHARLES BAKER, to be:

    _____NOT GUILTY           _____GUILTY

DATED this \_\_\_\_ day of October, 2023.

                                       _____
                                       FOREPERSON OF THE JURY