Mark C. Hardee #6-4137
Mark C. Hardee Law Office, P.C.
2319 Pioneer Ave.
Cheyenne, Wyoming 82001
(307)433-0777

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 1:23-cr-31-ABJ |
| ) | |
| **CHRISTOPHER CHARLES BAKER** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S PROPOSED VERDICT FORM

The Defendant, Christopher Charles Baker, respectfully submits his proposed verdict form.

Dated this 3rd day of October, 2023.

                                               CHRISTOPHER CHARLES BAKER
                                               BY

                                               /s/Mark Hardee_____
                                               Mark C. Hardee Law Office, P.C.
                                               2319 Pioneer Ave.
                                               Cheyenne, WY 82001
                                               (307) 433-0777

## CERTIFICATE OF SERVICE

I, Mark C. Hardee, do hereby certify that a true and correct copy of the foregoing document has been forwarded to AUSA Kerry Jacobson, Asst U.S. Attorney, via the Court's electronic filing system, on the 3rd day of October, 2023.

                                               /s/ Mark Hardee_____
                                               Mark C. Hardee Law Office, P.C.