IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:23-cr-31-ABJ |
| | ) | |
| CHRISTOPHER CHARLES BAKER | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

1. As to the charge contained in Count One of the Indictment charging the Defendant, **Christopher Charles Baker**, with Distribution of Fentanyl – Resulting in Death in violation of 21 U.S.C.§§ 841(a)(1), (b)(1)(C) we unanimously find the Defendant:

    _____ Not Guilty                           _____ Guilty

2. As to the charge contained in Count Two of the Indictment charging the Defendant, **Christopher Charles Baker**, with Distribution of Fentanyl – resulting in Serious Bodily Injury in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C)   we unanimously find the Defendant:

    _____ Not Guilty                           _____ Guilty

3. As to the charge contained in Count Three of the Indictment charging the Defendant, **Christopher Charles Baker**, with Distribution of Fentanyl in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) we unanimously find the Defendant:

_____ Not Guilty       _____ Guilty

DATED THIS 3rd day of October, 2023.

_____
Presiding Juror