Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| **CHRISTOPHER C. BAKER,** | |
| Defendant. | |

## PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue one subpoena in the above-entitled case.

**DATED** this 4th day of October, 2023.

                                       NICHOLAS VASSALLO
                                       United States Attorney

                             By:    */s/ Kerry J. Jacobson*
                                       KERRY J. JACOBSON
                                       Assistant United States Attorney