Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
307-332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiff,<br><br>   v.<br><br>**CHRISTOPHER C. BAKER,**<br><br>               Defendant. | Criminal No. 23-CR-31-J |

## PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue one subpoena in the above-entitled case.

**DATED** this 4th day of October, 2023.

                                      NICHOLAS VASSALLO
                                      United States Attorney

                      By:     */s/ Kerry J. Jacobson*
                                      KERRY J. JACOBSON
                                      Assistant United States Attorney