Kerry J. Jacobson WSB # 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332 8195
kerry.jacobson@usdoj.gov

MARK C. HARDEE LAW OFFICE, P.C.
MARK C. HARDEE
Attorney at Law
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777
markhardee@mchwyominglaw.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-CR-31-J |
| v. | ) | |
| | ) | |
| **CHRISTOPHER CHARLES BAKER,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AS TO MEDICAL RECORDS AND DEATH CERTIFICATES**

The parties, by and through their undersigned attorneys, hereby stipulate and agree to the following, alleviating the necessity for the United States to require testimony to establish the authentication and foundation for the items discussed below. The parties stipulate and agree that these evidentiary items may be admitted through a relevant witness who may have knowledge of this evidence. This stipulation does not extend to the relevance of the evidence listed below.

a. Ivinson Memorial Hospital Records created by medical providers for J.N., admission date March 13, 2022, consisting of 141 pages.

b. Albany County Detention Center Treatment Records for R.R. beginning December 1, 2021, consisting of 31 pages.

c. Ivinson Memorial Hospital Records created by medical providers for R.R., admission date March 13, 2022, consisting of 22 pages.

d. State of Wyoming Certificate of Death, State File Number 2022-001240 for R.R.

e. State of Colorado Certificate of Death, State File Number 1052022014951 for M.A.M.

f. State of Colorado Certificate of Death, State File Number 1052021032117 for D.J.V.

DATED this 3 day of October, 2023.

MARK C. HARDEE
Attorney for Defendant

CHRISTOPHER CHARLES BAKER
Defendant

KERRY J. JACOBSON
Attorney for the United States of America