Kerry J. Jacobson WSB # 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY  82520
(307) 332-8195
kerry.jacobson@usdoj.gov

MARK C. HARDEE LAW OFFICE, P.C.
MARK C. HARDEE
Attorney at Law
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777
markhardee@mchwyominglaw.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 23-CR-031-J<br>) |
| **CHRISTOPHER CHARLES BAKER,** | )<br>) |
| Defendant. | ) |

### JOINT STIPULATION AS TO FOUNDATION FOR VARIOUS RECORDINGS

The parties, by and through their undersigned attorneys, hereby stipulate and agree to the following, alleviating the necessity for the United States to require testimony to establish the chain of custody, authentication and foundation for the items discussed below. This stipulation does not extend to the relevance of the evidence listed below.

1. The parties stipulate that the following surveillance recordings from the Albany County Detention Center are authentic, and that no chain of custody or foundational witnesses need to be called to testify as a predicate to their admissibility in evidence:

   a. Baker booking 3-11-22.g64x

   b. E Pod Rec.g64x

   c. E Pod 3-11-22.g64x

   d. E-Pod 3-12-22 0610-1410.g64x

   e. E-Pod 3-12-22 1410-2220.g64x

   f. E-Pod 3-13-22 0610-1255.g64x

   g. Kallavig booking 2-23-22.g64x

   h. Kallevig Hld 2-23-22.g64x

   i. Kallevig Sallport 2-23-22.g64x

   j. Nichols OD.g64x

   k. Nichols OD_1.g64x

   l. PTZ14 E Pod Dayroom.g64x

   m. Wright Booking 3-11-23_06h51min00s000ms.g64x

2. The parties stipulate that the following body worn camera recordings are authentic, and that no chain of custody or foundational witnesses need to be called to testify as a predicate to their admissibility in evidence:

   a. Axon_Body_3_Video_2022-03-11_1118_X6039C96D.mp4

   b. Axon_Body_3_Video_2022-03-11_1222_X6039C96D.mp4

   c. Axon_Body_3_Video_2022-03-11_1556_X6039C96D.mp4

d. Axon_Body_3_Video_2022-03-12_1457_X6039B7HY.mp4

e. Axon_Body_3_Video_2022-03-12_1457_X6039C9ZS.mp4

f. Axon_Body_3_Video_2022-03-12_1504_X6039C8T2.mp4

g. Axon_Body_3_Video_2022-03-12_1514_X6039C96D.mp4

h. Axon_Body_3_Video_2022-03-12_1523_X6039C96D.mp4

i. Axon_Body_3_Video_2022-03-12_1550_X6039C96D.mp4

j. Axon_Body_3_Video_2022-03-12_1827_X60306810.mp4

k. Axon_Body_3_Video_2022-03-12_1844_X6039C96D.mp4

l. Axon_Body_3_Video_2022-03-12_1844_X60306810.mp4

m. Axon_Body_3_Video_2022-03-12_1853_X6039B7HY.mp4

n. Axon_Body_3_Video_2022-03-12_1853_X6039C6ZY.mp4

o. Axon_Body_3_Video_2022-03-12_1855_X6039CDEG.mp4

p. Axon_Body_3_Video_2022-03-13_1234_X6039CDEG.mp4

q. Axon_Body_3_Video_2022-03-13_1235_X6039B7HY.mp4

r. Axon_Body_3_Video_2022-03-13_1235_X6039C96D.mp4

s. Axon_Body_3_Video_2022-03-13_1238_X6039C74E.mp4

t. Axon_Body_3_Video_2022-03-13_1250_X6039CDEG.mp4

u. Axon_Body_3_Video_2022-03-13_1343_X6039CDEG.mp4

v. Axon_Body_3_Video_2022-03-13_1358_X6039C74E.mp4

w. Axon_Body_3_Video_2022-03-13_1444_X6039CDEG.mp4

x. Axon_Body_3_Video_2022-03-13_1535_X6039C6ZY.mp4

y. Axon_Body_3_Video_2022-03-13_1545_X6039B7HY.mp4

z. Axon_Body_3_Video_2022-03-13_1620_X60A1338C.mp4

aa. Axon_Body_3_Video_2022-03-13_1620_X6039C6ZY.mp4

bb. Axon_Body_3_Video_2022-03-13_1631_X6039B7HY.mp4

cc. Axon_Body_3_Video_2022-03-13_1635_X6039C6ZY.mp4

dd. Axon_Body_3_Video_2022-03-13_2114_X6039C9ZS.mp4

ee. Axon_Body_3_Video_2022-03-16_1245_X6039C96D.mp4

ff. Axon_Body_3_Video_2022-03-16_1526_X6039C96D.mp4

gg. Axon_Body_3_Video_2022-03-13_1518_X6039C74E.mp4

hh. Axon_Body_3_Video_2022-03-13_1521_X60A1338C.mp4

ii. Axon_Body_3_Video_2022-03-11_1118_X6039C96D.mp4

jj. Axon_Body_3_Video_2022-03-11_1222_X6039C96D.mp4

kk. Axon_Body_3_Video_2022-03-11_1556_X6039C96D.mp4

ll. Axon_Body_3_Video_2022-03-12_1457_X6039B7HY.mp4

mm. Axon_Body_3_Video_2022-03-12_1457_X6039C9ZS.mp4

nn. Axon_Body_3_Video_2022-03-12_1504_X6039C8T2.mp4

oo. Axon_Body_3_Video_2022-03-12_1514_X6039C96D.mp4

pp. Axon_Body_3_Video_2022-03-12_1523_X6039C96D.mp4

qq. Axon_Body_3_Video_2022-03-12_1550_X6039C96D.mp4

rr. Axon_Body_3_Video_2022-03-12_1827_X60306810.mp4

ss. Axon_Body_3_Video_2022-03-12_1844_X6039C96D.mp4

tt. Axon_Body_3_Video_2022-03-12_1844_X60306810.mp4

uu. Axon_Body_3_Video_2022-03-12_1853_X6039B7HY.mp4

      vv. Axon_Body_3_Video_2022-03-12_1853_X6039C6ZY.mp4

      ww.    Axon_Body_3_Video_2022-03-12_1855_X6039CDEG.mp4

      xx. Axon_Body_3_Video_2022-03-13_1234_X6039CDEG.mp4

      yy. Axon_Body_3_Video_2022-03-13_1235_X6039B7HY.mp4

      zz. Axon_Body_3_Video_2022-03-13_1235_X6039C96D.mp4

      aaa.    Axon_Body_3_Video_2022-03-13_1238_X6039C74E.mp4

      bbb.    Axon_Body_3_Video_2022-03-13_1250_X6039CDEG.mp4

      ccc.    Axon_Body_3_Video_2022-03-13_1343_X6039CDEG.mp4

      ddd.    Axon_Body_3_Video_2022-03-13_1358_X6039C74E.mp4

      eee.    Axon_Body_3_Video_2022-03-13_1444_X6039CDEG.mp4

      fff. Axon_Body_3_Video_2022-03-13_1535_X6039C6ZY.mp4

      ggg.    Axon_Body_3_Video_2022-03-13_1545_X6039B7HY.mp4

      hhh.    Axon_Body_3_Video_2022-03-13_1620_X60A1338C.mp4

      iii. Axon_Body_3_Video_2022-03-13_1620_X6039C6ZY.mp4

      jjj. Axon_Body_3_Video_2022-03-13_1631_X6039B7HY.mp4

      kkk.    Axon_Body_3_Video_2022-03-13_1635_X6039C6ZY.mp4

      lll. Axon_Body_3_Video_2022-03-13_2114_X6039C9ZS.mp4

      mmm. Axon_Body_3_Video_2022-03-16_1245_X6039C96D.mp4

      nnn.    Axon_Body_3_Video_2022-03-16_1526_X6039C96D.mp4

3. The parties stipulate that the following recorded calls originating from the Albany County Detention Center are authentic, and that no chain of custody or foundational witnesses need to be called to testify as a predicate to their admissibility in evidence:

a. 01_BAKER_307-399-1152_03-29-22_1954.mp3

b. 02_BAKER_307-399-1152_03-29-22_1410.mp3

c. 03_BAKER_720-383-2435_03-27-22_1745.mp3

d. 04_BAKER_307-399-1152_03-26-22_2007.mp3

e. 05_BAKER_307-343-3098_03-26-22_1408.mp3

f. 06_BAKER_307-343-3098_03-25-22_1417.mp3

g. 07_BAKER_307-399-1152_03-24-22_1032.mp3

h. 08_BAKER_307-399-1152_03-24-22_1012.mp3

i. 09_BAKER_307-399-1152_03-21-22_1547.mp3

j. 10_BAKER_307-399-1152_03-21-22_1458.mp3

k. 11_BAKER_307-399-1152_03-19-22_1803.mp3

l. 12_BAKER_720-383-2435_03-19-22_1751.mp3

m. 13_BAKER_307-399-1152_03-17-22_1351.mp3

n. 14_BAKER_720-383-2435_03-16-22_1947.mp3

o. 15_BAKER_307-399-1152_03-15-22_1618.mp3

p. 16_BAKER_307-256-1456_03-12-22_1331.mp3

q. 01_GOODRUM_307-761-3414_03-13-22_2106.mp3

r. 01_GOODRUM_307-761-3414_03-13-22_2106_auth.mp3

s. 01_SANTISTEVAN_307-340-1584_03-19-22_1954.mp3

t. 01_SANTISTEVAN_307-340-1584_03-19-22_1954_auth.mp3

u. 02_SANTISTEVAN_307-761-4439_03-18-22_1749.mp3

v. 01_GERDIS_719-593-2003_08-10-22_1511.mp3

w.  02_GERDIS_646-262-0960_08-09-22_1314.mp3

x.  03_GERDIS_719-593-2003_08-06-22_1945.mp3

y.  04_GERDIS_307-922-2706_08-02-22_1702.mp3

z.  05_GERDIS_719-726-3484_08-02-22_1656.mp3

aa. 06_GERDIS_719-717-8047_08-02-22_1645.mp3

bb. 07_GERDIS_719-726-3484_08-01-22_1825.mp3

cc. 08_GERDIS_719-726-3484_07-31-22_1633.mp3

dd. 09_GERDIS_719-717-8047_07-31-22_1601.mp3

ee. 01_KALLEVIG_307-365-0572_03-19-22_1500.mp3

ff. 02_KALLEVIG_307-365-0572_03-19-22_1442.mp3

gg. 03_KALLEVIG_307-365-0572_03-19-22_1433.mp3

hh. 08_KALLEVIG_307-369-3457_03-14-22_2025.mp3

ii. 09_KALLEVIG_307-256-1456_03-13-22_1100.mp3

jj. 10_KALLEVIG_307-630-7863_03-09-22_1940.mp3

kk. 11_KALLEVIG_307-630-7863_03-09-22_1937.mp3

ll. 12_KALLEVIG_307-369-3457_03-09-22_1922.mp3

mm.    13_KALLEVIG_307-287-7104_03-07-22_1834.mp3

nn. 14_KALLEVIG_307-287-7104_03-07-22_1217.mp3

oo. 15_KALLEVIG_307-369-3457_03-06-22_1038.mp3

pp. 01_NICHOLS_254-226-6769_03-27-22_2112.mp3

qq. 03_NICHOLS_307-214-1509_03-17-22_1230.mp3

rr. 04_NICHOLS_803-372-3083_03-16-22_1520.mp3

ss. 05_NICHOLS_307-214-1509_03-16-22_1107.mp3

tt. 06_NICHOLS_307-881-8750_03-10-22_1337.mp3

uu. 07_NICHOLS_307-881-8750_03-07-22_2003.mp3

vv. 01_RIDINGER_307-343-5817_03-11-22_1801.mp3

ww. 02_RIDINGER_307-343-5817_03-11-22_1634.mp3

xx. 03_RIDINGER_307-343-0177_03-09-22_2019.mp3

yy. 04_RIDINGER_307-631-8229_03-06-22_1812.mp3

zz. 01_STEVENSON_803-372-3083_03-20-22_1920.mp3

aaa. 02_STEVENSON_803-372-3083_03-19-22_1221.mp3

bbb. 03_STEVENSON_803-372-3083_03-18-22_1112.mp3

ccc. 04_STEVENSON_307-881-8750_03-17-22_2126.mp3

ddd. 05_STEVENSON_307-881-8750_03-14-22_1029.mp3

eee. 06_STEVENSON_307-881-8750_03-13-22_2016.mp3

The above listed items, if presented to the jury, may be admitted through a witness who may have knowledge of this evidence either through this stipulation or any other relevant witness who may have knowledge of the evidence. The parties reserve the right to object to admission of these evidentiary items on other evidentiary bases such as relevance.

DATED this 3 day of October, 2023.

_____
MARK C. HARDEE
Attorney for Defendant

_____
CHRISTOPHER CHARLES BAKER
Defendant

KERRY J. JACOBSON
Attorney for the United States of America