Kerry J. Jacobson WSB # 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

MARK C. HARDEE LAW OFFICE, P.C.
MARK C. HARDEE
Attorney at Law
2319 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-0777
markhardee@mchwyominglaw.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 23-CR-031-J |
| **CHRISTOPHER CHARLES BAKER,** | ) ) ) |
| Defendant. | ) |

### STIPULATION AS TO THE TESTIMONY OF DR. JAMES WILKERSON

The United States of America through its attorney, Kerry J. Jacobson, and Defendant Christopher Charles Baker, through his attorney, Mark C. Hardee, stipulate and agree that the following matters are true and correct and admissible in court as evidence for any purpose and thereby alleviating the necessity for the United States to require testimony of Dr. James Wilkerson at trial:

1. On March 14, 2022, Forensic Pathologist Dr. James Wilkerson performed an autopsy on R.R. in Windsor, Colorado.

2. During the course of the autopsy, Dr. Wilkerson collected two (2) gray top tubes of pooled peripheral blood and a urine sample from R.R. The samples were submitted to NMS Labs for toxicologic testing.

3. NMS Labs reported that R.R.'s blood sample contained a fentanyl level of 6.7 ng/mL.

4. Based on the results and findings of the autopsy conducted by Dr. Wilkerson and the toxicologic testing conducted by NMS Labs, Dr. Wilkerson concluded that R.R. died of fentanyl intoxication.

5. Dr. Wilkerson ruled the manner of death was accidental.

These facts, as they relate to the charges contained in the Indictment, may be considered proven and established beyond a reasonable doubt.

DATED this 3 day of October, 2023.

_____
MARK C. HARDEE
Attorney for Defendant

_____
CHRISTOPHER CHARLES BAKER
Defendant

_____
KERRY J. JACOBSON
Attorney for the United States of America