IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES BAKER,<br><br>Defendant. | Criminal No. 23-CR-31-J |

**ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER AS TO *JENCKS ACT* MATERIAL AND OTHER WITNESS STATEMENTS**

This matter having come before the Court on the request of Kerry J. Jacobson, Assistant United States Attorney for the District of Wyoming, for a protective order as to any *Jencks Act* material and other witness statements provided to the Defendant's counsel prior to trial, and the Court having examined said Motion, and being fully advised in the premises,

IT IS HEREBY ORDERED that defense counsel shall not photocopy and/or disseminate any of the *Jencks Act* material and other witness material produced prior to trial, including electronic versions, notes or any other version of reproduction of the material produced by the United States to any person, including the Defendant, without written permission of the court, and that counsel for Defendant shall safeguard the materials and other witness statements and shall promptly delete all electronic versions of the information and/or return all hard copies of the material and witness statements to Assistant United States Attorney, Kerry J. Jacobson forthwith at the conclusion of the trial in this matter.

DATED this _____ day of October, 2023.

                                                    ALAN B. JOHNSON  
                                                   United States District Court Judge