IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER CHARLES BAKER,**<br><br>Defendant. | Criminal No. 23-CR-31-J |

**UNITED STATES' MOTION TO FILE ECF DOCUMENT NO. 67 AS NON-PUBLIC**

The United States, by and through Kerry J. Jacobson, Assistant United States Attorney, respectfully requests that the filing of ECF Document No. 67, Government's Supplemental Notice of Intent to Offer Expert Testimony be changed to non-public for the reason that the document was inadvertently filed containing information in an expert witnesses' curriculum vitae that listed juvenile defendant case names in which the expert witness had previously testified. Juvenile records are to be safeguarded from disclosure to unauthorized persons pursuant to 18 U.S.C. § 5038. Additionally, the juvenile defendant case names should not be publicly available pursuant to local rule, general order or policy of the Court.

WHEREFORE, the United States respectfully requests the Court change the filing of ECF Document No. 67 to non-public.

DATED this 5th day of October, 2023.

                                                    NICHOLAS VASSALLO<br>
                                                    United States Attorney

By:    */s/ Kerry J. Jacobson*<br>
          KERRY J. JACOBSON<br>
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                              */s/ Elizabeth Kilmer*
                                      For the United States Attorney's Office