IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER CHARLES BAKER,**<br><br>Defendant. | Criminal No. 23-CR-31-J |

### ORDER GRANTING UNITED STATES' MOTION TO FILE ECF DOCUMENT NO. 67 AS NON-PUBLIC

**THIS MATTER** having come before the Court on the United States's Motion to File ECF Document No. 67 as Non-Public, the Court, having reviewed the motion and being fully advised, **FINDS** the motion should be GRANTED.

**THEREFORE, IT IS HEREBY ORDERED** that ECF Document No. 67 shall be filed as non-public.

DATED this _____ day of October, 2023.

_____
ALAN B. JOHNSON
United States District Court Judge