# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

12:01 pm, 10/6/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

vs.

Christopher Charles Baker

Defendant.

Case Number:   1:23-cr-00031-ABJ-1

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date October 6, 2023      Time   11:06am - 12:00pm

☐ Arraignment   ☑ Change of Plea       Before the Honorable   Alan B. Johnson

Interpreter: N/A                        Int. Phone: N/A

| Becky Harris | Melanie Sonntag | Brett Bohlender | LK / DUSM |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government:  Timothy Forwood
                          Kerry Jacobson (by phone)

Defendant:  Mark Hardee

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   lesser offense under Ct 1   of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| ☐ Trial date set for _____ at _____ in _____ | ☑ Sentencing set for  December 22, 2023  at  9:30 AM  in  Cheyenne Courtroom 2 |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s)  2 and 3  to be dismissed at time of sentencing |

WY54                                                      Rev. 12/27/2022

☑ Other   The United States moves to withdraw the 851 Enhancement [Doc 52] _____

BOND IS    ☑ Defendant is detained

☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of _____       ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed   ☐ Travel restricted to _____
☐ Maintain current residence               ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol               ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing           ☐ Avoid all contact with _____
☐ Surrender passport to _____         ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local  ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____