

**FILED**

**3:58 pm, 10/6/23**

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CHRISTOPHER CHARLES BAKER,

   Defendant.

Criminal No. 23-CR-31-J

---

### ORDER GRANTING UNITED STATES' MOTION TO FILE
### ECF DOCUMENT NO. 67 AS NON-PUBLIC

---

**THIS MATTER** having come before the Court on the United States's Motion to File ECF Document No. 67 as Non-Public, the Court, having reviewed the motion and being fully advised, **FINDS** the motion should be GRANTED.

**THEREFORE, IT IS HEREBY ORDERED** that ECF Document No. 67 shall be filed as non-public.

DATED this ___6th___ day of October, 2023.

        ALAN B. JOHNSON
        United States District Court Judge