# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| **CHRISTOPHER CHARLES BAKER,** | |
| Defendant. | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, through Assistant United States Attorney Kerry J. Jacobson, requests the Court continue the sentencing hearing currently scheduled for December 22, 2023 at 9:30 a.m. for the reason that the family of the victim in Count One in the Indictment, who reside in the state of Oregon, would like to attend the sentencing hearing in this matter. The current timing of the sentencing hearing constitutes a hardship for the victim's family, due to the timing near the Christmas holiday and the distance between Oregon and Wyoming.

The United States makes this request pursuant to the Crime Victims' Rights Act, Title 18 U.S.C. § 3771, specifically section (a)(4) which provides victims with the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole hearing.

Undersigned counsel has conferred with counsel for the Defendant, Mark Hardee, and the Defendant does not oppose the United States' request or this motion.

WHEREFORE, the United State respectfully requests this Court vacate the current sentencing hearing and reset the hearing for a date and time convenient to the Court after January 1, 2024.

DATED this 9th day of November, 2023.

                                              NICHOLAS VASSALLO
                                              United States Attorney

By:      */s/ Kerry J. Jacobson*
          KERRY J. JACOBSON
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                        */s/ Elizabeth Kilmer*
                                    For the United States Attorney's Office