IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER CHARLES BAKER,**<br><br>Defendant. | Criminal No. 23-CR-31-J |

## ORDER CONTINUING SENTENCING

THIS MATTER having come before the Court on the United States' Unopposed Motion to Continue Sentencing in this matter, and the Court having reviewed the record herein, considered the Motion, the victims' request that the hearing be moved to accommodate the victims' travel from Oregon to Wyoming for the hearing, and taking into account that the Defendant does not oppose the Motion,

**HEREBY FINDS** the Motion is supported by good cause and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion to Continue Sentencing is hereby GRANTED. The sentencing currently set for December 22, 2023, is hereby vacated and reset to the _____ day of _____, 2024.

DATED this _____ day of November, 2023.

_____
ALAN B. JOHNSON
United States District Court Judge