

FILED

3:31 pm, 11/15/23

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-31-J |
| CHRISTOPHER CHARLES BAKER, | |
| Defendant. | |

## ORDER CONTINUING SENTENCING

THIS MATTER having come before the Court on the United States' Unopposed Motion to Continue Sentencing in this matter, and the Court having reviewed the record herein, considered the Motion, the victims' request that the hearing be moved to accommodate the victims' travel from Oregon to Wyoming for the hearing, and taking into account that the Defendant does not oppose the Motion,

**HEREBY FINDS** the Motion is supported by good cause and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion to Continue Sentencing is hereby GRANTED. The sentencing currently set for December 22, 2023, is hereby vacated and reset to the 12th day of January, 2024 at 1:30 p.m.

DATED this _15_ day of November, 2023.

_____
ALAN B. JOHNSON
United States District Judge